**SO ORDERED.**

**SIGNED this 22 day of February, 2019.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:** |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL,** | **19-00730-5-JNC** |
| **DEBTOR** | **CHAPTER 7** |

### ORDER APPOINTING INTERIM TRUSTEE AND APPROVING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's case bond requirement shall initially be set at $10,000.00 subject to future adjustment.

Thomas W. Waldrep, Jr.
Waldrep, LLP
101 S Stratford Rd #210
Winston-Salem, NC 27104

**END OF DOCUMENT**