**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY # 1, LLC,<br>d/b/a Washington County Hospital,<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 7 |

### DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER FOR RELIEF AND TO CONVERT INVOLUNTARY CHAPTER 7 CASE TO CHAPTER 11 CASE AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE

The Debtor, by and through its proposed counsel of record, requests that the Court enter an order for relief, convert the above-captioned involuntary case under Chapter 7 of the Bankruptcy Code to a case under Chapter 11 of the Bankruptcy Code, and appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in such converted case, pursuant to the provisions of 11 U.S.C. § 1104(a)(2). In support of this motion, the Debtor states as follows:

1. The above-captioned case is the involuntary Chapter 7 bankruptcy case of CAH Acquisition Company # 1, LLC, d/b/a Washington County Hospital filed on February 19, 2019. No order for relief has been entered in this case. On the request of the petitioning creditors in this case, Mr. Waldrep was appointed as the interim trustee and continues to serve in that capacity.

2. The Debtor is one of twelve (12) hospitals (collectively, the "CAH Hospitals") with common ownership and integrated management through a related entity, iHealthcare, Inc. Each of the CAH Hospitals is owned by Health Acquisition Company, LLC (80% interest) and HMC/CAH Consolidated, Inc. (20% interest). Mr. Waldrep continues to utilize iHealthcare, Inc. in the management of Washington County Hospital.

3. The Debtor has determined that it is the best interests of the Debtor, its creditors, and other parties in interest (including patients) for this Court to enter an order for relief, convert the above-captioned involuntary case under Chapter 7 of the Bankruptcy Code to a case under Chapter 11 of the Bankruptcy Code, and appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in such converted case, pursuant to the provisions of 11 U.S.C. § 1104(a)(2).

4. Counsel for the Debtor has conferred with Mr. Waldrep about his appointment as the trustee in this case, and Mr. Waldrep has agreed to such appointment.

WHEREFORE, the Debtor consents to and requests that the Court enter an order for relief in this case, convert this case to a case under Chapter 11 of the Bankruptcy Code, and appoint Thomas W. Waldrep, Jr. as the Chapter 11 trustee in this case on an emergency, *ex parte* basis pending notice and hearing to the extent required by the Court pursuant to § 1104(a) of the Bankruptcy Code.

Dated: March 14, 2019                /s/ Rayford K. Adams III
                                     Rayford K. Adams III (NC Bar No. 8622)
                                     SPILMAN THOMAS & BATTLE, PLLC
                                     110 Oakwood Drive, Suite 500
                                     Winston-Salem, North Carolina 27103
                                     Telephone: (336) 725-4710
                                     Facsimile: (336)725-4476
                                     Email: tadams@spilmanlaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY # 1, LLC,<br>d/b/a Washington County Hospital,<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER FOR RELIEF AND TO CONVERT INVOLUNTARY CHAPTER 7 CASE TO CHAPTER 11 CASE AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE** was filed electronically in accordance with the local rules and was served upon those listed in **Exhibit A** on the date set forth by first class mail or by electronic service through CM/ECF.

Dated: March 14, 2019          */s/ Rayford K. Adams III*
                               Rayford K. Adams III (NC Bar No. 8622)
                               SPILMAN THOMAS & BATTLE, PLLC
                               110 Oakwood Drive, Suite 500
                               Winston-Salem, North Carolina 27103
                               Telephone: (336) 725-4710
                               Facsimile: (336)725-4476
                               Email:  tadams@spilmanlaw.com

# EXHIBIT A

| VIA CM/ECF / E-MAIL | | |
|---|---|---|
| Marjorie K. Lynch<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* | Katherine M. McCraw<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* |
| Thomas W. Waldrep, Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* | | |
| **VIA U.S. MAIL** | | |
| CAH Acquisition Company #1, LLC<br>c/o Corporation Service Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | CAH Acquisition Company #1, LLC<br>c/o Hospital Management Consulting, LLC<br>Attn: Lawrence J. Arthur<br>4254 N. Oak Trafficway<br>Kansas City, MO 64116 | James W. Schaffer, President<br>CAH Acquisition Company #1, LLC 958 US Highway 64<br>East Plymouth, NC 28962 |
| Dennis L. Davis, Esq.<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106 | Shane Reed<br>Director/Credit A/R Escalation Finance<br>Medline Industries, Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Curtis S. Potter<br>Washington County, County Manager/Attorney<br>PO Box 1007<br>Plymouth, NC 27962 |
| Robert Venable, M.D.<br>PO Box 1026<br>Plymouth, NC 27962 | Frank Smith, Esq.<br>FMS Lawyer PL<br>9900 Stirling Road, Suite 226<br>Cooper City, FL 33024 | Eric L. Johnson<br>Spencer Fane LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106 |
| U.S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | Baxter Healthcare<br>1 Baxter Pkwy, DE3-2E<br>Deerfield, IL 60015-4633 | |