**SO ORDERED.**

**SIGNED this 15 day of March, 2019.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| In Re:<br><br>CAH ACQUISITION COMPANY # 1, LLC,<br>d/b/a Washington County Hospital,<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 7 |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER FOR RELIEF AND TO CONVERT INVOLUNTARY CHAPTER 7 CASE TO CHAPTER 11 CASE AND CONSENT TO APPOINTMENT OF CHAPTER 11 TRUSTEE

**THIS MATTER** came before the undersigned United States Bankruptcy Judge upon the *Debtor's Emergency Motion for Entry of Order for Relief and to Convert Involuntary Chapter 7 Case to Chapter 11 Case and Consent to Appointment of Chapter 11 Trustee* (the "Motion") [Docket No. 27].

After due consideration of the Motion and the record in this case, and for good and sufficient reasons appearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1

1. The Motion is **GRANTED**.

2. This Order constitutes the Order for Relief under Chapter 7 of the Bankruptcy Code.

3. This case is hereby converted to a case under Chapter 11 of the Bankruptcy Code.

4. The following Chapter 11 trustee is hereby appointed, and the trustee's case bond requirement shall initially be set at $10,000.00 subject to future adjustment:

   Thomas W. Waldrep, Jr.
   Waldrep LLP
   101 S. Stratford Rd., Suite 210
   Winston-Salem, NC 27104

--End of Document--