**SO ORDERED.**

**SIGNED this 19 day of March, 2019.**

_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

**IN RE:**

|  |  |
|---|---|
| | **CASE NO.** |
| **CAH ACQUISITION COMPANY #1, LLC** | **19-00730-5-JNC** |
| **d/b/a WASHINGTON COUNTY HOSPITAL** | **CHAPTER 11** |

      **DEBTOR**

## ORDER ALLOWING MOTION TO EMPLOY
## WALDREP LLP AS COUNSEL FOR TRUSTEE

The matter before the court is the Motion to Employ Waldrep LLP as Counsel for Interim Trustee filed on February 27, 2019 by Thomas W. Waldrep, Jr., the interim trustee in this matter. Having considered the Motion and supporting Affidavit, and for good cause shown, it is ORDERED as follows:

1.      The Motion is allowed;

2.      The Interim Trustee is authorized to employ Waldrep LLP as counsel pursuant to Section 327(a) of the Bankruptcy Code, effective as of February 22, 2019; and

3.      The hourly rates requested and exact compensation allowed shall be subject to the review and approval of the court in its consideration of future fee applications.

### END OF DOCUMENT