UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                              )
                                                    )
                                                    )        Case No. 19-00730-5-JNC
CAH ACQUISITION COMPANY #1, LLC d/b/a               )
WASHINGTON COUNTY HOSPITAL,                          )        Chapter 11
                                                    )
        Debtor.                                     )
                                                    )
                                                    )

## APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

NOW COME Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), and submit this Application for Approval to Pay Co-Counsel for the Trustee's Fees, and show unto the Court as follows:

1.      Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC were employed as co-counsel for the Trustee, *Nunc Pro Tunc,* on April 17, 2019.

2.      Hendren Redwine has rendered services to the Trustee including providing assistance and advising the Trustee with regard to administration of the case.

3.      Hendren Redwine seeks authority to receive payment for fees in the amount of $9,977.75 and out-of-pocket expenses in the amount of $58.50 for services rendered from March 4, 2019 through March 29, 2019. A copy of the itemized invoice is attached hereto and marked as Exhibit "A".

4.      A summary of the background and qualifications of Hendren Redwine is attached hereto and marked as Exhibit "B".

5.      The amount to be paid to Hendren Redwine is fair and reasonable.

6.      Payment to Hendren Redwine is in the best interest of the Estate.

WHEREFORE, Hendren Redwine requests payment for fees in the amount of $9,977.75 and out-of-pocket expenses in the amount of $58.50 for a total sum of $10,036.25 for services rendered in this bankruptcy Estate from March 4, 2019 through March 29, 2019.

DATED: April 29, 2019                               s/Jason L. Hendren
                                                    Jason L. Hendren
                                                    NC State Bar No. 26869
                                                    Rebecca F. Redwine
                                                    NC State Bar No. 37012
                                                    HENDREN, REDWINE & MALONE, PLLC
                                                    4600 Marriott Drive, Suite 150
                                                    Raleigh, NC 27612
                                                    Telephone: (919) 573-1422
                                                    Facsimile: (919) 420-0475
                                                    Email: jhendren@hendrenmalone.com
                                                    CO-COUNSEL FOR CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 29th day of April, 2019, I served copies of the foregoing **Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2019

> s/Jason L. Hendren
> Jason L. Hendren
> NC State Bar No. 26869
> Rebecca F. Redwine
> NC State Bar No. 37012
> HENDREN, REDWINE & MALONE, PLLC
> 4600 Marriott Drive, Suite 150
> Raleigh, NC 27612
> Telephone: (919) 573-1422
> Facsimile: (919) 420-0475
> Email: jhendren@hendrenmalone.com
> CO-COUNSEL FOR THE CHAPTER 11 TRUSTEE

TO:

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | *(via CM/ECF)* |
| Thomas W. Waldrep<br>Chapter 11 Trustee | *(via CM/ECF)* |
| Rayford K. Adams, III<br>Counsel for the Debtor | *(via CM/ECF)* |


EXHIBIT
A

# Hendren, Redwine & Malone PLLC

4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Ph:919-573-1426          Fax:919-420-0475

CAH Acquisition Company #1, LLC dba W          April 24, 2019
Waldrep LLP                                        File #:        6415
101 S. Stratford Road, Suite 210                   Invoice #:     17851
Winston- Salem, NC 27104

c/o Thomas Waldrep, Trustee

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | |
|---|---|---|---|---|
| Mar-04-19 | Telephone call with Tom Waldrep re: hospital cases and attorney for Trustee | 0.50 | 197.50 | JLH |
| Mar-05-19 | Telephone call with Tom Waldrep re: hospital chapter 11 representation | 1.00 | 395.00 | JLH |
| Mar-05-19 | Conference call with Waldrep re Washington County | 1.00 | 310.00 | RFR |
| Mar-05-19 | Review docket and save pleadings to file; open matter in PC Law and perform file and billing updates | 0.50 | 65.00 | JG |
| Mar-06-19 | Preparation for telephone call with group; efforts to secure TN counsel | 0.75 | 296.25 | JLH |
| Mar-06-19 | Telephone call with Trustee, consultant and medical staff re: reopening hospital and operating budget | 2.20 | 869.00 | JLH |
| Mar-06-19 | Global conference call with Waldrep Law, Management Company, et al re budget and staffing issues; Research Oklahoma counsel; Circulate email to team for review | 2.20 | 682.00 | RFR |
| Mar-06-19 | Research bankruptcy court information for towns where hospitals are located, email to RFR re same | 0.20 | 22.00 | AHS |
| Mar-06-19 | Review audio from trustee hearing | 0.80 | 104.00 | JG |

