UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL | Case No. 19-01227-5-JNC<br><br>Chapter 11 |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL | Case No. 19-01697-5-JNC<br><br>Chapter 11 |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL,<br><br>Debtors. | Case No. 19-01298-5-JNC<br><br>Chapter 11 |

## NOTICE OF PATIENT CARE OMBUDSMAN REPORT

**PLEASE TAKE NOTICE** that on April 17, 2019 and subsequently on April 26, 2019, Suzanne Koenig was appointed as the Patient Care Ombudsman in the above-captioned Chapter 11 cases by the Bankruptcy Administrator, pursuant to an Order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**PLEASE TAKE FURTHER NOTICE** that the Patient Care Ombudsman will be filing her first written report (the "**Report**") with the Court on June 17, 2019 no later than 11:59 pm (Eastern Time).

Per the Appointment Order, if you would like a copy of the Report, it will be posted at each facility, will be available on the court's website or you may contact the following person (who will provide a copy free of charge):

> Carla Greenberg, Paralegal
> GREENBERG TRAURIG, LLP
> 77 West Wacker Drive, Suite 3100
> Chicago, IL 60601
> Telephone: 312.456.8400
> Facsimile: 312.456.8435
> Email: greenbergc@gtlaw.com

Dated: June 3, 2019

By: /s/ Suzanne A. Koenig
      Suzanne A. Koenig, in her capacity
      as Patient Care Ombudsman

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| In re:<br><br>**CAH ACQUISITION COMPANY #1 LLC, d/b/a WASHINGTON COMMUNITY HOSPITAL et al.**[2]<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 11 |
|---|---|

### CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, a true and correct copy of the foregoing was sent via this Courts ECF notification system to all parties who are registered to receive ECF notification in these cases and via United States, postage paid, first class mail to the following:

| Marjorie K. Lynch (via ECF)<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner (via ECF)<br>Nelson Mullins Riley &<br>Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* |
|---|---|
| Katherine M. McCraw<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* | Thomas W. Waldrep, Jr. (via ECF)<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* |
| CAH Acquisition Company #1, LLC<br>c/o Corporation Service Company,<br>Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | CAH Acquisition Company #1, LLC<br>c/o Hospital Management Consulting, LLC<br>Attn: Lawrence J. Arthur<br>4254 N. Oak Trafficway<br>Kansas City, MO 64116 |

---

[2] The Debtors in this case, along with each Debtor's case numbers, are (i) CAH Acquisition Company #1, d/b/a Washington County Hospital, Case No. 19-00730; (ii) CAH Acquisition Company #2, LLC d/b/a Oswego Community Hospital, Case No. 19-01230; (iii) CAH Acquisition Company #3, LLC d/b/a Horton Community Hospital, Case No. 19-01180; (iv) CAH Acquisition Company #4, Inc., d/b/a Drumright Regional Hospital, Case No. 19-01228; (v) CAH Acquisition Company 12, LLC, d/b/a Fairfax Community Hospital, Case No. 19-01229; and (vi) 16, LLC d/b/a Haskell County Community Hospital, Case No. 19-01227

4826-2792-3075.v1NPGBO1:2980366.1

| | |
|---|---|
| James W. Schaffer, President<br>CAH Acquisition Company #1, LLC<br>958 US Highway 64<br>East Plymouth, NC 28962 | Dennis L. Davis, Esq.<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106 |
| Shane Reed<br>Director/Credit A/R Escalation Finance<br>Medline Industries, Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Curtis S. Potter<br>Washington County<br>County Manager/Attorney<br>PO Box 1007<br>Plymouth, NC 27962 |
| Robert Venable, M.D.<br>PO Box 1026<br>Plymouth, NC 27962 | Frank Smith, Esq.<br>FMS Lawyer PL<br>9900 Stirling Road, Suite 226<br>Cooper City, FL 33024 |
| Eric L. Johnson<br>Spencer Fane LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106 | Baxter Healthcare<br>1 Baxter Pkwy, DE3-2E<br>Deerfield, IL 60015-4633 |
| U.S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 | American Red Cross Blood Services<br>PO Box 905890<br>Charlotte, NC 28290 |
| Amerisource Bergen<br>PO Box 5804<br>New York, NY 10087 | Beckman Coulter, Inc.<br>Dept. Ch. 10164<br>Palatine, IL 60550 |
| CPSI<br>6600 Wall Street<br>Mobile, AL 36695 | Creekridge Capital<br>PO Box 1880<br>Minneapolis, MN 55480 |
| Dominion North Carolina Power<br>PO Box 26543<br>Richmond, VA 23290 | ER, LLC<br>9724 Kingston Pike #1300<br>Knoxville, TN 37922 |
| Fisher Healthcare<br>300 Industry Drive<br>Pittsburgh, PA 15275 | iHealthcare, Inc.<br>3901 NW 28th Street - 2nd Floor<br>Miami, FL 33142iHealthcare, Inc.<br>3901 NW 28th Street - 2nd Floor<br>Miami, FL 33142 |

4826-2792-3075.v1NPGBO1:2980366.1

| | |
|---|---|
| Landmark National Bank<br>PO Box 308<br>Manhattan, KS 66502 | LGMG, LLC<br>11063 D S Memorial Drive #483<br>Tulsa, OK 74133 |
| McKesson Corporation<br>1950 Stemmons FWY #5010<br>Dallas, TX 75207 | McNair Oil Co.<br>PO Box 881<br>Plymouth, NC 27962 |
| Medline Industries, Inc.<br>PO Box 382075<br>Pittsburgh, PA 15251 | Phusion Marketing Group<br>5051 NW 13th Avenue, Suite G<br>Pompano Beach, FL 33064 |
| Quest Diagnostics<br>PO Box 740736<br>Atlanta, GA 30374 | Ramp Plymouth, PA<br>3 Traveller Lane<br>New Bern, NC 28562 |
| Town of Plymouth<br>PO Box 806<br>Plymouth, NC 27962 | Western Healthcare, LLC<br>PO Box 203152<br>Dallas, TX 75320 |

This the 3rd day of June, 2019.

/s/ Brian R. Anderson
Brian R. Anderson
N.C. State Bar No. 37989
banderson@nexsenpruet.com
Nexsen Pruet, PLLC
701 Green Valley Road, Suite 100
Greensboro, NC 27402
(336) 373-1600

4826-2792-3075.v1NPGBO1:2980366.1