**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:                                              )
                                                    )        **Case No. 19-00730-5-JNC**
CAH ACQUISITION COMPANY #1,    )
LLC, d/b/a WASHINGTON COUNTY    )        **Chapter 11**
HOSPITAL,                                    )
                                                    )
                     Debtor.                  )
_____ )

**MOTION TO EMPLOY ARNETT CARBIS TOOTHMAN LLP**
**AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE**

Thomas W. Waldrep, Jr., trustee in the above-captioned case (the "Trustee"), hereby moves

for the entry of an Order pursuant to Section 327(a) of Title 11 of the United States Code, 11

U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") authorizing the employment of the firm of Arnett Carbis

Toothman LLP ("ACT") to provide accounting services and related financial and regulatory

management services to the Trustee, effective as of May 6, 2019.  In support of this Motion, the

Trustee refers to and relies upon the *Affidavit of K. James Hunt in Support of Motion to Employ*

*Arnett Carbis Toothman LLP as Certified Public Accountant for the Trustee* (the "Hunt

Affidavit"), attached hereto as **Exhibit A**, and respectfully states as follows:

**JURISDICTION AND VENUE**

1.        This United States Bankruptcy Court for the Eastern District of North Carolina (the

"Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this matter

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.        Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.        The statutory predicates for the relief requested herein are Section 327(a) of the

1

Bankruptcy Code and Bankruptcy Rule 2014.

## FACTUAL BACKGROUND

4.      An involuntary Chapter 7 petition was filed against CAH Acquisition Company #1, LLC ("CAH 1" or "Debtor") on February 19, 2019.  Thomas W. Waldrep, Jr. was appointed as Trustee on February 22, 2019.

5.      On March 15, 2019, the Court entered an Order converting CAH 1's involuntary Chapter 7 case to a Chapter 11 case and appointing Thomas W. Waldrep, Jr. as Trustee of the Chapter 11 estate.

6.      On March 17, 2019, CAH Acquisition Company #2, LLC ("CAH 2") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 18, 2019.

7.      On March 14, 2019, CAH Acquisition Company #3, LLC ("CAH 3") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 15, 2019.

8.      On March 21, 2019, CAH Acquisition Company 6, LLC ("CAH 6") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.  Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 29, 2019.

9.      On March 21, 2019, CAH Acquisition Company 7, LLC ("CAH 7") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.  Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 29, 2019.

10.      On March 17, 2019, CAH Acquisition Company 12, LLC ("CAH 12") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 18, 2019.

11.     On March 17, 2019, CAH Acquisition Company 16, LLC ("CAH 16") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 18, 2019.

12.     On March 29, 2019, the petition of CAH 12 was dismissed by order of the Court for that debtor's failure to authorize properly its bankruptcy petition.

13.     On April 1, 2019, CAH 12 filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the Northern District of Oklahoma.

14.     On April 12, 2019, the Court entered an Order transferring the CAH 12's pending case from the Northern District of Oklahoma to the Eastern District of North Carolina and, by subsequent Order the same day, appointed the Trustee.

## RELIEF REQUESTED

15.     Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Trustee requests the Court enter an Order: (i) authorizing the employment and retention of ACT as certified public accountant ("CPA") for the Trustee in the instant case pursuant to the terms and conditions of that certain engagement letter dated April 15, 2019 by and between the Trustee and ACT (the "Engagement Letter"), attached hereto as **Exhibit B**; (ii) approving the terms of ACT's employment, including the proposed fee structure set forth in the Engagement Letter; and (iii) granting such other and further relief as the Court deems appropriate.  The Trustee requests that ACT's employment be deemed effective as of May 6, 2019.

### A.     Selection of ACT

16.     The Trustee seeks to retain ACT as CPA because of its extensive expertise in the tax reporting and regulatory aspects of a Chapter 11 proceeding, specifically one dealing with a healthcare debtor.

17.    ACT is a large regional accounting and consulting firm that has significant experience in tax preparation, audits, regulatory filings, and the evaluation and compilation of financial data.  ACT has extensive experience working with and for distressed companies in complex financial and operational restructurings, both out-of-court and in Chapter 11 proceedings throughout the United States.  K. James Hunt, the lead ACT partner in this engagement, has provided a full range of auditing, compliance, and restructuring services throughout the United States to underperforming healthcare debtors in financially-troubled situations.  Mr. Hunt has extensive experience in tax preparation and auditing, Medicare and Medicaid issues, and the financial evaluation of health care entities.

18.    For the foregoing reasons, the Trustee believes that ACT is both well qualified and able to assist the Trustee in this Chapter 11 proceeding in an efficient and timely manner.

**B.    Scope of Services to Be Rendered**

19.    ACT's services are necessary and essential to enable the Trustee to faithfully fulfill his duties as Trustee.  Mr. Hunt is the principal professional responsible for the engagement and is supported by other experienced ACT professionals.  Additional ACT staff are available and will be deployed as necessary to serve the Trustee during this Chapter 11 case pursuant to the terms of the Engagement Letter.

20.    Working under the direction of the Trustee and collaboratively with the Trustee's counsel and other professionals, ACT will provide the following services:

a)    Prepare an evaluation of the most recent accurate financial data for CAH 1 (expected to be from the year 2016 and earlier);

b)    Perform an evaluation of financial data that has been recorded subsequent to the most recent accurate data. The expectation is that this evaluation will occur for the years 2017 through 2019.  As part of this process, a determination will be made regarding the availability of such financial data as well as what procedures have been performed to keep this data current.;

c)      Analyze monthly the ongoing financial statements of CAH 1 in order to advise the Trustee of the financial condition of CAH 1;

d)      Assist the Trustee by reconciling all material accounts to support data such as accounts receivable and intercompany receivables/payables;

e)      Prepare amended 2017 federal and state income tax returns for CAH 1, which will be necessary to ensure the accuracy of subsequent tax returns;

f)      Prepare the 2018 federal and state income tax returns for CAH 1, as well as any subsequent returns that will be necessary for the years following 2018;

g)      Assist the Trustee in evaluating the need of other tax filings, such as property tax returns, payroll tax returns, and sales tax returns;

h)      Obtain all information possible related to, and review, all relevant 2018 Medicare and Medicaid cost report posted entries to evaluate their propriety and integrate said information into the internal accounting records of CAH 1, as well as contact the individual that prepared the cost report in order to determine what information may be missing from internal accounting records;

i)      Review the submitted CAH 1 2018 Medicare and Medicaid cost report to obtain the "audit readiness" of said cost reports, and file amended cost reports if needed;

j)

k)      Assist the Trustee in the assembling of financial and statistical information necessary to file the above-noted tax returns and cost reports;

l)      Provide regulatory guidance to the Trustee relative to the qualification of bankruptcy expenses for reimbursement under Medicare and Medicaid;

m)      Prepare the 2019 Medicare and Medicaid cost reports for CAH 1;

n)      Review the third-party payor interim rate adjustments and settlements received/paid by CAH 1;

o)      File Disproportionate Share reports as necessary;

p)      Evaluate the requirement/advantage of preparing home office cost reports for Empower for 2018 and 2019;

q)      Participate in any necessary meetings as required by the Trustee; and

r)      Assist in providing appropriate change of ownership (CHOW) change of control

notifications to the Medicare Administrative Contractors (MACs).

**C.** **Professional Fees and Expenses**

21.     Pursuant to the terms and conditions of the Engagement Letter, ACT has agreed to accept payment for services provided to the Trustee at its standard rates. A copy of the Engagement Letter is attached hereto as **Exhibit B**.

22.     The fee schedule setting forth ACT standard rates is included in the Engagement Letter and may be summarized as follows:

| Classification | Standard Hourly Rates |
|---|---|
| Partner | $325 |
| Senior Manager | $235–$275 |
| Manager | $185–$215 |
| Supervisor | $125–$165 |
| Senior Associate | $125–$145 |
| Associate | $100–140 |
| Support | $80 |

23.     ACT also will seek reimbursement of all necessary out-of-pocket business expenses, including travel billed at a rate of $75 per hour, incurred in connection with this matter and a six percent administrative charge to cover administrative overhead.

