## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, LLC d/b/a ) | Case No.  19-00730-5-JNC |
| WASHINGTON COUNTY HOSPITAL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

### AFFIDAVIT

I, James C. Lanik, being first duly sworn, do hereby says as follows:

1.     I am over 18 years of age and am licensed to practice law in the State of North Carolina and am a partner with Waldrep LLP, located at 101 South Stratford Road, Winston-Salem, North Carolina 27104.  I am personally familiar with the above-captioned matter.

2.     On March 19, 2019, the Court employed my firm as counsel for the Trustee, effective as of February 22, 2019 [Dkt. No. 040].

3.     As counsel, my firm is responsible for the filing and service of certain motions on creditors in the case which require the firm to advance expenses on behalf of the Debtors.

4.     Pursuant to the Court's *Order Allowing Trustee's Motion to Approve Payment of Administrative Expenses* [Dkt. No. 233] dated May 15, 2019, I hereby state the actual costs and expenses related to service of process from the date of April 1, 2019 to May 31, 2019 that were incurred and advanced by my firm were $20.80.  The invoices for such expenses are attached hereto as **Exhibit A**.

5.     Pursuant to the Court's Order, the Debtor shall remit payment to Waldrep LLP in the amount of $20.80.

Dated: June 17 , 2019          **WALDREP LLP**

/s/

Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

Sworn to and subscribed
Before me this the 17th day
of June, 2019.

Notary Public

My commission expires:

Jan 7, 2022

Yazmeen Gadalla
NOTARY PUBLIC
Guilford County, NC

# EXHIBIT A

BK ATTORNEY SERVICES, LLC
d/b/a CertificateofService.com
PO Box 4590
Pasco, WA 99302
(509) 412-1356

BILL TO:
CLIENT NUMBER: ████
Waldrep LLP
Thomas W. Waldrep, Jr.
101 S. Stratford Road, Suite 210
Winston-Salem, NC  27104

TRACKING NUMBER:  6132271153
DEBTOR NAME: CAH ACQUISITION COMPANY #1, LLC d/b/a
WASHINGTON COUNTY HOSPITAL,
CASE NUMBER: 19-00730-5-JNC
COS TITLE: COS CAH 1

SPECIAL INSTRUCTIONS:

THANK YOU FOR USING WWW.CERTIFICATEOFSERVICE.COM.  YOUR BUSINESS IS IMPORTANT TO US. PLEASE KEEP THIS INVOICE FOR YOUR RECORDS.  IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT US AT 509 412 1356 OR EMAIL US AT BILLING@BKATTORNEYSERVICES3.COM.

## DOCUMENT(S) SERVED ON 5/2/2019:

INITIAL APPLICATION BY WALDREP LLP AS CO-COUNSEL FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [FEBRUARY 22, 2019 THROUGH MARCH 31, 2019]

## ACCOUNTING:

UPLOAD DATE:
5/2/2019

UPLOAD TIME:
8:11:27

PROCESSED DATE:
5/2/2019

MAILING DATE:
5/2/2019

BILLING DATE:
5/2/2019

| | | |
|---|---:|---:|
| MAIL PIECE WEIGHT: | 1 | |
| NUMBER OF ENVELOPES PRINTED: | 32 | |
| TOTAL MAILING COST: | | $16.00 |
| PAGES PER DOC SET: | 1 | |
| NUMBER OF ENVELOPES PRINTED: | 32 | |
| TOTAL PAGES: | 32 | |
| X PRINT RATE: | .15 | |
| TOTAL PRINTING COST: | | $4.80 |
| MISCELLANEOUS CHARGES: | 0.00 | |
| MATRIX PROCESSING FEE: | | |
| ECF ACCESS FEE: | | $0.00 |
| CERTIFIED MAIL PROCESSING FEE: | | |
| TOTAL INVOICE | | $20.80 |

TERMS:  Your user agreement governs the terms of this invoice.  Otherwise, invoice is due upon receipt.  We will bill the credit card you have placed on file.  Past due invoices accrue interest at the rate of 1.5% per month or 18% per annum.

USE THIS DOCUMENT AS AN EXHIBIT IN YOUR FEE APPLICATION UNDER THE EXPENSE CATEGORY.

MAILING SERVICES PROVIDED BY:
WWW.CERTIFICATEOFSERVICE.COM | POST OFFICE BOX 4590 | PASCO, WASHINGTON 99302 | 509 412 1356

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **AFFIDAVIT** was filed electronically in accordance with the local rules and was served upon those listed below via electronic service through CM/ECF on the date set forth:

Marjorie K. Lynch
*Office of the Bankruptcy Administrator*

Rayford K. Adams, III
*Counsel for the Debtor*

This the 17th day of June, 2019.

**WALDREP LLP**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com