# Exhibit A

**RE:** Chapter 11 Case of CAH Acquisition Company #1, LLC d/b/a Washington County Hospital (Case No. 19-00730)

| User | Date | External Narrative | Hours | Rate | Value | Trustee Time | Amount Deducted | Trustee Notes to BA |
|---|---|---|---|---|---|---|---|---|
| | | **Fees** | | | | | | |
| Waldrep, Tom | 2/22/2019 | Prepare list of tasks (1.2); call from Frank Smith, attorney for Empower, regarding hospital records (0.2) | 1.4 | $620.00 | $868.00 | | | |
| Waldrep, Tom | 2/22/2019 | Travel from Winston-Salem to Raleigh to attend hearing [travel time billed at 1/2 rate] | 2.0 | $310.00 | $620.00 | 2.0 | $ 620.00 | |
| Waldrep, Tom | 2/22/2019 | Attend hearing on appointment of interim trustee for hospital (1.0); meet with Curtis Potter and Terri Gardner regarding immediate tasks to preserve estate (0.5) | 1.5 | $620.00 | $930.00 | 1.5 | $ 930.00 | |
| Waldrep, Tom | 2/22/2019 | Travel from Raleigh to Winston-Salem after attending hearing [travel time billed at 1/2 rate] | 2.0 | $310.00 | $620.00 | 2.0 | $ 620.00 | |
| Morales, Francisco | 2/24/2019 | Communicate with Lisa Corbett at NC DHHS regarding Washington County Hospital information needed (0.3); research litigation against Empower HMS, Empower HIS, and other Jorge Perez entities across federal jurisdictions and summarize findings (2.0) | 2.3 | $350.00 | $805.00 | | | |
| Phillips, Anne | 2/24/2019 | Draft Motion to Employ Waldrep LLP as Counsel for the Interim Trustee; create list of potential parties-in-interest; Draft Order Granting Motion to Employ Waldrep LLP. | 1.8 | $275.00 | $495.00 | | | |
| Waldrep, Tom | 2/24/2019 | Review lien analysis (0.3); review Medicaid provider agreement analysis (0.4); e-mails to and from Frank Smith regarding information requests (0.4) | 1.1 | $620.00 | $682.00 | | | |
| Morales, Francisco | 2/25/2019 | Draft Emergency Motion for Ex Parte Order for Authority to Operate Washington County Hospital and Proposed Order (1.0) | 1.0 | $350.00 | $350.00 | | | |
| Morales, Francisco | 2/25/2019 | Call with Lisa Corbett at NC DHHS regarding information needed for Washington County Hospital | 0.3 | $350.00 | $105.00 | | | |
| Phillips, Anne | 2/25/2019 | Draft Motion to Employ Waldrep LLP as Counsel for the Interim Trustee (1.7); draft Order Granting Motion to Employ Waldrep LLP (0.8) | 2.5 | $275.00 | $687.50 | | | |

| Name | Date | Description | Hours | Rate | Amount | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 2/25/2019 | Conference call with Erik Johnson and Steve Peterson, attorneys for Citizens Bank (First Capital) and with Jennifer Lyday regarding use of cash collateral (0.6); conference call with Frank Smith, Jennifer Lyday, and Scott Davis regarding history of hospital ownership and financing, status of bank accounts and records, and operation of hospital | 2.5 | $620.00 | $1,550.00 | | | |
| | | (1.5); review order regarding operation of hospital (0.4) | | | | | | |
| Morales, Francisco | 2/26/2019 | Compile regulatory compliance and licensure data provided by NC DHHS on Washington County Hospital | 1.0 | $350.00 | $350.00 | | | |
| Morales, Francisco | 2/26/2019 | Communicate with Noel Mijares of IHealthcare regarding additional information needed on Washington County Hospital | 0.3 | $350.00 | $105.00 | 0.3 | $105.00 | |
| Morales, Francisco | 2/26/2019 | Draft letter to U.S. Bank regarding operating account for Washington County (0.5); various calls to U.S. Bank bankruptcy department regarding control of U.S. Bank operating account to the Trustee (1.0); email to Steven Heim, counsel for U.S. Bank, regarding bankruptcy case and operating account (0.2); work with Tyson Leonhardt regarding bank account at Southern Bank (0.3) | 2.0 | $350.00 | $700.00 | | | |
| Morales, Francisco | 2/26/2019 | Communicate with Bankruptcy Court regarding entering of ex parte order granting Motion for Authority to Operate Washington County Hospital | 0.2 | $350.00 | $70.00 | | | |
| Waldrep, Tom | 2/26/2019 | E-mail to Curtis Potter regarding local bank accounts (0.2); call to Mark Moran, banker at SunTrust, regarding establishment of Trustee accounts (0.3); call to Scott Davis regarding management of hospital (0.2); call with Noel Mijares regarding lenders and regarding management contracts (1.2); e-mail U.S. Bank regarding control of provider account (0.3) | 2.2 | $620.00 | $1,364.00 | 2.2 | $1,364.00 | |
| Leonhardt, Tyson | 2/26/2019 | Communicate with representatives of Southern Bank and PNC Bank to inquire as to the necessary steps that we must take to take control of the Debtor's business bank accounts held at either location (2.3); prepare letter to that effect and transmit to Kim Anderson at Southern Bank (1.0). | 3.3 | $275.00 | $907.50 | 3.3 | $907.50 | |

