UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | )<br>)     Case No. 19-00730-5-JNC<br>)<br>)     Chapter 11<br>)<br>)<br>)<br>) |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL, | |
| Debtor. | |

## AFFIDAVIT

I, Jason L. Hendren, being first duly sworn, do hereby says as follows:

1. I am over 18 years of age and am licensed to practice law in the State of North Carolina and am a partner with Hendren, Redwine & Malone, PLLC located at 4600 Marriott Drive, Suite 150, Raleigh, NC 27612. I am personally familiar with the above-captioned matter.

2. On April 14, 2019, the Court employed my firm *nun pro tunc* to the petition date as co-counsel for the Trustee in this proceeding [DE# 157].

3. As co-counsel, my firm is responsible for the filing and service of certain motions on creditors in the case which require the firm to advance expenses on behalf of the Debtor.

4. Pursuant to the Court's Order Allowing Trustee's Motion to Approve Payment of Administrative Expenses dated May 15, 2019, Affiant hereby states the actual costs and expenses related to service of process from July 1, 2019 to July 31, 2019 that were incurred and advanced by Affiant's firm were $875.20. The invoices for such expenses are attached hereto as Exhibit "A".

5. Pursuant to the Court's Order, the Debtor shall remit payment to Hendren, Redwine & Malone, PLLC in the amount of $875.20.

DATED: August 6, 2019     **HENDREN, REDWINE & MALONE, PLLC**

_____
Jason L. Hendren (NC State Bar No. 26869)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
*Co- Counsel for the Trustee*

Sworn to and subscribed
Before me this the 6th day
of August, 2019.

_____
Notary Public

My Commission Expires:
August 13, 2023

[Notary Seal: JENNIFER E GORMAN, NOTARY PUBLIC, JOHNSTON COUNTY, N.C.]

BK ATTORNEY SERVICES, LLC
d/b/a CertificateofService.com
PO Box 4590
Pasco, WA 99302
(509) 412-1356

BILL TO:
CLIENT NUMBER: 26869
Hendren & Malone, PLLC
Jason L. Hendren
4600 Marriott Drive
Raleigh, NC  27612

**INVOICE JOB SUMMARY**

TRACKING NUMBER:   6132282209
DEBTOR NAME: CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL
CASE NUMBER: 19-00730-5-JNC
COS TITLE: COS

SPECIAL INSTRUCTIONS:

THANK YOU FOR USING WWW.CERTIFICATEOFSERVICE.COM.  YOUR BUSINESS IS IMPORTANT TO US. PLEASE KEEP THIS INVOICE FOR YOUR RECORDS.  IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT US AT 509 412 1356 OR EMAIL US AT BILLING@BKATTORNEYSERVICES3.COM.

### DOCUMENT(S) SERVED ON 7/5/2019:

Notice of Second Application for Approval to Pay Co-Counsel for the Trustee's Fees

UPLOAD DATE:
7/3/2019

UPLOAD TIME:
12:30:00

PROCESSED DATE:
7/5/2019

MAILING DATE:
7/5/2019

BILLING DATE:
7/5/2019

### ACCOUNTING:

| | | |
|---|---:|---:|
| MAIL PIECE WEIGHT: | 1 | |
| NUMBER OF ENVELOPES PRINTED: | 544 | |
| TOTAL MAILING COST: | | $272.00 |
| PAGES PER DOC SET: | 1 | |
| NUMBER OF ENVELOPES PRINTED: | 544 | |
| TOTAL PAGES: | 544 | |
| X PRINT RATE: | .15 | |
| TOTAL PRINTING COST: | | $81.60 |
| MISCELLANEOUS CHARGES: | | |
| MATRIX PROCESSING FEE: | | |
| ECF ACCESS FEE: | | |
| CERTIFIED MAIL PROCESSING FEE: | | |
| TOTAL INVOICE | | $353.60 |

TERMS:  Your user agreement governs the terms of this invoice.  Otherwise, invoice is due upon receipt.  We will bill the credit card you have placed on file.  Past due invoices accruse interest at the rate of 1.5% per month or 18% per annum.

USE THIS DOCUMENT AS AN EXHIBIT IN YOUR FEE APPLICATION UNDER THE EXPENSE CATEGORY.

MAILING SERVICES PROVIDED BY:
WWW.CERTIFICATEOFSERVICE.COM | POST OFFICE BOX 4590 | PASCO, WASHINGTON 99302 | 509 412 1356

BK ATTORNEY SERVICES, LLC
d/b/a CertificateofService.com
PO Box 4590
Pasco, WA 99302
(509) 412-1356

BILL TO:
CLIENT NUMBER: 26869
Hendren, Redwine & Malone, PLLC
Jason L. Hendren
4600 Marriott Dr, Suite 150
Raleigh, NC  27612

**INVOICE JOB SUMMARY**

TRACKING NUMBER:   6132282708
DEBTOR NAME: CAH Acquisition Company #1, LLC
CASE NUMBER: 19-00730-5-JNC
COS TITLE: COS

SPECIAL INSTRUCTIONS:

THANK YOU FOR USING WWW.CERTIFICATEOFSERVICE.COM.  YOUR BUSINESS IS IMPORTANT TO US.  PLEASE KEEP THIS INVOICE FOR YOUR RECORDS.  IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT US AT 509 412 1356 OR EMAIL US AT BILLING@BKATTORNEYSERVICES3.COM.

**DOCUMENT(S) SERVED ON 7/9/2019:**

Motion to Extend Exclusivity

**ACCOUNTING:**

UPLOAD DATE:
7/9/2019

UPLOAD TIME:
7:06:58

PROCESSED DATE:
7/9/2019

MAILING DATE:
7/9/2019

BILLING DATE:
7/9/2019

| | | |
|---|---|---|
| MAIL PIECE WEIGHT: | 1 | |
| NUMBER OF ENVELOPES PRINTED: | 652 | |
| TOTAL MAILING COST: | | $326.00 |
| PAGES PER DOC SET: | 2 | |
| NUMBER OF ENVELOPES PRINTED: | 652 | |
| TOTAL PAGES: | 1304 | |
| X PRINT RATE: | .15 | |
| TOTAL PRINTING COST: | | $195.60 |
| MISCELLANEOUS CHARGES: | | |
| MATRIX PROCESSING FEE: | | |
| ECF ACCESS FEE: | | |
| CERTIFIED MAIL PROCESSING FEE: | | |
| TOTAL INVOICE | | $521.60 |

TERMS:  Your user agreement governs the terms of this invoice.  Otherwise, invoice is due upon receipt.  We will bill the credit card you have placed on file.  Past due invoices accrue interest at the rate of 1.5% per month or 18% per annum.

USE THIS DOCUMENT AS AN EXHIBIT IN YOUR FEE APPLICATION UNDER THE EXPENSE CATEGORY.

MAILING SERVICES PROVIDED BY:
WWW.CERTIFICATEOFSERVICE.COM | POST OFFICE BOX 4590 | PASCO, WASHINGTON 99302 | 509 412 1356