# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, ) | |
| LLC, d/b/a WASHINGTON COUNTY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF QUARTERLY FEES PAID

**Amount of Check: $4,875.00**

*The Debtor is submitting these funds to be allocated as follows:*

1st quarter 2019 (January 1 – March 31, 2019):

2nd quarter 2019 (April 1 – June 30, 2019): $4,875.00

3rd quarter 2019 (July 1 – September 30, 2019):

4th quarter 2019 (October 1 – December 31, 2019):

Other (please explain) _____

If a Final Report and Application for Final Decree are filed, the amount of fee due should be calculated from the beginning of the quarter through the date of the Final Report.

**I certify that the information contained in this Notice is true and correct to the best of my knowledge and belief.**

Date: August 8, 2019

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**QUARTERLY FEES FOR**
**THE 2nd QUARTER OF 2019**

**Disbursements include: Sum total of disbursements from all bank accounts, including payments of operating expenses and payments to secured creditors and lessors. Disbursements do not include transfers between accounts. Quarterly fees are not prorated.**

*2nd Quarter*
**Disbursements for April 2019: $210,123.78**
**Disbursements for May 2019: $195,573.13**
**Disbursements for June 2019: $475,269.41**

**Total Disbursements for the 2nd Quarter: $880,966.32**

**Amount Due: $4,875.00**
**Amount Paid: $4,875.00**