Grant Thornton WashCo Exhibit B

| Date | Employee Name | Hours | Narrative | Amount | OBJ? |
|---|---|---|---|---|---|
| 3/11/2019 | Kelly, Holly | 0.6 | Call with S. Davis to discuss proceeding with retention. | 186.00 | emp |
| 3/11/2019 | Kelly, Holly | 2.2 | Prepare statement of work for Grant Thornton's work as financial consultant to the Trustee. | 682.00 | emp |
| 3/11/2019 | Kelly, Holly | 2.4 | Prepare retention documents, including budget and client engagement and acceptance review. | 744.00 | emp |
| 3/11/2019 | Vanderbeek, Richard R. | 1 | Review and revise Washington County engagement letter and SOW. | 620.00 | emp |
| 3/11/2019 | Kelly, Holly | 1.6 | Prepare engagement letter for Grant Thornton as financial consultant to the Trustee. | 496.00 | emp |
| 3/20/2019 | Vanderbeek, Richard R. | 0.5 | Review potential issues for consideration at Washington County. | 310.00 | rev |
| 4/1/2019 | Kelly, Holly | 5.3 | Revise draft engagement letter and statement of work. | 1,643.00 | emp |
| 4/1/2019 | Kelly, Holly | 0.5 | Meet with R. Vanderbeek to discuss case to date and status of retention processes. | 155.00 | emp |
| 4/1/2019 | Kelly, Holly | 1.5 | Review relationship check status and expand list of entities to check. | 465.00 | emp |
| 4/2/2019 | Davis, Scott Bradford | 0.2 | Discuss case strategy and data retention with T. Waldrep, et al. | 124.00 | emp |
| 4/2/2019 | Kelly, Holly | 2.2 | Draft Affidavit of S. Davis and Motion to Employ Grant Thornton. | 682.00 | emp |

