## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **In re:** | |
| **CAH ACQUISITION COMPANY 16, INC., d/b/a HASKELL COUNTY COMMUNITY HOSPITAL** | **Case No. 19-01227-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL** | **Case No. 19-01697-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL,** | **Case No. 19-01298-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,**<br><br>Debtors. | **Case No. 19-00730-5-JNC**<br><br>**Chapter 11** |

### NOTICE OF PATIENT CARE OMBUDSMAN'S THIRD REPORT

**PLEASE TAKE NOTICE** that on April 17, 2019, April 26, 2019, and subsequently on July 1, 2019, Suzanne Koenig was appointed as the Patient Care Ombudsman in the above-captioned Chapter 11 cases by the Bankruptcy Administrator, pursuant to an Order of the United States Bankruptcy Court for the Eastern District of North Carolina (the "**Appointment Order**").

**PLEASE TAKE FURTHER NOTICE** that the Patient Care Ombudsman will be filing her third written report (the "**Report**") with the Court on October 16, 2019 no later than 11:59 pm (Eastern Time).

Per the Appointment Order, if you would like a copy of the Report, it will be posted at each facility, will be available on the court's website or you may contact the following person (who will provide a copy free of charge):

Carla Greenberg, Paralegal
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile: 312.456.8435
Email: greenbergc@gtlaw.com

Dated: October 2, 2019


By:  /s/ Suzanne A. Koenig
      Suzanne A. Koenig, in her capacity
      as Patient Care Ombudsman

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **CAH ACQUISITION COMPANY 16, LLC d/b/a HASKELLCOMMUNITY HOSPITAL,** | **Case No. 19-01227-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 12, LLC d/b/a FAIRFAX COMMUNITY HOSPITAL,** | **Case No. 19-01697-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY 7, LLC d/b/a PRAGUE COMMUNITY HOSPITAL,** | **Case No. 19-01298-5-JNC**<br><br>**Chapter 11** |
| **CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL,**<br><br>                    **Debtors.** | **Case No. 19-00730-5-JNC**<br><br>**Chapter 11** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, a true and correct copy of the **Notice of Patient Care Ombudsman's Third Report** was sent via this Courts ECF notification system to the Bankruptcy Administrator, counsel who has filed a Notice of Appearance, and any party directly affected by the pleading via ECF notification:

| | |
|---|---|
| Marjorie K. Lynch (via ECF)<br>Brian Behr (via ECF)<br>Kirstin E. Gardner (via ECF)<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner (via ECF)<br>Nelson Mullins Riley &<br>Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* |
| Katherine M. McCraw (via ECF)<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* | Thomas W. Waldrep, Jr. (via ECF)<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* |
| **Ryan J. Adams** (via ECF)<br>Adams, Howell, Sizemore & Lenfestey, PA<br>1600 Glenwood Ave., Suite 101<br>Raleigh, NC 27608 | **Felton E. Parrish** (via ECF)<br>Hull & Chandler, P.A.<br>1001 Morehead Square Drive, Suite 450<br>Charlotte, NC 28203 |

| | |
|---|---|
| **Nicholas Zluticky** (via ECF)<br>Stinson Leonard Street LLP<br>1201 Walnut Street, Suite 2900<br>Ste 2700<br>Kansas City, MI 64106-2150 | **Rayford K. Adams, III** (via ECF)<br>Spilman Thomas & Battle, PLLC<br>110 Oakwood Dr., Suite 500<br>Winston-Salem, NC 27103 |
| **E. Franklin Childress** (via ECF)<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 | **M. Ruthie Hagan** (via ECF)<br>Baker, Donelson, Bearman, Caldwell<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 |
| **David J Haidt** (via ECF)<br>Ayers & Haidt, P.A.<br>PO Box 1544<br>307 Metcalf Street<br>New Bern, NC 28563 | **Tyler E. Heffron** (via ECF)<br>Triplett Woolf Garretson, LLC<br>2959 N. Rock Road, Suite 300<br>Wichita, KS 67226 |
| **Brian H. Smith** (via ECF)<br>Complete Business Solutions Group, Inc.<br>20 N. 3rd Street<br>Philadelphia, PA 19106 | **W. Tyler Chastain** (via ECF)<br>Bernstein, Stair & McAdams, LLP<br>116 Agnes Road<br>Knoxville, TN 37919 |
| **Eric L. Johnson** (via ECF)<br>**Matthew A.Petersen** (via ECF)<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106 | **Stephen W. Petersen** (via ECF)<br>**Jeffrey R. Whitley** (via ECF)<br>Fox Rothschild, LLP<br>Post Office Box 27525<br>Raleigh, NC 27611 |
| **Patricia E. Hamilton** (via ECF)<br>Stevens & Brand, LLP<br>917 S.W. Topeka Boulevard<br>Topeka, KS 66612 | **Wesley F. Smith** (via ECF)<br>Stevens & Brand, LLP<br>900 Massachusetts Street, Suite 500<br>Lawrence, KS 66044 |
| **Sharon L. Stolte** (via ECF)<br>Sandberg Phoenix & von Gontard P.C.<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112 | **Katherine Montgomery McCraw** (via ECF)<br>North Carolina Department of Justice<br>PO Box 629<br>Courier Number 51-41-22<br>Raleigh, NC 27602-0629 |
| **John Paul H. Cournoyer** (via ECF)<br>Northen Blue, LLP<br>PO Box 2208<br>Chapel Hill, NC 27515-2208 | **Christopher A. McElgunn** (via ECF)<br>Klenda Austerman LLC<br>1600 Epic Center<br>301 N Main<br>Wichita, KS 67202-4816 |
| **John M. Sperati** (via ECF)<br>SmithDebnamNarronDrakeSaintsing&Myers<br>4601 Six Forks Road, Suite 400<br>Raleigh, NC 27609 | **Jerry P. Spore** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>312 E. Lafayette Street<br>Jackson, TN 38301 |

*ACTIVE 46124874v1*

| | |
|---|---|
| **Jonathan O. Steen** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>213 E. Lafayette Street<br>Jackson, TN 38301 | **Jason L. Hendren** (via ECF)<br>**Rebecca F. Redline** (via ECF)<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612 |
| **James C. Lanik** (via ECF)<br>**Jennifer B. Lyday** (via ECF)<br>**Francisco T. Morales** (via ECF)<br>Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104 | |

/s/ *Brian R. Anderson*

Brian R. Anderson
N.C. State Bar No. 37989
banderson@nexsenpruet.com
Nexsen Pruet, PLLC
701 Green Valley Road, Suite 100
Greensboro, NC 27402
(336) 373-1600

*Counsel to the Suzanne Koenig, the Patient Care Ombudsman*