UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL, *et al*[1],<br><br>                      Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 11 |
| THOMAS W. WALDREP, JR., as Chapter 11 Trustee for CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL, *et al*,<br><br>                      Plaintiff,<br><br>v.<br><br>BRIDGE FUNDING CAPITAL LLC,<br><br>                      Defendant. | Adv. Pro. No. _____ |

**COMPLAINT FOR AVOIDANCE AND RECOVERY
OF PREFERENTIAL TRANSFERS, AVOIDANCE OF LIENS
AND AVOIDANCE OF FRAUDULENT TRANSFERS**

Plaintiff Thomas W. Waldrep, Jr., (the "Trustee"), in his capacity as the duly appointed Chapter 11 Trustee of the bankruptcy estates of CAH Acquisition Company #1, LLC, CAH Acquisition Company #2, LLC, CAH Acquisition Company #3, LLC, CAH Acquisition Company 6, LLC, CAH Acquisition Company 7, LLC, CAH Acquisition Company 12, LLC and CAH Acquisition Company 16, LLC (collectively, the "Debtors"), by and through his undersigned counsel, brings this Complaint against Bridge Funding Capital LLC (formerly known as GEL

---

[1] The Debtors in this case, along with each Debtor's case number are: (i) CAH Acquisition Company #1, LLC, Case No. 19-00730-5-JNC; (ii) CAH Acquisition Company #2, LLC, Case No. 19-01230-5-JNC; (iii) CAH Acquisition Company #3, LLC, Case No. 19-01180-5-JNC; (iv) CAH Acquisition Company 6, LLC, Case No. 19-01300-5-JNC; (v) CAH Acquisition Company 7, LLC, Case No. 19-01298-5-JNC; (vi) CAH Acquisition Company 12, LLC, Case No. 19-01697-5-JNC; and (vii) CAH Acquisition Company 16, LLC, Case No. 19-01227-5-JNC.

Funding LLC) ("GEL") to (i) avoid and recover certain preferential or invalid liens pursuant to Section 544 and preservation of the avoided liens pursuant to Section 551; (ii) avoid and recover certain post-petition transfers pursuant to Section 549; and (iii) avoid and recover certain fraudulent transfers pursuant to Section 548. In support of this action, the Trustee alleges and says as follows:

**PARTIES**

1. The Debtors filed their respective petitions for relief under Chapter 11 of the United States Bankruptcy Code from February 19, 2019 to April 1, 2019. Thomas W. Waldrep, Jr. has been appointed as Chapter 11 Trustee in each case.

2. Each Debtor owns and in some cases operates a for-profit, Critical Access Hospital located in North Carolina, Missouri, Oklahoma, or Kansas. The Debtors' hospitals provided acute care, swing bed, emergency medicine, radiology, physical rehabilitation, laboratory, and related outpatient ancillary services.

3. Upon information and belief, the Debtors are currently owned by HMC/CAH Consolidated, Inc. ("HMC") (20% interest) and Health Acquisition Company, LLC ("HAC," and together with HMC, the "Owners") (80% interest).

4. Upon information and belief, the Owners are or were in the business of acquiring and operating a system of acute care hospitals located in rural communities that are certified by The Centers for Medicare and Medicaid Services ("CMS") as Critical Access Hospitals.

5. Upon information and belief, the Owners own and/or operate rural hospitals in several states, including Kansas, North Carolina, Missouri, Tennessee, and Oklahoma.

6. Each of the Debtors is a limited liability company organized under the laws of the State of Delaware.

2

7. Upon information and belief, GEL is a limited liability company organized and operating under the laws of the State of New York.

8. Upon information and belief, on or about March 19, 2019 GEL changed its name from "GEL Funding LLC" to "Bridge Funding Capital LLC".

## JURISDICTION & VENUE

9. This adversary proceeding arises in and relates to the bankruptcy case of the above-captioned Debtors under the above-referenced bankruptcy case numbers.

