**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 19-00730-5-JNC** |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a** | ) | |
| **WASHINGTON COUNTY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

**FOURTH APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES**

NOW COME Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), and submit this Application for Approval to Pay Co-Counsel for the Trustee's Fees, and show unto the Court as follows:

1.      An involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code was filed on behalf of the Debtor on February 19, 2019.

2.      An Order appointing Thomas Waldrep as Trustee for the Debtor was approved on February 22, 2019.

3.      The Debtor filed a Motion to Convert the Involuntary Chapter 7 Case to a Chapter 11 case on March 14, 2019, and the Motion was approved on March 15, 2019.

4.      Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC were employed as co-counsel for the Trustee, *Nunc Pro Tunc,* on April 17, 2019.

5.      Hendren Redwine was not paid a retainer in this matter.

6.      Hendren Redwine has rendered services to the Trustee including providing assistance and advising the Trustee with regard to administration of the case.

7.      Hendren Redwine seeks authority to receive payment for fees in the amount of $7,221.75 and out-of-pocket expenses in the amount of $223.12 for services rendered from August 1, 2019 through September 30, 2019.  A copy of the itemized invoice is attached hereto and marked as Exhibit "A".

8.      A summary of the background and qualifications of Hendren Redwine is attached hereto and marked as Exhibit "B".

9.      The amount to be paid to Hendren Redwine is fair and reasonable.

10.      Payment to Hendren Redwine is in the best interest of the Estate.

WHEREFORE, Hendren Redwine requests payment for fees in the amount of $7,221.75 and out-of-pocket expenses in the amount of $223.12 for services rendered from August 1, 2019 through September 30, 2019.

DATED: October 31, 2019

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 31st day of October, 2019, I served copies of the foregoing **Fourth Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  October 31, 2019

        **HENDREN, REDWINE & MALONE, PLLC**

        <u>s/Jason L. Hendren</u>
        Jason L. Hendren (NC State Bar No. 26869)
        Rebecca F. Redwine (NC State Bar No. 37012)
        Benjamin E.F.B. Waller (NC State Bar No. 27680)
        4600 Marriott Drive, Suite 150
        Raleigh, NC 27612
        Telephone: 919-420-7867
        Telefax: 919-420-0475
        Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller @hendrenmalone.com
        *Co-Counsel for the Trustee*

TO:

Marjorie K. Lynch                         (via CM/ECF)
Office of the Bankruptcy Administrator

Thomas W. Waldrep                   (via CM/ECF)
Chapter 11 Trustee

Rayford K. Adams, III                  (via CM/ECF)
Counsel for the Debtor

EXHIBIT
A

# Hendren, Redwine & Malone PLLC
4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Ph:919-573-1426                    Fax:919-420-0475

CAH Acquisition Company #1, LLC dba W                    October 25, 2019
Waldrep LLP                                      File #:          6415
101 S. Stratford Road, Suite 210                 Invoice #:       18151
Winston- Salem, NC 27104

c/o Thomas Waldrep, Trustee

RE:

| DATE | DESCRIPTION | HOURS | AMOUNT | RATE | |
|---|---|---|---|---|---|
| Aug-01-19 | Correspondence from T. Gardner re fees | 0.10 | 31.00 | 310.00 | RFR |
| Aug-01-19 | Brief meeting with BA re case status | 0.20 | 62.00 | 310.00 | RFR |
| Aug-01-19 | Preparation for meeting with Trustee and Grant Thorton; Email with Lyday re same | 0.10 | 31.00 | 310.00 | RFR |
| Aug-01-19 | Review of Hearing/Conference Worksheet, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-01-19 | Brief discussion with JLH/RFR/BW re case status; review email from Gardner re fee simple determinable | 0.20 | 26.00 | 130.00 | JG |
| Aug-02-19 | Travel to/from Wintson Salem for global meeting with Trustee and GT to discuss plan filings and action items (billed at 1/2 hourly rate; split among seven pending matters) | 0.40 | 62.00 | 155.00 | RFR |
| Aug-02-19 | Preparation for and meeting with Trustee and Grant Thornton regarding case status, action items and plan strategy for all seven pending cases (time allocated evenly across seven pending matters) | 0.85 | 263.50 | 310.00 | RFR |
| Aug-02-19 | Review objection to professional fees (#1) | 0.20 | 62.00 | 310.00 | RFR |
| Aug-02-19 | Review of First Capital Objection to STB Fee App, save | 0.10 | 11.00 | 110.00 | AHS |

