**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19-00730-5-JNC** |
| **CAH ACQUISITION COMPANY #1,** | ) | |
| **LLC, d/b/a WASHINGTON COUNTY** | ) | **Chapter 11** |
| **HOSPITAL,** | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**EX PARTE MOTION TO SHORTEN NOTICE OF AND EXPEDITE HEARING ON
TRUSTEE'S MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING
PROCEDURES, (B) APPROVING STALKING HORSE BIDDER, (C) APPROVING
FORM AND MANNER OF NOTICES, (D) SCHEDULING HEARING TO CONSIDER
FINAL APPROVAL OF SALE AND TREATMENT OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND (E) GRANTING RELATED RELIEF; AND (II) AN
ORDER (A) APPROVING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES, (B) AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, AND (C) GRANTING RELATED RELIEF**

Pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Local Rule 9014-2, Thomas W. Waldrep, Jr., trustee for the above-captioned Debtors (the "Trustee"), by and through his undersigned counsel, hereby moves this Court for an Order shortening notice of and expediting hearing on the following Motion to be filed by the Trustee with the Court: *Trustee's Motion for (I) an Order (A) Establishing Bidding Procedures, (B) Approving Stalking Horse Bidder, (C) Approving Form and Manner of Notices, (D) Scheduling Hearing to Consider Final Approval of Sale and Treatment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief; and (II) an Order (A) Approving Sale Free and Clear of All Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Dkt. No. 519]. In support hereof, the Trustee states as follows:

1

1.      This Court has jurisdiction to consider the relief requested herein pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157.

2.      The Motion seeks entry of an Order (a) establishing bidding procedures, (b) approving a stalking horse bidder, (c) approving the form and manner of notices, (d) scheduling a hearing to consider final approval of sale and treatment of executory contracts and unexpired leases, and (e) granting related relief (the "Bidding Procedures Order"); and (ii) an Order (a) authorizing the private sale of all real property and associated personal property of the Debtor, free and clear of all liens, claims, interests, and encumbrances, with the same to attach to the sale proceeds in their relative order of priority, but subject to objection, (b) authorizing the assumption and assignment of certain executory contracts and unexpired leases, and (c) granting related relief.

3.      It will be in the best interests of the bankruptcy estate of the Debtors for the Motion to be resolved as soon as possible to prevent deterioration of the Debtors' estate. The Debtor's estate has been operating at a loss since it reopened in May 2019. The Transferred Assets, as defined in the Motion, have been marketed extensively since early September 2019, and additional time would not increase the likelihood of such assets selling for a higher price. In addition, the Trustee believes that a higher price will be obtained for the Transferred Assets if such assets are sold in the same place and at the same time as the assets of the Other Hospitals (defined in the Motion), which gives prospective bidders the opportunity to bid on the assets of more than one hospital at the same time.

4.      As time is of the essence for the Court to hear the Motion, the Trustee seeks to schedule a hearing on the Motion on Wednesday November 19, 2019 at 1:00 p.m. in Greenville, North Carolina or Thursday November 20, 2019 at 1:00 p.m. in Greenville, North Carolina.

5.      The Trustee further seeks to have the deadline by which objections or responses to the Motion must be filed (the "Objection Deadline") shortened to 5:00 p.m. on November 15, 2019.

**WHEREFORE**, for the foregoing reasons, the Trustee respectfully requests that this Court issue an Order:

A.      Setting hearings on the Motion on Wednesday November 19, 2019 at 1:00 p.m. in Greenville, North Carolina <u>or</u> Thursday November 20, 2019 at 1:00 p.m. in Greenville, North Carolina;

B.      Setting the Objection Deadline for November 15, 2019 at 5:00 p.m.; and

C.      Providing such other relief as the Court deems just and proper.

Respectfully submitted, this the 6th day of November, 2019.

**WALDREP LLP**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com

3

*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of the foregoing **EX PARTE MOTION TO SHORTEN NOTICE OF AND EXPEDITE HEARING ON TRUSTEE'S MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING PROCEDURES, (B) APPROVING STALKING HORSE BIDDER, (C) APPROVING FORM AND MANNER OF NOTICES, (D) SCHEDULING HEARING TO CONSIDER FINAL APPROVAL OF SALE AND TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (E) GRANTING RELATED RELIEF; AND (II) AN ORDER (A) APPROVING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANTING RELATED RELIEF** has been served upon each of the parties listed in **Exhibit A** either electronically or via U.S. Mail First Class Mail.

This the 6th day of November, 2019.

