UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a WASHINGTON COUNTY HOSPITAL, DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01230-5-JNC |
| CAH ACQUISITION COMPANY #2, LLC d/b/a OSWEGO COMMUNITY HOSPITAL, DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01180-5-JNC |
| CAH ACQUISITION COMPANY #3, LLC d/b/a HORTON COMMUNITY HOSPITAL, DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01300-5-JNC |
| CAH ACQUISITION COMPANY #6, LLC, d/b/a I-70 COMMUNITY HOSPITAL, DEBTOR. | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01298-5-JNC |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a PRAGUE COMMUNITY HOSPITAL, DEBTOR | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a FAIRFAX COMMUNITY HOSPITAL, DEBTOR | CHAPTER 11 |
| IN RE: | CASE NO.: 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, DEBTOR. | CHAPTER 11 |

**MOTION TO CONTINUE HEARING ON APPLICATION FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Now comes the Bankruptcy Administrator and respectfully requests that the hearing scheduled for November 19, 2019 be continued for a period of fourteen days on the Initial

Application by Spilman Thomas & Battle, PLLC for Allowance of Interim Compensation and Reimbursement of Expenses be continued to allow the parties to negotiate a consensual resolution to the Bankruptcy Administrator's objection.

    Rayford K. Adams III of Spilman Thomas & Battle, PLLC consents to the continuance.

    Wherefore, the Bankruptcy Administrator requests that the hearing scheduled for November 19, 2019 on the Bankruptcy Administrator's objection to the Interim Compensation of Spilman, Thomas and Battle PLLC be continued for a period of fourteen days and such other relief as the court deems just and proper.

    Respectfully submitted, this 15th day of November 2019.

                                Marjorie K. Lynch
                                Bankruptcy Administrator

                                By: /s/ Kirstin E. Gardner
                                Kirstin Gardner
                                Staff Attorney
                                Bankruptcy Administrator's Office
                                434 Fayetteville Street, Suite 640
                                Raleigh, North Carolina 27601
                                (919) 334-3889
                                kirstin_gardner@nceba.uscourts.gov
                                State Bar No. 52144

## CERTIFICATE OF SERVICE

I, Kirstin E. Gardner, of 434 Fayetteville Street, Suite 640, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age.

That on this day, I served copies of the foregoing document electronically on the following:

Thomas W. Waldrep, Jr.    *served via: CM/ECF*
Waldrep LLP


Rayford K. Adams, III    *served via: CM/ECF*
Spilman Thomas & Battle, PLLC


I certify under penalty of perjury that the foregoing is true and correct.

Dated this the 15th day of November 2019.

By: /s/ Kirstin E. Gardner
Kirstin Gardner
Staff Attorney
Bankruptcy Administrator's Office
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
(919) 334-3889
kirstin_gardner@nceba.uscourts.gov
State Bar No. 52144