**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISTION COMPANY #1, LLC | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S APPLICATION FOR EXTENSION OF "ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3)

NOW COMES Thomas W. Waldrep, Jr., Chapter 11 Trustee (the "Trustee"), by and through his undersigned counsel, and respectfully moves this Court for an Order extending the period for obtaining acceptances of the Plan pursuant to 11 U.S.C. § 1121(d)(2)(B) (" the Acceptance Deadline). In support of said Application, the Trustee shows unto the Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On February 19, 2019, Washington County, North Carolina, Medline Industries, Inc., and Dr. Robert Venable filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against CAH Acquisition Company #1, LLC d/b/a Washington County Hospital. An Order appointing Thomas W. Waldrep, Jr. as Trustee was entered on February 22, 2019. The case converted to one under Chapter 11 on March 15, 2019.

3. On October 17, 2019, the Trustee filed the Amended Chapter 11 Plan and Disclosure Statement for the Estate. Confirmation has been scheduled for December 10, 2019.

4. The Trustee requests that the Acceptance Deadline be extended ninety (90) days from December 10, 2019 to March 9, 2020.

5.     An Order allowing the extension as requested in this Application will not prejudice any party.

**WHEREFORE**, the Trustee respectfully prays that the Acceptance Deadline be extended to March 9, 2020.

DATED:  December 5, 2019            **WALDREP LLP**
/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
James C. Lanik (NC Bar 30454)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and -**

**HENDREN, REDWINE & MALONE, PLLC**
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
Benjamin E.F.B. Waller (NC Bar No. 27680
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
         rredwine@hendrenmalone.com
         bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISTION COMPANY #1, LLC | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S APPLICATION FOR EXTENSION OF**
**"ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3)**

NOTICE IS HEREBY GIVEN of the TRUSTEE'S APPLICATION FOR EXTENSION OF "ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3) filed simultaneously herewith in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest within **TWENTY-ONE (21) DAYS** and

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

DATE OF NOTICE:  December 5, 2019     **WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
James C. Lanik (NC Bar 30454)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and -**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
Benjamin E.F.B. Waller (NC Bar No. 27680
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 5th day of December, 2019 I served copies of the foregoing document on the parties listed below electronically as directed in the Order Limiting Notice.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this the 5th day of December, 2019.

       **WALDREP LLP**

       /s/ *Thomas W. Waldrep, Jr.*
       Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
       Jennifer B. Lyday (NC Bar No. 39871)
       Francisco T. Morales (NC Bar No. 43079)
       James C. Lanik (NC Bar 30454)
       101 S. Stratford Road, Suite 210
       Winston-Salem, NC 27104
       Telephone: 336-717-1440
       Telefax: 336-717-1340
       Email: notice@waldrepllp.com

       **- and -**

       **HENDREN, REDWINE & MALONE, PLLC**

       Jason L. Hendren (NC State Bar No. 26869)
       Rebecca F. Redwine (NC Bar No. 37012)
       Benjamin E.F.B. Waller (NC Bar No. 27680
       4600 Marriott Drive, Suite 150
       Raleigh, NC 27612
       Telephone: 919-420-7867
       Telefax: 919-420-0475
       Email: jhendren@hendrenmalone.com
              rredwine@hendrenmalone.com
              bwaller@hendrenmalone.com
       *Co-Counsel for the Trustee*

Marjorie K. Lynch                                 (via CM/ECF)
Office of the Bankruptcy Administrator

Rayford K. Adams (via CM/ECF)
Counsel for the Debtor

Ryan J. Adams (via CM/ECF)
Counsel for Aspirar Medical Lab, LLC

Brian R. Anderson (via CM/ECF)
Nancy A. Peterman
Counsel for Health Care Ombudsman

E. Franklin Childress (via CM/ECF)
Counsel for CAH Acquisition Company 11, LLC

John Paul H. Cournoyer (via CM/ECF)
Counsel for Paul Nusbaum & Steve White

Jonathan E. Friesen (via CM/ECF)
Counsel for Wendy C. Phillips

Terri L. Gardner (via CM/ECF)
Counsel for Petitioning Creditors

Steven A. Ginther (via CM/ECF)
Counsel for MO Dept. of Revenue

David J. Haidt (via CM/ECF)
Nicholas Zluticky
Counsel for First Liberty Bank

Patricia E. Hamilton (via CM/ECF)
Wesley Smith
Sharon Stole
Counsel for Brent King

Tyler R. Heffron (via CM/ECF)
Felton Parrish
Counsel for Hillsboro

Eric L. Johnson (via CM/ECF)
Mathew A. Petersen
Stephen W. Petersen
Jeffrey Whitley
Counsel for First Capital Corporation

Katherine McCraw (via CM/ECF)
Counsel for NC DHHS

Brian H. Smith (via CM/ECF)
Counsel or Complete Business Solutions

John M. Sperati (via CM/ECF)
Counsel for Somerset Capital Group