**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE:               ) | |
|                ) | |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a**  ) | **Case No.  19-00730-5-JNC** |
| **WASHINGTON COUNTY HOSPITAL,**     ) | |
|                ) | **Chapter 11** |
|      **Debtor.**          ) | |
|                ) | |

**INITIAL APPLICATION BY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [MAY 3, 2019 THROUGH NOVEMBER 30, 2019]**

**NOW COMES** Arnett Carbis Toothman LLP (the "Applicant"), Certified Public Accountant for the Trustee ("CPA for the Trustee") for Thomas W. Waldrep, Jr., trustee in the above-captioned case (the "Trustee"), pursuant to the provisions of the Bankruptcy Code, and hereby makes this report and application to the Court for approval of fees and reimbursement of expenses pursuant to §§ 330 and 331 of the Bankruptcy Code, in connection with the accounting and related financial and regulatory management services rendered to date in the course of this Chapter 11 proceeding; and, in support of this application, respectfully shows the Court as follows:

1.     On February 19, 2019 (the "Petition Date"), Washington County, North Carolina, Medline Industries, Inc., and Dr. Robert Venable (collectively, the "Petitioning Creditors") filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against CAH Acquisition Company #1, LLC d/b/a Washington County Hospital (the "Debtor") [Dkt. No. 001].

2.     On March 14, 2019, The Debtor filed an emergency motion for relief, and to convert the involuntary Chapter 7 case to a Chapter 11 case, and for consent to the appointment of a Chapter 11 Trustee [Dkt. No. 027].

3.     On March 15, 2019, the court entered an Order converting the Chapter 7 case to a

Chapter 11 case, and, in the same order, consented to the appointment of Thomas W. Waldrep, Jr., as Chapter 11 Trustee [Dkt. No. 028]. The Trustee is the duly appointed, qualified, and acting trustee of the Chapter 11 estate of the Debtor.

4.      This Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the matter is a core proceeding under 28 U.S.C. § 157(b)(2).

5.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory predicates for the relief requested herein are §§ 330 and 331 of the Bankruptcy Code.

7.      On June 10, 2019, the Trustee filed a motion requesting authorization to employ Arnett Carbis Toothman LLP ("ACT") as Certified Public Accountant for the Trustee effective as of May 6, 2019 [Dkt. No. 282], and the final order approving the same was entered on June 19, 2019 [Dkt. No. 297].

8.      Since filing the petition, the Applicant has expended hours extensively assisting the Trustee with various professional services in fulfillment of the duties required of the Trustee. It is vital that the Applicant be allowed compensation for the services rendered to the Trustee.

9.      This application is submitted under the standard approved by this Bankruptcy Court and other courts as set forth in § 330 of the Bankruptcy Code and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure.  These standards include a detailed statement of services rendered; the amounts requested; the times and rates for such services; whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of the case; whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; whether the professionals are board certified or otherwise have demonstrated skill and

experience in their field; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

10.     ACT is a large regional accounting and consulting form with extensive expertise in tax preparation, audits, regulatory filings, and the evaluation and compilation of financial data. ACT experience with reporting and regulatory aspects of a Chapter 11 proceeding, specifically one dealing with a healthcare debtor. K. James Hunt ("Mr. Hunt"), the lead ACT partner in this engagement, has provided a full range of auditing, compliance, and restructuring services throughout the United States to underperforming healthcare debtors in financially-troubled situations. Mr. Hunt has extensive experience in tax preparation and auditing, Medicare and Medicaid issues, and the financial evaluation of health care entities. Mr. Hunt is supported by other experienced ACT professionals who have provided essential services in support of the Applicant's role as CPA for the Trustee.

11.     ACT standard rates may be summarized as follows:

**Position Classification, Standard Hourly Rates**

Partner, $325

Senior Manager, $235–$275

Manager, $185–$215

Supervisor, $125–$165

Senior Associate, $125–$145

Associate, $100–$140

Support, $80.

Travel is billed at a rate of $75 per hour. ACT also seeks reimbursement of necessary out-of-pocket business expenses at actual cost. The rates listed above are the same interim rates specified in the Motion to Employ [Dkt. 282] that was allowed by the court with the Consent

Order Allowing Motion to Employ Arnett Carbis Toothman LLP filed on June 19, 2019 [Dkt. 297].

12.     Attached hereto as **Exhibit A** is a "Summary of Services Rendered" in connection with this application, which sets forth for the time period described therein a summary of the professional services rendered by the CPA for the Trustee on behalf of the Trustee in connection with the administration of this proceeding.  The summary sets forth with respect to each timekeeper the name of the individual, the hours, the rate, and the total dollar amount requested. **Exhibit A** also sets forth a summary of the expenses advanced for which reimbursement is sought.

13.     Attached hereto as **Exhibit B** is the "Detailed Statement of Services Rendered" setting forth the services rendered post-petition by the Applicant during the period covered by this application.  **Exhibit B** details the date that the services were performed, the timekeeper involved, the hours charged, the current interim rate, the interim amount, and a description of the service provided or expense incurred.  **Exhibit B** also provides the itemized expenses incurred by the Applicant.

14.     All the services for which compensation is requested were performed by or on behalf of the Trustee and not on behalf of the Debtor, creditors, or other persons.  Furthermore, the services rendered by the Applicant were essential to the performance of the Trustee's role and beneficial toward the completion of the case.

15.     The services performed by the Applicant were services for which the CPA for the Trustee held the sole responsibility and were not services for which any other party had responsibility to the exclusion of the Trustee or the CPA for the Trustee.

16.     The Applicant requests that the Bankruptcy Court allow interim compensation for

4

services rendered and reimbursement of expenses as set forth in the attached Exhibits.

17.    Further, the Applicant requests permission to apply for and receive interim compensation hereafter every sixty (60) days and at the hourly rates as shown on the attached Exhibits or as may be subsequently approved by the Bankruptcy Court; that the Applicant be permitted to also apply for reimbursement of expenses billed at the actual costs incurred; that the Clerk provide notice of such applications to all interested parties and set forth the opportunity for hearing with respect thereto by filing written objection on or before a date certain, and if no objection is filed, that hearing be waived and the application submitted to the Bankruptcy Court for approval, with payment to be made by the Debtor upon receipt of written notice from the Clerk.

18.    The Applicant has incurred post-petition fees in the amount of $37,585.77 and actual expenses in the amount of $289.97, for a total of $37,875.74 for the period set forth in this application, and these items are detailed on the attached **Exhibit B**.

**WHEREFORE,** the Applicant requests that the Bankruptcy Court enter an order granting the following relief:

A.    Allowing interim compensation to the Applicant as CPA for the Trustee in the amount of $37,585.77 for fees, together with reimbursement of $289.97 for actual expenses incurred, totaling $37,875.74, for the period set forth in this application;

B.    Allowing the Applicant to apply for and receive interim compensation hereafter every sixty (60) days and at the hourly rates as shown on the attached Exhibits, or at such rates as may be subsequently approved by the Bankruptcy Court; and

C.    Such other relief as the Court may deem necessary and proper.

Respectfully submitted, this the 13th day of December, 2019.

