**VAN–117** Hearing Conference Worksheet – Rev. 07/08/2019

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
958 U.S. Highway 64 East
Plymouth, NC 27962

**Greenville Division**

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

Status Conference

Rayford K. Adams III
Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston–Salem, NC 27103
336 631–1067

Thomas W. Waldrep Jr.
Waldrep LLP
101 S Stratford Road, Suite 210
Winston–Salem, NC 27104

DATED: December 17, 2019

Lisa Payne