## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730 |
| CAH ACQUISITION COMPANY #1, ) | |
| LLC, d/b/a WASHINGTON COUNTY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### TRUSTEE'S REPORT OF NO BIDS OTHER THAN STALKING HORSE BIDDER

Thomas W. Waldrep, Jr., the duly appointed Chapter 11 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor") hereby files this Report pursuant to the *Order (A) Establishing Bidding Procedures, (B) Approving Stalking Horse Bidder, (C) Approving Form and Manner of Notices, (D) Scheduling Hearing to Consider Final Approval of Sale and Treatment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief* (the "Bidding Procedures Order") [Dkt. No. 561] and provides notice to the Court and to all interested parties that the Trustee received no bids for the Debtor's assets other than the Stalking Horse Bid of Affinity Health Partners (the "Stalking Horse").

PLEASE TAKE NOTICE THAT the Debtor's assets will not be sold at auction, and pursuant to the Bidding Procedures Order and the *Order Granting Motion to Continue Tentative Stalking Horse Sale Hearing and Associated Tentative Objection Deadline* [Dkt. No. 591], the approval of the sale of the Debtor's assets to the Stalking Horse shall heard on January 2, 2020 at 1:00 PM EST at the United States Bankruptcy Court in Greenville, North Carolina. The Deadline for any party-in-interest to object to the approval of the sale to the Stalking Horse shall be December 27, 2019 at 5:00 PM EST.

This the 17th day of December, 2019.

        **WALDREP LLP**

        /s/ *James C. Lanik*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        James C. Lanik (NC State Bar No. 30454)
        Jennifer B. Lyday (NC Bar No. 39871)
        Francisco T. Morales (NC Bar No. 43079)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        **- and –**

        **HENDREN, REDWINE & MALONE, PLLC**

        Jason L. Hendren (NC State Bar No. 26869)
        Rebecca F. Redwine (NC Bar No. 37012)
        4600 Marriott Drive, Suite 150
        Raleigh, NC 27612
        Telephone: 919-420-7867
        Telefax: 919-420-0475
        Email: jhendren@hendrenmalone.com
                rredwine@hendrenmalone.com

        *Co-Counsel for the Trustee*