UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
OTHER DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION ) | CASE NO.: 19-00730-5-JNC |
| COMPANY 1, LLC, et al. ) | Chapter 11 |
| ) | Jointly Administered |
| Debtor ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney gives notice of appearance for the interested party Cohesive Healthcare Management and Consulting, LLC in the captioned case and requests that a copy of all notices be mailed to him and that the following address be included on the mailing matrix:

    Paul A. Fanning
    Ward and Smith, P.A.
    Post Office Box 8088
    Greenville, NC  27835-8088

This the 19th day of December, 2019.

    /s/*Paul A. Fanning*
    Paul A. Fanning
    N.C. State Bar I.D. No.:  025477
    email:  paf@wardandsmith.com
    For the firm of
    Ward and Smith, P.A.
    Post Office Box 8088
    Greenville, NC  27835-8088
    Telephone:  252.215.4000
    Facsimile:  252.215.4077
    Attorneys for Cohesive Healthcare Management and Consulting, LLC

CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was filed electronically in accordance with the local rules and was served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

CAH Acquisition Company 1, LLC
dba Washinton County Hospital
Post Office Box 955745
St. Louis, MO  63195
*Debtor*

Rayford K. Adams III, Esq.
Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC  27103
*Attorneys for Debtor*
*Served via CM/ECF*

Thomas W. Waldrep Jr., Esq.
101 S. Stratford Road, Suite 210
Winston-Salem, NC  27104
*Chapter 11 Trustee*
*Served via CM/ECF*

Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093
*Petitioning Creditor*

Jason L. Hendren, Esq.
Rebecca F. Redwine, Esq.
Benjamin E. F. B. Waller, Esq.
Hendren, Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC  27612
*Attorneys for Trustee*
*Thomas W. Waldrep, Jr.*
*Served via CM/ECF*

James C. Lanik, Esq.
Jennifer B. Lyday, Esq.
Thomas W. Waldrep Jr., Esq.
Francisco T. Morales, Esq.
Waldrep LLP
101 S. Stratford Road, Suite 210
Winston-Salem, NC  27104
*Attorneys for Trustee Thomas W. Waldrep, Jr.*
*Served via CM/ECF*

CAH Acquisition Company 7, LLC
dba Prague Community Hospital
Post Office Box 955745
St. Louis, MO  63195
*Jointly Administered Debtor*

CAH Acquisition Company 12, LLC
dba Fairfax Community Hospital
Post Office Box 955745
St. Louis, MO  63195
*Jointly Administered Debtor*

2

| | |
|---|---|
| CAH Acquisition Company 16, LLC<br>dba Haskell County Community Hospital<br>Post Office Box 955745<br>St. Louis, MO  63195<br>*Jointly Administered Debtor* | Terri L. Gardner, Esq.<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Attorney for Petitioning Creditors*<br>*Served via CM/ECF* |
| Robert Venable, M.D.<br>Post Office Box 1026<br>Plymouth, NC 27962<br>*Petitioning Creditor* | Washington County, NC<br>Post Office Box 1007<br>Plymouth, NC 27962<br>*Petitioning Creditor* |

This the 19th day of December, 2019.

/s/*Paul A. Fanning*
Paul A. Fanning
N.C. State Bar I.D. No.:  025477
email:  paf@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  252.215.4000
Facsimile:  252.215.4077
Attorneys for Cohesive Healthcare Management
and Consulting, LLC

ND: 4818-6972-6383, v. 1