# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **CASE NO. 19-00730-5-JNC** |
| **CAH ACQUISITION COMPANY 1, LLC** | ) |
| d/b/a **WASHINGTON COUNTY** | ) **CHAPTER 11** |
| **HOSPITAL,** | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**NOW COMES** Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P., pursuant to Bankruptcy Rule 2002(i) and 3017(a) and hereby enters an appearance on behalf of creditor SIEMENS FINANCIAL SERVICES, INC. and requests that a copy of all notices to creditors and other parties in interest be served upon him as attorney for SIEMENS FINANCIAL SERVICES, INC.

Date:   December 27, 2019

/s/   Byron L. Saintsing
Byron L. Saintsing, N.C. Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorneys for Siemens Financial Services, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY 1, LLC | ) |
| d/b/a WASHINGTON COUNTY | ) CHAPTER 11 |
| HOSPITAL, | ) |
| Debtor. | ) |

I, Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP Attorneys at Law, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Notice of Appearance and Request for Notices upon the following by CM/ECF as noted or by mailing a copy thereof, postage prepaid:

VIA U.S. MAIL
CAH Acquisition Company 1, LLC
d/b/a Washington County Hospital
958 US Highway 64 East
Plymouth, NC 27962

VIA CM/ECF
Rayford K. Adams, III, Debtor's Attorney
Thomas W. Waldrep, Jr., Trustee
Jason L. Hendren, et al., Trustee's Attorneys
Bankruptcy Administrator

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 27, 2019

/s/ Byron L. Saintsing
Byron L. Saintsing, N.C. Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
PO Box 176010
Raleigh, NC 27619-6010
Telephone: (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorneys for Siemens Financial Services, Inc.