## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, | ) | |
| LLC, d/b/a WASHINGTON COUNTY | ) | Chapter 11 |
| HOSPITAL, *et al.* | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## AMENDED NOTICE OF MOTION

TO:    Debtors, Attorneys for Debtors, Trustee, Attorneys for Trustees, and Parties of Interest

NOTICE IS HEREBY GIVEN of the motion for an order compelling Debtors through Trustee to file returns and pay withholding taxes or be dismissed with prejudice [D.E. 630] filed on December 31, 2019 by the United States Attorney in the above-captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this motion may be allowed provided no response and request for a hearing is made by the Debtors, or other parties in interest, in writing to the clerk of this Court within twenty-one (21) days from the date of this notice;

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the Debtors, or other parties in interest named herein in writing by the time indicated, a hearing will be conducted on the motion and response thereto at a date, time, and place to be later set by the Court, and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the motion and response thereto ex parte without further notice.

1

Respectfully submitted this 3rd day of January, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Dennis M. Duffy
DENNIS M. DUFFY
Assistant United States Attorney
Attorney for IRS
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
dennis.duffy@usdoj.gov
N.C. Bar No. 27225

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 3rd day of January, 2020, served a copy of the foregoing upon the below-listed parties electronically and/or by placing a copy of the same in the U.S. Mail, addressed as follows:

CAH Acquisition Company 1, LLC
d/b/a Washington County Hospital
958 U.S. Highway 64 East
Plymouth, NC 27962

CAH Acquisition Company 2, LLC
d/b/a Oswego Community Hospital
PO Box 953412
Saint Louis, MO 63195

CAH Acquisition Company 3, LLC
d/b/a Horton Community Hospital
PO Box 953296
Saint Louis, MO 63195

CAH Acquisition Company 6, LLC
d/b/a I-70 Community Hospital
PO Box 953241
Saint Louis, MO 63195-3241

CAH Acquisition Company 7, LLC
d/b/a Prague Community Hospital
PO Box 953446
Saint Louis, MO 63195

CAH Acquisition Company 12, LLC
d/b/a Fairfax Community Hospital
PO Box 955734
Saint Louis, MO 63195

CAH Acquisition Company 16, LLC
d/b/a Haskell County Community Hospital
PO Box 955745
Saint Louis, MO 63195

**Served by CM/ECF system:**

Rayford K. Adams, III
Attorney for Debtors

Sam G. Bratton, II
Attorney for Debtor CAH Acquisition Company 12

Thomas W. Waldrep, Jr.
Trustee

Jason L. Hendren
Attorney for the Trustee

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Dennis M. Duffy
DENNIS M. DUFFY
Assistant United States Attorney
Attorney for IRS
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
dennis.duffy@usdoj.gov
N.C. Bar No. 27225

4