| Mar-07-19 | Brief call with JLH re: case update and instructions to find previous BK filings | 0.10 | 13.00 | JG |
| Mar-07-19 | Review 2011 case and pull relevant pleadings to save to file; email to JLH/RFR re same | 0.70 | 91.00 | JG |
| Mar-11-19 | Correspondence with Waldrep LLP re status of filings | 0.20 | 62.00 | RFR |
| Mar-11-19 | Review email from Jennifer re EDNC filings | 0.10 | 13.00 | JG |
| Mar-11-19 | Review notice of status conference and edit calendar re same | 0.10 | 13.00 | JG |
| Mar-13-19 | Review and revise application to employ counsel and affidavit | 0.20 | 79.00 | JLH |
| Mar-13-19 | Preparation and telephone call with Trustee re: hospital cases and administration of cases; division of labor | 1.40 | 553.00 | JLH |
| Mar-13-19 | Emails and telephone calls re filings | 0.10 | 31.00 | RFR |
| Mar-13-19 | Telephone call re status conference and app to employ | 0.20 | 62.00 | RFR |
| Mar-13-19 | Conference call with Waldrep LLP re status of case, delegation of tasks | 1.40 | 434.00 | RFR |
| Mar-13-19 | Review press release statement; Email edit re same; Review emails from FM re spreadsheets and case information; Review summary of status conference | 0.40 | 124.00 | RFR |
| Mar-13-19 | Review correspondence re CAH BKs status | 0.10 | 13.00 | JG |
| Mar-13-19 | Draft App to Employ HRM as counsel for T, affidavit and order; email to JLH/RFR for review and edit | 0.70 | 91.00 | JG |
| Mar-13-19 | Email to T re: App to Employ HRM | 0.10 | 13.00 | JG |
| Mar-13-19 | Review emails from T re contact information, conflict list and summary of cases; save documents to file | 0.10 | 13.00 | JG |
| Mar-13-19 | Listen to status conference audio; email summary to JLH/RFR | 0.50 | 65.00 | JG |

| | | | | |
|---|---|---|---|---|
| Mar-13-19 | Email to parties re: status of motions in all cases | 0.10 | 13.00 | JG |
| Mar-14-19 | Correspondence with Waldrep re filing status; Follow up re website inquiry | 0.20 | 62.00 | RFR |
| Mar-14-19 | Meet with JG re action items for UCC search and other hospitals; Emails to/from Waldrep team re filing updates, public notice issue, contact with Clerk's office; Emails with UCC costs and other issues | 0.70 | 217.00 | RFR |
| Mar-14-19 | Instructions from JG re App to Employ HRM | 0.10 | 11.00 | AHS |
| Mar-14-19 | Meet with RFR re division of labor for CAH cases and action items | 0.30 | 39.00 | JG |
| Mar-14-19 | Research companies; call with CT Corp re: UCC searches and costs; email to JLH/RFR re same | 0.50 | 65.00 | JG |
| Mar-14-19 | Call with clerk re update on cases and upcoming issues | 0.20 | 26.00 | JG |
| Mar-14-19 | Email to FM re De Queen | 0.10 | 13.00 | JG |
| Mar-14-19 | Review SOS informaiton; email to CT Corp re UCC search request | 0.50 | 65.00 | JG |
| Mar-14-19 | Reserch Healthcare attys in OK and MO | 0.20 | 26.00 | JG |
| Mar-14-19 | Review quote from CT Corp; email to JLH re DBA | 0.10 | 13.00 | JG |
| Mar-14-19 | Research hospital websites and update chart with summary information | 0.80 | 104.00 | JG |
| Mar-15-19 | Conference call with Waldrep and potential ombudsman (0.7); Follow up emails re status of cases (0.2) | 0.90 | 279.00 | RFR |
| Mar-15-19 | Email to CT Corp re UCC search | 0.10 | 13.00 | JG |
| Mar-15-19 | Notarized JLH affidavit and email to Waldrep | 0.10 | 13.00 | JG |
| Mar-15-19 | Review dockets for #1 & #3; save docs to file; calendar deadlines; email pleadings to JLH/RFR | 0.30 | 39.00 | JG |