24.     ACT intends to apply to the Court for the payment of compensation for services rendered and reimbursement of actual and necessary out-of-pocket expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

25.     As described more fully in the Hunt Affidavit in support of this Motion, the terms of compensation reflected in the attached Engagement Letter are consistent with, and typical of, engagements entered by ACT and other CPAs when rendering CPA services for clients similar to the Trustee, both inside and outside of bankruptcy.  The terms of the Engagement Letter were negotiated between the Trustee and ACT and reflect the work to be performed by ACT in this Chapter 11 case

6

and the firm's expertise.

26.    ACT has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estate, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance, and nature of the problems, issues, or tasks addressed in the case. ACT has prepared the Hunt Affidavit, which discloses the information relevant to this Motion pursuant to Bankruptcy Rules 2014 and 2016.  The Hunt Affidavit is attached hereto as **Exhibit A**.

      **D.**      **Disinterestedness of Professionals**

27.    To the best of the Trustee's knowledge, information, and belief, based on and except as set forth in the Hunt Affidavit, ACT does not hold or represent any interest adverse to the Trustee or the Debtor, its creditors, or other parties-in-interest in connection with the Trustee, the Debtor, and this Chapter 11 case, and is a "disinterested person" as that term is defined by Bankruptcy Code Section 101(14), as modified by Bankruptcy Code Section 1107(b).  More specifically, as set forth in the Hunt Affidavit, ACT, its members, and its employees:

      a)      are not creditors, equity security holders, or insiders of the Trustee or the Debtor;

      b)      are not and were not, within 2 years before the date of the filing of the Debtor's Chapter 11 petitions, directors, officers, or employees of the Trustee or the Debtor; and

      c)      do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

28.    Based on and as set forth in the Hunt Affidavit, ACT informed the Trustee that ACT has assessed, and will continue to assess, any and all client relationships to ensure that ACT does not represent any interests adverse to Trustee or the Debtor, its creditors, or other parties-in-

interest and that no disqualifying circumstances exist, and further, that ACT shall disclose on an ongoing basis any relationship that my reflect upon ACT's disinterestedness.  The Trustee understands that to the extent ACT discovers any additional facts bearing upon matters described herein or its engagement by the Trustee during the period of its employment, ACT promptly will disclose such facts and supplement the information contained in this Motion and the Hunt Affidavit.

29.     ACT has not been retained to assist any entity or person other than the Trustee on matters relating to, or in connection with, the Trustee and this Chapter 11 case.  If this Court approves the proposed retention and employment of ACT by the Trustee, ACT will not accept any engagement or perform any service for any entity or person other than the Trustee related to this Chapter 11 case.  ACT will, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtor or parties-in-interest in this Chapter 11 case; *provided, however*, that such services do not relate to, or have any connection with, the Debtor and this Chapter 11 case.

30.     The Trustee has been advised that ACT will not share any compensation to be paid on behalf of the Trustee in connection with services to be performed with any other person or entity, other than other professionals of ACT, to the extent required by Bankruptcy Code Section 504.

<u>CONCLUSION</u>

WHEREFORE, the Trustee requests that this Court enter an Order (i) authorizing the employment and retention of ACT as CPA for the Trustee in this case pursuant to the terms and conditions of the Engagement Letter, effective as of May 6, 2019; (ii) approving the terms of ACT's employment, including the proposed fee structure set forth in the Engagement Letter; and

(iii) granting such other and further relief as the Court deems appropriate.

Respectfully submitted, this the 10th day of June, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
Jennifer B. Lyday (N.C. State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-00730-5-JNC** |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL, | ) ) ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**AFFIDAVIT OF K. JAMES HUNT IN SUPPORT OF MOTION TO EMPLOY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE**

I, K. James Hunt, do solemnly depose and declare as follows:

1.    I am a Partner and Chairman of the Executive Committee at Arnett Carbis Toothman LLP ("ACT"), with offices located at 2559 Wilmington Road, New Castle, Pennsylvania 16105.  I have extensive experience working with health care entities on a variety of financial and operational matters, including audits, Medicare and Medicaid reimbursement consultation, efficiency reviews, tax matters, and purchases/sales of health care organizations. ACT is a regional accounting firm with nearly three-quarters of a century of operations, approximately 275 personnel, over thirty partners, and is affiliated with American Institute of Certified Public Accountants as well as several other regional associations.

2.    I am fully familiar with the facts hereinafter and submit this affidavit (the "Affidavit") in connection with the *Motion to Employ Arnett Carbis Toothman LLP as Certified Public Accountant for the Trustee* (the "Motion") pursuant to Section 327(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

3.    To the extent that any information disclosed herein requires amendment or modification upon ACT's receipt of additional information or as additional information becomes

1

available, a supplemental affidavit will be submitted to the Court.

**Professional Fees and Expenses**

4.      Pursuant to the terms and conditions of that certain engagement letter dated April 15, 2019 by and between the Trustee and ACT (the "Engagement Letter"), ACT has agreed to accept payment for services provided to the Trustee at its standard rates. A copy of the Engagement Letter is attached to the Motion as **Exhibit B**.

31.      The fee schedule setting forth ACT standard rates is included in the Engagement Letter and may be summarized as follows:

| Classification | Standard Hourly Rates |
|---|---|
| Partner | $325 |
| Senior Manager | $235–$275 |
| Manager | $185–$215 |
| Supervisor | $125–$165 |
| Senior Associate | $125–$145 |
| Associate | $100–140 |
| Support | $80 |

5.      ACT also will seek reimbursement of all necessary out-of-pocket business expenses, including travel billed at a rate of $75 per hour, incurred in connection with this matter and a six percent administrative charge to cover administrative overhead.

6.      These rates are set out above are designed to fairly compensate ACT for the work of its CPAs and personnel.  After conducting certain diligence in connection with reasonable compensation that ACT could request for the provision of its services in this Chapter 11 case, upon information and belief, the terms of the Engagement Letter are similar to the terms, both financial and otherwise, agreed to by ACT and other CPA firms, both inside and outside of bankruptcy. Moreover, the terms of the Engagement Letter were negotiated between the Trustee and ACT and reflect the work to be performed by ACT in this Chapter 11 case and the firm's accounting, operational, and regulatory expertise.

7.      ACT intends to apply to the Court for payment of compensation for services rendered and reimbursement of actual and necessary out-of-pocket business expenses and an administrative charge of six percent, in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court.  ACT has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estate, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance, and nature of the problems, issues, or tasks addressed in the case.

8.      No compensation has been received by ACT from the Trustee or any other person on said account.

9.      ACT has agreed not to share (a) any compensation that it may receive with another party or person, other than members of the firm itself or (b) any compensation that another person or party has received.

### ACT's Conflict Check System

10.      A search of the client databases and other relevant databases of ACT was performed to identify any connections or relationships with the entities with which the Trustee or the Debtor has material relationships as identified by the Trustee.  Such analysis consisted of a review of contacts with the Trustee, the Debtor, and entities holding claims or interests in the Debtor that were made reasonably known to ACT by the Trustee.  A list of the parties reviewed is reflected in Schedule 1 to this Affidavit.  ACT's review included conducting a query of such parties in databases containing the names of individuals and entities that are current or former clients of ACT or who have other relationships with ACT.  Additionally, ACT included potential judges and

3

bankruptcy administrators in the search process. A summary of the relationships that ACT identified during this process is set forth in Schedule 2 hereto.

11.    ACT has provided or could reasonably be expected to continue to provide services unrelated to this Chapter 11 case for the various entities shown on Schedule 2. ACT's assistance to these parties has been related to providing various financial, litigation support, business consulting, or tax services. To the best of my knowledge, no services have been provided to these parties in interest that involve their rights in this Chapter 11 case, nor does ACT's involvement in this case compromise its ability to continue such consulting services.