| Name | Date | Description | Hours | Rate | Amount | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 2/26/2019 | Call from Frank Smith regarding hospital records produced (0.2); e-mail from Noel Mijares regarding hospital records (0.2); review records of hospital (1.1); conference call with Terri Gardner and Curtis Potter regarding status of case and strategy for stabilizing hospital (1.1) | 2.4 | $620.00 | $1,488.00 | 2.4 | $ 1,488.00 | review records of hospital (1.1)-These were legal records |
| Lyday, Jennifer | 2/27/2019 | Deal with U.S. Bank issues (0.5); review and revise motion to employ Waldrep LLP as attorneys for the Trustee and Affidavit related to same (0.5) | 1.0 | $400.00 | $400.00 | | | |
| Morales, Francisco | 2/27/2019 | Call with Steven Heim of U.S. Bank regarding operating account for hospital (0.3); prepare letter to Steven Heim regarding instructions on what do with operating account and Orders from Court allowing operation of hospital (0.7); work with Margaret Strong regarding opening of new SunTrust operating account for Trustee (0.3); emails with Debtor regarding status of account at U.S. Bank (0.2); emails with Debtor regarding information needed on creditors of hospital (0.2) | 1.7 | $350.00 | $595.00 | 0.7 | $ 245.00 | |
| Leonhardt, Tyson | 2/27/2019 | Hold follow-up call with Kim Anderson at Southern Bank regarding additional information needed to complete the transfer of the account's control to Ch. 7 Trustee for the Debtor (1.2); follow up with PNC Bank to understand process that we need to follow there to take control and possession of the Debtor's business checking account there (1.2) | 2.4 | $275.00 | $660.00 | 2.4 | $ 660.00 | |
| Gadalla, Yazmeen | 2/27/2019 | Create a spreadsheet all current federal litigation against CAH's and affiliated entities | 1.7 | $190.00 | $323.00 | | | |
| Waldrep, Tom | 2/27/2019 | Communications with SunTrust regarding establishing Trustee bank account (0.6); analyze corporate structure of hospital send by Noel Mijares (0.4) | 1.0 | $620.00 | $620.00 | 0.6 | $ 372.00 | |

Case 19-00730-5-JNC  Doc 302-1  Filed 06/24/19  Entered 06/24/19 17:44:49  Page 3 of 16

| Name | Date | Description | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 2/27/2019 | E-mail from Curtis Potter and call to Curtis Potter regarding agenda for meeting tomorrow in Plymouth (0.6); e-mail to Noel Mijares regarding agenda for meetings (0.2); call to Scott Davis regarding cost reports (0.2); call and e-mails to / from Noel Mijares regarding agenda for meetings and conference calls at hospital tomorrow (0.5); e-mails from / to Curtis Potter regarding agenda for meetings and conference calls at hospital tomorrow (0.5); review management and other IHealthcare contracts and e-mail Francisco Morales about changes that need to be made (1.1) | 2.9 | $620.00 | $1,798.00 | 1.8 | | $1,116.00 |
| Morales, Francisco | 2/28/2019 | Review capital structure chart for hospital provided by Debtor (0.4); follow up several times with U.S. Bank regarding setup of account and signatures needed (1.0); email to IHealthcare regarding management agreement (0.3) | 1.9 | $350.00 | $665.00 | 1.0 | | $350.00 |
| Waldrep, Tom | 2/28/2019 | Meet with Curtis Potter regarding operation of clinic and continued operation of hospital (0.5); meet with Curtis Potter, Melanie Perry, Cole Phelps, and Jennifer Lyday regarding operation of the hospital (1.5); meet with Courtney Ward and Yolanda Bird regarding past and future operation of the hospital (2.5); prepare for and participate in conference call with Curtis Potter, Yolanda Bird, Courtney Ward, Noel Mijares, and members of IHealthcare management team regarding continued operation of the hospital and the clinic (3.0); meet with Dr. Venable, Curtis Potter, and Jennifer Lyday regarding operation of the clinic and the hospital and notes to file (2.0) | 9.5 | $620.00 | $5,890.00 | 9.5 | | $5,890.00 |
| Van Swearingen, John | 2/28/2019 | Create secured creditor/lien spreadsheets for HMC/CAH entity family and detailed spreadsheet for CAH 1 | 3.9 | $240.00 | $936.00 | | | |