1

Grant Thornton WashCo Exhibit B

| 4/2/2019 | Vanderbeek, Richard R. | 1 | Review and revise engagement letter and SOW for Washington County. | 620.00 | emp |
| --- | --- | --- | --- | --- | --- |
| 4/2/2019 | Kelly, Holly | 0.8 | Review revised Washington County Hospital 2-week budget. | 248.00 | rev |
| 4/3/2019 | Davis, Scott Bradford | 0.2 | Prepare for and lead call with GT Team and counsel to address data acquisition. | 124.00 | DUPL |
| 4/3/2019 | Kelly, Holly | 0.3 | Call with Trustee, Trustee's counsel, and GT team to discuss cash management, hospital operational status, potential management companies, financial data, and more. | 93.00 | DUPL |
| 4/3/2019 | Kelly, Holly | 2.4 | Draft Affidavit of S. Davis and Motion to Employ Grant Thornton. | 744.00 | emp |
| 4/3/2019 | Kelly, Holly | 0.7 | Discuss critical items and prepare meeting agenda. | 217.00 | MTG |
| 4/4/2019 | Kelly, Holly | 0.6 | Revise engagement letters and Affidavit of S. Davis. | 186.00 | emp |
| 4/4/2019 | Vanderbeek, Richard R. | 0.5 | Review draft Affidavit and revised engagement letter for Washington County. | 310.00 | emp |
| 4/4/2019 | Davis, Scott Bradford | 0.1 | Review health insurance proposal and discuss with S. Whittle and T. Waldrep. | 62.00 | SCOPE |
| 4/5/2019 | Kelly, Holly | 0.6 | Call with Trustee and Trustee's counsel to discuss management needs, information from iHealthcare, and budget. | 186.00 | DUPL |
| 4/5/2019 | Vanderbeek, Richard R. | 0.9 | Participate on call with Trustee and Trustee's counsel regarding steps for next week. | 558.00 | DUPL |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Category |
|---|---|---|---|---|---|
| 4/8/2019 | Kelly, Holly | 0.2 | Meet with A. Phillips to discuss Affidavit of S. Davis and Motion to Employ Grant Thornton. | 62.00 | emp |
| 4/8/2019 | Kelly, Holly | 2.9 | Draft retention documents for Motion to Employ Grant Thornton. | 899.00 | emp |
| 4/8/2019 | Vanderbeek, Richard R. | 0.4 | Review S. Davis affidavit and engagement letters for retention. | 248.00 | emp |
| 4/8/2019 | Vanderbeek, Richard R. | 0.6 | Review consolidated financial statements for CAH through March 2018. | 372.00 | rev |
| 4/8/2019 | Vanderbeek, Richard R. | 0.8 | Review master hospital schedules and CAH summary. | 496.00 | rev |
| 4/8/2019 | Vanderbeek, Richard R. | 1.4 | Review Washington County Stroudwater report. | 868.00 | rev |
| 4/9/2019 | Kelly, Holly | 0.5 | Draft revised statement of work for financial consulting retention. | 155.00 | emp |
| 4/9/2019 | Kelly, Holly | 0.3 | Draft statement of work, engagement letter, and BAA documents for digital forensics team retention. | 93.00 | emp |
| 4/9/2019 | Vanderbeek, Richard R. | 0.4 | Review Affidavit of S. Davis and statement of works for retention. | 248.00 | emp |
| 4/9/2019 | Vanderbeek, Richard R. | 0.3 | Participate in meetings with Trustee, J. Lyday, and H. Kelly regarding strategy, hospital management agreements, and Washington County Hospital budget. | 186.00 | MTG |
| 4/9/2019 | Davis, Scott Bradford | 0.1 | Review health plan proposal and correspond with S. Whittle. | 62.00 | rev |
| 4/9/2019 | Kelly, Holly | 0.6 | Review data uploaded by N. Mijares to Waldrep Sharefile site. | 186.00 | rev |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Category |
|---|---|---|---|---|---|
| 4/9/2019 | Vanderbeek, Richard R. | 0.7 | Review iHealthcare motion and interim agreement. | 434.00 | rev |
| 4/10/2019 | Kelly, Holly | 0.8 | Finalize retention documents and Motion to Employ Grant Thornton. | 248.00 | emp |
| 4/10/2019 | Vanderbeek, Richard R. | 0.5 | Review GT retention application and supporting documents. | 310.00 | emp |
| 4/10/2019 | Kelly, Holly | 0.8 | Review IRS claims. | 248.00 | rev |
| 4/10/2019 | Vanderbeek, Richard R. | 0.5 | Review accounting proposal and support from ACT. | 310.00 | rev |
| 4/11/2019 | Vanderbeek, Richard R. | 0.4 | Review revised CAH summary schedule. | 248.00 | rev |
| 4/11/2019 | Vanderbeek, Richard R. | 0.4 | Review fixed invoices and emails regarding these items for insurance issues. | 248.00 | SCOPE |
| 4/12/2019 | Vanderbeek, Richard R. | 0.5 | Review revised work plan. | 310.00 | rev |
| 4/12/2019 | Vanderbeek, Richard R. | 0.4 | Review former bankruptcy disclosure, POR, and supporting exhibits. | 248.00 | rev |
| 4/12/2019 | Vanderbeek, Richard R. | 0.5 | Review consolidated income statement for CAH. | 310.00 | rev |
| 4/12/2019 | Davis, Scott Bradford | 0.7 | Review the revised work plan. | 434.00 | rev |
| 4/12/2019 | Davis, Scott Bradford | 1.1 | Review CIM based on information provided form iHealthcare. | 682.00 | rev |
| 4/14/2019 | Vanderbeek, Richard R. | 0.4 | Review proposed deal structure. | 248.00 | rev |
| 4/14/2019 | Vanderbeek, Richard R. | 0.4 | Review and revise CIM for CAH. | 248.00 | rev |
| 4/15/2019 | Kelly, Holly | 0.1 | Edit Attachment A in retention documents. | 31.00 | emp |