10. This is an adversary proceeding brought by the Trustee seeking to avoid and recover, for the benefit of the Debtors' estates, certain preferential or invalid liens pursuant to Section 544. It also seeks to preserve the avoided liens pursuant to Section 551, avoid and recover certain post-petition transfers pursuant to Section 549, and avoid and recover certain fraudulent transfers pursuant to Section 548.

11. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

12. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

13. The claims in this adversary proceeding are core proceedings pursuant to 28 U.S.C. § 157(b)(2). This Court may constitutionally enter final orders on these causes of action. See Stern v. Marshall, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011). To the extent that the Court determines that any claim made herein is a non-core proceeding and/or to the extent that the Court determines that, pursuant to Stern, it may not enter final orders with respect to any such claim, the Trustee consents to the entry of a final order by the Court on any such claim. See Wellness Int'l Network, Ltd., v. Sharif, 135 S. Ct. 1932, 1944-45, 1948 (2015) ("[W]e conclude that allowing bankruptcy

litigants to waive the right to Article III adjudication of <u>Stern</u> claims does not usurp the constitutional prerogatives of Article III courts.").

## **GENERAL ALLEGATIONS**

14. Upon information and belief, GEL is a merchant cash advance ("MCA") lender that provides short-term financing to businesses.

15. Upon information and belief, an MCA arrangement involves a debtor receiving short-term capital from a lender in exchange for future repayment, with interest, until the MCA lender is paid in full.

16. Though styled as a "sale" of future receivables, MCA transactions bear many of the hallmarks of disguised loans. See <u>In re A Goodnight Sleepstore, Inc.</u>, Case No. 17-03274-5-JNC, Adv. No. 17-00056-5-JNC, 2019 WL 342577, at *5 (Bankr. E.D.N.C. Jan. 25, 2019).

17. Upon information and belief, the Debtors and GEL entered into an agreement for the purchase of future receivables (the "MCA Agreement"). Since GEL has not filed a proof of claim in any case, the Debtors do not have a copy of the MCA Agreement.

18. Upon information and belief, GEL advanced funds pursuant to the MCA Agreement but not to any of the Debtors.

19. Upon information and belief, the Debtors agreed to pledge certain personal property of the Debtors as collateral for the MCA Agreement.

20. To secure the MCA Agreement, GEL filed a UCC-1 Financing Statement against the Debtors, HAC, Dequeen Medical Center, Inc., Empower H.I.S, LLC, Advanced Physician Billing, Inc., IBEJI Staffing Corp., MEDX Group, Corp., Wellstar Health, LLC, The RADS Group, LLC, CAH Acquisition Company #4, Inc., CAH Acquisition Company #5, LLC, and CAH Acquisition Company 11, LLC in Delaware on March 1, 2019 (the "GEL UCC"). A true and

accurate copy of the GEL UCC is attached hereto as Exhibit "A".

21. As of the date of this filing, GEL has not filed a proof of claim in any of the Debtors' bankruptcy cases.

**FIRST CLAIM FOR RELIEF**
Avoidance of Preferential Transfers – 11 U.S.C. § 547 and 11 U.S.C. § 544
(As to all Plaintiffs other than CAH Acquisition Company #1, LLC)

22. The Trustee repeats and re-alleges each and every allegation set forth above as if fully set forth herein in their entirety.

23. Upon information and belief, the GEL UCC was made to or for the benefit of GEL.

24. The GEL UCC was filed in the state of Delaware within the preference period of each Debtor other than CAH Acquisition Company #1, LLC.

25. Upon information and belief, the filing of the GEL UCC was made for or on account of one or more antecedent debts alleged to be owed by the Debtors to GEL before the transfer was made.

26. Upon information and belief, GEL was a creditor of each Debtor at the time of filing of the GEL UCC.

27. Upon information and belief, the filing of the GEL UCC occurred while the Debtors were insolvent.

28. Upon information and belief, by reason of the GEL UCC, GEL would receive more in this bankruptcy case than GEL would receive if: (a) the Debtors' cases were filed under Chapter 7 of the Bankruptcy Code; (b) the GEL UCC had not been filed; and (c) GEL received payment of its debts to the extent provided by the provisions of the Bankruptcy Code.