Invoice #:     18151                                                   Page    2

| Aug-05-19 | Email to Frank Terzo re special counsel application | 0.10 | 31.00 | 310.00 | RFR |
|---|---|---|---|---|---|
| Aug-05-19 | Telephone call with Terri Gardner re professional fees and reverter issue | 0.30 | 93.00 | 310.00 | RFR |
| Aug-05-19 | Meet with JG re action items in all matters (APs, claim objections and applications to employ) | 0.10 | 31.00 | 310.00 | RFR |
| Aug-05-19 | Complete draft pleadings of June Monthly Report, send to JG for review | 1.10 | 121.00 | 110.00 | AHS |
| Aug-05-19 | Draft Notice of Quarterly Fees Paid | 0.10 | 11.00 | 110.00 | AHS |
| Aug-05-19 | Call with Frank Avignone re Affinity Account, receipt of information, update June Monthly Report, discussion with JG, email report to JLH for review (#1) | 2.20 | 242.00 | 110.00 | AHS |
| Aug-05-19 | Review email re: App to Employ Special Counsel status | 0.10 | 13.00 | 130.00 | JG |
| Aug-05-19 | Draft complaint against Complete Business Solutions (all cases) | 0.20 | 26.00 | 130.00 | JG |
| Aug-05-19 | Review June report; discussion with AHS re edits | 0.20 | 26.00 | 130.00 | JG |
| Aug-06-19 | Review monthly report for filing | 0.40 | 158.00 | 395.00 | JLH |
| Aug-06-19 | Review BA objections to fee apps; review notice of ombudsman report | 0.10 | 13.00 | 130.00 | JG |
| Aug-06-19 | Draft pleadings HRM expense affidavit and file same (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Aug-07-19 | Review audio from ombudsman employment and other applications hearing (CAH 1) | 0.30 | 93.00 | 310.00 | RFR |
| Aug-07-19 | Review of Order Approving Motion to Extend Exclusivity, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-07-19 | Save audio from hearing on App to Employ Nexsen Pruitt | 0.10 | 11.00 | 110.00 | AHS |
| Aug-07-19 | Review and save HRM July Affidavit of Expenseds | 0.10 | 11.00 | 110.00 | AHS |
| Aug-07-19 | Review of Town of Plymouth Claim, save, update chart | 0.20 | 22.00 | 110.00 | AHS |

Invoice #:          18151                                                Page    3

| | | | | | |
|---|---|---|---|---|---|
| Aug-07-19 | Draft CO on HRM fee app; email to RFR for review | 0.20 | 26.00 | 130.00 | JG |
| Aug-08-19 | Finalize consent order on Second Fee application | 0.20 | 79.00 | 395.00 | JLH |
| Aug-08-19 | Review revised consent order | 0.20 | 62.00 | 310.00 | RFR |
| Aug-08-19 | Finalize and file June Monthly Report and Notice of Fees Paid | 1.10 | 121.00 | 110.00 | AHS |
| Aug-08-19 | Review of Trustee's Objection to Adams Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-08-19 | Email to First Capital re CO on HRM fee app | 0.10 | 13.00 | 130.00 | JG |
| Aug-08-19 | Email to T re obj to claims | 0.10 | 13.00 | 130.00 | JG |
| Aug-09-19 | Preparation of lawsuit against High Speed Capital | 0.20 | 79.00 | 395.00 | JLH |
| Aug-09-19 | Telephone call with JLH re preference actions and AP drafting | 0.30 | 93.00 | 310.00 | RFR |
| Aug-09-19 | Review of Order Granting Ombudsman Motion for Access to Patient Records, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-09-19 | Review of Order Approving App to Employ Attorney for Ombudsman, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-09-19 | Review of Order Granting App to Employ SAK, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-09-19 | Review of Order Granting App to Employ Nexsen Pruit, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-09-19 | Review Notice of Hearing on Waldrep, Adams and Grant Thornton Fee Apps, save, update calendar | 0.10 | 11.00 | 110.00 | AHS |
| Aug-09-19 | Meet with JLH re edits to High Speed Capital Complaint (1, 6, 16) | 0.20 | 26.00 | 130.00 | JG |
| Aug-12-19 | Telephone call with JLH re Frank Terzo application | 0.10 | 31.00 | 310.00 | RFR |
| Aug-12-19 | Review of Order Granting Extension of Time to File June Monthly Report, save | 0.10 | 11.00 | 110.00 | AHS |