**WALDREP LLP**

/s/ *James C. Lanik*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com

*Attorneys for the Trustee*

# EXHIBIT A

**VIA Electronic Service**

Rayford K. Adams, III on behalf of Debtors
tadams@spilmanlaw.com, cwendt@spilmanlaw.com; asosa@spilmanlaw.com;
kbrewer@spilmanlaw.com; cpeterson@spilmanlaw.com

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.
jhendren@hendrenmalone.com, jgorman@hendrenmalone.com; ashave@hendrenmalone.com

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.
rredwine@hendrenmalone.com, jgorman@hendrenmalone.com

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.
bwaller@hendrenmalone.com

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.
jlanik@waldrepllp.com, trustee@waldrepllp.com

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.
notice@waldrepllp.com

Francisco T. Morales on behalf of Trustee Thomas W. Waldrep, Jr.
notice@waldrepllp.com

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.
notice@waldrepllp.com

Marjorie K. Lynch on behalf of Bankruptcy Administrator Bankruptcy Administrator
marjorie_lynch@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;
karen_hayes@nceba.uscourts.gov; lesley_cavenaugh@nceba.uscourts.gov;
Tanya_aycock@nceba.uscourts.gov

Brian Behr on behalf of Bankruptcy Administrator Bankruptcy Administrator
brian_behr@nceba.uscourts.gov, lynn_tingen@nceba.uscourts.gov;
rick_hinson@nceba.uscourts.gov

Kirstin E. Gardner on behalf of Bankruptcy Administrator Bankruptcy Administrator
kirstin_gardner@nceba.uscourts.gov, Tanya_aycock@nceba.uscourts.gov;
lynn_tingen@nceba.uscourts.gov

Ryan J. Adams on behalf of Creditor Aspirar Medical Lab, LLC
ryan@adamshowell.com

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig
banderson@nexsenpruet.com, pwilliams@nexsenpruet.com

Sam G. Bratton, II on behalf of Debtor CAH Acquisition Company 12, LLC and Interested Party
Doerner, Saunders, Daniel & Anderson, LLP
sbratton@dsda.com

E. Franklin Childress on behalf of Creditor CAH Acquisition Company 11, LLC
fchildress@bakerdonelson.com

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum,
Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC
jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips
jef@gillespieandmurphy.com, cjones@lawyersforchrist.com; mholland@lawyersforchrist.com

Terri L. Gardner on behalf of Petitioning Creditor Medline Industries, Inc., Petitioning Creditor
Washington County, NC, and Petitioning Creditor Robert Venable, M.D.
terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
ednc@dor.mo.gov

David J Haidt on behalf of Creditor Fairfax Healthcare Authority, Creditor First Liberty Bank,
Interested Party City of Drumright, Oklahoma, Interested Party Cohesive Healthcare
Management and Consulting, Interested Party Fairfax Healthcare Authority, Interested Party
Brent King, and Other Professional C. David Rhoades
davidhaidt@embarqmail.com, joywatsonnb@embarqmail.com

Patricia E. Hamilton on behalf of Interested Party Brent King
phamilton@stevensbrand.com

Tyler E. Heffron on behalf of Interested Party City of Hillboro, Kansas and the Public Building
Commission of Hillsboro, Kansas
theffron@twgfirm.com

Eric L. Johnson on behalf of Creditor First Capital Corporation
ejohnson@spencerfane.com

Katherine Montgomery McCraw on behalf of Creditor NC Dept of Health and Human Services,
DHB
kmccraw@ncdoj.gov, jrood@ncdoj.gov;etant@ncdoj.gov; ndelaine@ncdoj.gov

Felton E. Parrish on behalf of Interested Party Bank of Hays, Interested Party City of Hillboro,

Kansas and the Public Building Commission of Hillsboro, Kansas, Interested Party Security
Bank of Kansas City, Interested Party Brent King
fparrish@lawyercarolina.com

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig
petermann@gtlaw.com

Mathew A. Petersen on behalf of Creditor First Capital Corporation
mpetersen@spencerfane.com

Stephen W. Petersen on behalf of Creditor First Capital Corporation
spetersen@foxrothschild.com, cindy.mann@smithmoorelaw.com

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.
bhsbankruptcy@parfunding.com

Wesley F. Smith on behalf of Interested Party Brent King
wsmith@stevensbrand.com

John M. Sperati on behalf of Creditor Somerset Capital Group, Ltd.
jsperati@smithdebnamlaw.com, sbutler@smithdebnamlaw.com

Sharon L. Stolte on behalf of Interested Party Brent King
sstolte@sandbergphoenix.com

Jeffrey R. Whitley on behalf of Creditor First Capital Corporation
jwhitley@foxrothschild.com, cindy.mann@smithmoorelaw.com

Nicholas Zluticky on behalf of Creditor First Liberty Bank and Interested Party Bank of Hays
nick.zluticky@stinson.com