*[Signature appears on the following page]*

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**-  and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:   khendren@hendrenmalone.com
          rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

**Exhibit A**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a** | ) | **Case No.  19-00730-5-JNC** |
| **WASHINGTON COUNTY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

### SUMMARY OF SERVICES RENDERED / APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ARNETT CARBIS TOOTHMAN LLP

From May 6, 2019 through November 30, 2019, the undersigned firm performed professional services for the above-named bankruptcy estate in the capacity of the Trustee's special counsel. Attached to this application as **Exhibit B** is a detailed itemization of time expended and expenses incurred in the performance of these professional services.

| NAME | HOURS | RATE | TOTAL | Hourly Rate Allowed by Court in Most Recent Fee Award Order |
|------|-------|------|-------|-----------------------------------------------------------|
| Hunt, James | 2.9 | $340.00 | $2,063.50 | N/A |
|  | 2.9 | $325.00 |  |  |
|  | 1.8 | $75.00 |  |  |
| Raley, James | 9.5 | $340.00 | $4,340.00 | N/A |
|  | 3.0 | $325.00 |  |  |
|  | 1.8 | $75.00 |  |  |
| Pendleton, Mark | 0 | $340.00 | $32.50 | N/A |
|  | .1 | $325.00 |  |  |
| Gibbs, Greg | 3.4 | $340.00 | $2,150.50 | N/A |
|  | 3.06 | $325.00 |  |  |
| Graziani, Kathy | 1.7 | $340.00 | $2,463.00 | N/A |
|  | 5.8 | $325.00 |  |  |
| Highlander, Kevin | 9.3 | $340.00 | $3,714.50 | N/A |
|  | 1.7 | $325.00 |  |  |
| Hutcheson, Keith | 0.5 | $340.00 | $170.00 | N/A |
|  | 0 | $325.00 |  |  |
| Robey, Steve | 0.8 | $340.00 | $402.00 | N/A |
|  | 0.4 | $325.00 |  |  |
| Kemper, Eric | 0.7 | $289.00 | $202.30 | N/A |
| Gepper, David | 2.3 | $247.00 | $568.10 | N/A |
| Slagle, Dionna | 14.7 | $247.00 | $3,630.90 | N/A |
| Webel, Curtis | 5.5 | $226.00 | $1,243.00 | N/A |
| Davis, Stephanie | 0.7 | $205.00 | $202.00 | N/A |
|  | 0.3 | $195.00 |  |  |
| Rose, Dolores | 0.2 | $205.00 | $333.50 | N/A |
|  | 1.5 | $195.00 |  |  |
| Visingardi, Brian | 5 | $205.00 | $1,025.00 | N/A |
| Cogar, Brent | 0.8 | $173.00 | $138.40 | N/A |
| Curry, Charles | 9.2 | $158.00 | $1,453.60 | N/A |
| Summers, LaHoma | 8.4 | $158.00 | $1,357.20 | N/A |
|  | 0.2 | $150.00 |  |  |
| Toler, Jonah | 16.5 | $158.00 | $2,607.00 | N/A |
| Gibboney, John | 0.3 | $131.00 | $39.30 | N/A |

| | | | | |
|---|---|---|---|---|
| Gibson, Randy | 0.07 | $131.00 | $9.17 | N/A |
| Jamieson, David | 3.5 | $131.00 | $458.50 | N/A |
| Madden, Megan | 29.4 | $131.00 | $3,851.40 | N/A |
| Welton, Benjamin | 7 | $131.00 | $917.00 | N/A |
| Jez, Michelle | 0.6 | $125.00 | $75.00 | N/A |
| Verlotte, Connie | 2.6 | $122.00 | $317.20 | N/A |
| Cassatt, Seth | 9.4 | $105.00 | $1,257.00 | N/A |
| | 2.7 | $100.00 | | |
| Graley, Renee | 1.2 | $105.00 | $126.00 | N/A |
| Kominski, Kelly | 13.7 | $105.00 | $1,438.50 | N/A |
| Melillo, Nick | 2.2 | $100.00 | $315.00 | N/A |
| | 1 | $95.00 | | |
| Mosley, Kristen | 6.5 | $95.00 | $617.50 | N/A |
| Stevens, Kathy | 0.2 | $84.00 | $16.80 | N/A |
| Tyler, Amanda | 0.6 | $84.00 | $50.40 | N/A |
| Total hours | **195.63** | | **$37,585.77** | |
| Reimbursement for Expenses Requested | **$289.97** | | | |
| **TOTAL Fees and Expenses Requested** | **$37,875.74** | | | |

I certify that the information contained in this application is true and accurate and that the application complies with the Bankruptcy Court's Chapter 11 fee guidelines currently in effect.

Respectfully submitted, this the 13th day of December, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104

Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:   khendren@hendrenmalone.com
         rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

**Exhibit B**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a** | ) | **Case No.  19-00730-5-JNC** |
| **WASHINGTON COUNTY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| | ) | |

## DETAILED STATEMENT OF SERVICES RENDERED BY
## ARNETT CARBIS TOOTHMAN LLP

Attached hereto is a detailed itemization of time expended and expenses incurred by Arnett Carbis Toothman LLP in the performance of accounting and related financial and regulatory management services as Certified Public Accountant for the Trustee.



**Arnett Carbis Toothman LLP Locations**

| West Virginia | Pennsylvania | Ohio |
|---|---|---|
| Bridgeport | Meadville | Columbus |
| Buckhannon | New Castle | |
| Charleston | Pittsburgh | |
| Morgantown | | |

**actcpas.com**    Federal ID# 55-0486667

**Washington County Hospital-Bankruptcy**
**c/o Waldrep LLP**
**101 S. Stratford Rd. Suite 210**
**Winston-Salem, NC  27104**

| | |
|---|---|
| **Invoice:** | **415072** |
| **Date:** | **12/05/2019** |
| **ID:** | **1301973.3000** |

---

**Services through November 30, 2019**

**Washington County Hospital-Bankruptcy**

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2019 | Supervision & Scheduling | | | | |
| | w/ KAH et al re amending 2017 K-1's for Washington et al | | | | |
| | Robey | 0.20 | $325.00 | $ | 65.00 |
| 06/28/2019 | Supervision & Scheduling | | | | |
| | Attention to the amended 2017 return. | | | | |
| | Summers | 0.10 | $150.00 | | 15.00 |
| 06/28/2019 | Supervision & Scheduling | | | | |
| | Amended return planning | | | | |
| | Pendleton | 0.10 | $325.00 | | 32.50 |
| 06/28/2019 | Projections/Planning | | | | |
| | With LCS, DLR, MHP, KAH regarding preparation of amended 2017 partnership returns. | | | | |
| | Davis | 0.10 | $195.00 | | 19.50 |
| 06/28/2019 | Engagement Plng | | | | |
| | Internal managers planning meeting for amended tax returns. | | | | |
| | Rose | 0.10 | $195.00 | | 19.50 |
| 07/03/2019 | Preparation | | | | |
| | Attention to file and workpapers for 2017 amended tax return. | | | | |
| | Cassatt | 0.70 | $100.00 | | 70.00 |
| 07/03/2019 | Other Accounting | | | | |
| | Assist STC with M-1 adjustments | | | | |
| | Jez | 0.60 | $125.00 | | 75.00 |
| 07/08/2019 | Preparation | | | | |
| | Attention to file and workpapers for 2017 amended tax return. | | | | |
| | Cassatt | 0.70 | $100.00 | | 70.00 |
| 07/09/2019 | Preparation | | | | |
| | Attention to file and workpapers for 2017 amended tax return. | | | | |
| | Cassatt | 0.50 | $100.00 | | 50.00 |
| 07/09/2019 | Other Accounting | | | | |
| | Attention to file and workpapers for 2017 amended return. | | | | |
| | Highlander | 0.40 | $325.00 | | 130.00 |
| 07/10/2019 | Reimb. Consulting-Hospitals | | | | |
| | Gibbs | 0.40 | $325.00 | | 130.00 |
| 07/12/2019 | Other Accounting | | | | |
| | Review client information and organizing/analyzing for 2017 amended tax returns | | | | |
| | Rose | 0.40 | $195.00 | | 78.00 |
| 07/23/2019 | Other Accounting | | | | |
| | Attention to bad debt analysis for 2017 amended return. | | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
Invoice No.   415072                                                    **Page 2**