| Mar-15-19 | Emails with FM re status of cases | 0.10 | 13.00 | JG |
| Mar-15-19 | Conference call with T re status of cases; call with ombudsman | 0.70 | 91.00 | JG |
| Mar-18-19 | Multiple emails from Tom re various first day motion issues; Review attachments re same | 0.30 | 93.00 | RFR |
| Mar-18-19 | Review docket for consolidation motion | 0.20 | 62.00 | RFR |
| Mar-18-19 | Preparation for and conference call with Waldrep Law re action items | 0.20 | 62.00 | RFR |
| Mar-18-19 | Discussion with JG re case status | 0.10 | 11.00 | AHS |
| Mar-18-19 | Hard file organization | 0.10 | 11.00 | AHS |
| Mar-18-19 | Review hospital list and case assignments; emails with CT corp | 0.10 | 13.00 | JG |
| Mar-18-19 | Review UCCs and edit summary chart; email same to Waldrep/JLH/RFR | 0.30 | 39.00 | JG |
| Mar-19-19 | Telephone call with Trustee; follow up with call to Trip Adams | 0.30 | 118.50 | JLH |
| Mar-19-19 | Review interim agreement; Emails re same | 0.20 | 62.00 | RFR |
| Mar-19-19 | Conference calls and emails with Trustee and team re case assignments, motion drafting, ucc search; Emails re same; Emails re payroll motions and status conference in lead matter | 0.50 | 155.00 | RFR |
| Mar-19-19 | Email re prepetition wage motion and Slack Motion; Follow up re expedited notice and hearing on same | 0.10 | 31.00 | RFR |
| Mar-20-19 | Meet with JG re action items for first day motions, shortened notice and contact with clerk re same | 0.20 | 62.00 | RFR |
| Mar-20-19 | Correspondence with Court re hearing date and time; Review comments to application to employ | 0.20 | 62.00 | RFR |
| Mar-20-19 | Review and edit Motion for Status Conference | 0.20 | 62.00 | RFR |

| | | | | |
|---|---|---|---|---|
| Mar-20-19 | Review draft interim agreement and attachments; Correspondence with FM re same | 0.20 | 62.00 | RFR |
| Mar-20-19 | Email to Court re: emergency motions and hearing date | 0.10 | 13.00 | JG |
| Mar-20-19 | Email to Lyday and Trip re UCCs | 0.10 | 13.00 | JG |
| Mar-20-19 | Draft Motion for status conference; email to JLH/RFR for review; email to FM re motion to shorten notice | 0.10 | 13.00 | JG |
| Mar-20-19 | Draft Motion for Shorten Response Time and Setting Hearing; draft order re same | 0.20 | 26.00 | JG |
| Mar-20-19 | Email to Frank/Noel re: 4002 documents | 0.10 | 13.00 | JG |
| Mar-21-19 | Review and revise application to employ HRM nunc pro tunc for all CAH Cases | 0.40 | 158.00 | JLH |
| Mar-21-19 | Information call with Ihealthcare re: access data | 0.60 | 237.00 | JLH |
| Mar-21-19 | Conference call with Trustee and team re updates on all hospitals, first day motions and various case issues at each location | 0.20 | 62.00 | RFR |
| Mar-21-19 | Service of Motion for Joint Administration | 0.20 | 9.00 | AHS |
| Mar-21-19 | Review and edit Motion to Shoten Time, Motion for Reject Contact; email to Waldrep for final approval | 0.60 | 78.00 | JG |
| Mar-21-19 | Review and finalize Motion for Joint Adminstration; edit and finalize Motions to Shorten Notice | 0.20 | 26.00 | JG |
| Mar-21-19 | File Motion to Shorten Notice, Motion to Joint Admin and Motion for Status Confernce; email to Court re same; file Motion to Reject | 0.20 | 26.00 | JG |
| Mar-21-19 | Call with BK team re status of all cases | 0.10 | 13.00 | JG |
| Mar-21-19 | Edit App to Employ HRM, affidavit and order; email to Waldrep for review ; email to Waldrep re monthly reporting | 0.10 | 13.00 | JG |
| Mar-22-19 | Correspondence re iHealthcare issue and management; Meet with JLH re strategy on same; Correspondence with Trustee re | 0.50 | 155.00 | RFR |