12.    In addition, as part of its diverse practice, ACT appears in numerous cases and court proceedings and participates in transactions that involve many different professionals, including attorneys, accountants, investment banks, and financial consultants who may represent claimants and parties in interest in this Chapter 11 case. Further, ACT has performed in the past, and may perform in the future, advisory and consulting services for various attorneys and law firms and has been represented by various attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates an interest materially adverse to the Trustee or the Debtor in matters upon which ACT is to be employed, and none are in connection with the Trustee, the Debtor, or this case.

## Disinterestedness of ACT

13.    To the best of my knowledge, and based on the results of the conflicts search described above, ACT is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code (as supplemented by Section 1107(b) of the Bankruptcy Code), in that, except as otherwise set forth herein, ACT and its professionals:

a)  are not creditors, equity security holders, or insiders of the Trustee or the Debtor;

b)  are not and were not, within 2 years before the date of the filing of the Debtor's Chapter 11 petition, directors, officers, or employees of the Trustee or the Debtor; and

c)  do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

14.     In addition, to the best of my knowledge and based upon the results of the conflicts search described above, other than as described herein, neither I, ACT, nor any member or associate thereof, holds or represents an interest adverse to the Trustee, the Debtor, or the Debtor's estate.

15.     If any new material, relevant facts or relationships are discovered or arise, ACT promptly will file a supplemental affidavit pursuant to Bankruptcy Rule 2014(a).

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of June, 2019.

*/s/ K. James Hunt*
K. James Hunt
Partner
Arnett Carbis Toothman LLP
2599 Wilmington Road
New Castle, PA 16105
T +1 724 658 1565
F +1 724 658 2402
james.hunt@actcpas.com

5

**Schedule 1**

| |
|---|
| 117A Albemarle Dr, Plymouth, NC |
| 250 S. Kraemer Blv – D1.NW.03 |
| 3M |
| A+ Printing |
| AAASF Office |
| ABBVIE |
| AB Sciex, LLC |
| AC Oil |
| ACR |
| AFCO Insurance Preimum Finance |
| ANFP |
| AYA Healthcare, Inc. |
| Abbott-Laboratories |
| Abbott Diabetes Care, Inc. |
| Accurad Medical Imaging |
| Accuratenow |
| Adaptive Medical Partners |
| Adepto Medical |
| Advance Boiler Repair & Service |
| Advanced Physician Billing, Inc. |
| Advantage RN, LLC |
| Affiliated Medical Services |
| Agema Lab Management, LLC |
| Agility Health LLC |
| Air Evac. EMS |
| Airgas Mid South, Inc. |
| Airgas USA, LLC |
| Alere North America, Inc. |
| Alex J. Kuhlman |
| Alimed |
| Allergan USA, Inc |
| Alliance Radiology, PA |
| Allred Recruiting Group |
| Amazon Capital Services, Inc. |
| American Cancer Society |
| American Esoteric Laboratory (AEL) |
| American Future Systems, Inc. |
| American Osteopathoc Assoc. |
| American Proficiency Institute |

| |
|---|
| American Red Cross Blood Services |
| American Screening Corporation |
| American Solutions for Business |
| Ameripath Oklahoma City |
| Ameripride |
| Amerisource Bergen Drug Corp |
| Amit Kumar |
| Anesthesia Dynamics |
| Angela Cooper |
| Angela Holmes |
| Anthem Blue Cross Life and Health Insurance Company |
| Anthem Health Plans of Kentucky, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of Maine, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of New Hampshire, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans of Virginia, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Health Plans, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthem Insurance Companies, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Anthony Technology, LLC |
| App Group International, LLC |
| Applied Medical |
| Appollo Medical Services |
| Apria Healthcare |
| Arjo, INC. |
| Armstrong Medical |
| Arnett Carbis Toothman, LLP |
| Arrow International, Inc. |
| Aspirar Medical Lab, LLC |
| Assistant United Stated Trustee Jordan Sickman |
| AT&T |
| Atchison Hospital |
| Atlantic Coastal Supply |
| Atlas Medstaff, Inc. |
| Attorney General, State of Missouri |
| Audit Microcontrols, Inc. |
| Auto Chlor Services, LLC |
| BC Technical |
| BCBS of New Mexico |
| Background Check Advantage |
| Baker-Allen Building Supply |
| Baker Donelson Bearman Caldwell & Berkowitz, PC |

| |
|---|
| Bank of Hays |
| Bankruptcy Administrator for the Eastern District of North Carolina |
| Barnes Motor & Parts Plymouth |
| Barney's Electric |
| Baxter Healthcare |
| Bayer Corporation |
| BC Technical |
| BCBSM Inc. doing business as BlueCross BlueShield of Minnesota |
| BH Media Group |
| Beacon Printing & Imaging, Inc. |
| Beckman Coutler, Inc. |
| Bemac Supply |
| Bemes, Inc. |
| Bennie A. Moore Septic Tank |
| Billie Jo Boykin |
| Billy Cochran |
| Bio Electronics |
| Bio Rad Laboratories Inc. |
| Biote Medical LLC |
| Biotronic, Inc |
| Biotronik, Inc. |
| Bioventus |
| Bio-Tek Services, Inc |
| Blue Cross and Blue Shield of Georgia, Inc. |
| Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. |
| Blue Cross Blue Shield of Michigan Mutual Insurance Company |
| Blue Cross Blue Shield of Wisconsin doing business as Anthem Blue Cross and Blue Shield |
| Blue Cross of California, Inc. doing business as Anthem Blue Cross |
| Blue Ridge X-Ray Company, Inc. |
| Bluebird Network, LLC |
| BMI |
| Boone Hospital Center |
| Border States Electric Supply |
| Boston Scientific |
| Bothwell Regional Health Center |
| Bowen Heating & Refrig Inc. |
| Bowen Pharmacy |
| Boyce & Bynum Pathology Lab |
| Brame Specialty Company |
| Brenda L. Herndon |
| Brent King |

| |
|---|
| Briggs Corporation |
| Brightsavings 1, LLC |
| Brittany M. Jordan |
| Brown County 4H Council |
| Brown County Treasurer |
| Bud's Fire Extinguisher Sales |
| Butler & Associates |
| Bybee Lawn |
| C&R Medical |
| CDL Electroni Co., Inc. |
| CED/Philips & Company |
| CEJKA Search |
| CIP Consulting LLC |
| CK Power |
| CPSI |
| CR Bard, Inc |
| CSI/Kansas City, LLC |
| CAH Acquisition Company #1, LLC a Delaware Limited Liability Company doing business as Washington County Hospital |
| CAH Acquisition Company #10, LLC |
| CAH Acquisition Company #11, LLC a Delaware Limited Liability Company doing business as Lauderdale Community Hospital |
| CAH Acquisition Company #12, LLC a Delaware Limited Liability Company doing business as Fairfax Community Hospital |
| CAH Acquisition Company #2, LLC a Delaware Limited Liability Company doing business as Oswego Community Hospital |
| CAH Acquisition Company #3, LLC a Delaware Limited Liability Company doing business as Horton Community Hospital |
| CAH Acquisition Company #4, Inc. an Oklahoma Corporation doing business as Drumright Regional Hospital |
| CAH Acquisition Company #5, LLC a Delaware Limited Liability Company doing business as Hillsboro Community Hospital |
| CAH Acquisition Company #6, LLC a Delaware Limited Liability Company doing business as I-70 Community Hospital |
| CAH Acquisition Company #7, LLC a Delaware Limited Liability Company doing business as Prague Community Hospital |
| CAH Acquisition Company #9, LLC |
| CAH Acquisition Company 16, LLC a Delaware Limited Liability Company doing business as Haskell County Community Hospital |
| Cable One |
| Cameron Blake Smith |
| Canon Medical Systems USA, Inc |
| Cannuflow, Inc |