| Name | Date | Description | Hours | Rate | Amount | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Lyday, Jennifer | 2/28/2019 | Meet with Curtis Potter regarding operation of clinic and continued operation of hospital (0.5); meet with Curtis Potter, Melanie Perry, Cole Phelps, and Tom Waldrep regarding operation of the hospital (1.5); meet with Courtney Ward and Yolanda Bird regarding past and future operation of the hospital (2.5); prepare for and participate in conference call with Curtis Potter, Yolanda Bird, Courtney Ward, Noel Mijares, and members of IHealthcare management team regarding continued operation of the hospital and the clinic (2.0); meet with Dr. Venable, Curtis Potter, and Tom Waldrep regarding operation of the clinic and the hospital (2.0) | 8.5 | $400.00 | $3,400.00 | 8.5 | $3,400.00 | Dupllication with #36 |
| Waldrep, Tom | 2/28/2019 | Travel from Winston-Salem, NC to Plymouth, NC and back [travel time billed at 1/2 rate] | 6.5 | $310.00 | $2,015.00 | 6.5 | $2,015.00 | |
| Lyday, Jennifer | 3/1/2019 | Communicate with Frank Smith regarding involuntary bankruptcy case (0.4); communicate with Washington County personnel regarding various operational issues (0.6) | 1.0 | $400.00 | $400.00 | | | |
| Morales, Francisco | 3/1/2019 | Provide information on secured creditors of Washington County Hospital to Grant Thornton for conflicts check | 0.2 | $350.00 | $70.00 | | | |
| Morales, Francisco | 3/1/2019 | Call with Frank Smith representing Debtor regarding status of case, U.S. Bank account | 0.3 | $350.00 | $105.00 | | | |
| Waldrep, Tom | 3/1/2019 | Calls with Trip Adams regarding consent to involuntary petition, conflicts of interest, and potential related cases (0.8) ; e-mails from to Nick Galvez (DHHS) regarding hospital (0.2); e-mails from / to Margie Lynch and to / from Trip Adams regarding patient care ombudsman (0.3); call to Melanie Perry and e-mail to Noel Mijares regarding willingness of Melanie Perry to return to hospital as CEO (1.1) | 2.4 | $620.00 | $1,488.00 | 1.6 | $992.00 | |
| Waldrep, Tom | 3/1/2019 | Call to Frank Smith regarding order for relief, operation of hospital, and management agreement (0.8); e-mails to / from BA regarding operation of hospital and related topics (0.2) | 1.0 | $620.00 | $620.00 | | | |