| 4/15/2019 | Johnson, Andrew H. | 0.5 | Review engagement background information. | 250.00 | emp |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Code |
|---|---|---|---|---|---|
| 4/15/2019 | Johnson, Andrew H. | 0.4 | Meet with S. Davis and Trustee to discuss engagement. | 200.00 | emp |
| 4/15/2019 | Johnson, Andrew H. | 0.1 | Review confidentiality and non-disclosure agreement for Trustee. | 50.00 | EMP |
| 4/15/2019 | Vanderbeek, Richard R. | 0.3 | Review financing motion and supporting exhibits filed in affiliated case. | 186.00 | n/a |
| 4/15/2019 | Kelly, Holly | 0.2 | Review draft CIM with J. Lyday and T. Waldrep. | 62.00 | rev |
| 4/15/2019 | Vanderbeek, Richard R. | 0.7 | Review revised "To-do" and CIM for CAH. | 434.00 | rev |
| 4/15/2019 | Kelly, Holly | 0.2 | Call with T. Waldrep and R. Redwine. | 62.00 | VAGUE |
| 4/16/2019 | Kelly, Holly | 0.1 | Review documents provided by Affinity Health Partners. | 31.00 | rev |
| 4/16/2019 | Vanderbeek, Richard R. | 0.4 | Review CAH bank account balances and Trustee account ledgers. | 248.00 | rev |
| 4/16/2019 | Vanderbeek, Richard R. | 0.4 | Review updated CIM for Washington County Hospital. | 248.00 | rev |
| 4/16/2019 | Johnson, Andrew H. | 0.1 | Review financial information from Affinity. | 50.00 | rev |
| 4/17/2019 | Kelly, Holly | 0.2 | Review revised Attachment A to engagement letter for Amended Motion to Employ Grant Thornton. | 62.00 | emp |
| 4/17/2019 | Vanderbeek, Richard R. | 0.2 | Discuss with H. Kelly regarding retention issues. | 124.00 | emp |
| 4/17/2019 | Vanderbeek, Richard R. | 1.1 | Review staffing budget for Washington County Hospital and consolidated financial summary from 2018. | 682.00 | rev |
| 4/17/2019 | Johnson, Andrew H. | 1.3 | Review Washington County Hospital budget. | 650.00 | rev |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Category |
|---|---|---|---|---|---|
| 4/18/2019 | Vanderbeek, Richard R. | 0.6 | Review CAH budget summary and detail forecast for 2019. | 372.00 | rev |
| 4/18/2019 | Vanderbeek, Richard R. | 0.4 | Review revised CAH bank account and Trustee account schedules. | 248.00 | rev |
| 4/18/2019 | Johnson, Andrew H. | 0.2 | Review draft of March monthly statement. | 100.00 | rev |
| 4/18/2019 | Davis, Scott Bradford | 0.3 | Discuss insurance coverage (med mal, property and workers comp) with R. Williams (Truss Advantage). | 186.00 | SCOPE |
| 4/22/2019 | Johnson, Andrew H. | 0.4 | Review ACT work plan. | 200.00 | rev |
| 4/23/2019 | Kelly, Holly | 0.2 | Meet with T. Waldrep, J. Lyday, J. Lanik, R. Vanderbeek, and A. Johnson with updates on the hospital. | 62.00 | MTG |
| 4/23/2019 | Johnson, Andrew H. | 0.4 | Meeting with Trustee and J. Lyday concerning Thursday GT testimony. | 200.00 | MTG |
| 4/23/2019 | Balikian, Casey | 0.4 | Review SunTrust bank account information and cash flow tracking. | 100.00 | rev |
| 4/24/2019 | Davis, Scott Bradford | 0.1 | Review notes on proposed Cohesive agreement and discuss testimony with GT Team. | 62.00 | N/A |
| 4/24/2019 | Johnson, Andrew H. | 0.5 | Review updated Washington County budget. | 250.00 | rev |
| 4/24/2019 | Davis, Scott Bradford | 0.1 | Review insurance coverage and discuss with GT Team. | 62.00 | SCOPE |
| 4/24/2019 | Johnson, Andrew H. | 0.1 | Review insurance claims information. | 50.00 | SCOPE |
| 4/26/2019 | Johnson, Andrew H. | 0.2 | Call and email insurance broker to setup call to discuss insurance. | 100.00 | SCOPE |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Code |
|---|---|---|---|---|---|
| 4/27/2019 | Kelly, Holly | 1.8 | Review Waldrep Fee Application for Washington County Hospital and prepare GT fee application. | 558.00 | exc |
| 4/28/2019 | Kelly, Holly | 2.6 | Evaluate fee application and retention issues and communicate findings with team. | 806.00 | emp |
| 4/28/2019 | Kelly, Holly | 1.8 | Review proposal from Affinity on Washington County Hospital. | 558.00 | rev |
| 4/28/2019 | Lee, Harry G | 0.1 | Conduct conference call with counsel; Manage and coordinate engagement. | 62.00 | vague |
| 4/28/2019 | Lee, Harry G | 0.1 | Conduct conference call with counsel; Manage and coordinate engagement. | 62.00 | vague |
| 4/29/2019 | Johnson, Andrew H. | 0.2 | Review Waldrep fee application for GT setup. | 100.00 | dupl |
| 4/29/2019 | Vanderbeek, Richard R. | 0.5 | Participate on bi-weekly call with Trustee re IT issues, hospital proposals, and other items. | 310.00 | mtg |
| 4/29/2019 | Vanderbeek, Richard R. | 0.9 | Review business plan provided by Affinity. | 558.00 | rev |
| 4/29/2019 | Johnson, Andrew H. | 1 | Review Affinity proposal for Washington County. | 500.00 | rev |
| 4/29/2019 | Kelly, Holly | 0.3 | Review Trustee's email and attached documents regarding iHealthcare's request for billing equipment. | 93.00 | rev |
| 4/29/2019 | Johnson, Andrew H. | 0.5 | Call with R. Williams, M. Audo, J. Honn of Truss Advantage regarding insurance issues; review email from R. Williams re costs and insurance certifications; email and review response from | 250.00 | SCOPE |