29. The GEL UCC is avoidable as a preference under § 547(b) of the United States Bankruptcy Code as to all Plaintiffs other than CAH Acquisition Company #1, LLC.

30. The Trustee is entitled to an order and judgment against GEL avoiding the GEL UCC as to all Plaintiffs other than CAH Acquisition Company #1, LLC pursuant to 11 U.S.C. § 547.

31. The Trustee is entitled to an order and judgment determining that GEL does not have a perfected security interest against any of the Debtors by virtue of the GEL UCC.

## SECOND CLAIM FOR RELIEF
Avoidance of Unauthorized Post-Petition Transfers—11 U.S.C. § 549
(As to CAH Acquisition Company #1, LLC)

32. The Trustee repeats and re-alleges each and every allegation set forth above as if fully set forth herein in their entirety.

33. CAH Acquisition Company #1, LLC filed its Chapter 11 bankruptcy on February 19, 2019.

34. As shown on Exhibit "A", GEL filed the GEL UCC against the Debtors in Delaware on March 1, 2019.

35. The filing of the GEL UCC was made post-petition relative to CAH Acquisition Company #1, LLC on account of an allegedly pre-existing obligation of CAH Acquisition Company #1, LLC to GEL.

36. The Trustee may avoid the filing of the GEL UCC pursuant to 11 U.S.C. § 549(a).

## THIRD CLAIM FOR RELIEF
Fraudulent Transfer Pursuant to 11 U.S.C. § 548

37. The Trustee repeats and re-alleges each and every allegation set forth above as if fully set forth herein in their entirety.

38. In his review of the Debtors' financial documents thus far, the Trustee has been unable to identify any short-term capital funds or loans received by any of the Debtors from GEL.

39. Upon information and belief, any funding from GEL may have been remitted directly to the control and benefit of a non-debtor entity such as HAC.

40. Based on the foregoing, the GEL UCC appears to be a fraudulent transfer since the Debtors received no consideration and the transfer was made within two (2) years of the respective petition dates while each Debtor was insolvent.

41. To the extent that the GEL UCC is a fraudulent transfer it is avoidable pursuant to 11 U.S.C. § 548.

<strong><u>FOURTH CLAIM FOR RELIEF</u></strong><br>For Preservation of Avoided Liens – 11 U.S.C. § 551

42. Trustee repeats and re-alleges each and every allegation set forth above as if fully set forth herein in their entirety.

43. As set forth hereinabove, the GEL UCC is avoidable pursuant to 11 U.S.C. § 544(a), 11 U.S.C. § 547, 11 U.S.C. § 548 and/or 11 U.S.C. § 549(a).

44. Pursuant to 11 U.S.C. § 551, to the extent said transfer is avoidable under 11 U.S.C. § 544, 11 U.S.C. § 547, 11 U.S.C. § 548 and/or 11 U.S.C. § 549(a), said transfer is preserved for the benefit of the estates.

**WHEREFORE,** the Trustee respectfully prays the Court grant the following relief and enter a judgment against GEL as follows:

A. Declaring that the GEL UCC is avoidable as to all Plaintiffs other than CAH Acquisition Company #1, LLC as a preferential transfer pursuant to 11 U.S.C. § 547(b) and avoidable pursuant to 11 U.S.C. § 544(a);

B. Declaring that the GEL UCC is avoidable as a post-petition transfer pursuant to 11 U.S.C. § 549 as to CAH Acquisition Company #1, LLC;

C. Declaring that the GEL UCC is a fraudulent transfer and is avoidable under 11 U.S.C. § 548;

D. Declaring that, to the extent the GEL UCC is avoidable under 11 U.S.C. § 544, 11 U.S.C. § 547, 11 U.S.C. § 548 and/or 11 U.S.C. § 549(a), said transfer is preserved for benefit of the estates pursuant to 11 U.S.C. § 551; and

E. Granting such other and further relief as it deems just and proper.

Respectfully submitted, this the 22nd day of October, 2019.