| Aug-12-19 | Review of BA Motion for Extension of Time to Respond to Grant Thornton Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
|---|---|---|---|---|---|
| Aug-12-19 | Review of Withdrawal of Adams Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-12-19 | Email from Lynn re Affinity Account 9861, email and call with Frank Avignone, email to Lynn | 0.10 | 11.00 | 110.00 | AHS |
| Aug-12-19 | Call from Lyday; review bank balances and GT accounting; email to Lyday and Lanik re: July balances and revenue and August balances | 0.40 | 52.00 | 130.00 | JG |
| Aug-12-19 | Call from Lyday re revenue for CAH 1 for last several months | 0.20 | 26.00 | 130.00 | JG |
| Aug-12-19 | Review and respond to email from Lyday re May & June bank balances | 0.10 | 13.00 | 130.00 | JG |
| Aug-13-19 | Review objection to GT fee application | 0.10 | 31.00 | 310.00 | RFR |
| Aug-13-19 | Update re consent order on fees and status of Monday hearings | 0.20 | 62.00 | 310.00 | RFR |
| Aug-13-19 | Review of First Capital Objection to Grant Thornton Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-13-19 | Review and reply to email from GT re monthly reports | 0.10 | 13.00 | 130.00 | JG |
| Aug-13-19 | Finalize and file NOA for BW in case | 0.10 | 13.00 | 130.00 | JG |
| Aug-13-19 | Emails from Lyday re hearing preparation; email to cash collateral creditor re CO on HRM fee app | 0.20 | 26.00 | 130.00 | JG |
| Aug-14-19 | Review of Order Extending Time for BA to Respond to Grant Thornton Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-14-19 | Review of POC from NC Dept of Treasury, State Health Plan Division, save, update claims chart | 0.10 | 11.00 | 110.00 | AHS |
| Aug-14-19 | Preparation for hearing; update summary in all cases; email to team re same | 0.20 | 26.00 | 130.00 | JG |
| Aug-14-19 | Upload CO on contract; email to Court re same | 0.10 | 13.00 | 130.00 | JG |
| Aug-15-19 | Correspondence re hearings in CAH 1 and fee app issues; Update on consent order on same | 0.10 | 31.00 | 310.00 | RFR |

Invoice #:        18151        Page   5

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Aug-15-19 | Review Affinity bank statement and save to file | 0.10 | 13.00 | 130.00 | JG |
| Aug-15-19 | Email to First Capital re CO on HRM fees | 0.10 | 13.00 | 130.00 | JG |
| Aug-15-19 | Review and reply to email from Court re CO on lease; reply re status of matters for Monday hearing | 0.10 | 13.00 | 130.00 | JG |
| Aug-15-19 | Draft Motion to Continue GT Fee App hearings; email to Lyday for review | 0.30 | 39.00 | 130.00 | JG |
| Aug-15-19 | Review email from First Capital; upload CO on HRM fee app; email to court re same | 0.10 | 13.00 | 130.00 | JG |
| Aug-16-19 | Correspondence re exclusivity motions (all matters) | 0.10 | 31.00 | 310.00 | RFR |
| Aug-16-19 | Call from JLH re hearing and file preparation | 0.10 | 13.00 | 130.00 | JG |
| Aug-16-19 | Finalize and file Motion to Continue hearing on Grant Thornton fee applications; email to court re same | 0.10 | 13.00 | 130.00 | JG |
| Aug-18-19 | Review case status and preparation for hearing on fee applications and pending motion to enter executory contract/lease | 0.10 | 35.00 | 350.00 | BW |
| Aug-19-19 | Preparation and represent Trustee at status hearing, fee application and motion to approve lease | 0.70 | 276.50 | 395.00 | JLH |
| Aug-19-19 | Telephone call with JLH re global update on hearings, status of plan drafting and administrative claims; Discuss and update re action items (1, 6, 3, 16, 2, 7, 12 - all matters) | 0.20 | 62.00 | 310.00 | RFR |
| Aug-19-19 | Review of Trustee's Motion to Continue Hearing on GT Fee Apps, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-19-19 | Review of CO on HRM's 2nd Fee App. save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-19-19 | Review of Order Coninuting Hearing on GT Fee Apps, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-19-19 | Review of BA Objection to GT Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-19-19 | Review of Washington County POC, save, update claims chart | 0.20 | 22.00 | 110.00 | AHS |