---

|  |  |  |  |  |
|---|---|---|---|---|
|  | Discussions with J Raley and S Robey re same. | | | |
|  | Highlander | 0.60 | $325.00 | 195.00 |
| 07/23/2019 | Supervision & Scheduling | | | |
|  | Supervision of amended 2017 tax return | | | |
|  | Rose | 0.50 | $195.00 | 97.50 |
| 07/23/2019 | Supervision & Scheduling | | | |
|  | Conv. w/ KAH & JAR re amending | | | |
|  | Robey | 0.20 | $325.00 | 65.00 |
| 07/23/2019 | Supervision & Scheduling | | | |
|  | Attention to the 2017 amended returns. | | | |
|  | Summers | 0.10 | $150.00 | 15.00 |
| 07/24/2019 | Preparation | | | |
|  | Attention to file and workpapers for 2017 amended returns. | | | |
|  | Cassatt | 0.40 | $100.00 | 40.00 |
| 07/24/2019 | Other Accounting | | | |
|  | Discussions with D Rose re A/R aging schedule and proposed adjustment. | | | |
|  | Highlander | 0.40 | $325.00 | 130.00 |
| 07/25/2019 | Preparation | | | |
|  | Attention to file and workpapers for 2017 amended returns. | | | |
|  | Cassatt | 0.30 | $100.00 | 30.00 |
| 07/25/2019 | Preparation | | | |
|  | Discussion with DLR and CGG regarding bad debt allocation and required information. | | | |
|  | Davis | 0.20 | $195.00 | 39.00 |
| 07/25/2019 | Supervision & Scheduling | | | |
|  | Supervison of 2017 amended tax return preparation | | | |
|  | Rose | 0.20 | $195.00 | 39.00 |
| 07/29/2019 | Preparation | | | |
|  | Attention to file and workpapers. | | | |
|  | Cassatt | 0.10 | $100.00 | 10.00 |
| 07/29/2019 | Engagement Plng | | | |
|  | Rose | 0.20 | $195.00 | 39.00 |
| 07/30/2019 | Other Accounting | | | |
|  | Attention to 2018 client documents and discussion with L Summers re creation of 2018 calendar year trial balance from monthly reports. | | | |
|  | Highlander | 0.30 | $325.00 | 97.50 |
| 07/31/2019 | Engagement Plng | | | |
|  | Rose | 0.10 | $195.00 | 19.50 |
| 08/04/2019 | Other Accounting | | | |
|  | Attention to 2017/2018 bad debts and A/R analysis for amended return and 2018 return. | | | |
|  | Highlander | 0.40 | $340.00 | 136.00 |
| 08/05/2019 | Preparation | | | |
|  | Attention to file and workpapers. | | | |
|  | Cassatt | 0.60 | $105.00 | 63.00 |
| 08/05/2019 | Preparation | | | |
|  | Regarding trial balance preparation and A/R reconciliation. | | | |
|  | Davis | 0.70 | $205.00 | 143.50 |
| 08/05/2019 | Preparation | | | |
|  | Attention to file and workpapers. | | | |
|  | Curry | 0.40 | $158.00 | 63.20 |
| 08/05/2019 | Other Accounting | | | |
|  | Discussion with S Cassatt re amended return workpapers. | | | |
|  | Highlander | 0.10 | $340.00 | 34.00 |
| 08/05/2019 | Supervision & Scheduling | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
Invoice No.  415072                                                              **Page 3**

---

|            |                         | w/KAH regarding status of amending 2017 returns - aged T/B vs G/L |        |          |        |
|------------|-------------------------|------------------------------------------------------------------|--------|----------|--------|
|            |                         | Robey                                                            | 0.10   | $340.00  | 34.00  |
| 08/05/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the preparation of the 2018 federal and state tax returns. |        |          |        |
|            |                         | Summers                                                          | 0.20   | $158.00  | 31.60  |
| 08/05/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Tax preparation supervision of amended return                    |        |          |        |
|            |                         | Rose                                                             | 0.20   | $205.00  | 41.00  |
| 08/06/2019 | Preparation             |                                                                  |        |          |        |
|            |                         | Attention to file and workpapers.                               |        |          |        |
|            |                         | Curry                                                            | 0.30   | $158.00  | 47.40  |
| 08/06/2019 | Preparation             |                                                                  |        |          |        |
|            |                         | Attention to file and workpapers.                               |        |          |        |
|            |                         | Cassatt                                                          | 0.40   | $105.00  | 42.00  |
| 08/07/2019 | Organize/Scan Info      |                                                                  |        |          |        |
|            |                         | Reviewed 2017 Tax File with LS & SD. Rolled forward 2018 caseware file. |        |          |        |
|            |                         | Graley                                                           | 0.60   | $105.00  | 63.00  |
| 08/07/2019 | Preparation             |                                                                  |        |          |        |
|            |                         | Attention to file and workpapers.                               |        |          |        |
|            |                         | Cassatt                                                          | 0.20   | $105.00  | 21.00  |
| 08/07/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the preparation of the 2018 federal and state tax returns. |        |          |        |
|            |                         | Summers                                                          | 0.20   | $158.00  | 31.60  |
| 08/07/2019 | Projections/Planning    |                                                                  |        |          |        |
|            |                         | Planning meeting.                                                |        |          |        |
|            |                         | Curry                                                            | 0.10   | $158.00  | 15.80  |
| 08/08/2019 | Organize/Scan Info      |                                                                  |        |          |        |
|            |                         | Compiled trial balance, fixed asset and depreciation files, prepared pending item list for client |        |          |        |
|            |                         | Graley                                                           | 0.60   | $105.00  | 63.00  |
| 08/08/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the 2018 federal and state tax returns.             |        |          |        |
|            |                         | Summers                                                          | 0.40   | $158.00  | 63.20  |
| 08/09/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the 2018 federal and state tax returns.             |        |          |        |
|            |                         | Summers                                                          | 0.10   | $158.00  | 15.80  |
| 08/12/2019 | Preparation             |                                                                  |        |          |        |
|            |                         | Tax return preparation.                                          |        |          |        |
|            |                         | Cassatt                                                          | 0.40   | $105.00  | 42.00  |
| 08/12/2019 | Preparation             |                                                                  |        |          |        |
|            |                         | Attention to the preparation of the 2018 federal and state tax returns. |        |          |        |
|            |                         | Curry                                                            | 2.80   | $158.00  | 442.40 |
| 08/12/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the preparation of the 2018 federal and state tax returns. |        |          |        |
|            |                         | Summers                                                          | 0.40   | $158.00  | 63.20  |
| 08/13/2019 | Supervision & Scheduling |                                                                  |        |          |        |
|            |                         | Attention to the preparation of the 2018 federal and state tax returns. |        |          |        |
|            |                         | Summers                                                          | 0.30   | $158.00  | 47.40  |
| 08/14/2019 | Other Accounting        |                                                                  |        |          |        |
|            |                         | Attention to 2018 tax workpapers and open items.                 |        |          |        |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                    **Page 4**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Highlander | 0.60 | $340.00 | 204.00 |
| 08/14/2019 | Supervision & Scheduling | | | |
| | Attention to the preparation of the 2018 federal and state tax returns. | | | |
|  | Summers | 0.40 | $158.00 | 63.20 |
| 08/16/2019 | Preparation | | | |
|  | Curry | 3.40 | $158.00 | 537.20 |
| 08/16/2019 | Other Accounting | | | |
| | With L Summers on open items for 2018 tax return and trial balance. | | | |
|  | Highlander | 0.20 | $340.00 | 68.00 |
| 08/16/2019 | Supervision & Scheduling | | | |
| | Attention to the preparation of the 2018 federal and state tax returns. | | | |
|  | Summers | 0.30 | $158.00 | 47.40 |
| 08/19/2019 | Preparation | | | |
|  | Curry | 2.00 | $158.00 | 316.00 |
| 08/19/2019 | Preparation | | | |
| | Attention to file and workpapers. | | | |
|  | Cassatt | 0.60 | $105.00 | 63.00 |
| 08/19/2019 | Preparation | | | |
| | Attention to file and workpapers. | | | |
|  | Cassatt | 1.60 | $105.00 | 168.00 |
| 08/19/2019 | Other Accounting | | | |
| | With L Summers on 2018 return file. | | | |
|  | Highlander | 0.20 | $340.00 | 68.00 |
| 08/19/2019 | Supervision & Scheduling | | | |
| | Attention to the preparation of the 2018 federal and state tax returns. | | | |
|  | Summers | 0.50 | $158.00 | 79.00 |
| 08/20/2019 | Preparation | | | |
| | Attention to file and workpapers. | | | |
|  | Cassatt | 0.20 | $105.00 | 21.00 |
| 08/26/2019 | Other Accounting | | | |
| | Attention to 2017 amended tax return and supporting workpapers.  Discussion re same with S Cassatt. | | | |
|  | Highlander | 2.50 | $340.00 | 850.00 |
| 08/26/2019 | Supervision & Scheduling | | | |
| | Conv re KAH re status of 2017 amended returns | | | |
|  | Robey | 0.10 | $340.00 | 34.00 |
| 08/28/2019 | Other Accounting | | | |
| | Upload amended tax return for efile and process for assembly. | | | |
|  | Highlander | 0.20 | $340.00 | 68.00 |
| 08/29/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
|  | Summers | 0.10 | $158.00 | 15.80 |
| 08/29/2019 | Type/Proof/Assemble | | | |
| | Assembled the 2017 Amended tax return. | | | |
|  | Tyler | 0.20 | $84.00 | 16.80 |
| 08/30/2019 | Other Accounting | | | |
| | Signature review of assembled return and process for mailing. | | | |
|  | Highlander | 0.10 | $340.00 | 34.00 |
| 09/03/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
|  | Summers | 0.20 | $158.00 | 31.60 |
| 09/03/2019 | Supervision & Scheduling | | | |
| | w/ KAH & KJH re their conversation w/ Hillboro trustee | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                                        **Page 5**