ombudsman; Correspondence from Margie re administration issues

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-22-19 | Correspondence re management agreement; Review hearing date re same | 0.10 | 31.00 | RFR |
| Mar-22-19 | Telephone call with BA re overview of cases; Email to Trustee re status of PCO and hearing on same | 0.40 | 124.00 | RFR |
| Mar-22-19 | Review payroll motion information and responses from Noel Mijares; Review resposnes to 4002 requests and status of insurance | 0.20 | 62.00 | RFR |
| Mar-22-19 | Meet re action items and case strategy with JLH; Review eamils from Sharon Angel, court staff, Notice of Hearing | 0.30 | 93.00 | RFR |
| Mar-22-19 | Conference call with Debtor counsel, debtor representative and Trustee re global case issues (0.6); Follow up call with Trustee re legal analysis (0.1) | 0.70 | 217.00 | RFR |
| Mar-22-19 | Email to FM re: Motion to Limit Notice | 0.10 | 13.00 | JG |
| Mar-22-19 | Draft Motion to Shorten Fee App Period to 30 Days and draft order; email to JLH/RFR | 0.10 | 13.00 | JG |
| Mar-22-19 | Review and reply to email from Lyday re: First Financial UCC | 0.10 | 13.00 | JG |
| Mar-22-19 | Review email re: cash collateral; call with clerk re same | 0.20 | 26.00 | JG |
| Mar-22-19 | Draft Amended Motion for Joint Adminstration; call with FM re various motions | 0.10 | 13.00 | JG |
| Mar-22-19 | Review email from Noel re 4002 and lack of information; email to JLH re same | 0.10 | 13.00 | JG |
| Mar-22-19 | Review and edit Motion to Approve CO; finalize and email to FM for final approval | 0.30 | 39.00 | JG |
| Mar-22-19 | File Motion to Approve CO and email to Court re same | 0.10 | 13.00 | JG |
| Mar-22-19 | Service of Motion to Approve CO | 0.30 | 13.50 | JG |

| | | | | |
|---|---|---|---|---|
| Mar-25-19 | Status conference with Trustee re: case status; motion to dismiss; debtors' authority for filing | 0.75 | 296.25 | JLH |
| Mar-25-19 | Review operating agreement; Email re same | 0.10 | 31.00 | RFR |
| Mar-25-19 | Correspondence with Court and all parties re reschedule of hearing | 0.30 | 93.00 | RFR |
| Mar-25-19 | Conference call with Waldrep | 0.70 | 217.00 | RFR |
| Mar-25-19 | Emails re reschdule of hearing | 0.10 | 13.00 | JG |
| Mar-25-19 | Emails and calls re CAH continuance | 0.20 | 26.00 | JG |
| Mar-26-19 | Telephone call with Margie Lynch; Telephone call with JLH re case law and hearings on MTD | 0.20 | 62.00 | RFR |
| Mar-26-19 | Brief meeting with JLH re preparation for hearing | 0.10 | 13.00 | JG |
| Mar-27-19 | Preparation for CAH hearings; brief meeting with JLH | 0.30 | 39.00 | JG |
| Mar-27-19 | Review First Capital limited reponse | 0.10 | 13.00 | JG |
| Mar-28-19 | Travel to Greenville and return (at 1/2 hourly rate) for hearings | 2.50 | 481.25 | JLH |
| Mar-28-19 | Preparation and participation in court hearings | 0.50 | 197.50 | JLH |
| Mar-28-19 | Meet with Trustee; Correspondence with JLH re same | 0.20 | 62.00 | RFR |
| Mar-28-19 | Additional preparation for hearing | 0.10 | 13.00 | JG |
| Mar-28-19 | Review hospital summary | 0.10 | 13.00 | JG |
| Mar-28-19 | Call from Lyday re CO on cash collateral; email re same | 0.10 | 13.00 | JG |
| Mar-29-19 | Meet wtih JLH re global case status and overall issues; Email re application to employ | 0.20 | 62.00 | RFR |
| Mar-29-19 | Telephone call with team re action items and Motions and applications needed | 0.40 | 124.00 | RFR |

| Mar-29-19 | Call from Lyday; edits to App to Employ HRM; email to Lyday for review | 0.30 | 39.00 | JG |
| Mar-29-19 | Review docket and save orders/notices to file | 0.10 | 13.00 | JG |
| | Totals | 38.90 | $9,977.75 | |