| |
|---|
| Cardinal Health |
| Cardinal Health - Pharm |
| Cardinal Health 411, Inc. |
| Cardinal Health Nuclear Pharm |
| Careexpand, LLC |
| Carefusion Solutions, LLC |
| Carestream Health, Inc |
| Carol McKinney |
| Carol McLeod |
| Cassidy Skinner Wimp |
| Castle Medical, LLC |
| Cayenne Medical, Inc. |
| Centimark Corp |
| Centurion Medical Products |
| Century Link |
| Cerner Corporation |
| Charles E. Cartwright |
| Chemical Systems, Inc. |
| Cherokee County Ambulance Assc |
| Chetopa High School |
| Christina Schlatter |
| Chrystie L. Stowe |
| Cigna Health and Life Insurance Company |
| Cigna Healthcare |
| Cigna Healthcare of North Carolina, Inc. |
| Cigna Healthcare of St Louis, Inc. |
| Cim Tel Cable, LLC |
| Cindi A Sims - Saline County Collec |
| Cindi Major |
| Citeffe, Inc |
| City of Altamont |
| City of Chetopa |
| City of Drumright |
| City Hillsboro, Kansas |
| City of Oswego |
| City of Parsons |
| City of Powhattan |
| City of Prague |
| City of Sweet Springs |
| Clayton Paper & Distribution |
| Clearchem Diagnostics, Inc. |

| |
|---|
| Clia Laboratory Program |
| CLIA Waived, Inc. |
| College of American Pathologists |
| Commercial Openings |
| Commercial Blood Center |
| Commercial Medical Electronics |
| Communication Services |
| Community Blood Center |
| Community Insurance Company doing business as Anthem Blue Cross and Blue Shield |
| Comphealth Medical Staffing |
| Compcare Health Services Insurance Corporation doing business as Anthem Blue Cross and Blue Shield |
| Complete Business Solutions Group, Inc. |
| Compliant Healthcare Technologies |
| Compugroup Medical, Inc. |
| Computer Products & Supplies Int |
| Comtrix Solutions |
| Concordance Healthcare Solutions |
| Cone Instruments |
| Conmed Corp |
| Cook Medical, Inc |
| Cooper County Memorial Hospital |
| CPP Wound Care #25 LLC |
| CPP Wound Care, LLC |
| Creek County Treasurer |
| Creekridge Capital |
| Crest Healthcare Supply |
| Creswell Water & Sewer Department |
| Crown Linen Service |
| Culligan Water |
| Curtis L. Mellen |
| Curtis S. Potter |
| DNV GL Healthcare USA |
| DP Medical Services |
| Dan Hiben |
| Dana Kabrey |
| Daniel Bercu |
| David Cooks Plumbing |
| David M. Warren |
| Debra Chavez |
| Delta Flex Travelers, LLC |

| |
|---|
| DELTA Healthcare Providers |
| Demco Printing |
| DeMint Anesthesia Services, LLC |
| Denison, Inc. |
| Department of the Treasury – Internal Revenue Servi |
| Design Supply, Inc |
| Devon Nading |
| Diagnostic Laboratory of OK |
| Diamedical USA Equipment, LLC |
| Diane L. Cranor |
| Diane Young |
| Digitec Medical Service Corp |
| Directv |
| Discount Cardiology |
| Dock & Lock Storage |
| Doerner, Saunders, Daniel & Anderson, L.L.P. |
| Dominion North Carolina Power |
| Dominion Virginia Power |
| Donna McBroom |
| Drug Tests in Bulk |
| Drugs of Abuse Testing |
| Drumright Regional Hospital |
| Drumright Rural Health Clinic |
| Dung Tien Pham |
| Durlyn Boradcasting |
| Dusty Ducts, Inc. |
| Dusty Jones |
| Dysha Knight |
| EMP Millipore Corporation |
| EMR Finance, LLC |
| EPIC |
| EPower Doc, Inc. |
| ER Imaging, Inc. |
| ERx, LLC |
| EWT Holdings III Corp |
| East Carolina Door Control Ser |
| East Carolina Supply Co. |
| Eastern Radiologists, Inc. |
| Echo Mills |
| Ecolab |
| Ecom Folders |

| |
|---|
| Electronic Contracting Co |
| Electronics Supply Co, Inc |
| Elesha Draeger |
| Emcare Physician Services, Inc. |
| Emergence Teleradiology |
| Emergency Coverage Corp |
| Emergency Medical Products |
| Emergency Medical Serivces, Inc |
| Emergency Power Systems, Inc. |
| Empire HealthChoice Assurance, Inc. doing business as Empire Blue Cross and Blue Shield |
| Employment Security Commission |
| Empower H.I.S LLC<br>A Florida limited liability company |
| Empower Healthcare, LLC<br>a Florida Limited Liability Company |
| Empower HMS LLC a Delaware Limited Liability Company |
| Enchanted Gardens |
| Epower Doc, Inc |
| Erick Batchelor Plumbing |
| Ernesto Fesser |
| Evoqua Water Technologies |
| Experian Health |
| EZ Way, Inc |
| FDS-MQSA Program - 199125 |
| Fairfax Chief |
| Fairfax Community Hospital |
| Fairfax Healthcare Authority |
| Falls City Mercantile |
| Family Discount Pharmacy |
| Farnam Street Financial Inc. |
| Fedex |
| Fern Vail |
| Fidelity Security Life Insurance Company et al |
| Financial Thrivent |
| First Advantage Background SVC |
| First Advantage Occupational |
| First Capital Corporation |
| First Financial Corporate Leasing |
| First Liberty |
| First Physicians Lending Solutions - Fairfax, LLC |
| Fisher Healthcare |

| |
|---|
| Fisher Scientific Company, LLC |
| Fitzgibbon Hospital |
| Forum Financial Services |
| Fox Rothschild |
| Frogley's Mini Storage |
| Fukuda Denshi USA, Inc. |
| Fusion Meidcal Staffing |
| Futrell's Plumbing |
| Future Health Concepts, Inc |
| GE Capital Corp. |
| GE Healthcare |
| GE Healthcare Financial Services |
| GEHA |
| GEL Funding, LLC |
| GI Coverage, LLC |
| Gail M. Billman |
| Gas & Supply |
| Gemino Healthcare Finance |
| Gene Evans |
| General Electric Capital Corporation |
| Genesis Medical Imaging, Inc. |
| George King Bio- Medical, Inc |
| Gerwick & Assoc., Inc |
| Gerzick & Assoc. Inc. |
| Gina Russell |
| GlassRatner |
| GlaxoSmithKline Pharmaceutical |
| Gordon Kern, MD, LLC |
| Grainger |
| Grant Thornton, LLP |
| Graywater Traders, Inc. |
| Greenville Pathology, PA |
| Hagar Restaurant Service, Inc |
| Halifax Linen Service |
| Hardy Diagnostics |
| Haskell County Community Hospital |
| HD Spply Facil Maint Ltd |
| Health Acquisition Company LLC A West Virginia limited liability company |
| Health Care Logistics |
| Health Data Solutions |
| Healthcare Infection Control Solutions |

| |
|---|
| Healthlink, Inc |
| Healthy Alliance Life Insurance Company |
| Heartland Alarms, Inc |
| Heartland Pathology Consultant |
| Heather Poe |
| Helmer |
| Hemocue, Inc. |
| Hendren, Redwine & Malone, PLLC |
| HERC |
| Hiawatha Ford, Inc |
| High Point Capital |
| Higher Calling Technology |
| Hill-Rom Company, Inc |
| Hillsboro Community Hospital |
| Hillyard/Kansas City |
| HIPPA-Guard |
| HMC/CAH Consolidated, Inc. A Delaware corporation |
| HMO Healthkeepers, Inc. doing business as Anthem Blue Cross and Blue Shield |
| HMO Missouri, Inc. |
| HMS Health, LLC |
| Holt Equipment Co., LLC |
| Home Heating & A/C Co |
| Horizon CSA, LLC |
| Horizon Scientific, Inc |
| Horton Chamber of Commerce |
| Horton City Clerk |
| Horton Community Hospital |
| Horton Headlight |
| Horton High School |
| Horton Thriftway |
| Hospira Worldwise, Inc. |
| Hospital Equipment Rental Co. |
| HPCG Hospital Investment, LLC |
| Hutchison Plumbing |
| I.T.S. USA |
| I-70 COMMUNITY HOSPITAL |
| IBEJI Staffing Corp. |
| IBM Corporation |
| IDEXX Labs |
| IPC, Inc |
| Identicard |