| Name | Date | Description | Hours | Rate | Amount | Hours2 | Amount2 | BA Note |
|---|---|---|---|---|---|---|---|---|
| Strong, Margaret | 3/4/2019 | Reconcile Trustee bank statement for February | 0.1 | $220.00 | $22.00 | 1.0 | $22.00 | |
| Waldrep, Tom | 3/4/2019 | Review analysis of hospital operations by Matt Mendez of Stroudwater Associates and notes to file regarding same | 1.5 | $620.00 | $930.00 | | | |
| Waldrep, Tom | 3/4/2019 | Call from Melanie Perry regarding working at hospital (0.3); call from Nick Galvez of DHHS regarding opening hospital (0.6); call to and e-mail to Noel Mijares regarding hospital budget and process of reopening hospital (0.7); e-mail from / to Trip Adams regarding consent to involuntary petition (0.2); e-mail from Noel Mijares regarding bank accounts (0.3) | 2.1 | $620.00 | $1,302.00 | 1.9 | $1,178.00 | |
| Lyday, Jennifer | 3/5/2019 | Communicate with Cortney Ward regarding payroll and hospital fuel needs (0.3); communicate with fuel supplier regarding same (0.2) | 0.5 | $400.00 | $200.00 | .5 | $200.00 | |
| Morales, Francisco | 3/5/2019 | Review of SEC filings for IHealthcare (0.2) | 0.2 | $350.00 | $70.00 | | | |
| Phillips, Anne | 3/5/2019 | Call WCH fuel provider and help coordinate payment for fuel delivery. | 0.8 | $275.00 | $220.00 | 0.8 | $220.00 | |
| Waldrep, Tom | 3/5/2019 | E-mail to Melanie Perry, Robert Venable, Noel Mijares, Nick Galvez, Matt Mendez, Curtis Potter, and others regarding staffing plan and hospital budget (1.6); e-mail from Curtis Potter regarding John Lang (0.2); e-mails from / to Noel Mijares regarding hospital budget (0.2); review proposed budget for hospital (0.7) | 2.7 | $620.00 | $1,674.00 | | | BA Note: Discussion of budget appeared to relate to cash collateral usage so allowed as legal |
| Waldrep, Tom | 3/5/2019 | E-mails from / to Curtis Potter regarding IHealthcare and regarding reopening the hospital (0.9); call and email from creditor Melva Lilly regarding Empower (0.3); e-mail to Noel Mijares regarding budget (0.1); review of Empower - IHealthcare documents (1.1) | 2.4 | $620.00 | $1,488.00 | 0.3 | $186.00 | Trustee Note to BA: Emails with Curtis Potter involved reverter issue and regulatory issues impeding reopening of facility |

| Name | Date | Description | Hours | Rate | Amount | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Lyday, Jennifer | 3/6/2019 | Communicate with Cortney Ward regarding staffing budget | 0.2 | $400.00 | $80.00 | | | |
| Morales, Francisco | 3/6/2019 | Follow up with Noel Mijares of IHealthcare regarding account balances at various U.S. Bank accounts | 0.2 | $350.00 | $70.00 | 0.2 | $70.00 | |
| Waldrep, Tom | 3/6/2019 | E-mails from / to Dr. Venable regarding hospital budget (0.2); e-mails to from Scott Davis regarding same (0.2); call from Nick Galvez regarding operation of hospital (0.4); call from Scott Davis regarding proposed hospital budget (0.5); e-mail from Melanie Perry regarding hospital budget (0.2); conference call with Melanie Perry, Dr. Venable, Curtis Potter, Nick Galvez, Noel Mijares, Scott Davis, Jason Hendren, Rebecca Redwine, and Jennifer Lyday regarding hospital budget and staffing (2.1) | 3.3 | $620.00 | $2,046.00 | 3.3 | $2,046.00 | Involved trustee talking with professionals he has hired |
| Waldrep, Tom | 3/6/2019 | Review comments of hospital staff on proposed budget (0.8); call from Scott Davis regarding staffing of case (0.5) | 1.3 | $620.00 | $806.00 | 1.3 | $806.00 | |
| Van Swearingen, John | 3/6/2019 | Review all of the SEC filings for IHealthcare to determine history of relationship to Jorge Perez and Empower as well as financial issues of company, email findings to Francisco | 2.0 | $240.00 | $480.00 | | | |
| Lyday, Jennifer | 3/7/2019 | Work on issues related to future operation of Washington County Hospital | 0.8 | $400.00 | $320.00 | | | |
| Waldrep, Tom | 3/7/2019 | Call from Karen Bell regarding payment of employees (0.4); call to Curtis Potter regarding reopening hospital (0.4); e-mails form / to Karen Bell regarding statement to employees (0.7); call from Dr. Venable regarding employee relations (0.3); e-mails from hospital employees regarding operation of hospital (0.2); e-mails to Curtis Potter and Dr. Venable regarding personnel decisions (0.2) | 2.0 | $620.00 | $1,240.00 | 0.9 | $558.00 | Talk with Karen Bell involved treatment of pre and post petition wage claims so is attorney work |
| Waldrep, Tom | 3/8/2019 | Call from Frank Smith regarding operation of hospital (0.4); e-mail to Courtney Ward regarding payroll (0.2) | 0.6 | $620.00 | $372.00 | 0.2 | $124.00 | Frank Smith call involved discussion of lien claims on accounts receivable |