7

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Category |
|---|---|---|---|---|---|
| | | | R. Williams re follow-up questions. | | |
| 4/29/2019 | Johnson, Andrew H. | 0.3 | Emails to GT regarding insurance updates. | 150.00 | SCOPE |
| 4/29/2019 | Johnson, Andrew H. | 0.2 | Call with R. Vanderbeek and H. Kelly to discuss insurance and funding process. | 100.00 | SCOPE |
| 4/29/2019 | Lee, Harry G | 0.8 | Conduct multiple discussions with engagement lead; Correspond with engagement team, client sites, and counsel; Manage and coordinate engagement. | 496.00 | vague |
| 4/30/2019 | Kelly, Holly | 0.2 | Revise retention documents with BA's changes. | 62.00 | emp |
| 4/30/2019 | Lee, Harry G | 1 | Conduct multiple discussions with engagement lead; Correspond with engagement team, client sites, and counsel; Manage and coordinate engagement. | 620.00 | emp |
| 4/30/2019 | Johnson, Andrew H. | 0.2 | Prepare wire authorization document and review cash procedures document. | 100.00 | rev |
| 4/30/2019 | Davis, Scott Bradford | 0.4 | Discuss cash flow forecasts, insurance coverage, CBO equipment, etc. with R. Vanderbeek, A. Johnson and H. Kelly. | 248.00 | SCOPE |