**WALDREP LLP**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (NC State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

- and –

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller@hendrenmalone.com

*Attorneys for the Trustee*

EXHIBIT A

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
801 ADLAI STEVENSON DR [150093568]
SPRINGFIELD, IL 62703
US

Delaware Department of State
U.C.C. Filing Section
Filed: 02:18 PM 03/01/2019
U.C.C. Initial Filing No: 2019 1453484

Service Request No: 20191672220

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HEALTH ACQUISITION COMPANY, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 13595 SW 134TH AVE, #209 | MIAMI | FL | 33186 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| PEREZ | JORGE | ALBERTO | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8770 SW 72ND ST #412 | MIAMI | FL | 33173 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GBL FUNDING LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5308 13TH AVE STE 324 | BROOKLYN | NY | 11219 | US |

4. COLLATERAL: This financing statement covers the following collateral:
Receivables- All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; I Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
HEALTH ACQUISITION COMPANY, LLC

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
CAH ACQUISITION COMPANY 4 INC

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 510 WEST TRUCK BYPASS | DRUMRIGHT | OK | 74030 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
CAH ACQUISITION COMPANY 16 LLC

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 401 NW H STREET | STIGLER | OK | 74462 | US |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
CAH ACQUISITION COMPANY #3, LLC

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 240 W. 18TH STREET | HORTON | KS | 66439 | US |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME: HEALTH ACQUISITION COMPANY, LLC

OR

18b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME: CAH ACQUISITION COMPANY 7, LLC

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 401 NW H STREET | STIGLER | OK | 74462 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b)

20a. ORGANIZATION'S NAME: CAH ACQUISITION COMPANY 11, LLC

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 326 ASBURY AVE | RIPLEY | TN | 38063-5577 | US |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b)

21a. ORGANIZATION'S NAME: CAH ACQUISITION COMPANY 12, LLC

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| TAFT AVENUE AND HIGHWAY 18 | FAIRFAX | OK | 74637 | US |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**24. MISCELLANEOUS:**

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
HEALTH ACQUISITION COMPANY, LLC

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAH ACQUISITION COMPANY #5, LLC | | | | |
| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 701 SOUTH MAIN ST | HILLSBORO | KS | 67063 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAH ACQUISITION COMPANY 6 LLC | | | | |
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 206 S COUNTY RD | ALMA | MO | 64001 | US |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CAH ACQUISITION COMPANY 1 LLC | | | | |
| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1100 MAIN ST STE 2350 | KANSAS CITY | MO | 64105 | US |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
HEALTH ACQUISITION COMPANY, LLC

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**
CAH ACQUISITION COMPANY 2 LLC

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1100 MAIN ST STE 2350 | KANSAS CITY | MO | 64105 | US |

**20. ADDITIONAL DEBTOR'S NAME:**

**20a. ORGANIZATION'S NAME**
DEQUEEN MEDICAL CENTER, INC.

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1306 W COLLIN RAYE DR | DE QUEEN | AR | 71832 | US |

**21. ADDITIONAL DEBTOR'S NAME:**

**21a. ORGANIZATION'S NAME**
EMPOWER H.I.S. LLC

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8770 SW 72 ST 489 | MIAMI | FL | 33173 | US |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME

**24. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

International Association of Commercial Administrators

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
HEALTH ACQUISITION COMPANY, LLC

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**
ADVANCED PHYSICIAN BILLING INC

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12600 SW 120TH ST STE 115 | MIAMI | FL | 33186 | US |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**
IBEJI STAFFING CORP

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9835 SW 72 ST #209 | MIAMI | FL | 33173 | US |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**
MEDX GROUP CORP

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8770 SW 72 STE 459 | MIAMI | FL | 33173 | US |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
HEALTH ACQUISITION COMPANY, LLC

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
WELLSTAR HEALTH LLC

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8770 SW 72 STE STE 459 | MIAMI | FL | 33173 | US |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
THE RADS GROUP, INC.

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 12600 SW 120TH STREET 115 | MIAMI | FL | 33186 | US |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

International Association of Commercial Administrator
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)