Invoice #:      18151                                          Page    6

| Date | Description | Hours | Amount | Rate | Initials |
|---|---|---|---|---|---|
| Aug-19-19 | Update Claims chart | 0.10 | 11.00 | 110.00 | AHS |
| Aug-19-19 | Review multiple emails re: invocies received | 0.20 | 26.00 | 130.00 | JG |
| Aug-19-19 | Preparation for and representation of Trustee at hearing on fee application and motion to enter executory contract | 0.70 | 245.00 | 350.00 | BW |
| Aug-20-19 | Travel to/from Greenville for Hearing (billed at 1/2 hourly rate) | 0.30 | 57.75 | 192.50 | JLH |
| Aug-20-19 | Correspondence re fee application deadlines and coordination; Meet with AHS re drafting same; Review article from Trustee re hospitals; Meet with JLH re update on action items (all matters) | 0.20 | 62.00 | 310.00 | RFR |
| Aug-20-19 | Correspondence with Equity Partners re sale | 0.10 | 31.00 | 310.00 | RFR |
| Aug-20-19 | Email to Lyday re 3rd fee applications | 0.10 | 13.00 | 130.00 | JG |
| Aug-21-19 | Review and approve GT motion to continue hearing on fee applications | 0.20 | 79.00 | 395.00 | JLH |
| Aug-21-19 | Preparation for and telephone call with Trustee and Equity Partners re potential sale for all hospitals and investing banking (all matters) | 0.10 | 31.00 | 310.00 | RFR |
| Aug-21-19 | Save audio from Hearing on 2nd Fee App | 0.10 | 11.00 | 110.00 | AHS |
| Aug-21-19 | Finalize and file Motion to Continue Hearings on GT fee apps | 0.10 | 13.00 | 130.00 | JG |
| Aug-22-19 | Adversary Proceeding research in all cases re: preferences and fraudulent conveyances | 0.10 | 39.50 | 395.00 | JLH |
| Aug-22-19 | Review email re: GT fee app hearing; email to GT re same | 0.10 | 13.00 | 130.00 | JG |
| Aug-23-19 | Follow up email from Ken Mann re proposal | 0.10 | 31.00 | 310.00 | RFR |
| Aug-23-19 | Review of Order Continuing Hearing on GT Fee App, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-23-19 | Review of Amended Notice of Hearing, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-23-19 | Email to Frank re potential rejection of leases | 0.10 | 13.00 | 130.00 | JG |
| Aug-23-19 | Email to Court re CO on Waldrep fee apps | 0.10 | 13.00 | 130.00 | JG |

Invoice #:        18151                                    Page        7

| Aug-26-19 | Edit creditor address | 0.10 | 13.00 | 130.00 | JG |
|---|---|---|---|---|---|
| Aug-26-19 | Draft Motion and order extending exclusivity | 0.30 | 39.00 | 130.00 | JG |
| Aug-26-19 | Discussion with JLH re wires; edit chart | 0.10 | 13.00 | 130.00 | JG |
| Aug-26-19 | Email to AHS re preference AP | 0.10 | 13.00 | 130.00 | JG |
| Aug-26-19 | Analysis of lien perfection issues | 0.20 | 70.00 | 350.00 | BW |
| Aug-27-19 | Review of Consent Order Granting Motion to Enter into Lease with Hospital Rental Equipment, save | 0.10 | 11.00 | 110.00 | AHS |
| Aug-27-19 | Draft Motion for Extension of Time to File July Monthly Report and proposed Order | 0.20 | 22.00 | 110.00 | AHS |
| Aug-27-19 | Finalize and file Motion for Extension of Time to File July Monthly Report | 0.10 | 11.00 | 110.00 | AHS |
| Aug-28-19 | Study Plan outline from Trustee; follow up with call to Jennifer Lyday (all cases) | 0.10 | 39.50 | 395.00 | JLH |
| Aug-28-19 | Telephone call with T. Gardner re September 9th in Washington | 0.20 | 62.00 | 310.00 | RFR |
| Aug-28-19 | Review and edit motion and order for extension of plan exclusivity (1) | 0.20 | 62.00 | 310.00 | RFR |
| Aug-28-19 | Review trustee plan outline for all cases, correspondence re same; Meet with JLH re APs and co-plaintiffs; Meet re disbursements (All matters) | 0.20 | 62.00 | 310.00 | RFR |
| Aug-28-19 | Review stipulation and email to GT re same | 0.10 | 13.00 | 130.00 | JG |
| Aug-28-19 | Prepare prebill for RFR review | 0.10 | 13.00 | 130.00 | JG |
| Aug-28-19 | Finalize and file Motion to Ext Exclusivity; upload order; email to T re same (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Aug-30-19 | Review orders allowing extensions | 0.10 | 13.00 | 130.00 | JG |
| Aug-30-19 | Email to Frank re update of lease review | 0.10 | 13.00 | 130.00 | JG |
| Aug-30-19 | Edit Motion to Approve CO on T Expenses; finalize and file Motion, upload order and consent order | 0.20 | 26.00 | 130.00 | JG |