| | | | | |
|---|---|---|---|---|
| | Robey | 0.10 | $340.00 | 34.00 |
| 09/04/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.70 | $158.00 | 110.60 |
| 09/04/2019 | Preparation | | | |
| | Attention to the preparation of the 2018 federal and state tax returns. | | | |
| | Curry | 0.20 | $158.00 | 31.60 |
| 09/04/2019 | Other Accounting | | | |
| | Attention to 2018 workpaper file, trial balance progression, and fixed asset considerations. | | | |
| | Highlander | 2.30 | $340.00 | 782.00 |
| 09/04/2019 | Supervision & Scheduling | | | |
| | pm call re possible sale of hospitals - w/ KAH re same | | | |
| | Robey | 0.10 | $340.00 | 34.00 |
| 09/05/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.10 | $158.00 | 15.80 |
| 09/05/2019 | Preparation | | | |
| | 2018 tax return prep | | | |
| | Welton | 1.60 | $131.00 | 209.60 |
| 09/06/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.20 | $158.00 | 31.60 |
| 09/06/2019 | Preparation | | | |
| | 2018 tax return prep | | | |
| | Welton | 5.20 | $131.00 | 681.20 |
| 09/09/2019 | Other Accounting | | | |
| | E-file released, accepted, and scanned for 2017 amended tax return. | | | |
| | Tyler | 0.20 | $84.00 | 16.80 |
| 09/10/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.10 | $158.00 | 15.80 |
| 09/11/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.30 | $158.00 | 47.40 |
| 09/11/2019 | Preparation | | | |
| | 2018 return | | | |
| | Welton | 0.20 | $131.00 | 26.20 |
| 09/11/2019 | Preparation | | | |
| | File preparation. | | | |
| | Cassatt | 1.60 | $105.00 | 168.00 |
| 09/11/2019 | Other Accounting | | | |
| | Attention to 2018 tax workpapers. | | | |
| | Highlander | 0.70 | $340.00 | 238.00 |
| 09/11/2019 | Consulting | | | |
| | Research relative to centralized partnership audit regime & eligible partners - conv. w/ KAH - conv. w/ Tom Waldrep - he will serve as partnership representative | | | |
| | Robey | 0.20 | $340.00 | 68.00 |
| 09/12/2019 | Preparation | | | |
| | Preparation of the 2018 federal and state tax returns. | | | |
| | Summers | 0.40 | $158.00 | 63.20 |
| 09/12/2019 | Preparation | | | |
| | File preparation. | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
  Invoice No.  415072                                                          **Page 6**

---

|            |                   | Cassatt    | 1.70 | $105.00 | 178.50 |
|------------|-------------------|------------|------|---------|--------|
| 09/12/2019 | Review            |            |      |         |        |

Review of the 2018 federal and state tax returns.

|            |                   | Summers    | 1.20 | $158.00 | 189.60 |
|------------|-------------------|------------|------|---------|--------|
| 09/12/2019 | Other Accounting  |            |      |         |        |

Attention to tax workpapers.  Discussion re return revisions with S Cassatt.

|            |                   | Highlander | 0.50 | $340.00 | 170.00 |
|------------|-------------------|------------|------|---------|--------|
| 09/13/2019 | Preparation       |            |      |         |        |

Preparation of the 2018 federal and state tax returns.

|            |                   | Summers    | 0.50 | $158.00 | 79.00 |
|------------|-------------------|------------|------|---------|-------|
| 09/13/2019 | Preparation       |            |      |         |       |

File preparation.

|            |                   | Cassatt    | 2.10 | $105.00 | 220.50 |
|------------|-------------------|------------|------|---------|--------|
| 09/14/2019 | Review            |            |      |         |        |

Review of the 2018 federal and state tax returns.

|            |                   | Summers    | 1.80 | $158.00 | 284.40 |
|------------|-------------------|------------|------|---------|--------|
| 09/14/2019 | Other Accounting  |            |      |         |        |

Attention to tax return and supporting workpapers.  Export efile and process for assembly.

|            |                   | Highlander | 1.00 | $340.00 | 340.00 |
|------------|-------------------|------------|------|---------|--------|
| 09/16/2019 | Type/Proof/Assemble |          |      |         |        |

Tax Return Assembly

|            |                   | Stevens    | 0.20 | $84.00 | 16.80 |
|------------|-------------------|------------|------|--------|-------|
| 09/17/2019 | Other Accounting  |            |      |        |       |

E-file released, accepted, and scanned.

|            |                   | Tyler      | 0.20 | $84.00 | 16.80 |
|------------|-------------------|------------|------|--------|-------|
| 09/20/2019 | Consulting        |            |      |        |       |

Met w/ KAH & MW re hospital level debt & bad debt calculations

|            |                   | Robey      | 0.20 | $340.00 | 68.00 |
|------------|-------------------|------------|------|---------|-------|
| 10/03/2019 | Other Accounting  |            |      |         |       |

Attention to document request from Waldrep and review of file for same.  Prepare PDFs of requested documents.

|            |                   | Highlander | 0.40 | $340.00 | 136.00 |
|------------|-------------------|------------|------|---------|--------|
| 10/22/2019 | Other Accounting  |            |      |         |        |

Attention to 2017 and 2018 filing status.  Discussion re same with J Raley.

|            | Highlander | 0.10 | $340.00 | 34.00 |
|------------|------------|------|---------|-------|

                                                      Total For Services        10,067.50
Tax Ret Proc Chg-1040 & 1120                          $        110.50
                                                      Total For Expenses            110.50
                    **Subtotal for Washington County Hospital-Bankruptcy**        10,178.00