**DISBURSEMENTS**

| Mar-21-19 | Postage Service of Motion for Joint Administration 15 @ 0.50 | 7.50 |
| Mar-29-19 | Copy Charges  255 @ 0.20 | 51.00 |
| | Totals | $58.50 |

| **Total Fee & Disbursements** | **$10,036.25** |

| **Balance Now Due** | **$10,036.25** |


EXHIBIT

B

## BIOGRAPHICAL INFORMATION
## HENDREN, REDWINE & MALONE, PLLC

### JASON L. HENDREN

Jason L. Hendren is a Board Certified Specialist in Business Bankruptcy. Mr. Hendren was admitted to the North Carolina Bar in 1999. He attended Lee University where he earned a Bachelor of Arts degree, magna cum laude, in History and received the departmental award. He received his J.D., magna cum laude, from the University of Tennessee School of Law in 1999. While in law school, Mr. Hendren served on the Tennessee Law Review as an Editor of Student Materials from 1997 through 1999 and was inducted into the Order of the Coif. Mr. Hendren is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Mr. Hendren is regularly selected by Business North Carolina as Legal Elite in Bankruptcy and has also appeared frequently in Super Lawyers Magazine. Mr. Hendren served as Research Assistant to Justices Mark D. Martin and George L. Wainwright, Jr. of the Supreme Court of North Carolina prior to entering private practice. Mr. Hendren is also board certified in business bankruptcy and serves on the board of directors for the Eastern Bankruptcy Institute, Inc. Mr. Hendren speaks frequently on the topic of Chapter 11 bankruptcy.

### REBECCA F. REDWINE

Rebecca F. Redwine is a Board Certified Specialist in Business Bankruptcy. Ms. Redwine earned a Phi Beta Kappa key from North Carolina State University, where she graduated *summa cum laude* with a Bachelor of Arts in English in 2004. She then graduated from the University Of North Carolina School Of Law in 2007, where she was a client coordinator with the *pro bono* Community Legal Project and served on the executive board of the Domestic Violence Advocacy Project. She also served as a research assistant to Administrative Law Judge James J. Brown. Ms. Redwine is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Ms. Redwine is admitted to practice in all state and federal courts in North Carolina. She is a member of the North Carolina Bar Association; the North Carolina Association of Women Attorneys; the American Bar Association; and the North Carolina State Bar. Ms. Redwine is a council member of the North Carolina Bar Association Bankruptcy Section Council and serves as co-chair of the Pro Bono Committee for Council. She works as a volunteer lawyer for Lawyer on the Line. Ms. Redwine has spoken at several bankruptcy seminars, regarding Chapter 11 and Chapter 7 bankruptcies. Ms. Redwine was included in Super Lawyers magazine as a North Carolina Rising Star for years 2010, 2012, 2013 and 2017 through 2019. Additionally, Ms. Redwine was selected as Legal Elite in Bankruptcy from 2013 through 2019 and was selected for the 24th and 25th Edition of Best Lawyers in America in Bankruptcy and Creditor and Debtor Rights.

## JENNY GORMAN

Jenny Gorman is a 2010 graduate of UNC-Wilmington with a Bachelor of Science in Criminal Justice. Ms. Gorman is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Ms. Gorman was employed with Butler & Butler, LLP from 2006 to 2010, focusing in the area of Chapter 7 bankruptcy. Prior to joining Hendren, Redwine & Malone in 2012, Ms. Gorman was a paralegal with the United States Bankruptcy Administrator's Office, focusing on Chapter 11 bankruptcies in the Eastern District of North Carolina. Ms. Gorman spoke at the 2014 Eastern District Seminar on Chapter 11 issues for paralegals. Ms. Gorman has extensive experience in all aspects of Chapter 11 and Chapter 7 bankruptcy proceedings, including consumer and business bankruptcies. Specifically, Ms. Gorman is proficient in preparing bankruptcy schedules and all required pleadings of the Court. On a daily basis, she meets and works closely with the firm's Chapter 11 clients to enable timely filing of monthly reports and to ensure compliance with all document production requirements. In addition to her bankruptcy experience, Ms. Gorman is solely responsible for the firm's daily calendar management system and case management which requires extensive communications with attorneys, paralegals, clients, creditors and court staff.