| |
|---|
| iHealthcare, Inc. |
| iHealthcare Management II Company |
| iHealthcare Software Services, Inc. |
| Immucor, Inc. |
| Impact Medical Services, LLC |
| Impact Networking Indiana, LLC |
| Indian Electric Cooperative |
| Industrial Welding & Tool Supply |
| Information Network of Kansas |
| Interior Distributors, Inc. |
| Internal Revenue Service |
| Intuit Inc. |
| Iron Mountain, Inc |
| J&J Health Care |
| Jackson Pharmacy Professionals |
| Jacquieline Betteridge |
| James Shaffer |
| Janet Banowetz |
| Janet White |
| Jeffrey J. Caldwell, DDS, PA |
| Jenkins Risk Management |
| Jennifer Campmier |
| Jennifer P. Wagner |
| Jennifer Stoneking |
| Jernigan Electrical Service Co. |
| Jerod Norris |
| Jessica Mayfield |
| Jill Blankinship |
| Joe Harding Sales & Service |
| Joe Moore & Company, Inc. |
| John A. Bebb, Sr. |
| John Paul H. Cournoyer |
| Johnson Controls Fire Protect |
| Johnson & Johnson Finance Corp |
| Johnstone Supply |
| Jorge A. Perez |
| Joyce L. Hiben |
| Judge Dana L. Rasure |
| Judge Joseph N. Callaway |
| Judge Robert E. Nugent |
| Julee Riley |

| |
|---|
| K&L Safety Products |
| KAMMCO |
| KCI USA |
| KGGF-KUVSN, Inc. |
| KPS Physician Staffing, Inc. |
| KS Dept Health & Environment |
| Kansas Board of EMS |
| Kansas City Power & Light |
| Kansas Department of Revenue |
| Kansas EMS Association |
| Kansas Fire & Safety Equipment |
| Kansas Gas Service Co. |
| Kansas Hospital |
| Kansas Pathology Consultants |
| Kansas Payment Center |
| Kansas Secretary of State |
| Kansas State Board of Pharmacy |
| Kari Chesson Hardison |
| Kehrs Law Offices |
| Keith & Associates, Inc. |
| Keith Plummer |
| Keller Fire & Safety |
| Kempton Company |
| Key Rehabilitation |
| Kinamed, Inc |
| Klenda Austerman LLC |
| Lab Corp of America Holding |
| Labcorp |
| Labette Center – Mental Health Services |
| Labette Health |
| Labette County Kansas |
| Labette County Treasurer |
| Laboratory Start-Up Consultant |
| Laboratory Supply Company |
| Landauer, Inc. |
| Landmark National Bank |
| Larson & Associates |
| Laser Creations |
| Laser Tech Company, LLC |
| Lauderdale Community Hospital |
| Lauderdale County Assessor |

| |
|---|
| Lauderdale County HOPE Foundation |
| Laureen C. Koehler |
| Lemon Tree Floral & Gifts |
| Lexmark Enterprise Software |
| LGC Maine Standards |
| LGMG, LLC |
| Liberty Imaging Partners II |
| Life Safety Services, LLC |
| Lifeblood/Mido UTH Blood |
| Lifeflight Eagle |
| Lighthouse Lab Services |
| Lincoln County News |
| Lincoln County Treasurer |
| Locke Supply Co |
| Love Beal & Nixon, PC |
| Lincare, Inc |
| Lois Roberson |
| M&T Bank |
| MASSCO |
| MFA Oil |
| MHA Health Insurance |
| MHA Management Services Corp |
| MST XS, LLC |
| Madison Medical |
| Main Standards Co., LLC |
| Major Power Generation Services |
| Marmic Fire & Safety Co, Inc. |
| Marion County Treasurer |
| Marjorie K. Lynch |
| Marketlab, Inc. |
| Marshall Democrat News |
| Martin General Hospital |
| Masimo |
| Massco Maintenance Supply |
| Mastercraft  Boiler |
| Matheson Tri-Gas |
| Maxim Healthcare Services, Inc. |
| Maxim Staffing Solutions |
| May Medical, Inc. dba See the Trainer-Bellevue |
| McCartys |
| McKesson |

| |
|---|
| McKesson Corporation |
| McKesson Corporation - RX |
| McKesson Medical-Surgical Inc. |
| McNair Oil Co. |
| Medassurance |
| Medassure |
| Medi Scripts |
| Mediacom |
| Medicaid Missouri |
| Medical Imaging Solutions |
| Medical Technology Assoc |
| Medivators |
| Medline Industries, Inc. |
| MedPrime Capital |
| MEDTOX Diagnostics, Inc |
| Medtox Laboratories, Inc. |
| Medtronic Physio-Control Corp |
| Medusind, inc |
| Medx Group Corp. |
| Melanie Perry |
| Merrick, Baker & Strauss, P.C. |
| Merritt Hawkins & Associates |
| Mercy Hospital |
| Mercy Medical Supply |
| Merry X-Ray Corp |
| Mesirow Ins. Serivces. Inc |
| Metrolina, Inc. |
| Meyer Laboratory Inc |
| Micro Direct, Inc |
| Midland |
| Midray North America |
| Midwest Card & ID |
| Midwest Medical Transport |
| Miller EMS, LLC |
| Medical Imaging Solutions |
| Medline |
| Miller Office Equipment |
| Millpore Corp |
| Mindray DS USA Inc. |
| Mirion Technologies Inc |
| Missouri Department of Revenue |

| |
|---|
| Missouri Employers Mutual |
| Missouri Hospital Association |
| Missouri Network Alliance, LLC |
| Mo-Kan Iron Workers Welfare |
| Mobile Cardiac Care, LLC |
| Modular Space Corporation |
| Molecular Bioproducts |
| Moneysworth Linen Service, Inc. |
| Monson Harware, LLC |
| Morgan Cohen & Bach |
| Morning Sun |
| Mortara Instrument, Inc |
| Mountain X-Ray |
| NOA Medical Supply |
| NC Child Support |
| N.C. Department of Justice |
| Names and Numbers |
| National Fire Suppression |
| Nelson Mullins Riley & Scarborough, LLP |
| Netgen Healthcare |
| Net2Phone |
| Newegg Business, Inc |
| News Leaer Company, Inc |
| Nuesoft Technologies |
| Nortek Medical Staffing, Inc. |
| North Carolina Department of Health and Human Services, Division of Health Benefits |
| North Carolina Department of Labor |
| North Carolina Department of Motor Vehicles |
| North Carolina Department of Revenue |
| North Carolina Division of Empl Security |
| Notary Public Underwriters, Inc |
| Novitas Solutions, Inc. |
| NC DHHS Division of Medical Assistance |
| NC-DHSR |
| NCDHSS |
| NCHA |
| NC Radiation Protection Sec |
| Nthrive Inc. |
| National Recall Alert Center |
| National Staffing Solutions |
| Novartis |