Case 19-00730-5-JNC   Doc 302-1   Filed 06/24/19   Entered 06/24/19 17:44:49   Page 7 of 16

| Name | Date | Description | Hours | Rate | Amount | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 3/8/2019 | Conference call with Nick Galvez (DHHS), Maggie Saur, Mark Benton, Matt Mendez, Curtis Potter, and others regarding continued operation of hospital and future of hospital (1.0); e-mail from Karen Bell regarding CEO of hospital (0.2) | 1.4 | $620.00 | $868.00 | | | |
| Leonhardt, Tyson | 3/8/2019 | Review documents received from Kim Anderson, a banking officer at Southern Bank, regarding Washington County Hospital (0.1); prepare affidavit certifying Tom Waldrep's execution of the documents and prepare documents for execution (0.3); gather additional information requested by Southern Bank; prepare documents to send to Southern Bank and place in mail (0.4). | 0.8 | $275.00 | $220.00 | | | |
| Waldrep, Tom | 3/9/2019 | E-mails from / to Joy Shepard and Dr. Venable regarding staffing of hospital (0.2); review revised hospital budget (0.4); e-mail to Scott Davis regarding same (0.2); call from David Bingaman regarding staffing and reopening hospital (1.5); call to Melanie Perry (hospital CEO) regarding staffing and reopening hospital (0.6); memo to file summarizing tasks for reopening hospital (0.8) | 3.7 | $620.00 | $2,294.00 | | | |
| Morales, Francisco | 3/10/2019 | Communicate with U.S. Bank regarding closure of bank account | 0.3 | $350.00 | $105.00 | 0.3 | $105.00 | |
| Waldrep, Tom | 3/10/2019 | E-mails to Scott Davis and Brian Bonaviri regarding hospital staffing and budget (0.5); conference call with Scott Davis, Brian Bonaviri, Francisco Morales, and Jennifer Lyday regarding hospital staffing and budget (1.0) | 1.5 | $620.00 | $930.00 | | | |
| Waldrep, Tom | 3/11/2019 | E-mail from Dr. Venable regarding lab director and other staffing issues (0.2); e-mails from Noel Mijares regarding provider accounts (0.3); e-mail from Karen Bell regarding employee benefits (0.2); e-mail from David Bingaman regarding hospital staffing (0.2); call from Kim Anderson at Southern Bank regarding payroll checks (0.2) | 1.1 | $620.00 | $682.00 | 0.6 | $372.00 | |
| Leonhardt, Tyson | 3/11/2019 | Draft Interim Management Agreement for Washington County Hospital between Tom Waldrep, as the interim Chapter 7 Trustee, and iHCC | 2.7 | $275.00 | $742.50 | | | |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Lyday, Jennifer | 3/11/2019 | Draft and send e-mails to management company related to reopening of hospital | 0.1 | $400.00 | $40.00 |
| Morales, Francisco | 3/11/2019 | Conference call with U.S. Bank regarding closure of bank account (0.3); communicate with Debtor regarding closure of bank account, account balances (0.2); communicate with Bankruptcy Administrator regarding status of case (0.3); communicate with Bankruptcy Court regarding need for status conference (0.3); communicate with U.S. Bank regarding incoming credit block on account (0.3); email to NC DHHS Acute Bed Licensure Section regarding Washington County licensure (0.3) | 1.7 | $350.00 | $595.00 |
| Morales, Francisco | 3/12/2019 | Review and revise Interim Management Agreement for Washington County Hospital (1.3); communicate with U.S. Bank regarding credit freeze on Washington County account (0.3) | 1.6 | $350.00 | $560.00 |
| Waldrep, Tom | 3/12/2019 | E-mails from Matt Slack regarding cost reports (0.2); e-mails from / to David Bingaman regarding hospital management agreement (0.2); e-mail from Karen Bell regarding staffing issues (0.2); revise management and IT agreement (0.8); e-mail to Frank Smith, Trip Adams, and Noel Mijares regarding management and IT agreement (0.5) | 1.9 | $620.00 | $1,178.00 |
| Lyday, Jennifer | 3/13/2019 | Draft Consent to Order for Relief for Washington County case | 3.0 | $400.00 | $1,200.00 |
| Morales, Francisco | 3/13/2019 | Call with Margie Lynch regarding status of case (0.3); call with Scott Davis at Grant Thornton regarding status of case (0.3); call with Rebecca Redwine and Jason Hendren regarding status of case (1.2); update list of hospitals (0.3) | 2.1 | $350.00 | $735.00 |
| Van Swearingen, John | 3/13/2019 | Begin drafting wage motion | 1.0 | $240.00 | $240.00 |
| Waldrep, Tom | 3/13/2019 | E-mails from / to Curtis Potter regarding health insurance (0.2); e-mails from / to Dr. Venable regarding equipment testing (0.2); call from Trip Adams regarding consent to involuntary petition (0.6); participate in telephonic status conference (0.6); call from Curtis Potter regarding reopening hospital (0.5); review consent order for relief (0.3) | 2.9 | $620.00 | $1,798.00 |