Grant Thornton WashCo Exhibit B

| Date | Name | Hours | Description | Amount | Category |
|---|---|---|---|---|---|
| 4/30/2019 | Vanderbeek, Richard R. | 0.4 | Review of insurance updates. | 248.00 | SCOPE |
| 4/30/2019 | Johnson, Andrew H. | 0.2 | Review iHealthcare agreement insurance requirements; email GT team regarding insurance. | 100.00 | SCOPE |
| 5/1/2019 | Vanderbeek, Richard R. | 0.4 | Discussions with H. Kelly re Wash Co retention issues. | 248.00 | emp |
| 5/1/2019 | Kelly, Holly | 0.7 | Revise retention documents with BA's changes. | 217.00 | emp |
| 5/2/2019 | Kelly, Holly | 0.1 | Evaluate Objection to Motion to Employ GT and email GT team. | 31.00 | emp |
| 5/2/2019 | Vanderbeek, Richard R. | 0.7 | Participate in meeting with Trustee, J. Lanik, and P. Nusbaum, S. Whittle and Debtors' counsel. | 434.00 | MTG |
| 5/2/2019 | Vanderbeek, Richard R. | 0.2 | Participate in follow up and debrief with Trustee and J. Lanik after initial meeting with P. Nusbaum and S. Whittle. | 124.00 | MTG |
| 5/2/2019 | Johnson, Andrew H. | 0.5 | Calls and emails with J. Lyday regarding Cohesive interest in Washington County. | 250.00 | n/a |
| 5/3/2019 | Vanderbeek, Richard R. | 0.1 | Participate on call with GT team and counsel re insurance, management contracts, budgets and other items. | 62.00 | SCOPE |
| 5/3/2019 | Lee, Harry G | 0.1 | Discuss engagement with project lead; Manage and coordinate engagement. | 62.00 | vague |
| 5/6/2019 | Vanderbeek, Richard R. | 0.4 | Review HAC master insurance policies re PL and WC and loss runs re same. | 248.00 | SCOPE |

9

Grant Thornton WashCo Exhibit B

| 5/6/2019 | Johnson, Andrew H. | 0.3 | Discuss insurance issues and strategy with J. Lyday and L. Lanik. | 150.00 | SCOPE |
| --- | --- | --- | --- | --- | --- |
| 5/6/2019 | Johnson, Andrew H. | 0.6 | Emails to and from R. Redwine and R. Williams regarding insurance issues; email with S. Davis regarding Washington County Workers Comp. | 300.00 | SCOPE |
| 5/6/2019 | Johnson, Andrew H. | 1.6 | Emails to R. Redwine, J. Lyday, J. Lanik regarding insurance policies and speaking with brokers; call to R Redwine regarding same: speak with J. Lyday and J. Lanik regarding status. | 800.00 | SCOPE |
| 5/6/2019 | Johnson, Andrew H. | 0.2 | Call with D. DeNeal, counsel for professional liability insurer and J. Hendren to discuss professional liability insurance issues. | 100.00 | SCOPE |
| 5/6/2019 | Johnson, Andrew H. | 1.8 | Emails to and from insurance brokers regarding workers comp insurance for Washington County; call with M. Mclennan regarding same; obtain information from Truss and provide to Mclennan. | 900.00 | SCOPE |
| 5/7/2019 | Johnson, Andrew H. | 1.4 | Meet with Trustee and J. Lyday, J. Lanik, H. Kelly, R. Vanderbeek, ACT (J. Hunt, J. Raley, and G. Gibbs) regarding employment of ACT and planning for use of ACT. | 700.00 | MTG |
| 5/7/2019 | Kelly, Holly | 1.4 | Meeting at Trustee's office with ACT accounting firm and Trustee regarding accounting and cost reports. | 434.00 | MTG |

10

Grant Thornton WashCo Exhibit B

| 5/8/2019 | Min, Erik N | 0.4 | Conference call with J. Lanik, B. Fletcher. and Cohesive regarding CPSI and Next Gen systems, remote access, CBO workstations; Discuss plans with engagement team and review correspondence; Correspond with B. Fletcher regarding COC documentation. | 180.00 | n/a |
|---|---|---|---|---|---|
| 5/8/2019 | Kelly, Holly | 0.6 | Review documents and financial data provided by J. Upenieks. | 186.00 | rev |
| 5/9/2019 | Kelly, Holly | 0.5 | Meet with F. Terzo, G. Freedman, T. Waldrep, and S. Davis to discuss lab scheme and it's application to hospital(s). | 155.00 | MTG |
| 5/9/2019 | Vanderbeek, Richard R. | 0.4 | Review HAC management fee analysis and Empower transfer schedules. | 248.00 | rev |
| 5/9/2019 | Johnson, Andrew H. | 0.2 | Review cash transfer schedule and email comments regarding locating cash. | 100.00 | rev |
| 5/9/2019 | Johnson, Andrew H. | 0.1 | Emails to and from Trustee's counsel regarding professional liability insurance coverages. | 50.00 | SCOPE |
| 5/10/2019 | Kelly, Holly | 1.3 | Review numerous emails from iHealthcare and review documents provided. | 403.00 | rev |
| 5/10/2019 | Vanderbeek, Richard R. | 0.3 | Review and respond to emails re Washington invoices. | 186.00 | Vague |
| 5/13/2019 | Johnson, Andrew H. | 0.4 | Review Washington County funding request. | 200.00 | rev |
| 5/13/2019 | Kelly, Holly | 1.7 | Review Washington County funding request. | 527.00 | rev |