Invoice #:        18151                                    Page      8

| Sep-02-19 | Update re status of rejection of leases | 0.10 | 31.00 | 310.00 | RFR |
|---|---|---|---|---|---|
| Sep-02-19 | Edit exhibit to application | 0.50 | 155.00 | 310.00 | RFR |
| Sep-03-19 | Review and edit application for compensation, notice, exhibits and order; Instruction to AHS re same (1) | 0.40 | 124.00 | 310.00 | RFR |
| Sep-03-19 | Review of Trustee's Motion to Approve Consent Order with BA re Trustee Fee App, save, update calendar | 0.20 | 22.00 | 110.00 | AHS |
| Sep-03-19 | Prepare draft of HRM 3rd Fee App | 0.80 | 88.00 | 110.00 | AHS |
| Sep-04-19 | Correspondence with Trustee and team re sale conference call | 0.10 | 31.00 | 310.00 | RFR |
| Sep-04-19 | Additional review and edit of fee application; Meet re service of same; Follow up meeting with JLH re potential sale of all hospitals | 0.20 | 62.00 | 310.00 | RFR |
| Sep-04-19 | Review of CO on Trustee Fee Apps, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-04-19 | Emails to and from Holly re July Monthly Report | 0.10 | 11.00 | 110.00 | AHS |
| Sep-04-19 | Review Parker Hudson fee app; email to GT re same | 0.10 | 13.00 | 130.00 | JG |
| Sep-05-19 | Telephone call with Trustee re Plan, 363 sales, status of settlement with secured creditors (all cases) | 0.10 | 31.00 | 310.00 | RFR |
| Sep-05-19 | File management | 0.10 | 11.00 | 110.00 | AHS |
| Sep-05-19 | Finalize and file HRM 3rd Fee App | 0.20 | 22.00 | 110.00 | AHS |
| Sep-06-19 | Draft July Monthly Report | 0.60 | 66.00 | 110.00 | AHS |
| Sep-08-19 | Review global update on all cases from Trustee, including status of DIP financing and fraud investigation | 0.10 | 31.00 | 310.00 | RFR |
| Sep-09-19 | Review of BCBS Motion for Authority to File Late POC, save, update calendar | 0.10 | 11.00 | 110.00 | AHS |
| Sep-09-19 | Continue draft of July Monthly Report, email to Frank re Affinity accounting | 1.10 | 121.00 | 110.00 | AHS |

Invoice #:          18151                                    Page    9                                                      O

| Sep-10-19 | Updated review of preference and fraudulent conveyance cases; telephone call with co-counsel to discuss next steps and strategy (all cases) | 0.10 | 39.50 | 395.00 | JLH |
|---|---|---|---|---|---|
| Sep-11-19 | Correspondence with FM and JLH re preference action and strategy of same | 0.10 | 31.00 | 310.00 | RFR |
| Sep-11-19 | Email to Frank re accounting for July Monthly Report | 0.10 | 11.00 | 110.00 | AHS |
| Sep-11-19 | Email from Frank with bank account reconciliation for July, review, additional email to Frank re same | 0.30 | 33.00 | 110.00 | AHS |
| Sep-12-19 | Review of Nexsen Pruit and Greenberg Traurig Fee Apps, save, calendar response deadline | 0.10 | 11.00 | 110.00 | AHS |
| Sep-12-19 | Preparation of July Monthly Report, emails to Cassie and Holly re same | 1.70 | 187.00 | 110.00 | AHS |
| Sep-12-19 | Receipt of additional information from Frank for July Monthly Report, update same | 0.80 | 88.00 | 110.00 | AHS |
| Sep-13-19 | Preparation and telephone call with Trustee re: review status of all AP efforts; review plan issues; review auction procedures; review litigaiton trust features (all cases) | 0.20 | 79.00 | 395.00 | JLH |
| Sep-13-19 | Telephone call from Frank Terzo; Follow up with Waldrep re direction for same | 0.10 | 31.00 | 310.00 | RFR |
| Sep-13-19 | Review of Order Extending Time to File July Monthly Report, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-13-19 | Review of Ombudsman Fee App, save, calendar response deadline | 0.10 | 11.00 | 110.00 | AHS |
| Sep-13-19 | Multiple emails with Frank re info needed for July Report, update same, email to JLH | 0.50 | 55.00 | 110.00 | AHS |
| Sep-13-19 | Analysis of possible preference claims re Queen Funding and WG Capital | 0.30 | 105.00 | 350.00 | BW |
| Sep-16-19 | Telephone call to Frank Terzo | 0.10 | 35.50 | 355.00 | JLH |
| Sep-16-19 | Correspondence from BA office re excell spreadsheets for applications | 0.10 | 31.00 | 310.00 | RFR |
| Sep-16-19 | Telephone call with Frank Terzo re employment; Follow up email to Tom re same | 0.20 | 62.00 | 310.00 | RFR |