**Washington County Hospital-Bankruptcy**

|            |             | Toler | 0.10 | $158.00 | $    15.80 |
|------------|-------------|-------|------|---------|------------|
| 08/12/2019 | Preparation |       |      |         |            |
| 08/13/2019 | Consulting  |       |      |         |            |

conf call and book keeping

|            | Raley | 0.50 | $340.00 | 170.00 |
|------------|-------|------|---------|--------|

                    **Subtotal for Washington County Hospital-Bankruptcy**          185.80

**Washington County Hospital-Bankruptcy**

|            |                      | Raley | 1.00 | $75.00 | $    75.00 |
|------------|----------------------|-------|------|--------|------------|
| 05/06/2019 | Chargeable Travel Time |     |      |        |            |
| 05/06/2019 | Chargeable Travel Time |     |      |        |            |
|            |                      | Hunt  | 1.00 | $75.00 | 75.00 |
| 05/07/2019 | Chargeable Travel Time |     |      |        |            |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                                                    **Page 7**

| | | | | |
|---|---|---|---|---|
| | Hunt | 0.80 | $75.00 | 60.00 |
| 05/07/2019 | Chargeable Travel Time | | | |
| | Raley | 0.80 | $75.00 | 60.00 |
| 05/07/2019 | Consulting | | | |
| | Hunt | 1.00 | $325.00 | 325.00 |
| 05/07/2019 | Consulting | | | |
| | Raley | 1.00 | $325.00 | 325.00 |
| 05/13/2019 | Other Consulting/Projects | | | |
| | Hunt | 0.40 | $325.00 | 130.00 |
| 05/16/2019 | Other Consulting/Projects | | | |
| | Hunt | 0.20 | $325.00 | 65.00 |
| 05/16/2019 | BOS Client Accounting meetings | | | |
| | Graziani | 0.20 | $325.00 | 65.00 |
| 05/24/2019 | Other Consulting/Projects | | | |
| | Hunt | 0.10 | $325.00 | 32.50 |
| 05/24/2019 | BOS Payroll Tax Returns | | | |
| | met with James and then emails to Frank on setting up phone call | | | |
| | Graziani | 0.20 | $325.00 | 65.00 |
| 06/05/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.26 | $325.00 | 84.50 |
| 06/20/2019 | Reimb. Consulting-Hospitals | | | |
| | Work with Matt Slack to get copies of cost report work papers | | | |
| | Gibbs | 0.30 | $325.00 | 97.50 |
| 06/26/2019 | Reimb. Consulting-Hospitals | | | |
| | Communication with Matt Slack on getting copies of the 2018 cost report work papers | | | |
| | Gibbs | 0.20 | $325.00 | 65.00 |
| 06/27/2019 | Other Consulting/Projects | | | |
| | Hunt | 0.20 | $325.00 | 65.00 |
| 06/27/2019 | Consulting | | | |
| | prep for, conf call, with and related followup regarding bankruptcy | | | |
| | Raley | 0.50 | $325.00 | 162.50 |
| 06/27/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.20 | $325.00 | 65.00 |
| 06/28/2019 | Consulting | | | |
| | call with Upenicks and realted followup | | | |
| | Raley | 0.50 | $325.00 | 162.50 |
| 06/28/2019 | Reimb. Consulting-Hospitals | | | |
| | Review cost report information and emails from Matt Slack. Call and discussion with Jim Raley to discuss cost report issues. Call with Jenny Upenik to discuss accounting and reporting matters and next steps. | | | |
| | Gibbs | 0.30 | $325.00 | 97.50 |
| 07/15/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.30 | $325.00 | 97.50 |
| 07/16/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.20 | $325.00 | 65.00 |
| 07/18/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.40 | $325.00 | 130.00 |
| 07/19/2019 | Consulting | | | |
| | reviewing documents from Jennie Upenicks | | | |
| | Raley | 0.50 | $325.00 | 162.50 |
| 07/22/2019 | Other Consulting/Projects | | | |
| | Hunt | 1.00 | $325.00 | 325.00 |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                                                          **Page 8**

| | | | | |
|---|---|---|---|---|
| 07/23/2019 | Consulting | | | |
| | reviewing documents from Jennie U and conf call with tax team | | | |
| | Raley | 0.50 | $325.00 | 162.50 |
| 07/25/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.50 | $325.00 | 162.50 |
| 08/13/2019 | Preparation | | | |
| | Toler | 0.80 | $158.00 | 126.40 |
| 08/13/2019 | Other Consulting/Projects | | | |
| | Hunt | 0.30 | $340.00 | 102.00 |
| 08/13/2019 | Consulting | | | |
| | Gibbs | 0.20 | $340.00 | 68.00 |
| 08/20/2019 | Cash | | | |
| | Toler | 1.00 | $158.00 | 158.00 |
| 08/20/2019 | Summarize Client Data | | | |
| | Toler | 1.00 | $158.00 | 158.00 |
| 08/22/2019 | Accts & Notes Receivable | | | |
| | Toler | 0.50 | $158.00 | 79.00 |
| 08/22/2019 | Summarize Client Data | | | |
| | Toler | 0.50 | $158.00 | 79.00 |
| 08/27/2019 | Other Consulting/Projects | | | |
| | bi weekly call and follow up | | | |
| | Hunt | 0.20 | $340.00 | 68.00 |
| 08/27/2019 | Consulting | | | |
| | prep for and conf call w/ waldrep | | | |
| | Raley | 0.50 | $340.00 | 170.00 |
| 08/30/2019 | Engagement Plng | | | |
| | Toler | 0.10 | $158.00 | 15.80 |
| 09/03/2019 | Cash | | | |
| | Toler | 3.50 | $158.00 | 553.00 |
| 09/05/2019 | Cash | | | |
| | Toler | 1.50 | $158.00 | 237.00 |
| 09/06/2019 | Accts & Notes Receivable | | | |
| | Toler | 1.00 | $158.00 | 158.00 |
| 09/06/2019 | Summarize Client Data | | | |
| | prepping pending lists and emails with client | | | |
| | Toler | 0.50 | $158.00 | 79.00 |
| 09/12/2019 | Summarize Client Data | | | |
| | Toler | 0.20 | $158.00 | 31.60 |
| 09/13/2019 | Consulting | | | |
| | research and discussions surrounding cost reports | | | |
| | Raley | 0.50 | $340.00 | 170.00 |
| 09/20/2019 | Organize/Scan Info | | | |
| | Gibson | 0.07 | $131.00 | 9.17 |
| 09/20/2019 | Engagement Plng | | | |
| | 2018 Medicare cost report review | | | |
| | Cogar | 0.20 | $173.00 | 34.60 |
| 09/24/2019 | Other Consulting/Projects | | | |
| | bi-weekly call, accounting, payroll taxes, cost reports | | | |
| | Hunt | 0.50 | $340.00 | 170.00 |
| 09/26/2019 | Preparation | | | |
| | tb | | | |
| | Visingardi | 1.00 | $205.00 | 205.00 |
| 09/26/2019 | Other Accounting | | | |
| | Toler | 1.00 | $158.00 | 158.00 |
| 09/26/2019 | Cash | | | |
| | Toler | 1.00 | $158.00 | 158.00 |
| 09/26/2019 | Revenue | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                    **Page 9**