## ALSTON SHAVE

Alston Shave is a 2004 graduate of UNC Chapel Hill with a Bachelor of Arts in English. Ms. Shave is a 2005 graduate of the Duke University Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren, Redwine & Malone in 2014, Ms. Shave was employed with Brooks, Stevens & Pope from 2006-2014 with a focus in the area of workers' compensation defense. While there, her responsibilities included the drafting of settlement agreements, confidentiality agreements, discovery, motions and proposed orders. In addition, she was responsible for the scheduling of mediations and depositions, as well as maintaining the daily calendars for her attorneys. As a paralegal at Hendren, Redwine & Malone, Ms. Shave focuses on Chapter 7 and 11 bankruptcies and state court matters.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

IN RE:                                          )
                                                )
                                                )     Case No. 19-00730-5-JNC
CAH ACQUISITION COMPANY #1, LLC d/b/a            )
WASHINGTON COUNTY HOSPITAL,                       )     Chapter 11
                                                )
          Debtor.                                )
                                                )
                                                )
                                                )

## NOTICE OF APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

NOTICE IS HEREBY GIVEN that Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), has filed an Application for Approval to Pay Co-Counsel for the Trustee's Fees; and,

FURTHER NOTICE IS HEREBY GIVEN that Hendren Redwine has applied for compensation in the amount of NINE THOUSAND NINE HUNDRED SEVENTY-SEVEN DOLLARS AND 75/100 ($9,977.75) and FIFTY-EIGHT DOLLARS AND 50/100 ($58.50) for reimbursement of expenses pursuant to 11 U.S.C. § 503(b), for a total of TEN THOUSAND THIRTY-SIX DOLLARS AND 25/100 ($10,036.25) for the period of March 4, 2019 through March 29, 2019; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATE: April 29, 2019                    s/Jason L. Hendren
                                        Jason L. Hendren
                                        NC State Bar No. 26869
                                        Rebecca F. Redwine
                                        NC State Bar No. 37012
                                        HENDREN, REDWINE & MALONE, PLLC
                                        4600 Marriott Drive, Suite 150
                                        Raleigh, NC 27612
                                        Telephone: (919) 573-1422
                                        Facsimile: (919) 420-0475
                                        Email: jhendren@hendrenmalone.com
                                        CO-COUNSEL FOR THE CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 29th day of April, 2019, I served copies of the foregoing **Notice of Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed on **Exhibit "A"**, attached hereto, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2019

> s/Jason L. Hendren
> Jason L. Hendren
> NC State Bar No. 26869
> Rebecca F. Redwine
> NC State Bar No. 37012
> HENDREN, REDWINE & MALONE, PLLC
> 4600 Marriott Drive, Suite 150
> Raleigh, NC 27612
> Telephone: (919) 573-1422
> Facsimile: (919) 420-0475
> Email: jhendren@hendrenmalone.com
> CO-COUNSEL FOR THE CHAPTER 11 TRUSTEE

TO:

Marjorie K. Lynch                                      *(via CM/ECF)*
Office of the Bankruptcy Administrator

Thomas W. Waldrep                                      *(via CM/ECF)*
Chapter 11 Trustee

Rayford K. Adams, III                                  *(via CM/ECF)*
Counsel for the Debtor



EXHIBIT

Adaptive Medical Partners
3229 Premier Dr., STE 200
Irving, TX 75063-2611

Rayford K. Adams III
Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC 27103-1958

Ryan J. Adams
Adams, Howell, Sizemore & Lenfestey, PA
1600 Glenwood Ave., Suite 101
Raleigh, NC 27608-2356

App Group International, LLC
Jason Gang, Esq
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Aspirar Medical Lab, LLC
135 Parkway Office Court
Suite 105
Cary, NC 27518-7425

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Baxter Healthcare
1 Baxter Pkwy, DF3-2E
Deerfield, IL 60015-4633

Beckman Coulter, Inc
250 S Kraemer Blvd- D1. NW. 03
Brea, CA 92821-6232

Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

CAH Acquisition Company # 1, LLC
c/o Corporation Service Co. Reg. Agent
2626 Glenwood Avenue Suite 550
Raleigh, NC 27608-1370

CAH Acquisition Company #1, LLC d/b/a W
958 U.S. Highway 64 East
Plymouth, NC 27962-9216

CAH Acquisition Company 11, LLC
326 Asbury Avenue
Ripley, TN 38063-5577

James Oliver Carter
Carter & Carter, P.A.
408 Market Street
Wilmington, NC 28401-4547

W. Tyler Chastain
Bernstein, Stair & McAdams, LLP
116 Agnes Road
Knoxville, TN 37919-6306

E. Franklin Childress
165 Madison Avenue, Suite 2000
Memphis, TN 38103-2752

City of Drumright, Oklahoma
c/o Ayers & Haidt, PA
PO Box 1544
New Bern, NC 28563-1544