| |
|---|
| NPG Newspaper |
| Nursing Homes, LTD |
| OG&E |
| OK State Board of Pharmacy |
| O'Brien Pharmacy |
| Occupational Health Dynamics |
| Office Depot |
| Officezilla, Inc. |
| Olathe Winsupply |
| Olympus Financial Services |
| Oklahoma Advantage Storehouse, LLC |
| Oklahoma Blood Institute |
| Oklahoma Employment Security Commission |
| Oklahoma Natural Gas Co |
| Oklahoma Tax Commission |
| OneDoc- Managed Print Services |
| Ortho-Clinical Diagnositcs, Inc. |
| OSU Foundation |
| Osage Services Group |
| Oswego Chamber of Commerce |
| Oswego Community Hospital |
| Oswego Drug Store |
| Oswego Fire Department |
| Oswego Project Prom |
| Owens & Minor |
| PC Connection |
| PCH/Leslie Harrison |
| PCM-G |
| PDC Healthcare |
| PLICO |
| PMIC |
| PRN Funding, LLC |
| Pacific Medical, LLC |
| Painweek |
| Par Forms Printing, Inc |
| Partners Financial, LLC |
| Passport Health Communicatons, Inc |
| Patient Telephone Supply |
| Patriot Placement Staffing LLC |
| Patterson Medical |
| Paul L. Nusbaum |

| |
|---|
| Paulette J. Delk |
| Pawnee Chief |
| Pedro Galvez |
| Peregrine Corporation |
| Personnel Concepts |
| Pest X Termite & Pest Control |
| Philips Healthcare |
| Phusion Marketing Group |
| Phyllis Shaffer |
| Physio Control, Inc |
| Piccpros, LLC |
| Pied Piper Services of NA, LLC |
| Pitney Bowes Purchase Power |
| Pitney Bowes, Inc. |
| Platinum Code |
| Pointer Communications |
| Police Department Calendars |
| Ponca City News |
| Practice Management Information, Inc |
| Prague Chamber of Commerce |
| Prague Community Hospital |
| Prague Mini Storage |
| Prague Public Schools |
| Prakash Tirupattur, MD |
| Precision Dynamic Corporation |
| Preferred Health Professionals |
| Premier Spec Network LLC |
| Primeforce Medical Corp |
| Probo Medical |
| Professional Media Resource |
| Professional Software, Inc. |
| Prophysics |
| Psychiatric Medical Care |
| Public Building Commission of Hillsboro, Kansas |
| QCR Holdings Inc. & Subsd |
| Quality Printing, Inc. |
| Quality Systems, Inc. |
| QueenB Television of KS/MO, LLC |
| Quest Diagnostics |
| Quest Diagnostics Clinical |
| Quest Diagnostics Clinical Lab. |

| |
|---|
| Quest Diagnostics Clinical Laboratories Inc. |
| Quidel Corporation |
| Quill Corporation |
| R&D Batteries, Inc. |
| RR Donnelley |
| RSP Trash Service |
| R. Lee Webber, Morton & Germany, PLLC |
| Radiological Solutions |
| Radiology and Nuclear Medicine |
| Radon Medical, LLC |
| Radsource Imaging |
| Rainbow Communications |
| Ram Exterminators |
| Ramp Plymouth, PA |
| Ray Tech |
| Rayford K. Adams III |
| Raymond Howard |
| Readylink Inc. |
| Reboot Inc. |
| Reboot, Inc./HIPPA Guard |
| Regence BlueCross BlueShield of Oregon |
| Regence BlueCross BlueShield of Utah |
| Regence BlueShield |
| Regence BlueShield of Idaho |
| Regional Veterinary Services, Inc |
| Remedies |
| Republic Services #609 |
| Reserve Account |
| Respiratory Maintance, Inc |
| Respironics, Inc. |
| Riggs Drugs, Inc |
| RightCHOICE Managed Care, Inc. |
| Ripley City Recorder |
| Robbie Barber Electrical Services |
| Robert L. Venable, M.D. |
| Roche Diagnostics Corporation |
| Rock Island Key & Lock Shop |
| Rocky Mountain Hospital and Medical Service, Inc. doing business as Anthem Blue Cross and Blue Shield |
| Roger and Mary Swearengin |
| Rollins, Inc. |

| |
|---|
| Royal Publishing, Inc |
| Rural Community Hospitals of Americ Attn: Steven F. White |
| Rural Community Hospitals of America LLC (D.B.A. RCHA) |
| Rural Emergency Medical Prov. |
| Rural Health Partners, LLC |
| Rural Wisconsin Health Coopera |
| S&W Healthcare Corp |
| Sagamorehill of Missouri, LLC |
| Saline County Collector |
| Satterlee Plumbing Heating |
| SHI International Corp. |
| Schneider Electric Buildings |
| Security Bank of Kansas City |
| Security Transport Services, Inc |
| Shamrock Scientific |
| Shane Reed |
| Shared Medical Services Inc |
| Shared Medical Services, LLC |
| Sharn, Inc. |
| Shred-it USA |
| Show-Me Food & Nutrition Services |
| Siemens Financial Services, Inc. |
| Siemens Healthcare Diagnostics |
| Simplex-Grinnel LP - Raleigh |
| Sizewize |
| Skil Resource Center, Inc |
| Skillpath Seminars |
| SMC Direct, LLC |
| Smirk Designs |
| Smith Paper & Janitor Supply |
| Smithkline Beecham Corp |
| Smiths Addressing Machine Serv |
| Somerset Capital Group, Ltd. |
| SonEquity Pest Management |
| Sopyla & Associates |
| SourceMark, LLC |
| SourceOne Healthcare Tech |
| Southeastern Emergency Equipment |
| Southwest Med Equipment, Inc |
| Spectro, LLC |
| Springfield Mechanical Service |

| |
|---|
| Spencer Fane LLP |
| Spilman Thomas & Battle, PLLC |
| Sprvey Medical Systems, Inc. |
| St. Lukes North Hospital |
| Stallard Technologies, Inc. |
| Standley Systems, LLC |
| Staples Business Advantage |
| Stars |
| State of Kansas |
| State of Oklahoma- OSU Center for Health Sciences |
| Stephani W. Humrickhouse |
| Stericycle Inc |
| Sterilelink, Inc. |
| Steve's Auto Upholstery |
| Steven F. White |
| Stevens & Brand, LLP |
| Stigler Municipal Improvement Auth. |
| Stigler News Sentinel |
| Stinson Leonard Street LLP |
| Stone Bank |
| Stormont Vail Health Care |
| Stryker Endoscopy |
| Stryker Instruments |
| Stryker Medical |
| Sun Finance, Inc. |
| Super Shred |
| Swain Gas |
| Sweet Springs Ambulance |
| Sybran Communications, Inc |
| Sysco Food Services |
| Sysko of Kansas City |
| Sysmex America, Inc. |
| T-System, Inc |
| TEK Collect |
| TMS Audio Productons, Inc |
| TX Child Support SDU |
| Taylor Newpaper |
| Tecumseh Oxygen & Medical Supply |
| The ISO 9001 Group |
| The Medical Protective Company |
| The NTL Alliance of Rural Hosp |

| |
|---|
| The Rads Group, Inc. |
| The Roanoke Beacon |
| The Stevens Group, LLC dba Woodstock Dietary Systems |
| Thomas W. Waldrep, Jr. |
| Thompson Bros. Supplies, Inc |
| Threattrack Security |
| TN Dept of Labor - Bureau of Unemployment Insurance |
| Tony's Snow Removal |
| Topeka Health Systems, LLC |
| Topeka Pathology Group |
| Topeka Health Systems Lab |
| Toshiba America Business |
| Toshiba America Medical Credit |
| Toshiba America Medical System |
| Total Medical Personnel Staffing |
| Touchtone Communication |
| Town of Fairfax |
| Town of Plymouth |
| Tracey M. Ohm |
| Trainim Health Services |
| Treasurer of Virginia |
| Treat's Solutions |
| Tri-Anim Health Services, Inc. |
| Tri-County Telephone |
| Tri-Tec Medical, Inc |
| Trial Attorney Carrie Ann Rochrscheib |
| Trial Attorney Christopher T. Borniger |
| Triangle Xray Company |
| Tricounty Telecom |
| Triple H Services |
| Triplett Woolf Garretson, LLC |
| Troy Brown Heating & Cooling |
| Trucode, LLC |
| Truven Health Analytics, Inc. |
| Turner Medical Inc |
| Typenex Medical |
| UMR |
| UPS |
| UnitedHealthcare Insurance Company |
| United Linen & Uniform |
| United Linen Uniform Services |