| Name | Date | Description | Hours | Rate | Amount | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Lyday, Jennifer | 3/14/2019 | Finalize motion to appoint trustee (1.0); finalize order granting same (0.9) | 1.9 | $400.00 | $760.00 | | | |
| Van Swearingen, John | 3/14/2019 | Draft Motion and Order for prepetition wage payments and authority to make certain employment-related wage withholding payments | 4.0 | $240.00 | $960.00 | | | |
| Van Swearingen, John | 3/14/2019 | Draft Motion and Order for Joint Administration of the CAH cases | 2.4 | $240.00 | $576.00 | | | |
| Gadalla, Yazmeen | 3/14/2019 | Draft certificate of service for motion | 0.5 | $190.00 | $95.00 | | | |
| Waldrep, Tom | 3/14/2019 | E-mail from / to Curtis Potter regarding power bill (0.2); e-mails from / to Alex Dover Heritage Partners regarding sale of assets (0.2); e-mail from Florence Reber regarding employee duties (0.2); call from Karen Bell regarding employee questions (0.4); e-mail from Mark Militana regarding hospital employees (0.2) ; e-mails from / to Melanie Perry regarding staffing of hospital (0.5); set up online banking for trustee account (0.5); call from Scott Davis regarding account info for trustee account (0.4); call to Noel Mijares regarding management agreement (0.3) | 2.9 | $620.00 | $1,798.00 | 0.7 | $434.00 | Per Trustee, Karen Bell call was about treatment of wage claims of employees |
| Waldrep, Tom | 3/15/2019 | E-mail from Michael Ware regarding hospital staffing | 0.2 | $620.00 | $124.00 | | | |
| Morales, Francisco | 3/15/2019 | Call with Jason Hendren and Rebecca Redwine regarding strategy in case | 0.4 | $350.00 | $140.00 | | | |
| Waldrep, Tom | 3/15/2019 | E-mails from employees regarding hospital operations (0.9); call from Trip Adams regarding consent to order for relief (0.3); call from Suzanne Koenig of SAK Management regarding patient care ombudsman (0.4); | 1.6 | $620.00 | $992.00 | 1.3 | $806.00 | |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Lyday, Jennifer | 3/18/2019 | Work on ensuring that certain motions are filed (1.5); communicate with Eric Johnson regarding cash collateral issues (0.7) | 2.2 | $400.00 | $880.00 |
| Van Swearingen, John | 3/18/2019 | Research cash collateral issue regarding Medicaid receipts in provider account in absence of a sweep account control arrangement | 3.8 | $240.00 | $912.00 |
| Waldrep, Tom | 3/18/2019 | E-mails from / to Noel Mijares regarding management agreement (1.5); e-mail from Noel Mijares regarding employee records (0.2); e-mail from Noel Mijares regarding cost report (0.2) | 1.9 | $620.00 | $1,178.00 |
| Morales, Francisco | 3/19/2019 | Final edits to Interim Management Agreement with IHealthcare and proposed budget | 0.5 | $350.00 | $175.00 |
| Waldrep, Tom | 3/19/2019 | E-mail from / to Terri Gardner regarding consolidation of cases (0.2); call from Scott Davis regarding employment of Grant Thornton and strategy for case (0.2); call with Frank Smith and Trip Adams regarding information needed and strategy for case (0.2); e-mails from / to Noel Mijares regarding management agreement (0.5); call to Nick Galvez regarding position of DHHS on opening the hospital (0.4); e-mail to Scott Davis regarding engagement of Grant Thornton (0.6); e- mail to Nick Galvez regarding budget and management agreement (0.2); e-mail to Melanie Perry and Dave Bingaman regarding staffing hospital ().2) | 2.5 | $620.00 | $1,550.00 |
| Lyday, Jennifer | 3/20/2019 | Work on motion for joint administration | 0.6 | $400.00 | $240.00 |
| Morales, Francisco | 3/20/2019 | Draft Motion to Reject Executory Contract and for Authority to Enter into Management Agreement | 1.3 | $350.00 | $455.00 |