Grant Thornton WashCo Exhibit B

| 5/13/2019 | Lee, Harry G | 0.1 | Manage and coordinate engagement. | 62.00 | vague |
|---|---|---|---|---|---|
| 5/14/2019 | Kelly, Holly | 4.9 | Review and analyze Washington County funding request. | 1,519.00 | rev |
| 5/15/2019 | Vanderbeek, Richard R. | 0.4 | Review ERP schedule by facility. | 248.00 | rev |
| 5/15/2019 | Kelly, Holly | 0.6 | Review and analyze funding request. | 186.00 | rev |
| 5/17/2019 | Vanderbeek, Richard R. | 1.2 | Review emails related to Washington funding issues. | 744.00 | rev |
| 5/20/2019 | Kelly, Holly | 0.1 | Reschedule meetings and calls due to upcoming holiday. | 31.00 | MTG |
| 5/20/2019 | Kelly, Holly | 1.7 | Review document provided by Trustee with Affinity's CT scanner and building proposal. | 527.00 | rev |
| 5/20/2019 | Vanderbeek, Richard R. | 0.6 | Review CT scanner business case proposal for Washington County. | 372.00 | rev |
| 5/20/2019 | Vanderbeek, Richard R. | 0.4 | Review operating budget and support for Washington County and discuss same with H. Kelly. | 248.00 | rev |
| 5/21/2019 | Vanderbeek, Richard R. | 0.4 | Review bank statement summary and related emails. | 248.00 | rev |
| 5/22/2019 | Vanderbeek, Richard R. | 0.6 | Review weekly funding emails and support for Washington as well as NC participation agreement. | 372.00 | rev |
| 5/22/2019 | Lee, Harry G | 0.1 | Manage and coordinate engagement. | 62.00 | vague |
| 5/24/2019 | Lee, Harry G | 0.1 | Discuss engagement with project lead; Manage and coordinate engagement. | 62.00 | vague |
| 5/28/2019 | Johnson, Andrew H. | 0.1 | Call with GT team regarding engagement status. | 50.00 | vague |

Grant Thornton WashCo Exhibit B

| 5/28/2019 | Min, Erik N | 0.1 | Correspond with engagement team. | 45.00 | vague |
|---|---|---|---|---|---|
| 5/29/2019 | Kelly, Holly | 1 | Review 13-week cash flow provided by Affinity management. | 310.00 | rev |
| 5/29/2019 | Kelly, Holly | 0.7 | Review files provided for Washington weekly funding request and instruct M. Wayne in analysis. | 217.00 | rev |
| 5/29/2019 | Vanderbeek, Richard R. | 0.4 | Review latest 13 week cash flow forecast and related support. | 248.00 | rev |
| 5/30/2019 | Kelly, Holly | 0.6 | Set-up meeting with Affinity to discuss cash flow budget. | 186.00 | MTG |
| 5/30/2019 | Min, Erik N | 0.2 | Conduct conference call with C. Peter of Cohesive; Review of Datto system. | 90.00 | n/a |
| 5/30/2019 | Vanderbeek, Richard R. | 0.1 | Review updated master CAH schedules. | 62.00 | rev |
| 5/30/2019 | Lee, Harry G | 0.1 | Conduct status discussions; Manage and coordinate engagement. | 62.00 | vague |
| 5/30/2019 | Kelly, Holly | 0.8 | Review emails from Washington county, answer questions, and reconcile items. | 248.00 | vague |