| Sep-16-19 | Correspondence re GT team changes | 0.10 | 31.00 | 310.00 | RFR |
| Sep-16-19 | Review of POC, save, update chart | 0.10 | 11.00 | 110.00 | AHS |
| Sep-17-19 | Review of info from Frank re monthly report, calls and email to Frank re same, call with Holly re same | 0.40 | 44.00 | 110.00 | AHS |
| Sep-18-19 | Email from Tanya re fee application | 0.10 | 31.00 | 310.00 | RFR |
| Sep-18-19 | Review of Adams Fee App, save, update calendar | 0.10 | 11.00 | 110.00 | AHS |
| Sep-18-19 | Format HRM invoice into excel, send to BA | 0.10 | 11.00 | 110.00 | AHS |
| Sep-18-19 | Discussions with JLH re Monthly Report, emails to and from Holly and Frank re same | 0.40 | 44.00 | 110.00 | AHS |
| Sep-18-19 | Additional emails to and from Frank re monthly reports | 0.10 | 11.00 | 110.00 | AHS |
| Sep-19-19 | Review and revise monthly report | 0.40 | 158.00 | 395.00 | JLH |
| Sep-19-19 | Email to Frank re information for Monthly Report | 0.10 | 11.00 | 110.00 | AHS |
| Sep-19-19 | Review of emails from Frank with Monthly Report info, update same and send to JLH for review | 0.20 | 22.00 | 110.00 | AHS |
| Sep-19-19 | Discussion with JLH re monthly report, email to Frank re same | 0.20 | 22.00 | 110.00 | AHS |
| Sep-20-19 | Status conference call with Trustee on all pending matters; review plan preparation issues; review litigation issues | 0.10 | 39.50 | 395.00 | JLH |
| Sep-20-19 | Telephone call from Terri Gardner re reverter right | 0.20 | 62.00 | 310.00 | RFR |
| Sep-20-19 | Review of Order Granting Motion to Approve Consent Order, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-20-19 | Review of CO between T and BA re T Fee App, save (CAH 7, 11 and 12) | 0.10 | 11.00 | 110.00 | AHS |

Invoice #:     18151                                              Page     11

| Date | Description | Hours | Amount | Rate | Init |
|---|---|---|---|---|---|
| Sep-20-19 | Review of Notice of Rescheduled Hearing on GT Fee Apps, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-23-19 | Email to JLH re Monthly report | 0.10 | 11.00 | 110.00 | AHS |
| Sep-23-19 | Receipt of returned WG Capital preference demand letter, update chart, hard file management | 0.10 | 11.00 | 110.00 | AHS |
| Sep-24-19 | Review of App to Employ Sherwood Partners as Sales Agent, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-24-19 | Review of T's Objection to Motion for Authority for BCBS to File Late POC, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-25-19 | Correspondence re conference call with Trustee (1) | 0.10 | 31.00 | 310.00 | RFR |
| Sep-25-19 | Calendared update call and reply re: same | 0.10 | 11.00 | 110.00 | TWP |
| Sep-26-19 | Review article from BA re hospital status | 0.10 | 31.00 | 310.00 | RFR |
| Sep-26-19 | Review of Notice of Hearing on BCBS Motion to file Claim after Bar Date, save | 0.10 | 11.00 | 110.00 | AHS |
| Sep-27-19 | Telephone call with Trustee re: review cases; review plan filing issues; review potential hospital closing; review status of APs (all cases) | 0.10 | 39.50 | 395.00 | JLH |
| Sep-27-19 | Telephone call re draft plan | 0.10 | 31.00 | 310.00 | RFR |
| Sep-27-19 | Prepare August Monthly Report | 0.90 | 99.00 | 110.00 | AHS |
| Sep-27-19 | Continue draft of August monthly report, email to Holly re Affinity accounting | 0.70 | 77.00 | 110.00 | AHS |
| Sep-30-19 | Review monthly report | 0.40 | 158.00 | 395.00 | JLH |
| Sep-30-19 | Review draft Plan of Reorganization; Meet with JLH re same (1) | 0.40 | 124.00 | 310.00 | RFR |
| Sep-30-19 | Discussion with JLH re Monthly Report, call with Frank, finalize and send to JLH for review | 0.20 | 22.00 | 110.00 | AHS |
| Sep-30-19 | Email from Tom Waldrep re July Monthly Report, finalize and file same | 0.20 | 22.00 | 110.00 | AHS |
| Sep-30-19 | Draft Motion for Extension of Time to File August Monthly Report, finalize and file same | 0.20 | 22.00 | 110.00 | AHS |

| | | | | | |
|---|---|---|---|---|---|
| Sep-30-19 | Email to BA requesting consent for Extension of Time to File August monthly report | 0.10 | 11.00 | 110.00 | AHS |
| | Totals | 38.75 | $7,221.75 | | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Aug-01-19 | Mileage to CAH Meeting 8/2/19 30.86 @ 0.58 | 17.90 |
| Aug-01-19 | VCAP search | 2.73 |
| Sep-04-19 | PACER | 192.54 |
| Sep-04-19 | Mileage to Hearing in Greenville on Fee apps and cash collateral 8/19/19   17.15 @ 0.58 | 9.95 |
| | Totals | $223.12 |
| | **Total Fee & Disbursements** | **$7,444.87** |