---

|  |  |  |  |  |
|---|---|---|---|---|
|  | Toler | 2.00 | $158.00 | 316.00 |
| 10/01/2019 | Reimb. Consulting-Hospitals | | | |
|  | Gibbs | 0.60 | $340.00 | 204.00 |
| 10/07/2019 | Reimb. Consulting-Hospitals | | | |
|  | Gibbs | 0.40 | $340.00 | 136.00 |
| 10/08/2019 | Other Consulting/Projects | | | |
|  | Hunt | 0.20 | $340.00 | 68.00 |
| 10/08/2019 | Fixed Assets | | | |
|  | Depreciation Entries | | | |
|  | Jamieson | 2.50 | $131.00 | 327.50 |
| 10/09/2019 | Preparation | | | |
|  | Slagle | 0.30 | $247.00 | 74.10 |
| 10/14/2019 | Engagement Plng | | | |
|  | Toler | 0.80 | $158.00 | 126.40 |
| 10/14/2019 | Consulting | | | |
|  | Raley | 3.50 | $340.00 | 1,190.00 |
| 10/15/2019 | Preparation | | | |
|  | Check Register setup and other items in the file | | | |
|  | Jamieson | 1.00 | $131.00 | 131.00 |
| 10/15/2019 | Preparation | | | |
|  | Visingardi | 1.50 | $205.00 | 307.50 |
| 10/16/2019 | Preparation | | | |
|  | Visingardi | 1.50 | $205.00 | 307.50 |
| 10/16/2019 | Other Accounting | | | |
|  | Toler | 1.00 | $158.00 | 158.00 |
| 10/23/2019 | Consulting | | | |
|  | accounting work | | | |
|  | Raley | 1.00 | $340.00 | 340.00 |
| 10/25/2019 | Preparation | | | |
|  | Slagle | 0.60 | $247.00 | 148.20 |
| 10/28/2019 | Preparation | | | |
|  | Slagle | 0.80 | $247.00 | 197.60 |
| 10/28/2019 | Correspondence | | | |
|  | Visingardi | 1.00 | $205.00 | 205.00 |
| 10/28/2019 | Consulting | | | |
|  | Raley | 0.50 | $340.00 | 170.00 |
| 10/29/2019 | Preparation | | | |
|  | GL | | | |
|  | Slagle | 1.00 | $247.00 | 247.00 |
| 10/29/2019 | Consulting | | | |
|  | Kozminski | 1.10 | $105.00 | 115.50 |
| 10/30/2019 | Preparation | | | |
|  | Slagle | 0.70 | $247.00 | 172.90 |
| 10/30/2019 | Consulting | | | |
|  | managing acccounting work | | | |
|  | Raley | 0.50 | $340.00 | 170.00 |
| 10/30/2019 | Consulting | | | |
|  | Kozminski | 2.30 | $105.00 | 241.50 |
| 10/31/2019 | Organize/Scan Info | | | |
|  | Kozminski | 3.40 | $105.00 | 357.00 |
| 10/31/2019 | Preparation | | | |
|  | Slagle | 0.60 | $247.00 | 148.20 |
| 10/31/2019 | Consulting | | | |
|  | managing the accounting work | | | |
|  | Raley | 1.00 | $340.00 | 340.00 |
| 11/01/2019 | Preparation | | | |
|  | Slagle | 0.40 | $247.00 | 98.80 |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                          **Page 10**

---

| | | | | |
|---|---|---|---|---|
| 11/01/2019 | Preparation | | | |
| | Kozminski | 6.90 | $105.00 | 724.50 |
| 11/01/2019 | Other Consulting/Projects | | | |
| | conf call to discuss cost reports and settlements | | | |
| | Hunt | 0.20 | $340.00 | 68.00 |
| 11/01/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.30 | $340.00 | 102.00 |
| 11/03/2019 | Review | | | |
| | 18 Impact calc | | | |
| | Slagle | 0.40 | $247.00 | 98.80 |
| 11/04/2019 | Preparation | | | |
| | gl | | | |
| | Slagle | 0.80 | $247.00 | 197.60 |
| 11/04/2019 | Other Consulting/Projects | | | |
| | working on rough estimate of mc settlement | | | |
| | Hunt | 0.30 | $340.00 | 102.00 |
| 11/04/2019 | Consulting | | | |
| | Madden | 9.40 | $131.00 | 1,231.40 |
| 11/04/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.30 | $340.00 | 102.00 |
| 11/05/2019 | Review | | | |
| | Slagle | 0.50 | $247.00 | 123.50 |
| 11/05/2019 | Other Consulting/Projects | | | |
| | cost report settlement estimate | | | |
| | Hunt | 0.30 | $340.00 | 102.00 |
| 11/05/2019 | Consulting | | | |
| | Madden | 1.00 | $131.00 | 131.00 |
| 11/05/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.20 | $340.00 | 68.00 |
| 11/06/2019 | Preparation | | | |
| | Slagle | 1.00 | $247.00 | 247.00 |
| 11/06/2019 | Other Consulting/Projects | | | |
| | cost report settlement estimates | | | |
| | Hunt | 0.20 | $340.00 | 68.00 |
| 11/06/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.20 | $340.00 | 68.00 |
| 11/07/2019 | Preparation | | | |
| | Slagle | 0.50 | $247.00 | 123.50 |
| 11/08/2019 | Preparation | | | |
| | Slagle | 0.20 | $247.00 | 49.40 |
| 11/08/2019 | Consulting | | | |
| | Madden | 0.50 | $131.00 | 65.50 |
| 11/11/2019 | Preparation | | | |
| | Slagle | 0.40 | $247.00 | 98.80 |
| 11/11/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.30 | $340.00 | 102.00 |
| 11/12/2019 | Preparation | | | |
| | Slagle | 0.30 | $247.00 | 74.10 |
| 11/13/2019 | Preparation | | | |
| | Slagle | 1.10 | $247.00 | 271.70 |
| 11/13/2019 | Other Consulting/Projects | | | |
| | medicare settlement estimates | | | |
| | Hunt | 0.40 | $340.00 | 136.00 |
| 11/13/2019 | Consulting | | | |
| | Madden | 1.00 | $131.00 | 131.00 |
| 11/13/2019 | Reimb. Consulting-Hospitals | | | |
| | Gibbs | 0.40 | $340.00 | 136.00 |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
Invoice No.  415072                                                              **Page 11**

| Date | Description | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2019 | Preparation | | | | |
| | | Slagle | 0.30 | $247.00 | 74.10 |
| 11/14/2019 | Consulting | | | | |
| | | Madden | 6.70 | $131.00 | 877.70 |
| 11/15/2019 | Preparation | | | | |
| | | Slagle | 0.30 | $247.00 | 74.10 |
| 11/15/2019 | Consulting | | | | |
| | consulting | Raley | 1.50 | $340.00 | 510.00 |
| 11/15/2019 | Consulting | | | | |
| | | Madden | 2.00 | $131.00 | 262.00 |
| 11/18/2019 | Reimb. Consulting-Hospitals | | | | |
| | | Gibbs | 0.20 | $340.00 | 68.00 |
| 11/20/2019 | Consulting | | | | |
| | | Madden | 2.00 | $131.00 | 262.00 |
| 11/21/2019 | Preparation | | | | |
| | Meeting and TB Prep | Slagle | 1.00 | $247.00 | 247.00 |
| 11/21/2019 | Other Consulting/Projects | | | | |
| | cost report settlements | Hunt | 0.30 | $340.00 | 102.00 |
| 11/21/2019 | Reimb. Consulting-Hospitals | | | | |
| | | Gibbs | 0.30 | $340.00 | 102.00 |
| 11/22/2019 | Preparation | | | | |
| | GL Prep | Slagle | 0.50 | $247.00 | 123.50 |
| 11/22/2019 | Consulting | | | | |
| | | Madden | 1.00 | $131.00 | 131.00 |
| 11/25/2019 | Preparation | | | | |
| | 2019 GL Prep | Slagle | 0.30 | $247.00 | 74.10 |
| 11/26/2019 | Preparation | | | | |
| | Call with Jenni, review of TB, discussions with Team | Slagle | 1.20 | $247.00 | 296.40 |
| 11/26/2019 | Consulting | | | | |
| | | Madden | 3.00 | $131.00 | 393.00 |
| 11/26/2019 | Consulting | | | | |
| | | Madden | 0.50 | $131.00 | 65.50 |
| 11/27/2019 | Preparation | | | | |
| | Meeting with Megan- Trial Balance | Slagle | 0.50 | $247.00 | 123.50 |
| 11/27/2019 | Consulting | | | | |
| | | Madden | 2.30 | $131.00 | 301.30 |

|  |  |  | Total For Services | | 21,176.27 |
|---|---|---|---|---|---|
| Travel-Mileage | | | $ | 70.02 | |
| Travel-Lodging | | | | 97.15 | |
| Travel-Meals | | | | 12.30 | |
| | | | Total For Expenses | | 179.47 |
| | | **Subtotal for Washington County Hospital-Bankruptcy** | | | 21,355.74 |