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Evoqua Water Technologies LLC
10 Technology Drive
Lowell, MA 01851-2728

Fairfax Healthcare Authority
Attn: Jeffrey E. Tate, Esq.
Christensen Law Group, PLLC
3401 NW 63rd St., Ste. 600
Oklahoma City, OK 73116-3796

Terri L. Gardner
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612-3731

M. Ruthie Hagan
Baker, Donelson, Bearman, Caldwell
165 Madison Avenue, Suite 2000
Memphis, TN 38103-2799

David J Haidt
Ayers & Haidt, P.A.
PO Box 1544
New Bern, NC 28563-1544

Patricia E. Hamilton
Stevens & Brand, LLP
917 S.W. Topeka Boulevard
Topeka, KS 66612-1609

Tyler E. Heffron
Triplett Woolf Garretson, LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226-5100

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

IHealthcare Management II Company
Attn: Noel Mijars
3901 SW 28th Street
2nd Floor
Miami, FL 33142

IHealthcare Software Services, Inc.
Attn: Noel Mijares
3901 SW 28th Street
2nd Floor
Miami, FL 33142

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Eric L. Johnson
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2168

Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Maxim Healthcare Services, Inc.
John Campbell
7227 Lee DeForest Drive
Columbia, MD 21046-3236

Katherine Montgomery McCraw
North Carolina Department of Justice
PO Box 629
Courier Number 51-41-22
Raleigh, NC 27602-0629

Christopher A. McElgunn
Klenda Austerman LLC
1600 Epic Center
301 N Main
Wichita, KS 67202-4800

Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093-2753

Francisco T. Morales
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104-4224

NC Department of Revenue
Office Services Div., Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Office Depot
6600 N Military Trail- S416R
Boca Raton, FL 33496-2434

Felton E. Parrish
Hull & Chandler, P.A.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203-4373

Jorge Perez
PO Box 953296
Saint Louis, MO 63195-3296

Mathew A. Petersen
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2168

Stephen W. Petersen
Fox Rothschild, LLP
Post Office Box 27525
Raleigh, NC 27611-7525

Curtis S. Potter
Washington County, County Manager/Atty
PO Box 1007
Plymouth, NC 27962-1007

Precision Dynamic Corporation
27770 N. Entertainment Drive
Suite 200
Valencia, CA 91355-1094

Quest Diagnostics Clinical Laboratories Inc.
c/o Melody Graden MR 481
1001 Adams Ave
Norristown, PA 19403-2401

Rebecca F. Redwine
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Shane Reed
Director/Credit A/R Escalation Finance
Three Lakes Drive
Northfield, IL 60093-2753

SALINE COUNTY COLLECTOR
19 E ARROW ST ROOM 201
MARSHALL, MO 65340-2162

Wesley F. Smith
Stevens & Brand, LLP
900 Massuchusetts Street, Suite 500
Lawrence, KS 66044-2999

Jerry P. Spore
Spragins, Barnett & Cobb, PLC
312 E. Lafayette Street
Jackson, TN 38301-6220

Jonathan O. Steen
Spragins, Barnett & Cobb, PLC
213 E. Lafayette Street
Jackson, TN 38301-6217

Stone Bank
802 East Main Street
Mountain View, AR 72560-6491

Tracey M. Ohm
Stinson Leonard Street LLP
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006-4760

US Attorney
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461

Robert Venable, M.D.
Post Office Box 1026
Plymouth, NC 27962-1026

Thomas W. Waldrep Jr.
Waldrep LLP
101 S Stratford Road, Suite 210
Winston-Salem, NC 27104-4224

Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104-4224

Washington County Tax Department
PO Box 1007
Plymouth, NC 27962-1007

Washington County, NC
Post Office Box 1007
Plymouth, NC 27962-1007

Jeffrey R. Whitley
Fox Rothschild, LLP
Post Office Box 27525
Raleigh, NC 27611-7525

Nicholas Zluticky
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MI 64106-2150

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of Hays

(u)City of Hillboro, Kansas and the Public Bu

(u)ERx,LLC

(u)First Capital Corporation

(u)Brent King

(u)NC Dept of Health and Human Services, DHB

(u)Security Bank of Kansas City

(d)Thomas W. Waldrep Jr.
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104-4224

End of Label Matrix
Mailable recipients    62
Bypassed recipients     8
Total                  70