| |
|---|
| United States Attorney for the Eastern District of North Carolina |
| United States Attorney for the Northern District of Oklahoma |
| Universal Hospital Services |
| US Bank |
| US Dept. of Education |
| US Foodservice |
| US Specialty Labs |
| USA Radiology Management Solutions |
| Utak |
| Verizon Wireless |
| Vermed, Inc |
| Virginia Division of Child Support Enforcement |
| Virtual Radiologic |
| Viztek, LLC |
| Volente Healthcare LLC |
| Vonco Medical Products, Inc |
| Vyne Education, LLC |
| WPS GHA - Reimbursement |
| W.W. Grainger, Inc |
| Waldrep, LLP |
| Walker Auto & Truck Parts |
| Wallach Surgical Devices |
| Waser Plumbing & Heating, Inc |
| Washington County Hospital |
| Washington County, NC |
| Washington Co. Sheriff Calendar |
| Washington County Tax Department |
| Waste Corp of Missouri |
| Waste Management of Kansas, Inc |
| Wave Wireless |
| Wellstart Health, LLC |
| Werfen USA Labs |
| Werring Law Office, LLC |
| Westar Energy |
| Western Healthcare, LLC |
| Western MO Medical Center |
| Westrock Solutions, LLC |
| Williamston Fire Extinguisher |
| Windstream |
| Works & Lentz of Tulsa, Inc. |
| World Acceptance Corp |

| |
|---|
| WPM Pathology Laboratory |
| Wright Medical Technology, Inc. |
| Wright Products, Inc. |
| Wright Signs & Graphics |
| Xerox Corporation |
| Xerox Crop Supplies |
| Zoll Medical Corp |
| Zoro Tools, Inc |

**Schedule 2**

| Relationship Identified | Explanation of Relationship |
|---|---|
| Rural Community Hospitals of America | ACT has provided services to this entity, which has or had an ownership interest or management relationship with CAH 1, in the past. |
| Steven F. White | ACT has provided services to entities in which Steve White held a direct or indirect ownership interest, including CAH 1, but no individual services.  Steve White, together with Paul Nussbaum, purchased a receivable for Health Acquisition Company, LLC from ACT. |
| Spilman Thomas & Battle, PLLC | ACT has provided, and continues to provide, litigation services to this entity unrelated to this case. |
| Jorge A. Perez | ACT has provided services to entities in which Jorge Perez held a direct or indirect ownership interest, including CAH 1, but no individual services |
| Sun Finance, Inc. | ACT has not provided services to this entity.  ACT has, however, provided services to entities directly or indirectly owned by the owners of Sun Finance, Paul Nussbaum and Steve White. |
| Paul L. Nussbaum | ACT has provided services to entities in which Mr. Nussbaum held a direct or indirect ownership interest, including CAH 1, but no individual services. Paul Nussbaum, together with Steve White, purchased a receivable for Health Acquisition Company, LLC from ACT. |
| Tom Waldrep, Jr. | ACT has verbally agreed to provide services to the bankruptcy trustee in this case. |
| HMC/CAH Consolidated, Inc. | ACT has provided services to this entity, which has an ownership interest in CAH 1, in the past. |

| | |
|---|---|
| Health Acquisition Company, LLC | ACT has provided services to this entity, which has an ownership interest in CAH 1, in the past.  A receivable for this entity was sold to Paul Nussbaum and Steve White. |
| EmpowerHMS | ACT has provided services to this entity, which has or had an ownership interest or management relationship with CAH 1, in the past. |
| iHealthcare, Inc. | ACT has not provided services to this entity.  However, this entity is or was under some control by Jorge Perez, and ACT provided services to other Perez-affiliated entities. |
| Cooper County Memorial Hospital | ACT provided services to this entity, which was formerly managed by HMC/CAH Consolidated, Inc., in the past. |
| Cohesive Healthcare Management & Consulting LLC | ACT has not provided services to or worked with this entity prior to the bankruptcy of CAH 1.  However, ACT has established a relationship with Cohesive through the CAH bankruptcy proceedings. |
| iHealthcare Management II Company | ACT has not provided services to this entity.  However, this entity is or was under some control by Jorge Perez, and ACT provided services to other Perez-affiliated entities. |
| iHealthcare Software Services, Inc. | ACT has not provided services to this entity.  However, this entity is or was under some control by Jorge Perez, and ACT provided services to other Perez-affiliated entities. |
| Drumright Regional Hospital | ACT has provided services to this hospital in the past.  Drumright is owned by entities related to the ownership of CAH 1. |
| Sayre Memorial Hospital, Inc. | ACT provided services to this entity, which was formerly managed by HMC/CAH Consolidated, Inc., in the past. |
| Liberty Mutual Insurance | There is ongoing litigation between ACT and this entity. |

# EXHIBIT B

**Arnett**
**Carbis**
**Toothman** llp
CPAs & Advisors

actcpas.com

2599 Wilmington Road
New Castle, PA 16105
724.658.1565 | 724.658.2402 fax
800.452.3003

April 15, 2019

Thomas Waldrep, Jr.
Waldrep Law
101 S. Stratford Road, Suite 210
Winston-Salem, NC  27014

Re:  Engagement as Accountants for the Trustee of the Debtors Consolidated Under Case No. 19-00730-5 in
the United States Bankruptcy Court for the Eastern District of North Carolina

Dear Mr. Waldrep:

This letter constitutes the terms of the engagement between you, as the trustee for the above referenced
seven critical access hospitals currently in bankruptcy ("Client" or "You"), and Arnett Carbis Toothman LLP
("ACT" or "We"), under which we will provide consulting services to you related to the seven critical access
hospitals.  The seven critical access hospitals are as follows:  Washington County Hospital, Oswego
Community Hospital, Haskel County Community Hospital, Horton Community Hospital, I-70 Community
Hospital, Prague Community Hospital, and Fairfax Community Hospital.  These hospitals will collectively
be referred to as the "CAHs" or "Debtors."

**PROJECT OBJECTIVE**

The objective of this engagement is to assist you in assembling financial data for the CAHs, to enable the
preparation of necessary regulatory filings such as Medicare and Medicaid cost reports, tax returns, etc.  The
objective will also include assistance in the preparation of the necessary regulatory filings once meaningful
financial data has been assembled.  Due to the status of the Debtors' financial reporting, the objectives of
this engagement will apply to periods beginning in 2016.  ACT's institutional knowledge of the evolution of
the CAHs will be instrumental in achieving the objectives of this engagement.

**PROJECT SCOPE AND APPROACH**

1.  Perform an evaluation of the most recent accurate financial data.  We expect this will be for the
    year 2016.
2.  Perform an evaluation of the financial data that has been recorded subsequent to the most recent
    accurate data.  We expect this evaluation will occur for the years 2017 through 2019.  As part of
    this process, we will obtain an understanding of the availability of such financial data as well as
    what procedures have been performed to keep this data current.
3.  Once ACT has reasonable current financial records, ACT will perform analyses, on a monthly
    basis, to assist in the accuracy of the ongoing financial statement process.
4.  Steps 1, 2, and 3 will include reconciling all material accounts to supporting data such as cash,
    accounts receivable, intercompany receivables/payables, etc.  We anticipate this will involve
    assistance from Client's Information Technology Team.
5.  Prepare the amended 2017 federal and state income tax returns for the CAHs.  Note that these
    amended tax returns for 2017 will be necessary to allow for the accuracy of tax returns filed for
    future years.
6.  Prepare the 2018 federal and state income tax returns.
7.  Prepare the federal and state income tax returns for necessary years subsequent to 2018.
8.  Assist in evaluating the need for other tax filings such as property tax returns, payroll tax returns,

Thomas Waldrep, Jr.
Waldrep Law
April 15, 2019
Page 2

and sales tax returns.