| Name | Date | Description | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Morales, Francisco | 3/20/2019 | Communicate with Noel Mijares of IHealthcare regarding invoice for VPN access | 0.2 | $350.00 | $70.00 | | | | |
| Waldrep, Tom | 3/20/2019 | E-mails from / to Melanie Perry regarding provider account (0.2); e-mails from / to Melanie Perry regarding payroll, staffing, and strategy (1.3); e-mails from Carrie Dickerson regarding lab testing supplies and equipment (0.3); e-mails from / to Nick Galvez regarding hearings and status (0.2) | 2.0 | $620.00 | $1,240.00 | 1.8 | $ | 1,116.00 | Omitted from previous list provided to trustee |
| Waldrep, Tom | 3/20/2019 | E-mails from / to Noel Mijares regarding payment of VPN connections (0.3); e-mails from / to Eric Johnson regarding use of cash collateral to pay payroll and VPN connection (0.6); revise motion to reject the old management agreements and enter into the new one (0.9) | 1.8 | $620.00 | $1,116.00 | | | | |
| Strong, Margaret | 3/21/2019 | Multiple telephone calls and emails to/from Kim Anderson at Southern Bank regarding payroll funds and amounts (0.5); assist with Trustee wire to Southern Bank for payroll (0.2) | 0.7 | $220.00 | $154.00 | 0.7 | $ | 220.00 | |
| Lyday, Jennifer | 3/21/2019 | Review and revise motions to expedite and motion for joint administration (0.3); communicate with representative of the Town of Plymouth related to unpaid utilities (0.3) | 0.6 | $400.00 | $240.00 | | | | |
| Morales, Francisco | 3/21/2019 | Review and revise Motion for Joint Administration and proposed order | 1.0 | $350.00 | $350.00 | | | | |
| Morales, Francisco | 3/21/2019 | Prepare proposed order on authority to reject executory contracts and enter into interim management agreement | 0.3 | $350.00 | $105.00 | | | | |

| Name | Date | Description | Hours | Rate | Amount | Hours2 | Amount2 | Notes |
|---|---|---|---|---|---|---|---|---|
| Morales, Francisco | 3/21/2019 | Email to Nick Galvez at NC DHHS regarding Motion to Authorize Trustee to Enter into Interim Management Agreement with iHealthcare | 0.1 | $350.00 | $35.00 | | | |
| Waldrep, Tom | 3/21/2019 | E-mails from / to Melanie Perry regarding payroll and repairs to hospital (0.3) review / revise order allowing use of cash collateral and e-mails from / to Eric Johnson regarding same (1.0); review revised engagement letter for Grant Thornton (0.2); call from Jorge Perez regarding billing information (0.2); call to Trip Adams regarding billing information (0.2); call to Nick Galvez regarding operation of hospital (0.3); call to Suzy Koenig regarding patient ombudsman (0.2) | 2.4 | $620.00 | $1,488.00 | 0.3 | $186.00 | |
| Lyday, Jennifer | 3/22/2019 | Communicate with Brantley Peck, city attorney for Town of Plymouth | 0.2 | $400.00 | $80.00 | | | |
| Morales, Francisco | 3/22/2019 | Review cash collateral stipulation (0.3); draft consent order for entry of cash collateral stipulation (0.2); confer with Chambers regarding joint administration motion and additional cases (0.2) | 0.7 | $350.00 | $245.00 | | | |
| Waldrep, Tom | 3/25/2019 | E-mail from Melanie Perry regarding staffing (0.2); e-mail from Noel Mijares regarding cost report (0.2); e-mail to Eric Johnson regarding status of case (0.2) | 0.6 | $620.00 | $372.00 | 0.6 | $372.00 | |
| Waldrep, Tom | 3/26/2019 | Call to Eric Johnson regarding cash collateral, management agreement, and status of case, and notes to file (0.8); call from Nick Galvez regarding management agreement and budget for hospital (1.1); e-mail from Trip Adams regarding information about hospital (0.2) | 2.1 | $620.00 | $1,302.00 | 0.2 | $124.00 | not in original submission to trustee |