# BIOGRAPHICAL INFORMATION
## HENDREN, REDWINE & MALONE, PLLC

### JASON L. HENDREN

Jason L. Hendren is a Board Certified Specialist in Business Bankruptcy. Mr. Hendren was admitted to the North Carolina Bar in 1999. He attended Lee University where he earned a Bachelor of Arts degree, magna cum laude, in History and received the departmental award. He received his J.D., magna cum laude, from the University of Tennessee School of Law in 1999. While in law school, Mr. Hendren served on the Tennessee Law Review as an Editor of Student Materials from 1997 through 1999 and was inducted into the Order of the Coif. Mr. Hendren is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Mr. Hendren is regularly selected by Business North Carolina as Legal Elite in Bankruptcy and has also appeared frequently in Super Lawyers Magazine. Mr. Hendren served as Research Assistant to Justices Mark D. Martin and George L. Wainwright, Jr. of the Supreme Court of North Carolina prior to entering private practice. Mr. Hendren also serves on the board of directors for the Eastern Bankruptcy Institute, Inc. Mr. Hendren speaks frequently on the topic of Chapter 11 bankruptcy.

### REBECCA F. REDWINE

Rebecca F. Redwine is a Board Certified Specialist in Business Bankruptcy. Ms. Redwine earned a Phi Beta Kappa key from North Carolina State University, where she graduated *summa cum laude* with a Bachelor of Arts in English in 2004. She then graduated from the University Of North Carolina School Of Law in 2007, where she was a client coordinator with the *pro bono* Community Legal Project and served on the executive board of the Domestic Violence Advocacy Project. She also served as a research assistant to Administrative Law Judge James J. Brown. Ms. Redwine is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Ms. Redwine is admitted to practice in all state and federal courts in North Carolina. She is a member of the North Carolina Bar Association; the North Carolina Association of Women Attorneys; the American Bar Association; and the North Carolina State Bar. Ms. Redwine is a council member of the North Carolina Bar Association Bankruptcy Section Council and serves as co-chair of the Pro Bono Committee for Council. She works as a volunteer lawyer for Lawyer on the Line. Ms. Redwine has spoken at several bankruptcy seminars, regarding Chapter 11 and Chapter 7 bankruptcies. Ms. Redwine was included in Super Lawyers magazine as a North Carolina Rising Star for years 2010, 2012, 2013 and 2017 through 2019. Additionally, Ms. Redwine was selected as Legal Elite in Bankruptcy from 2013 through 2019 and was selected for the 24th, 25th, 26th Edition of Best Lawyers in America in Bankruptcy and Creditor and Debtor Rights.

### BENJAMIN E.F.B. WALLER

Benjamin E.F.B. Waller earned his Bachelor of Arts degree in Chemistry with honors from Goucher College in 1992. After obtaining a Master's in Chemistry from Washington University in St. Louis in 1995, Mr. Waller attended Duke University School of Law where he served as the Year-in-Review Editor of the Alaska Law Review, graduating in 1998. He was admitted to the Alabama State Bar in 1998 and admitted to the North Carolina State Bar in 2001. Mr. Waller clerked for Judge James A. Wynn, Jr. on the North Carolina Court of Appeals. Mr. Waller has served as a member of the North Carolina Bar Association Bankruptcy Section Council. He has extensive experience in bankruptcy matters and was selected for inclusion in Best Lawyers in America in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law in 2018, 2019 and 2020.

### JENNY GORMAN

Jenny Gorman is a 2010 graduate of UNC-Wilmington with a Bachelor of Science in Criminal Justice. Ms. Gorman is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Ms. Gorman was employed with Butler & Butler, LLP from 2006 to 2010, focusing in the area of Chapter 7 bankruptcy. Prior to joining Hendren, Redwine & Malone in 2012, Ms. Gorman was a paralegal with the United States Bankruptcy Administrator's Office, focusing on Chapter 11 bankruptcies in the Eastern District of North Carolina. Ms. Gorman spoke at the 2014 Eastern District Seminar on Chapter 11 issues for paralegals. Ms. Gorman has extensive experience in all aspects of Chapter 11 and Chapter 7 bankruptcy proceedings, including consumer and business bankruptcies. Specifically, Ms. Gorman is proficient in preparing bankruptcy schedules and all required pleadings of the Court. On a daily basis, she meets and works closely with the firm's Chapter 11 clients to enable timely filing of monthly reports and to ensure compliance with all document production requirements. In addition to her bankruptcy experience, Ms. Gorman is solely responsible for the firm's daily calendar management system and case management which requires extensive communications with attorneys, paralegals, clients, creditors and court staff.