**Washington County Hospital-Bankruptcy**

| Date | Description | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/2019 | BOS Payroll Tax Returns | | | | |
| | | Graziani | 0.10 | $325.00 | $ 32.50 |
| 06/07/2019 | BOS Payroll Tax Returns | | | | |
| | emails on information | Graziani | 0.20 | $325.00 | 65.00 |
| 06/12/2019 | BOS Payroll Tax Returns | | | | |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
 Invoice No.  415072                                                                              **Page 12**

|  |  |  |  |  |
|---|---|---|---|---|
|  | went through information to see what I had and what I needed. Tried to balance with spreadsheet and found discrepancies. Emails regarding additional paperwork |  |  |  |
|  | Graziani | 0.80 | $325.00 | 260.00 |
| 06/24/2019 | BOS Payroll Tax Returns |  |  |  |
|  | printed reports and started preparing the balancing spreadsheet. |  |  |  |
|  | Graziani | 1.00 | $325.00 | 325.00 |
| 06/27/2019 | BOS Payroll Tax Returns |  |  |  |
|  | EMAILS AND PHONE CALL WITH JENNI |  |  |  |
|  | Graziani | 0.10 | $325.00 | 32.50 |
| 07/05/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Graziani | 0.10 | $325.00 | 32.50 |
| 07/11/2019 | BOS Payroll Tax Returns |  |  |  |
|  | emails on reports |  |  |  |
|  | Graziani | 0.10 | $325.00 | 32.50 |
| 07/22/2019 | BOS Payroll Tax Returns |  |  |  |
|  | pulling report with correct payments, went over with Kristen what she needs to do to develop spreadsheet. |  |  |  |
|  | Graziani | 1.00 | $325.00 | 325.00 |
| 07/23/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Reconcile quaterly payroll |  |  |  |
|  | Mosley | 6.50 | $95.00 | 617.50 |
| 07/25/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Graziani | 0.50 | $325.00 | 162.50 |
| 07/28/2019 | BOS Payroll Tax Returns |  |  |  |
|  | got everything balanced and gave to Nick to do returns |  |  |  |
|  | Graziani | 1.50 | $325.00 | 487.50 |
| 07/29/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Melillo | 1.00 | $95.00 | 95.00 |
| 08/07/2019 | BOS Payroll |  |  |  |
|  | Verlotte | 2.00 | $122.00 | 244.00 |
| 08/07/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Melillo | 1.00 | $100.00 | 100.00 |
| 08/12/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Melillo | 0.20 | $100.00 | 20.00 |
| 08/13/2019 | BOS Payroll |  |  |  |
|  | Verlotte | 0.10 | $122.00 | 12.20 |
| 08/14/2019 | BOS Payroll Tax Returns |  |  |  |
|  | scanned and emailed 1st and 2nd qtr to Courtney Ward / update email |  |  |  |
|  | Graziani | 0.30 | $340.00 | 102.00 |
| 08/20/2019 | BOS Payroll |  |  |  |
|  | Verlotte | 0.50 | $122.00 | 61.00 |
| 08/21/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Graziani | 0.20 | $340.00 | 68.00 |
| 08/30/2019 | BOS Payroll Tax Returns |  |  |  |
|  | conference call and emails |  |  |  |
|  | Graziani | 0.30 | $340.00 | 102.00 |
| 09/03/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Graziani | 0.20 | $340.00 | 68.00 |
| 09/04/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Melillo | 0.50 | $100.00 | 50.00 |
| 09/04/2019 | BOS Payroll Tax Returns |  |  |  |
|  | finalize and send to Courtney |  |  |  |
|  | Graziani | 0.20 | $340.00 | 68.00 |
| 09/20/2019 | BOS Payroll Tax Returns |  |  |  |
|  | Melillo | 0.20 | $100.00 | 20.00 |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
  Invoice No.  415072                                                                        **Page 13**

| | | | | |
|---|---|---|---|---|
| 10/28/2019 | BOS Payroll Tax Returns | | | |
| | phone call | | | |
| | Graziani | 0.30 | $340.00 | 102.00 |
| 10/31/2019 | BOS Payroll Tax Returns | | | |
| | EMAILS WITH COURTNEY AND WORK WITH NICK | | | |
| | Graziani | 0.20 | $340.00 | 68.00 |
| 11/07/2019 | BOS Payroll Tax Returns | | | |
| | Melillo | 0.30 | $100.00 | 30.00 |
| | **Subtotal for Washington County Hospital-Bankruptcy** | | | 3,582.70 |

**Washington County Hospital-Bankruptcy**

| | | | | |
|---|---|---|---|---|
| 10/03/2019 | Preparation | | | |
| | Preparation work on client's FYE 09-30-2019 Medicare cost report. | | | |
| | Webel | 3.10 | $226.00 | $    700.60 |
| 10/03/2019 | Engagement Plng | | | |
| | FY19 | | | |
| | Cogar | 0.30 | $173.00 | 51.90 |
| 10/07/2019 | Preparation | | | |
| | Preparation work on client's FYE 09-30-2019 Medicare cost report. | | | |
| | Webel | 0.70 | $226.00 | 158.20 |
| 10/11/2019 | Preparation | | | |
| | Preparation work on client's FYE 09-30-2019 Medicare cost report. | | | |
| | Webel | 0.80 | $226.00 | 180.80 |
| 10/18/2019 | Review | | | |
| | 18 | | | |
| | Slagle | 0.60 | $247.00 | 148.20 |
| 10/23/2019 | Review | | | |
| | Slagle | 0.20 | $247.00 | 49.40 |
| 10/24/2019 | Client Meeting | | | |
| | Gepper | 0.30 | $247.00 | 74.10 |
| 10/24/2019 | Preparation | | | |
| | Slagle | 0.20 | $247.00 | 49.40 |
| 10/24/2019 | Engagement Plng | | | |
| | Engagement planning meeting with ACT associates to discuss various aspects of completing the Medicare cost report. | | | |
| | Webel | 0.30 | $226.00 | 67.80 |
| 10/29/2019 | Client Meeting | | | |
| | Cogar | 0.30 | $173.00 | 51.90 |
| 10/29/2019 | Client Meeting | | | |
| | Conference call held with client to discuss obtaining information for filing of Medicare cost report. | | | |
| | Webel | 0.30 | $226.00 | 67.80 |
| 10/29/2019 | Preparation | | | |
| | FY 2019 Bankruptcy Conference Call. | | | |
| | Kemper | 0.30 | $289.00 | 86.70 |
| 10/29/2019 | Preparation | | | |
| | Gepper | 0.70 | $247.00 | 172.90 |
| 10/30/2019 | Client Meeting | | | |
| | Conference call held with client to discuss obtaining information for filing of Medicare cost report. | | | |
| | Webel | 0.10 | $226.00 | 22.60 |
| 10/30/2019 | Client Meeting | | | |
| | Call with Jenny | | | |
| | Gibboney | 0.30 | $131.00 | 39.30 |