9. Our understanding is that the individual who prepared the 2018 Medicare and Medicaid cost reports posted entries to the accounting system. We will attempt to reach out to that individual to obtain knowledge of the entries that were made and to what extent they have, or have not, been posted to the internal accounting records. Through discussions with that individual, as well as other methods, we will consider those entries for integration into the internal accounting records, assuming they have not been integrated.

10. Conduct a post-submission review of the 2018 Medicare and Medicaid cost reports filed by the individual noted in #9 above. This review is necessary to obtain an understanding of "audit readiness" of the cost reports as well as attempt to identify any opportunities for increased reimbursement or potential settlements due to Medicare and/or Medicaid. This may involve the filing of amended cost reports.

11. ACT's understanding is that there are four Medicare and Medicaid cost reports for the year 2018 that remain unfiled. ACT's understanding is that the individual noted in #9 above, is in the process of finalizing and filing these four cost reports. ACT will conduct a post-submission review of these four cost reports.

12. In addition to assisting in assembling the financial information necessary to file the tax returns and cost reports as noted above, to the extent necessary, ACT will assist in assembling the statistical data necessary to prepare the cost reports. This information will include statistics such as pounds of laundry, housekeeping hours, meals served, etc. This statistical information will be necessary for all cost reports filed.

13. Evaluate the regulatory guidance relative to qualification of bankruptcy expenses for reimbursement under Medicare and Medicaid guidance. We will provide this guidance to you.

14. Preparation of 2019 Medicare and Medicaid cost reports.

15. Review of third-party payor interim rate adjustments and settlements received/paid by the CAHs.

16. Filing of Disproportionate Share reports as necessary.

17. Evaluate the requirement/advantage of preparing home office cost reports for Empower for 2018 and 2019.

18. Participation in necessary meetings with you as requested.

19. Assist in providing appropriate change of ownership (CHOW) change of control notifications to the Medicare Administrative Contractors (MAC's).

It is important to note that, as of the date this engagement letter was prepared, there was limited knowledge of the condition of the CAHs' financial records and limited knowledge of the status of the various regulatory filings. Once that knowledge is obtained, there may be modifications to the scope of the engagement.

## TIMING AND REPORTING

ACT will begin this engagement upon acceptance and approval by the Bankruptcy Court. Timely completion of various tasks pursuant to this engagement depends upon the availability of existing data and the condition of that data.

## PROJECT STAFFING

Due to the complexities associated with this engagement, ACT's staffing will include individuals with significant experience with various aspects of critical access hospitals as well as significant experience in the functional areas of accounting, tax, and third-party reimbursement. The leaders of the ACT Team will be James Hunt, CPA, Greg Gibbs, CPA, James Raley, CPA, Kevin Highlander, CPA, and Keith Hutcheson, CPA.

Thomas Waldrep, Jr.
Waldrep Law
April 15, 2019
Page 3

## PROJECT FEES

Our fees are based upon our standard hourly rates, plus reasonable out-of-pocket expenses.  Our standard hourly rates, by level, are as follows:

| | |
|---|---|
| Partner | $325 |
| Senior Manager | $235 - $275 |
| Manager | $185 - $215 |
| Supervisor | $125 - $165 |
| Senior Associate | $125 - $145 |
| Associate | $100 - $140 |
| Support | $80 |

As mentioned above, ACT believes the services covered by this engagement will have a high degree of complexity.  Therefore, ACT expects this engagement will be largely staffed by more experienced professionals.

Expenses  will include a charge for various out-of-pocket expenses including meals, hotel, and travel time at a rate of $75 per hour, plus a 6% charge, to cover administrative overhead.

Periodically, ACT adjusts its standard hourly rates.  These adjustments reflect inflation, promotions, compensation changes, etc.  The standard hourly rates, as outlined above, will be adjusted periodically in accordance with ACT's standard rate adjustment procedures.

ACT intends to apply to the Bankruptcy Court for the payment of compensation for services rendered and reimbursement of actual and necessary out-of-pocket expenses in accordance with applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

## PROFESSIONAL STANDARDS

You agree that ACT shall follow the Professional Standards applicable to Consulting Services.  It  is not intended, nor necessary due to the scope of work, that ACT follow AICPA requirements related to Attestation Standards, Auditing Standards, or Statements on Standards for Accounting and Review Services.

## GENERAL TERMS AND CONDITIONS

Information may be transmitted through electronic means and ACT will make  a reasonable effort to maintain the security of data received, in accordance with professional standards.  You recognize that ACT has no  control over unauthorized interception of electronic data once it has been sent, and you consent to the use of electronic data during the engagement.

From time to time and depending upon the circumstances, we may use third party service providers to assist us in providing professional services to you.  In such circumstances, it may be necessary for us to disclose confidential client information to them.  We enter into confidentiality agreements with all third party service providers and we are satisfied that they have appropriate procedures in place to prevent the  unauthorized release of your confidential information to others.

Due to the nature of the information we are to receive, Business Associate Agreements may be necessary, to be in compliance with the Standard for Privacy of Individually Identifiable Health Information at 45 CFR Part 160 and Part 164, Subparts A and E (the "Privacy Rule"), as amended by Subtitle D of the Health Information Technology for Economic and Clinical Health Act (the "HITECH Act"), as Title XIII of Division A and Title IV of Division B of the American Recovery and Reinvestment Act of 2009 (Pub. L. 111-5).  You, as the trustee for the above referenced eight critical access hospitals, will need to

Thomas Waldrep, Jr.
Waldrep Law
April 15, 2019
Page 4

determine if the Business Associate Agreements need to be executed and provide it to us for review and signature.

While we are pleased to provide qualified staffing during this engagement, we do not expect our clients to offer permanent employment to our professionals.  As we are sure you realize, we have significant investment in the training and professional development of our professionals and they are valued employees of ACT.  If you should hire a professional working on this engagement either during the engagement or within one year after the completion of the engagement, you will be billed a personnel placement fee of $25,000 to compensate ACT for this employee.  By your approval of these arrangements, you indicate your agreement with these terms.

You hereby indemnify ACT and its partners, principals, staff, directors, agents, employees, affiliates, or assigns and hold them harmless from all claims, liabilities, losses, and costs arising in circumstances where there has been a knowing misrepresentation by a member of the CAHs' management, regardless of whether such person was acting in the CAHs' best interest.  This indemnification will survive termination of this letter.  Provided, that in any event, this shall not be read to include indemnification for claims for bad faith, gross negligence, or willful misconduct by ACT, and further shall not be read to include indemnification for contractual disputes between the CAHs and ACT.

You agree not to rely on any advice provided by ACT or its assigns except as provided in writing.

You and ACT agree that no claim arising out of services rendered pursuant to this agreement shall be filed more than one year after the date of the report(s) issued by Act or the date of this engagement letter if no report(s) has been issued.

You waive any claim for punitive damages.  ACT's liability for all claims, damages, and costs from this engagement is limited to the amount of fees paid to ACT for the services rendered under this engagement letter.

If you are in agreement with the foregoing arrangements, please indicate your acceptance by signing below and returning the original copy of this letter, keeping the enclosed copy for your files.  A return envelope is enclosed for your convenience.  Please call with any questions you have regarding any aspects of this engagement.  We appreciate this opportunity to be of service and look forward to working with you on this project.

Sincerely,

**Arnett Carbis Toothman LLP**

K. James Hunt, CPA, CGMA
*Partner*
*Chairman – Executive Committee*

By: _____
    (Signature)

    _____
    (Print Name and Title)

Date: _____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this day he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Marjorie K. Lynch                                                    *(via CM/ECF)*
Office of the Bankruptcy Administrator

Rayford K. Adams, III                                            *(via CM/ECF)*
Counsel for the Debtor


This the 10th day of June, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (N.C. State Bar No. 11135)
James C. Lanik (N.C. State Bar No. 30454)
Jennifer B. Lyday (N.C. State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
John R. Van Swearingen (N.C. State Bar No. 53646)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com