| Name | Date | Description | Hours | Rate | Amount | Hours (adj) | Amount (adj) | Notes |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 3/27/2019 | E-mail from Melanie Perry regarding budget (0.2); review objection of First Capital to motion to reject management agreement (0.3); e-mails from and to Christina Ollis regarding reopening hospital (0.2); e-mails from and to Curtis Potter regarding hearings tomorrow (0.2); prepare for hearings on motions for joint administration, cash collateral, and executory contracts (3.5); prepare for status conference (0.2) | 4.6 | $620.00 | $2,852.00 | 0.2 | $124.00 | not in original submission to trustee |
| Gadalla, Yazmeen | 3/27/2019 | Prepare documents and pleadings for hearing on March 28, 2019 | 0.9 | $190.00 | $171.00 | | | |
| Morales, Francisco | 3/27/2019 | Prepare summary of case status | 0.3 | $350.00 | $105.00 | | | |
| Lyday, Jennifer | 3/28/2019 | Revise cash collateral order at the request of Judge's law clerk | 0.7 | $400.00 | $280.00 | | | |
| Waldrep, Tom | 3/28/2019 | Travel from Winston-Salem to Greenville and back [travel time billed at 1/2 rate] | 6.2 | $310.00 | $1,922.00 | | | |
| Waldrep, Tom | 3/28/2019 | Attend hearings on status conference, motion to reject executory contracts, motion to use cash collateral, and motion for administrative consolidation (3.3); meet with Trip Adams, Paul Nussbaum, and Jason Hendren regarding operation of hospital (0.4) | 3.7 | $620.00 | $2,294.00 | 0.4 | $248.00 | |
| Lyday, Jennifer | 3/28/2019 | Work on Washington County Hospital operating budget | 0.6 | $400.00 | $240.00 | | | |

| Name | Date | Description | Hours | Rate | Amount | Hours2 | Amount2 | |
|---|---|---|---|---|---|---|---|---|
| Waldrep, Tom | 3/29/2019 | Call from Noel Mijares regarding access to historical billing information (0.3); e-mail from Melanie Perry regarding reopening hospital (0.2); review BA's recommendation for patient care ombudsman (0.2); call to Melanie Perry regarding hospital budget (0.3); call from Trip Adams regarding hospital records (0.2) | 1.2 | $620.00 | $744.00 | 0.4 | $248.00 | |
| Waldrep, Tom | 3/29/2019 | Call from Melanie Perry regarding budget for reopening the hospital (0.4); e-mails from / to Nick Galvez regarding reopening hospital (0.2); e-mails from / to Frank Turzo regarding Jorge Perez (0.2); conference call with Ed Brancart, Assistant Attorney General for Kansas, regarding Jorge Perez (1.3); call to Noel Mijares regarding management agreement and regarding reopening hospital (0.4) | 2.5 | $620.00 | $1,550.00 | | | |
| Morales, Francisco | 3/29/2019 | Revise Interim Management Agreement with IHealthcare (0.3); send executed version to IHealthcare for signature (0.1); communicate with IHealthcare regarding VPN access and payment to vendor (0.1) | 0.5 | $350.00 | $175.00 | | | |
| Lyday, Jennifer | 3/29/2019 | Communicate with Melanie Perry regarding two-week operating budget (0.2); participate in conference call with various IHealthcare representatives regarding operation issues (1.0); participate in case status call with estate professionals (1.0) | 2.2 | $400.00 | $880.00 | | | |
| Van Swearingen, John | 3/30/2019 | Consolidate financial information, current status, contact information, background case information, and creditor information into Master Spreadsheet | 0.7 | $240.00 | $168.00 | | | |
| Lanik, James | 3/31/2019 | Receipt and review VPN invoice and work on arrangements for wire transfer for yearly renewal payment | 0.2 | $450.00 | $90.00 | | | |
| Waldrep, Tom | 3/31/2019 | Review and revise budget for reopening hospital (0.6) | 0.6 | $620.00 | $372.00 | | | |

| Lanik, James | 3/31/2019 | Begin drafting correspondence to Trip Adams regarding document and electronic records preservation | 0.5 | $450.00 | $225.00 | | | |
|---|---|---|---|---|---|---|---|---|
| Phillips, Anne | 3/31/2019 | E-mails regarding employment of Grant Thornton LLP and drafting of motion (0.6); draft and revise Motion to Employ Grant Thornton LLP and related Order (1.2) | 1.8 | $275.00 | $495.00 | | | |
| | | | | | $ 86,384.50 | | $ 30,839.50 | **55,545.00** |