### TERRI PAGNANI

Terri Pagnani is a 2004 graduate of Appalachian State University with a Bachelor of Science in Public Relations and Journalism. Ms. Pagnani is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren & Malone, Ms. Pagnani was employed from 2015-2019 at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in Boston, Massachusetts supporting the Section Head of the Bankruptcy and Corporate Restructuring Department. As a paralegal at Hendren & Malone, Ms. Pagnani focuses on Chapter 7 and 11 bankruptcies, state court matters, and adversary proceedings. Ms. Pagnani has extensive experience in all aspects of Chapter 11, Chapter 7 bankruptcy proceedings, state court matters and adversary proceedings. Specifically, Ms. Pagnani is proficient in preparing all required pleadings of the Courts. In addition, Ms. Pagnani prepares all Chapter 7 bankruptcy petitions.

## ALSTON SHAVE

Alston Shave is a 2004 graduate of UNC Chapel Hill with a Bachelor of Arts in English. Ms. Shave is a 2005 graduate of the Duke University Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren, Redwine & Malone in 2014, Ms. Shave was employed with Brooks, Stevens & Pope from 2006-2014 with a focus in the area of workers' compensation defense. While there, her responsibilities included the drafting of settlement agreements, confidentiality agreements, discovery, motions and proposed orders. In addition, she was responsible for the scheduling of mediations and depositions, as well as maintaining the daily calendars for her attorneys. As a paralegal at Hendren, Redwine & Malone, Ms. Shave focuses on Chapter 7 and 11 bankruptcies and state court matters.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC d/b/a | ) | |
| WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FOURTH APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE
TRUSTEE'S FEES**

NOTICE IS HEREBY GIVEN that Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), has filed a Fourth Application for Approval to Pay Co-Counsel for the Trustee's Fees; and,

FURTHER NOTICE IS HEREBY GIVEN that Hendren Redwine has applied for compensation in the amount of SEVEN THOUSAND TWO HUNDRED TWENTY-ONE DOLLARS AND 75/100 ($7,221.75) and TWO HUNDRED TWENTY-THREE DOLLARS AND 12/100 ($223.12) for a total of SEVEN THOUSAND FOUR HUNDRED FORTY-FOUR DOLLARS AND 87/100 ($7,444.87) for reimbursement of expenses pursuant to 11 U.S.C. §503(b) for the period of August 1, 2019 through September 30, 2019; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATE: October 31, 2019            **HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 31st day of October, 2019, I served copies of the foregoing **Notice of Fourth Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: October 31, 2019

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

TO:

Marjorie K. Lynch                    (via CM/ECF)
Office of the Bankruptcy Administrator

Rayford K. Adams                    (via CM/ECF)
Counsel for the Debtor

Ryan J. Adams                        (via CM/ECF)
Counsel for Aspirar Medical Lab, LLC

Brian R. Anderson                    (via CM/ECF)
Nancy A. Peterman
Counsel for Health Care Ombudsman

E. Franklin Childress                (via CM/ECF)
Counsel for CAH Acquisition Company 11, LLC

John Paul H. Cournoyer               (via CM/ECF)
Counsel for Paul Nusbaum & Steve White

Jonathan E. Friesen                              (via CM/ECF)
Counsel for Wendy C. Phillips

Terri L. Gardner                                 (via CM/ECF)
Counsel for Petitioning Creditors

Steven A. Ginther                                (via CM/ECF)
Counsel for MO Dept. of Revenue

David J. Haidt                                   (via CM/ECF)
Nicholas Zluticky
Counsel for First Liberty Bank

Patricia E. Hamilton                             (via CM/ECF)
Wesley Smith
Sharon Stole
Counsel for Brent King

Tyler R. Heffron                                 (via CM/ECF)
Felton Parrish
Counsel for Hillsboro

Eric L. Johnson                                  (via CM/ECF)
Mathew A. Petersen
Stephen W. Petersen
Jeffrey Whitley
Counsel for First Capital Corporation

Katherine McCraw                                 (via CM/ECF)
Counsel for NC DHHS

Brian H. Smith                                   (via CM/ECF)
Counsel or Complete Business Solutions

John M. Sperati                                  (via CM/ECF)
Counsel for Somerset Capital Group