**Arnett Carbis Toothman LLP**
**Washington County Hospital-Bankruptcy**
Invoice No.  415072                                                              **Page 14**

| | | | | |
|---|---|---|---|---|
| 10/30/2019 | Preparation | | | |
| | Conference call with bankruptcy coordinator on discussion of cost report data flow. | | | |
| | Kemper | 0.40 | $289.00 | 115.60 |
| 10/30/2019 | Preparation | | | |
| | Gepper | 0.80 | $247.00 | 197.60 |
| 10/31/2019 | Preparation | | | |
| | Preparation work on client's FYE 09-30-2019 Medicare cost report. | | | |
| | Webel | 0.20 | $226.00 | 45.20 |
| 10/31/2019 | Preparation | | | |
| | Gepper | 0.10 | $247.00 | 24.70 |
| 11/06/2019 | Preparation | | | |
| | Hutcheson | 0.50 | $340.00 | 170.00 |
| 11/07/2019 | Preparation | | | |
| | Gepper | 0.20 | $247.00 | 49.40 |
| 11/21/2019 | Preparation | | | |
| | Gepper | 0.20 | $247.00 | 49.40 |

**Subtotal for Washington County Hospital-Bankruptcy**            2,573.50

Total            37,875.74
Amount Due This Invoice      $    37,875.74

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a** | ) | **Case No.  19-00730-5-JNC** |
| **WASHINGTON COUNTY HOSPITAL,** | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

## NOTICE OF INITIAL APPLICATION BY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [MAY 3, 2019 THROUGH NOVEMBER 30, 2019]

**NOTICE IS HEREBY GIVEN** that Arnett Carbis Toothman LLP as Certified Public Accountant to the Trustee (herein, the "CPA for the Trustee"), has filed its *Initial Application By Arnett Carbis Toothman LLP as Certified Public Accountant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses [May 3, 2019 Through November 30, 2019]* (herein, the "Initial Application");

**FURTHER NOTICE IS HEREBY GIVEN** that CPA for the Trustee has applied for compensation in the amount of $37,585.77 for fees and $289.97 for reimbursement of expenses, for a total of $37,875.74 for the period of May 3, 2019 through November 30, 2019;

**FURTHER NOTICE IS HEREBY GIVEN** that the Initial Application filed by the CPA for the Trustee may be allowed provided no responses and request for a hearing is made by a party-in-interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for a hearing is filed by a party-in-interest in writing within the time indicated, a hearing will be conducted on this Initial Application thereto at a date, time, and place to be later set by the Court and all interested

12

parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule

on the Initial Application thereto *ex parte* without further notice.

Respectfully submitted, this the 13th day of December, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
Francisco T. Morales (N.C. State Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and –**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email:   khendren@hendrenmalone.com
             rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CAH ACQUISITION COMPANY #1, LLC d/b/a** | )　　**Case No.  19-00730-5-JNC** |
| **WASHINGTON COUNTY HOSPITAL,** | ) |
| | )　　**Chapter 11** |
| **Debtor.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of **INITIAL APPLICATION BY ARNETT CARBIS TOOTHMAN LLP AS CERTIFIED PUBLIC ACCOUNTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [MAY 3, 2019 THROUGH NOVEMBER 30, 2019]** was served via electronic service through CM/ECF upon those who have registered for such service, listed in **Exhibit A,** on December 13, 2019, and was served on those listed in **Exhibit B** by first class mail on December 16, 2019.

This the 13th day of December, 2019.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Co-Counsel for the Trustee*

# EXHIBIT A

### Electronic Notification Through CM/ECF

Rayford K. Adams, III on behalf of Debtors

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Francisco T. Morales on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian Behr on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Ryan J. Adams on behalf of Creditor Aspirar Medical Lab, LLC

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

Sam G. Bratton, II on behalf of Debtor CAH Acquisition Company 12, LLC and Interested Party Doerner, Saunders, Daniel & Anderson, LLP

E. Franklin Childress on behalf of Creditor CAH Acquisition Company 11, LLC

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips

Terri L. Gardner on behalf of Petitioning Creditor Medline Industries, Inc., Petitioning Creditor Washington County, NC, and Petitioning Creditor Robert Venable, M.D.

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue

David J Haidt on behalf of Creditor Fairfax Healthcare Authority, Creditor First Liberty Bank, Interested Party City of Drumright, Oklahoma, Interested Party Cohesive Healthcare Management and Consulting, Interested Party Fairfax Healthcare Authority, Interested Party Brent King, and Other Professional C. David Rhoades

Patricia E. Hamilton on behalf of Interested Party Brent King

Tyler E. Heffron on behalf of Interested Party City of Hillsboro, Kansas and the Public Building Commission of Hillsboro, Kansas

Eric L. Johnson on behalf of Creditor First Capital Corporation

Katherine Montgomery McCraw on behalf of Creditor NC Dept of Health and Human Services, DHB

Felton E. Parrish on behalf of Interested Party Bank of Hays, Interested Party City of Hillsboro, Kansas, and the Public Building Commission of Hillsboro, Kansas, Interested Party Security Bank of Kansas City, Interested Party Brent King

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Mathew A. Petersen on behalf of Creditor First Capital Corporation

Stephen W. Petersen on behalf of Creditor First Capital Corporation

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.

Wesley F. Smith on behalf of Interested Party Brent King

John M. Sperati on behalf of Creditor Somerset Capital Group, Ltd.

Sharon L. Stolte on behalf of Interested Party Brent King

Jeffrey R. Whitley on behalf of Creditor First Capital Corporation

Nicholas Zluticky on behalf of Creditor First Liberty Bank and Interested Party Bank of Hays

William Walt Petitt on behalf of Creditor Complete Business Solutions Group, Inc.

# EXHIBIT B

| VIA U.S. MAIL | | |
|---|---|---|
| Alisha McClary<br>P.O. Box 595<br>Keota, OK 74941 | CAH Acquisition Company # 1, LLC<br>c/o Corporation Service Co. Reg.<br>Agent<br>2626 Glenwood Avenue Suite 550<br>Raleigh, NC 27608 | Curtis S. Potter<br>Washington County, County<br>Manager/Atty<br>PO Box 1007<br>Plymouth, NC 27962 |
| Christopher A. McElgunn<br>KLENDA AUSTERMAN LLC<br>1600 Epic Center<br>301 N Main<br>Wichita, KS 67202-4816 | Debbie Mayhall<br>30728 W.C.R. 1250<br>Stigler, OK 74462 | Jennifer Radcliffe<br>305 SE 6th Street<br>Stigler, OK 74462 |
| Jennifer Erin Oldham<br>10177 WCR 1170<br>Stigler, OK 74462 | Jerry P. Spore<br>Spragins, Barnett & Cobb, PLC<br>312 E. Lafayette Street<br>Jackson, TN 38301 | Jonathan O. Steen<br>Spragins, Barnett & Cobb, PLC<br>213 E. Lafayette Street<br>Jackson, TN 38301 |
| Mary Susan Strain<br>P.O. Box 85<br>Keota, OK 749412 | Nicki Sales<br>20293 NCR 4553<br>Keota, OK 74941 | Patricia Shaffer<br>30329 S.C.R. 4340<br>Stigler, OK 7446 |
| Shane Reed<br>Director/Credit A/R Escalation<br>Finance<br>Three Lakes Drive<br>Northfield, IL 60093 | Suzanne Koenig<br>SAK Management Services, LLC<br>300 Saunders Rd., Suite 300<br>Riverwoods, IL 60015 | W. Tyler Chastain, Esq.<br>Bernstein, Stair & McAdams, LLP<br>116 Agnes Road<br>Knoxville, Tennessee 37919 |