# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-00730-5-JNC |
| | ) | |
| CAH ACQUISITION COMPANY #1, | ) | |
| LLC, d/b/a WASHINGTON COUNTY | ) | Chapter 11 |
| HOSPITAL, *et al.* | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 9th day of January, 2020, served copies of the Motion to Compel Debtors through Trustee to File Pre-Petition Tax Returns and to Pay Delinquent Post-Petition Withholding Taxes, or, Alternatively, to Convert/Dismiss such cases [D.E. 630] and Amended Notice of Motion [D.E. 640] on all creditors in this matter, as well as all affected parties in the below listed jointly administered cases. The parties were served electronically via CM/ECF or by placing a copy of the same in the U.S. Mail (see attached Mailing Matrix):

CAH Acquisition Company #2, LLC, Case No. 19-01230-5-JNC (Oswego, KS);
CAH Acquisition Company #3, LLC, Case No. 19-01180-5-JNC (Horton, KS);
CAH Acquisition Company 6, LLC, Case No. 19-01300-5-JNC (I-70 Comm. Hospital);
CAH Acquisition Company 7, LLC, Case No. 19-01298-5-JNC (Prague, OK);
CAH Acquisition Company 12, LLC, Case No. 19-01697-5-JNC (Fairfax, OK);
CAH Acquisition Company #16, LLC, Case No. 19-01227-5-JNC (Haskell, OK).

                                              ROBERT J. HIGDON, JR.
                                              United States Attorney

                                              /s/ Dennis M. Duffy
                                              DENNIS M. DUFFY
                                              Attorney for the IRS
                                              Assistant United States Attorney
                                              150 Fayetteville Street, Suite 2100
                                              Raleigh, NC  27601
                                              Telephone: (919) 856-4530
                                              dennis.duffy@usdoj.gov
                                              N.C. Bar No. 27225

CAH Acquisition Company 1, LLC
c/o Corporation Service Co. Reg. Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

Aspirar Medical Lab, LLC
135 Parkway Office Court
Suite 105
Cary, NC 27518-7425

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

AETNA BETTER HEALTH OF MISSOURI
10 S BROADWAY, SUITE 1200
ST LOUIS MO 63102-1713

AETNA LIFE INSURANCE COMPANY
151 FARMINGTON AVENUE
HARTFORD CT 06156-0002

AFCO INSURANCE PREMIUM FINANCE
5600 NORTH RIVER ROAD, SUITE 400
DES PLAINES IL 60018-5187

City of Drumright, Oklahoma
c/o Ayers & Haidt, PA
PO Box 1544
New Bern, NC 28563-1544

CAH Acquisition Company 1, LLC d/b/a Washing
958 U.S. Highway 64 East
Plymouth, NC 27962-9216

CAH Acquisition Company 11, LLC
326 Asbury Avenue
Ripley, TN 38063-5577

ALL SAVERS INSURANCE COMPANY
7440 WOODLAND DR
INDIANAPOLIS IN 46278-1720

ALMA PHELPS
650 WHITE ROAD
CREWELL, NC 27928-9398

ALTHEA STUGER
765 MARRINER ROAD
ROPER, NC 27970-9378

Grant Thornton, LLP
757 Third Ave., 9th Floor
New York, NY 10017-2064

Cohesive Healthcare Management and Consultin
c/o Paul A. Fanning, Esq.
Post Office Box 8088
Greenville, NC 27835-8088

Fairfax Healthcare Authority
Attn: Jeffrey E. Tate, Esq.
Christensen Law Group, PLLC
3401 NW 63rd St., Ste. 600
Oklahoma City, OK 73116-3796

AMANDA BUNCH
612 PIRATE COVE
WASHINGTON, NC 27889-6544

AMBER POPE
2295 SWEET HOME RD
WILLIAMSTON, NC 27892-9763

AMBETTER OF NC
125158 RESEARCH BLVD, BUILDING 2
AUSTIN TX 78759

IHealthcare Management II Company
Attn: Noel Mijares
3901 SW 28th Street
2nd Floor
Miami, FL 33142

Hendren, Redwine & Malone, PLLC
4600 Marriott Dr, Suite 150
Raleigh, NC 27612-3367

Hitachi Capital America Corp.
Attn: Corporation Service Company
2626 Glenwood Ave. Suite 550
Raleigh, NC 27608-1370

AMERICAN FAMILY INSURANCE
6000 AMERICAN PARKWAY
MADISON WI 53783-0002

AMERICAN NATIONAL INSURANCE COMPANY
PO BOX 10546
SPRINGFIELD MO 65808-0546

AMERIGROUP
4425 CORPORATION LANE
VIRGINIA BEACH VA 23462-3103

Parker Hudson Rainer & Dobbs, LLP 303
Peachtree Street NE, Suite 3600
Atlanta, GA 30308-3225

IHealthcare Software Services, Inc.
Attn: Noel Mijares
3901 SW 28th Street
2nd Floor
Miami, FL 33142

Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093-2753

AMY BROWN
618 NC 42
COLERAIN, NC 27924

ANTHEM INC
220 VIRGINIA AVENUE
INDIANAPOLIS IN 46204-3632

ASHLEE WHITE
236 POCOSIN ROAD
WINDSOR, NC 27983-7940

Washington County, NC
Post Office Box 1007
Plymouth, NC 27962-1007

Spilman Thomas & Battle, PLLC
110 Oakwood Dr., Suite 500
Winston-Salem, NC 27103-1958

Stone Bank
802 East Main Street
Mountain View, AR 72560-6491

ASHLEY MANNING
9167 NC HWY 99N
PANTEGO, NC 27860-9628

ASHLEY PERRY
401 E VANCE STREET
WILLIAMSTON, NC 27892-1855

ASSURANT HEALTH
501 W MICHIGAN ST
PO BOX 3050
MILWAUKEE WI 53201-3050

AARP
601 E STREET NW
WASHINGTON DC 20049-0003

U. S. Bankruptcy Court
300 Fayetteville Street, 4th Floor
P.O. Box 791
Raleigh, NC 27602-0791

117 Albemarle Drive
117A Albemarle Drive
A
Plymouth NC 27962, NC 27962-1500

AUSTRALIA EBRON
PO Box 271
Belhaven, NC 27810-0271

AVMED INDIVIDUAL HEALTH
9400 S DADELAND BLVD
MIAMI FL 33156-2842

AYA Healthcare, Inc.
Dept 3519/PO Box 123519
Dallas, TX 75312-3519

AARP NORTH CAROLINA
5511 CAPITAL CENTER DR, Suite 400
RALEIGH NC 27606-3365

AARP KANSAS OFFICE
6220 SW 29TH STREET, SUITE 300
TOPEKA KS 66614-5028

AARP MISSOURI
9200 WARD PARKWAY, SUITE 350
KANSAS CITY MO 64114-3387

Abbott-Laboratories
100 Abbott Park Road
Abbott Park, IL 60064-3500

Adaptive Medical Partners
1450 Hughes Road, Suite 250
Grapevine, TX 76051-7364

Adaptive Medical Partners
3229 Premier Dr., STE 200
Irving, TX 75063-2611

(p)ACE FUNDING SOURCE
366 N BROADWAY
JERICHO NY 11753-2025

AARP OKLAHOMA
126 N BRYANT AVE
EDMOND OK 73034-6301

AB Sciex, LLC
1201 Radio Road
Redwood City, CA 94065-1217

Advancd Physician Billing, Inc.
7245 SW 87th Ave Suite 300
Miami, FL 33173-3563

Advanced Physician Billing, Inc.
12600 SW 120th Street
Suite 115
Miami, FL 33186-9116

Advantage RN, LLC
PO Box 404691
Atlanta, GA 30384-4691

ACR
1891 Preston White Drive
Reston, VA 20191-4326

AETNA
151 FARMINGTON AVENUE
HARTFORD CT 06156-0002

Aetna Inc.
attn: Aaron McCollough
McGuireWoods LLP
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Agema Lab Management, LLC
861 E. 33rd Street
Edmond, OK 73013-5407

Agility Health LLC
607 Dewey Avenue SW
Suite 300
Grand Rapids, MI 49504

Air Gas USA LLC
2015 Vaughn Rd NW Suite 400
Kennesaw, GA 30144-7802

Airgas USA, LLC
PO Box 532609
Atlanta, GA 30353-2609

Alere North America, Inc.
PO Box 846153
Boston, MA 02284-6153

BLUE CROSS BLUE SHIELD OF NC
PO BOX 2291
DURHAM NC 27702-2291

BLUE CROSS BLUE SHIELD OF OKLAHOMA
1400 S BOSTON
TULSA OK 74119-3612

BLUE CROSS BLUE SHIELD OF TENNESSEE
1 CAMERON HILL CIRCLE
CHANTTANOOGA TN 37402-2555

Alimed
PO Box 9135
Dedham, MA 02027-9135

Amazon Capital Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

American Future Systems, Inc.
370 Technology Drive
Malvern, PA 19355-1315

BREANNA HUDNELL
417 E PUNGO ST
BELHAVEN, NC 27810-1545

BRENDA CHERRY
PO BOX 443
482 GUM STREET
BELHAVEN, NC 27810-1206

BRETT ANGE
1301 ANGETOWN ROAD
JAMESVILLE, NC 27846-9322

American Proficiency Institute
1159 Business Park Dr.
Traverse City, MI 49686-8693

American Red Cross Blood Services
Attn: Office of General Counsel
2025 E St NW
Washington, DC 20006-5009

Amerisource Bergen
1300 Morris Drive
Wayne, PA 19087-5594

Baker-Allen Building Supply
PO Box 1042
Plymouth, NC 27962-1042

Barnes Motor & Parts Plymouth
2728 Forest Hills Road
PO Box 1207
Wilson, NC 27894-1207

Baxter Healthcare
1 Baxter Pkwy, DF3-2E
Deerfield, IL 60015-4633

Amy J. Tawney, Esquire
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, WV 25325-1386

App Group International, LLC
85 Broad Street - 17th Floor
New York, NY 10004-2783

App Group International, LLC
Attn: Jason Gang, Esq.
1245 Hewlett Plaza #478
Hewlett, NY 11557-4021

Bayer Corporation
3930 Edison Lakes Parkway
Mishawaka, IN 46545-3418

Beacon Printing & Imaging, Inc.
210 W Water Street
Plymouth, NC 27962-1212

Beckman Coulter, Inc
250 S Kraemer Blvd- D1. NW. 03
Brea, CA 92821-6232

App Group International, LLC
Jason Gang, Esq
1245 Hewlett Plaza, #478
Hewlett, NY 11557-4021

Armstrong Medical
PO Box 700
Lincolnshire, IL 60069-0700

Arrow International, Inc.
PO Box 60519
Charlotte, NC 28260-0519

Bemes, Inc.
800 Sun Park Drive
Fenton, MO 63026-5388

Bennie A. Moore Septic Tank
4294 US Hwy 17
Williamston, NC 27892-8216

Blue Cross Blue Shield of North Carolina
Julie Pape
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2410

Aspirar Medical Lab
135 Parkway Office CT, Suite 106
Cary, NC 27518-7425

Atlantic Coastal Supply
PO Box 2887
Greenville, NC 27836-0887

Atlas Medstaff, Inc.
11506 Nicholas Street, Suite 105
Omaha, NE 68154-4421

Bowen Heating & Refrig Inc.
1120 Tyner Road
Williamston, NC 27892-8599

Brame Specialty Company
PO Box 271
Durham, NC 27702-0271

Business Merchant Funding
1022 Avenue M
Brooklyn NY 11230-4747

Audit Microcontrols, Inc.
222 Technology Parkway
PO Box 3369
Eatonton, GA 31024-3369

BARBARA MCCULLEN
667 QUARTER RD
SWAN QUARTER, NC 27885-9794

BARDEN BROWNING
402 EAST VANCE STREET
WILLIAMSTON, NC 27892-1856

Butler & Associates
PO Box 634404
Cincinnati, OH 45263-4404

C&R Medical
3200 Corte Malpaso, Suite 101
Camarillo, CA 93012-8071

CAH Acquisition 4, LLC
4254 N Oak Trafficway
Kansas City, MO 64116-4541

BETH RANDISE
4113 WAYLON ROAD
WILMINGTON, NC 28411-7205

BLACK BEAR INSURANCE AGENCY
270 WAYMONT CT, SUITE 100
LAKE MARY FL 32746-3569

BLUE ADVANTAGE PLUS OF KANSAS CITY
2301 MAIN ST
KANSAS CITY MO 64108-2429

CAH Acquisition Company #11
1700 Swift Avenue, Suite 200
Kansas City, MO 64116-3834

CAH Acquisition Company #11
216 Centerview Drive Suite 317
Brentwood, TN 37027-3226

CAH Acquisition Company #12, LLC
1100 Main Street Suite 2350
Kansas City, MO 64105-5186

BLUE CROSS BLUE SHIELD ASSOCIATION
225 NORTH MICHIGAN AVE
CHICAGO IL 60601-6026

BLUE CROSS BLUE SHIELD OF ARKANSAS
PO BOX 2181
LITTLE ROCK AR 72203-2181

BLUE CROSS BLUE SHIELD OF FL
4800 DEERWOOD CAMPUS PKWY, DC1-8
JACKSONVILLE FL 32246-8273

CAH Acquisition Company #12, LLC
13595 SW 134th Avenue #209
Miami, FL 33186-4580

CAH Acquisition Company #12, LLC
1700 Swift Avenue, Suite 200
Kansas City, MO 64116-3834

CAH Acquisition Company #16, LLC
13595 SW 134th Avenue #209
Miami, FL 33186-4580

BLUE CROSS BLUE SHIELD OF KANSAS
1133 SW TOPEKA BLVD
TOPEKA KS 66629-0002

BLUE CROSS BLUE SHIELD OF KANSAS CITY
CITY ONE PERSHING SQUARE
2301 MAIN ST
KANSAS CITY MO 64108-2429

BLUE CROSS BLUE SHIELD OF MISSOURI
220 VIRGINIA AVENUE
INDIANAPOLIS IN 46204-3709

CAH Acquisition Company #16, LLC
1700 Swift Avenue, Suite 200
Kansas City, MO 64116-3834

CAH Acquisition Company #16, LLC
401 NW H Street
Stigler, OK 74462-1625

CAH Acquisition Company #2, LLC
1700 Swift Avenue, Suite 200
Kansas City, MO 64116-3834

| | | | | | |
|---|---|---|---|---|---|
| CAH Acquisition Company #2, LLC<br>800 Barker Drive<br>Oswego, KS 67356-9014 | CAH Acquisition Company #3, LLC<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | CAH Acquisition Company #3, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | CHRISTINA MOORE<br>4418 NC HWY 32 NORTH<br>PLYMOUTH, NC 27962-8984 | CHRISTINA OLLIS<br>102 IREDELL<br>EDENTON, NC 27932-1655 | CHRISTINE BRYAN<br>600 SOUTH BROAD STREET<br>ROBERSONVILLE, NC 27871-8401 |
| CAH Acquisition Company #3, LLC<br>240 W 18th Street<br>Horton, KS 66439-1245 | CAH Acquisition Company #4, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | CAH Acquisition Company #5, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | CHRYSTIE STOWE<br>323 JORDAN THICK ROAD<br>PLYMOUTH, NC 27962-9436 | CIGNA HEALTH LIFE INSURANCE CO<br>900 COTTAGE GROVE RD<br>BLOOMFIELD CT 06002-2920 | CIGNA HEALTHCARE OF FLORIDA<br>1200 S PINE ISLAND RD<br>PLANTATION FL 33324-4413 |
| CAH Acquisition Company #5, LLC<br>701 S Main Street<br>Hillsboro, KS 67063-1553 | CAH Acquisition Company #6, LLC<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | CAH Acquisition Company #6, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | CIGNA HEALTHCARE OF MISSOURI<br>120 S CENTRAL AVE<br>CLAYTON MO 63105-1705 | CIGNA HEALTHCARE OF NC<br>225 HILLSBOROGH ST<br>RALEIGH NC 27603-1767 | CIGNA HEALTHCARE OF OKLAHOMA<br>1833 S MORGAN RD<br>OKLAHOMA CITY OK 73128-7004 |
| CAH Acquisition Company #6, LLC<br>4254 N Oak Trfy<br>Kansas City, MO 64116-4541 | CAH Acquisition Company #7, LLC<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | CAH Acquisition Company #7, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | CIGNA HEALTHCARE OF TENNESSEE<br>1000 CORPORATE CENTER DR, SUITE 500<br>FRANKLIN TN 37067-6209 | CIGNA HEALTHSPRING<br>500 GREAT CIRCLE RD<br>NASHVILLE TN 37228-1309 | CLAYTREANE COOPER<br>212 ROBIN DRIVE<br>PLYMOUTH, NC 27962-2313 |
| CAH Acquisition Company #7, LLC<br>4254 N Oak Trfy<br>Kansas City, MO 64116-4541 | CAH Acquisition Company 1, LLC<br>4254 N Oak Trafficway<br>Kansas City, MO 64116-4541 | CAH Acquisition Company 10, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | COLLEEN IRELAND<br>124 AVENUE ROAD<br>WASHINGTON, NC 27889-4034 | COMMUNITYCARE MANAGED HEALTHCARE PLANS OF OK<br>WILLIAMS CENTER TOWER II<br>TWO WEST SECOND ST SUITE 100<br>TULSA OK 74103-3121 | COMPASS ROSE HEALTH PLAN<br>11490 COMMERCE PARK DR, SUITE 220<br>RESTON VA 20191-1547 |
| CAH Acquisition Company 10, LLC<br>PO Box 68<br>Yadkinville, NC 27055-0068 | CAH Acquisition Company 9, LLC<br>NE Hwy 60<br>Seiling, OK 73663 | CAMERON SMITH<br>146 N RAVENWOOD LN<br>BELHAVEN, NC 27810-0059 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>900 COTTAGE GROVE RD<br>BLOOMFIELD CT 06002-2920 | CORTNEY WARD<br>204 HAMPTON DRIVE<br>PLYMOUTH, NC 27962-1614 | COVENTRY HEALTH CARE KS<br>8535 E 21ST N<br>WICHITA KS 67206-2910 |
| CANDICE THARRINGTON<br>603 SPRING FOREST ROAD<br>APT B<br>Greenville, NC 27834-7250 | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANC<br>351 W CAMDEN ST, Suite 100<br>BALTIMORE MD 21201-2480 | CARE N CARE INSURANCE COMPANY DBA HEALTH TEA<br>7800 MCCLOUD RD, SUITE 100<br>GREENSBORO NC 27409-9821 | COVENTRY HEALTH CARE OF FLORIDA<br>1201 S PINE ISLAND RD<br>PLANTATION FL 33324 | COVENTRY HEALTH CARE OF MISSOURI<br>550 MARYVILLE CENTRE DR, SUITE 300<br>ST LOUIS MO 63141-5818 | COVENTRY HEALTH CARE OF NC<br>2700 X RAY DR<br>GASTONIA NC 28054-7490 |
| CAREFIRST BLUE CROSS BLUE SHIELD VA<br>CAREFIRST ADMINISTRATORS<br>3060 WILLIAMS DR SUITE 200<br>FAIRFAX VA 22031-4642 | CAREFIRST INC GROUP<br>10455 MILL RUN JCIRCLE<br>OWINGS MILLS MD 21117-4208 | CARESOURCE<br>230 S MAIN ST<br>DAYTON OH 45402 | COVENTRY HEALTH CARE OK<br>5406 5125 E 99TH ST<br>TULSA OK 74137 | COVENTRY HEALTH LIFE INSURANCE COMPANY<br>603 DOGWOOD CT<br>ASHLAND MO 65010-9012 | COX HEALTH SYSTEMS INSURANCE COMPANY<br>B 3200 S NATIONAL AVE<br>SPRINGFIELD MO 65807-7303 |
| CAROL COLLIER<br>379 LLAMA RD<br>PLYMOUTH, NC 27962-9689 | CARRIE DICKERSON-BOYD<br>PO BOX 576<br>1050 MAPLE STREET<br>JAMESVILLE, NC 27846-0576 | CATHY SWAIN<br>11751 NC HWY 32N<br>ROPER, NC 27970-0468 | CPSI<br>6600 Wall Street<br>Mobile, AL 36695-4512 | CT Corporation System, as representative<br>330 N Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203-2336 | Cameron Blake Smith<br>146 North Ravenwood Lane<br>Belhaven, NC 27810-0059 |
| CELTIC INSURANCE COMPANY<br>233 SOUTH WACKER DR<br>CHICAGO IL 60606-7147 | CENTENE CORPDBA CELTIC HEALTH<br>7700 FORSYTH BLVD<br>ST LOUIS MO 63105-1807 | CENTERS FOR MEDICARE MEDICAID SERVICES<br>6525 OVERLAND PARK DR<br>GREENSBORO NC 27410-9692 | Canon Financial Services, Inc.<br>Stark & Stark, P.C., Attn: Marshal<br>993 Lenox Drive<br>Lawrenceville, NJ 08648-2389 | Cardinal Health<br>3750 Torrey View Court<br>San Diego, CA 92130-2622 | Cardinal Health 200, LLC<br>c/o Erin Gapinski, Senior Counsel<br>7000 Cardinal Place<br>Dublin, OH 43017-1091 |
| Careexpand, LLC<br>2323 Ross Avenue<br>Suite 1700<br>Dallas, TX 75201-2726 | Carefusion Solutions, LLC<br>25082 Network Place<br>Chicago, IL 60673-1250 | Carol Louise Collier<br>379 Llama Rd.<br>Plymouth, NC 27962-9689 | DENISE THOMAS<br>1288 ROOSEVELT AVE<br>PLYMOUTH, NC 27962-9181 | DINA BROWN<br>67 PRICE AVENUE<br>P.O. BOX 321<br>PLYMOUTH, NC 27962-0321 | DNV GL Healthcare USA<br>Dept 3479/PO Box 123479<br>Dallas, TX 75312-3479 |
| Carolina Telephone and Telegraph, LLC - East<br>Attn: CenturyLink Communications, LLC -<br>1025 EL Dorado Blvd<br>broomfield, CO 80021-8254 | Carrie Dickerson Boyd<br>PO Box576<br>Jamesville, NC 27846-0576 | Carrie N. Dickerson Boyd<br>PO Box 576<br>Jamesville, NC 27846-0576 | DONNA MANSEAU<br>544 MACKEYS ROAD<br>PLYMOUTH, NC 27962-9498 | DOROTHY IRVIN<br>211 GEN MATT RANSOME DR<br>PLYMOUTH, NC 27962-1619 | DYSHA KNIGHT<br>110 HILL STREET<br>WILLIAMSTON, NC 27892-2232 |
| Castle Medical, LLC<br>Foothills Professional Building<br>Suite 101<br>St Thomas, VI 00802 | Centimark Corp<br>12 Grandview Circle<br>Canonsburg, PA 15317-8533 | Central Telephone Company - North Carolina d<br>Attn: CenturyLink Communications, LLC -<br>1025 EL Dorado Blvd<br>BROOMFIELD, CO 80021-8254 | David Cooks Plumbing<br>PO Box 594<br>Plymouth, NC 27962-0594 | DeQueen Medical Center<br>1306 West Collin Raye Drive<br>De Queen, AR 71832-2502 | Deborah H Swain<br>151 Hughes Drive<br>Plymouth, NC 27962-9194 |
| Central Telephone Company North Carolina dba<br>Attn: CenturyLink Communications, LLC -<br>1025 EL Dorado Blvd<br>BROOMFIELD, CO 80021-8254 | Century Link<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | Centurylink Communications, LLC dba CenturyL<br>Attn: CenturyLink Communications, LLC -<br>1025 EL Dorado Blvd<br>BROOMFIELD, CO 80021-8254 | Delta Flex Travelers, LLC<br>3100 Olympus Blvd., Ste 500<br>Coppell, TX 75019-5473 | Department of Health and Human Svcs<br>SAS Registration<br>2025 Mail Service Center<br>Raleigh, NC 27699-2000 | Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0100 |
| Chrystie L. Stowe<br>5975 Jerden Thicket Road<br>Jamesville, NC 27846-9315 | Cigna Healthcare of North Carolina, Inc<br>c/o Wilhelmina Bergland, Legal Dept<br>900 Cottage Grove Road, B6LPA<br>Bloomfield, CT 06002-2920 | Clearchem Diagnostics, Inc.<br>1710 E. Grevillea Court<br>Ontario, CA 91761-8035 | Digitec Medical Service Corp<br>753 Winer Industrial Way, Suite F<br>Lawrenceville, GA 30046-8730 | Discount Cardiology<br>3200 Corte Malpaso, Suite 101<br>Camarillo, CA 93012-8071 | (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 |
| Clia Laboratory Program<br>7500 Security Boulevard<br>Baltimore, MD 21244-1849 | College of American Pathologists<br>325 Waukegan Road<br>Northfield, IL 60093-2750 | Comphealth Medical Staffing<br>PO Box 972670<br>Dallas, TX 75397-2670 | Drumright Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Dung Tien Pham<br>1447 Mackeys Road<br>Plymouth, NC 27962-9037 | Durlyn Broadcasting<br>930 Highway 32 South<br>Plymouth, NC 27962-9354 |
| Complete Business Solutions Group<br>22 N 3rd Street<br>Philadelphia, PA 19106-2113 | Complete Business Solutions Group, Inc.<br>c/o Joe Cole<br>20 N. 3rd Street<br>Philadelphia, PA 19106-2118 | Cone Instruments, LLC<br>ATTN: Lockbock 233261<br>4900 W. 95th Street<br>Oak Lawn, IL 60453-2542 | Dusty Ducts, Inc.<br>1076 Corporate Park Drive<br>Forest, VA 24551-2268 | EMBLEMHEALTH<br>55 WATER ST<br>NEW YORK NY 10041-0004 | EMR Finance, LLC<br>2300 McDermott Road, Suite 200-153<br>Plano, TX 75025-7016 |
| Creekridge Capital<br>PO Box 1880<br>Minneapolis, MN 55480-1880 | Creswell Water & Sewer Department<br>PO Box 68<br>Creswell, NC 27928-0068 | DASHAUN MASON<br>323 BOUSH STREET<br>P.O. BOX 214<br>ROPER, NC 27970-0214 | EPower Doc, Inc.<br>PO Box 88218<br>Atlanta, GA 30356-8218 | ER Imaging, Inc.<br>2101 West Arlington Blvd., Suite 21<br>Greenville, NC 27834-5758 | ERIC CROSS<br>3981 PEA RIDGE RD<br>ROPER, NC 27970-9693 |
| DAVID WYNN<br>84 MACKEYS RD<br>PLYMOUTH, NC 27962-9609 | DAWN WILSON<br>141 NC HWY 99N<br>PANTEGO, NC 27860-9228 | DEBORAH JAMES<br>1550 GUSTOWN RD<br>CRESWELL, NC 27928-9666 | ERNEST SANDERS<br>3312 B MOSELEY DR<br>GREENVILLE, NC 27858-4277 | ERx, LLC<br>9724 Kingston Pike Ste.<br>Knoxville, TN 37922-6926 | ERx, LLC<br>W. Tyler Chastain<br>116 Agnes Road<br>Knoxville, TN 37919-6306 |
| DEBORAH SWAIN<br>151 HUGHES DRIVE<br>PLYMOUTH, NC 27962-9194 | DEBRA AINSLEY<br>P O BOX 123<br>MANNING ROAD LOT 6<br>JAMESVILLE, NC 27846-0123 | DELTA DENTAL<br>201 ROBERT S KERR AVE<br>OKLAHOMA CITY OK 73102-4223 | ESSENCE HEALTHCARE<br>13900 RIVERPORT DR<br>MARYLAND HEIGHTS MO 63043-4804 | EVALINE DAVENPORT<br>12572 NC 94N<br>CRESWELL, NC 27928 | East Carolina Door Control Ser<br>129 West Cooper Street<br>Winterville, NC 28590-9526 |

| | | | | | |
|---|---|---|---|---|---|
| East Carolina Door Controls, Inc.<br>129 Cooper St.<br>WINTERVILLE, NC 28590-9526 | East Carolina Supply Co.<br>PO Box 667<br>Plymouth, NC 27962-0667 | Eastern Radiologists, Inc.<br>PO Box 63018<br>Charlotte, NC 28263-3018 | Futrell's Plumbing<br>2931 NC HWY 32 South<br>Plymouth, NC 27962-9470 | GALE NORMAN<br>160 CONABY LANDING<br>PLYMOUTH, NC 27962-8978 | GATEWAY HEALTH PLAN<br>444 LIBERTY AVE, SUITE 2100<br>PITTSBURGH PA 15222-1222 |
| Embarq Missouri - Northern Missouri dba Cent<br>Attn: CenturyLink Communications, LLC -<br>1025 EL Dorado Blvd<br>BROOMFIELD, CO 80021-8254 | Emcare Physician Services, Inc.<br>7032 Colllection Cente Drive<br>Chicago, IL 60693-0001 | Empower H.I.S., LLC<br>8770 SW 72 Street, Suite 459<br>Miami, FL 33173-3512 | GE Healthcare Fin Svcs<br>2 Bethesda Metro Center<br>Suite 600<br>Bethesda, MD 20814-6308 | GEISINGER<br>100 NORTH ACADEMY AVE<br>DANVILLE PA 178822 | GEL Funding, LLC<br>5308 13th Avenue<br>Suite 324<br>Brooklyn, NY 11219-5198 |
| EmpowerHMS, LLC<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | EmpowerHMS, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Enchanted Gardens<br>3200 NC Hwy 92 E<br>Washington, NC 27889-8613 | GLOBALHEALTH INC<br>210 PARK AVE, Suite 2800<br>OKLAHOMA CITY OK 73102-5621 | GOLDEN RULE INSURANCE CO DBA UNITEDHEALTHONE<br>7440 WOODLAND DR<br>INDIANAPOLIS IN 46278-1720 | GOOD HEALTH HMO<br>1 PERSHING SQUARE<br>2301 MAIN STREET<br>KANSAS CITY MO 64108-2429 |
| Erick Batchelor Plumbing<br>732 Christopher Drive<br>Greenville, NC 27858-9438 | Evaline M. Davenport<br>12572 NC Hwy 94 North<br>Creswell NC 27928-8831 | Evoqua Water Technologies<br>10 Technology Drive<br>Lowell, MA 01851-2728 | GROUP HEALTH COOPERATIVE<br>2503 N HILLCREST PKWY<br>ALTOONA WI 54720-2575 | (p)GTR SOURCE LLC<br>211 BOULEVARD OF AMERICAS<br>STE 205<br>LAKEWOOD NJ 08701-4688 | General Electric Capital Corporatio<br>PO Box 414, W-490<br>Milwaukee, WI 53201-0414 |
| Experian Health<br>720 Cool Springs Blvd., Suie 200<br>Franklin, TN 37067-7256 | FAITHE SIMPSON<br>85 ROWLAND ROAD<br>PINETOWN, NC 27865-9172 | FDS-MQSA Program - 199125<br>PO Box 979109<br>Saint Louis, MO 63197-9001 | Graywater Traders, Inc.<br>PO Box 539<br>Columbia, NC 27925-0539 | Green Note Capital Partners, Inc.<br>1202 Avenue U<br>Brooklyn, NY 11229-4107 | Greenville Pathology, PA<br>2515 Bowman Gray Drive<br>Greenville, NC 27834-7215 |
| FIRST CAROLINA CARE INSURANCE COMPANY<br>49 MEMORIAL DR<br>PINEHURST NC 28374 | FLORENCE REBER<br>1045 PEA RIDGE ROAD<br>ROPER, NC 27970-9534 | FRANCINO SHELTON<br>541 Washington Street<br>Plymouth, NC 27962-1820 | HCSC HEALTH CARE SERVICES CORP<br>300 ERANDOLPH ST<br>CHICAGO IL 60601-5099 | HEALTH ALLIANCE LIFE INSURANCE<br>1831 CHESTNUT ST<br>ST LOUIS MO 63103-2236 | (p)HEALTHPARTNERS<br>8170 33RD AVENUE SOUTH<br>BLOOMINGTON MN 55425-1614 |
| FREEDOM LIFE INSURANCE COMPANY<br>300 BURNETT STREET, STE 200<br>FORT WORTH TX 76102-2734 | FRESENIUS HEALTH PLANS OF NC<br>3711 SOUTH MOPAC EXPRESSWAY, SUITE 300<br>AUSTIN TX 78746 | Fairfax Community Hospital<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | HEATHER DOTSON<br>223 OLD ROPER ROAD<br>PLYMOUTH, NC 27962-2245 | HIGHMARK<br>120 FIFTH AVE<br>PITTSBURGH PA 15222-3099 | HMC/CAH Consolidated, Inc.<br>1100 Main Street Suite 2350<br>Kansas City, MO 64105-5186 |
| Fairfax Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Fedex<br>PO Box 371416<br>Pittsburgh, PA 15250-7416 | First Advantage Background SVC<br>1 Concourse Parkway NE<br>Suite 200<br>Atlanta, GA 30328-5346 | HMC/CAH Consolidated, Inc.<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | HOME STATE HEALTH OF MISSOURI<br>11720 Borman Drive<br>St. Louis, MO 63146-4129 | HPCG Hospital Investment, LLC<br>c/o Austin L. McMullen, Esq.<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-2771 |
| First Advantage Occupational<br>PO Box 40464<br>Atlanta, GA 30384-0001 | First Capital Corporation<br>c/o Eric L. Johnson, Esq.<br>Spencer Fane LLP<br>1000 Walnut St., Suite 1400<br>Kansas City, MO 64106-2168 | First Financial Corporate Leasing<br>711 Kimberly Avenue<br>Suite 160<br>Marysville, WA 98270 | HUMANA HEALTH INSURANCE CO<br>PO BOX 740026<br>LOUISVILLE KY 40201-7426 | HUMANA HEALTH PLAN INC<br>321 WEST MAIN ST, 12TH FLOOR<br>LOUISVILLE KY 40202-4283 | Halifax Linen Service<br>PO Box 129<br>Roanoke Rapids, NC 27870-0129 |
| First Financial Corporate Leasing,<br>PO Box 1028<br>Fort Scott, KS 66701-1028 | Fisher Healthcare<br>300 Industry Drive<br>Pittsburgh, PA 15275-1001 | Fulton Medical Center, Inc.<br>10 S Hospital Drive<br>Fulton, MO 65251-2510 | Hardy Diagnostics<br>PO Box 645264<br>Cincinnati, OH 45264-5264 | Haskell County Community Hospital<br>13595 SW 134th Avenue #209<br>Miami, FL 33186-4580 | Haskell County Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 |
| Health Acquisition Company, LLC<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Health Acquisition Company, LLC<br>4254 N Oak Trfy<br>Kansas City, MO 64116-4541 | Health Care Logistics<br>PO Box 400<br>Circleville, OH 43113-0400 | JANSON PRICE<br>2295 NC HWY 171<br>JAMESVILLE, NC 27846-9820 | JASINSKI MCNEIL<br>5500 MEADOW RUN<br>KNIGHTDALE, NC 27545-9725 | JASON LOUIE<br>229 DRAKE LANDING<br>NEW BERN, NC 28560-8415 |
| Hemocue, Inc.<br>PO Box 951741<br>Dallas, TX 75395-1741 | High Speed Capital, LLC<br>116 Nassau Street, Suite 804<br>New York, NY 10038-2481 | Hillsboro Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | JAVONER BROWN<br>117A ALBEMARLE DRIVE<br>PLYMOUTH, NC 27962-1500 | JENA CANNON<br>242 PINE TREE PATH<br>BATH, NC 27808-8960 | JENNIFER BOWEN<br>114 HILLY CIRCLE<br>PLYMOUTH, NC 27962-9509 |
| Hitachi Capital America Corp<br>C/o Brian L. Boysen, Of Counsel to Kurt<br>17683 George Moran Drive<br>Eden Prairie MN, 55347-1086 | Holt Equipment Co., LLC<br>2203 US Hwy 117, Bypass North<br>Goldsboro, NC 27530-1467 | Hop Capital<br>1022 Avenue M<br>Brooklyn, NY 11230-4747 | JENNIFER CAMPBELL<br>3526 POPLAR POINT RD<br>WILLIAMSTON, NC 27892-9191 | JESSICA BARNES<br>281 WHITE OAK ROAD<br>PLYMOUTH, NC 27962-9161 | JESSICA MOONEY<br>610 CANAL ST<br>FAIRFIELD, NC 27826-9548 |
| Horizon CSA, LLC<br>265 Pit Road<br>Mooresville, NC 28115-6783 | Horton Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | I-70 Community Hospital<br>105 Hospital Drive<br>Sweet Springs, MO 65351-2229 | JOLIE BARNES<br>23 SOUTH DEERFIELD DR<br>PLYMOUTH, NC 27962-1626 | JOY SHEPARD<br>106 JACKSON HEIGHTS DR<br>PLYMOUTH, NC 27962-2305 | Jackson Pharmacy Professionals<br>3000 Old Alabama Rd., Suite 119-608<br>Alpharetta, GA 30022-5860 |
| I-70 Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | IBEJI Staffing Corp.<br>9835 SW 72 ST #209<br>Miami, FL 33173-4647 | IBM Corporation<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | Jeffrey J. Caldwell, DDS, PA<br>1060 Godwin Drive<br>PO Box 626<br>Williamston, NC 27892-0626 | Jenkins Risk Management<br>826 Promenade Walk<br>Fort Mill, SC 29708-6992 | Jernigan Electrial Service Co.<br>252 Mt. Olive Road<br>Windsor, NC 27983-7420 |
| IHEALTHCARE INC<br>3901 NW 28th St., 2nd Floor<br>Miami, FL 33142-5609 | INDEPENDENCE AMERICAN INSURANCE COMPANY<br>FL 14<br>485 MADISON AVE<br>NEW YORK NY 10022-5872 | INDEPENDENCE BLUE CROSS GROUP<br>1901 MARKET STREET<br>PHILADELPHIA PA 19103-1475 | Joe Moore & Company, Inc.<br>PO Box 6531<br>Raleigh, NC 27628-6531 | John Paul H. Cournoyer<br>Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Johnson Controls Fire Protect<br>Dept Ch 10320<br>Palatine, IL 60055-0001 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Identicard<br>39597 Treasury Center<br>Chicago, IL 60694-9500 | Immucor, Inc.<br>PO Box 102118<br>Atlanta, GA 30368-2118 | Jorge Perez<br>13727 SW 152 St #125<br>Miami, FL 33177-1106 | Jorge Perez<br>16000 N 80th Street Suite D<br>Scottsdale, AZ 85260-1683 | Jorge Perez<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 |
| Impact Networking Indiana, LLC<br>75 Remittance Drive, Suite 1133<br>Chicago, IL 60675-1133 | Influx Capital, LLC<br>211 Boulevard of Americas, Ste 206<br>Lakewood, NJ 08701-4777 | Interior Distributors,Inc.<br>3283 Frog Level Road<br>Greenville, NC 27834-8085 | Jorge Perez<br>8724 SW 72nd Street<br>Miami, FL 33173-3512 | KAISER PERNAMENTE<br>ORDWAY BUILDING<br>KAISER PLAZA<br>OAKLAND CA 94612 | KALEIDA HEALTH<br>726 EXCHANGE ST<br>BUFFALO NY 14210-1484 |
| Iruka Capital Group, LLC<br>162 Elmora Avenue #211<br>Elizabeth, NJ 07202-1148 | JACKIE STALLS<br>5516 LONG RIDGE RD<br>PLYMOUTH, NC 27962-9742 | JACQUELYN SILVERTHORNE<br>3755 GRAY RD<br>CHOCOWINITY, NC 27817-9267 | KALEY JONES<br>1342 LONG RIDGE ROAD<br>PINETOWN, NC 27865-9606 | KAREN BELL<br>403 BELL ROAD<br>PANTEGO, NC 27860-9662 | KAREN DAVIS<br>550 MORRIS FORD RD<br>COLERAIN, NC 27924-9181 |
| JAMES BRITT<br>118 AMORY POINT<br>WASHINGTON, NC 27889 | JAMIE DAVIS<br>PO BOX 160<br>COLUMBIA, NC 27925-0160 | JANIE KNIGHT<br>2644 BAILEY RD<br>WILLIAMSTON, NC 27892-7529 | KARI HARDISON<br>2533 GREY FARM ROAD<br>JAMESVILLE, NC 27846-9804 | KATHY BOND-WARDLOW<br>3051 ROCKY HOCK ROAD<br>EDENTON, NC 27932-8943 | KCI<br>PO Box 203084<br>Houston, TX 77216-3084 |

| | | | | | |
|---|---|---|---|---|---|
| KELSEY BESSO<br>2049 NC HWY 32 S<br>PLYMOUTH, NC 27962-9022 | KELVIN DAVIS<br>PO BOX 21<br>BELHAVEN, NC 27810-0021 | KEYOSHIA LIVERMAN<br>781 JONES WHITE ROAD<br>ROPER, NC 27970-9665 | MARIAH RIDDICK<br>442 HURDLETOWN RD<br>HERTFORD, NC 27944-8894 | MARK MILITANA<br>1101 W FRANKLIN STREET<br>RICHMOND, VA 23220-3709 | MARY ANGELES<br>9899 NC HWY 171<br>WILLIAMSTON, NC 27892-9140 |
| KPS Physician Staffing, Inc.<br>10645 Olive Blvd., Suite 200<br>Saint Louis, MO 63141 | KRISTAL JORDAN<br>P.O. Box 1218<br>Edenton, NC 27932-1218 | KRYSTLE WYLY<br>106 WEST PURVIS STREET<br>ROBERSONVILLE, NC 27871-9500 | MARY FURBEE<br>1060 LAKE RD<br>PANTEGO, NC 27860-9535 | MAVOURNEEN WHITEHEAD<br>504 BAZEMORE STREET<br>WONDSOR, NC 27983-1908 | MEDICA<br>401 CARLSON PKWY<br>MINNETONKA MN 55305-5359 |
| Kari Chesson Hardison<br>2533 Grey Farm Rd<br>Jamesville, NC 27846-9804 | Katherine M. McCraw<br>NC Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | Katherine M. McCraw<br>NC Dept of Justice<br>P.O. Box 629<br>Releigh, NC 27602-0629 | MEGA LIFE AND HEALTH INSURANCE<br>9151 BOULEVARD 26<br>NORTH RICHLAND HILLS TX 76180-5798 | MEGAN PLACE<br>632 MCDONALD STREET<br>GREENVILLE, NC 27858-0851 | MELANIE PERRY<br>3289 MOUNT TABOR ROAD<br>CRESWELL, NC 27928-9302 |
| LANA MIDGETT<br>206 BRINKLEY PLACE<br>PLYMOUTH, NC 27962-2204 | LAURA HARRIS<br>4001 MAIN STREET<br>TARBORO, NC 27886-8840 | LAUREEN KOEHLER<br>193 STILLWATER DR<br>BELHAVEN, NC 27810-7502 | MELANIE PERRY<br>3289 MT TABOR RD<br>CRESWELL, NC 27928-9302 | MELISSA BOTTUM<br>304 CONABY DRIVE<br>PLYMOUTH, NC 27962-1602 | MELVA LILLEY<br>3339 ALBEMARLE CH RD<br>COLUMBIA, NC 27925-9264 |
| LEKIA MOORE<br>1315 PO Box<br>CHOCOWINITY, NC 27817-1315 | LGMG, LLC<br>11063 D S Memorial Drive,#483<br>Tulsa, OK 74133-7366 | LINDA CHERRY<br>477 GUM STREET<br>BELHAVEN, NC 27810-1205 | MERCY HEALTH PLANS AR<br>580 N WASHINGTON ST<br>PO BOX 550<br>JANESVILLE WI 53547-0550 | MERCY HEALTH PLANS MO<br>14528 S OUTER 40 RD<br>CHESTERFIELD MO 63017-5785 | METORPOLITAN GROUP<br>7018 WEST ARCHER AVE<br>CHICAGO IL 60638-2345 |
| LINDA HARRELL<br>117 TRUMAN AVE<br>PLYMOUTH, NC 27962-2113 | LINDA HOWLETT<br>4165 RIVERNECK ROAD<br>COLUMBIA, NC 27925-8962 | LISA GIBSON<br>131 2ND AVE SE<br>TAYLORSVILLE, NC 28681-2703 | MHA Management Services Corp<br>4712 Country Club Drive<br>Jefferson City, MO 65109-4541 | MICHAEL MARKS<br>S FREEDOM LANE<br>ASHEVILLE, NC 28803 | MISSOURI CARE INC<br>2404 FORUM BLVD<br>COLUMBIA MO 65203-5224 |
| LISA ROGERSON<br>2380 ROGERSON RD<br>ROBERSONVILLE, NC 27871-9450 | LISA ROGERSON<br>3660 ED GROVERY ROAD<br>WILLIAMSTON, NC 27892-7890 | LOIS ROBERSON<br>PO BOX 158<br>JAMESVILLE, NC 27846-0158 | MOLINA HEALTHCARE INC GROUP<br>200 OCEANGATE, Suite 100<br>LONG BEACH CA 90802-4317 | MY HOA PANDYA<br>247 RIVER BRANCH RD<br>GREENVILLE, NC 27858-8894 | Maine Standards Co., LLC<br>221 US Route 1<br>Cumberland Foreside, ME 04110-1345 |
| LOREN DORMON<br>4355 BRISTLECONE DRIVE<br>AYDEN, NC 28513-7284 | Laboratory Start-Up Consultant<br>382 Raleigh Street<br>Holly Springs, NC 27540-9047 | Landauer, Inc.<br>PO Box 809051<br>Chicago, IL 60680-9051 | Mark D. Militana<br>1101 West Franklin Street<br>Richmond, VA 23220-3709 | (p)MARKETLAB  INC<br>6850 SOUTHBELT DR<br>CALEDONIA MI 49316-7680 | Martin General Hospital<br>PO Box 1128<br>Williamston, NC 27892-1128 |
| Landmark National Bank<br>701 Poyntz Ave.<br>PO Box 308<br>Manhattan, KS 66505-0308 | Laser Tech Company, LLC<br>2302 W. Meadowview Road, #122<br>Greensboro, NC 27407-3706 | Lauderdale Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Masimo<br>52 Discovery<br>Irvine, CA 92618-3105 | Maxim Healthcare Services, Inc.<br>7227 Lee Deforest Drive<br>Columbia, MD 21046-3236 | Maxim Healthcare Services, Inc.<br>John Campbell<br>7227 Lee DeForest Drive<br>Columbia, MD 21046-3236 |
| Laureen C. Koehler<br>216 Haslin Street<br>Belhaven, NC 27810-1464 | Lexmark Enterprise Software<br>28500 Clemens Road<br>Westlake, OH 44145-1145 | MARGARET CHESSON<br>P O BOX 412<br>ROPER, NC 27970-0412 | McKesson Corporation<br>6555 Hwy 61<br>Irving, TX 75039 | McKesson Medical Surgical<br>PO Box 634404<br>Cincinnati, OH 45263-4404 | McNair Oil Co.<br>PO Box 881<br>Plymouth, NC 27962-0881 |
| MedPrime Capital<br>7808 Creekridge Circle<br>Edina, MN 55439-2611 | (p)MEDLINE INDUSTRIES INC<br>ATTN ANNE KISHA<br>ONE MEDLINE PL<br>MUNDELEIN IL 60060-4486 | Medtox Laboratories, Inc.<br>NW 8939<br>PO Box 8107<br>Burlington, NC 27216-8107 | OPTIMA HEALTH<br>4417 CORPORATE LANE, SUITE 250<br>VIRGINIA BEACH VA 23462-3162 | OSCAR BINNICKER<br>246 WHITE OAK LANE<br>PLYMOUTH, NC 27962-9136 | OSCAR HEALTH<br>75 VARICK STREET<br>NEW YORK NY 10013-1917 |
| Medtronic Physio-Control Corp<br>11811 Willow Road NE<br>Redmond, WA 98052-2003 | Medx Group Corp.<br>8770 SW 72 Suite 459<br>Miami, FL 33173-3512 | Merritt Hawkins & Associates<br>PO Box 281943<br>Atlanta, GA 30384-1943 | OXFORD HEALTH PLANS<br>48 MONROE TURNPIKE<br>TRUMBULL CT 06611-1341 | Occupational Health Dynamics<br>2687 John Hopkins Parkway<br>Birmingham, AL 35244-4003 | Office Depot<br>6600 N Military Trail- S416R<br>Boca Raton, FL 33496-2434 |
| Merry X-Ray Corp<br>8020 Tyler Blvd.<br>Mentor, OH 44060-4825 | Metroline, Inc.<br>2250 Meijer Drive<br>Troy, MI 48084-7111 | Mindray DS USA Inc.<br>24312 Network Place<br>Chicago, IL 60673-1243 | Office Depot<br>PO Box 88040<br>Chicago, IL 60680-1040 | Officezilla, Inc.<br>800 Winneconne Avenue<br>Neenah, WI 54956-3196 | Olympus Financial Services<br>PO Box 200183<br>Pittsburgh, PA 15251-0183 |
| Missouri Network Alliance, LLC<br>2005 West Broadway, Suite 215<br>Columbia, MO 65203-1300 | Moneysworth Linen Service, Inc.<br>102 Corporate Drive<br>Elizabeth City, NC 27909-7027 | (p)MORGAN  COHEN & BACH<br>7225 N MONA LISA RD STE 200<br>TUCSON AZ 85741-2598 | Ortho-Clinical Diagnostics, Inc.<br>1001 U.S. 202<br>Raritan, NJ 08869-1487 | Oswego Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | PC Connection<br>730 Milford Road, Route 101A<br>Merrimack, NH 03054 |
| Mountain X-Ray<br>PO Box 107<br>Montgomery, WV 25136-0107 | NC Child Support<br>PO Box 900012<br>Raleigh, NC 27675-9012 | NC DHHS Division of Medical Assist<br>2022 Mail Service Center<br>Raleigh, NC 27699-2000 | PHYLIIS HINES<br>55 MACKEYS ROAD<br>PLYMOUTH, NC 27962-9609 | PMIC<br>4727 Wilshire Boulevard<br>Los Angeles, CA 90010-3873 | PRESLEY PHELPS<br>60 CARL DRIVE<br>PLYMOUTH, NC 27962-9648 |
| NC Department of Health and Human Services,<br>NC DHHS Controller's Office<br>2022 Mail Service Center<br>Raleigh, NC 27699-2000 | NC Department of Health and Human Services,<br>c/o Katherine McCraw<br>NC Department of Justice<br>PO Box 629<br>Raleigh, NC 27602-0629 | NC Department of Motor Vehicles<br>PO Box 29620<br>Raleigh, NC 27626-0620 | PRINCIPAL LIFE INSURANCE CO<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | PRN Funding, LLC<br>PO Box 637924<br>Cincinnati, OH 45263-7924 | Pacific Medical, LLC<br>212 Avenida Fabricante<br>San Clemente, CA 92672-7538 |
| NC Department of State Treasurer<br>3200 Atlantic Avenue<br>Raleigh NC 27604-1699 | NC Dept of Revenue<br>Attn:  Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | NC Division of Empl Security<br>2836 NE Use Blvd.<br>New Bern, NC 28562 | Patient Telephone Supply<br>PO Box 84372<br>Baton Rouge, LA 70884-4372 | Patterson Medical<br>PO Box 93040<br>Chicago, IL 60673-3040 | Phusion Marketing Group<br>5051 NW 13th Ave., Suite G<br>Pompano Beach, FL 33064-8650 |
| NC Division of Medical Assistance<br>PO Box 602328<br>Charlotte, NC 28260-2328 | NC Radiation Protection Sec<br>1645 Mail Service Center<br>Raleigh, NC 27699-1600 | NC-DHSR<br>1205 Umstead Drive<br>Raleigh, NC 27603 | Platinum Code<br>8095 215th Street W<br>Lakeville, MN 55044-8986 | Police Department Calendars<br>PO Box 806<br>Plymouth, NC 27962-0806 | Prague Community Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 |
| NCDHSS<br>1632 Mail Service Center<br>Raleigh, NC 27699-1600 | NCHA<br>PO Box 4449<br>Cary, NC 27519-4449 | National Recall Alert Center<br>PO Box 609<br>Marlton, NJ 08053-0609 | Prakash Tirupattur, MD<br>1032 U.S. 64<br>Plymouth, NC 27962-9215 | Precision Dynamic Corporation<br>27770 N. Entertainment Drive<br>Suite 200<br>Valencia, CA 91355-1094 | Precision Dynamics Corp<br>27770 N Entertainment<br>Suite 200<br>Valencia, CA 91355-1094 |
| National Staffing Solutions<br>PO Box 9310<br>Winter Haven, FL 33883-9310 | North Carolina Department of Labor<br>1101 Mail Service Center<br>Raleigh, NC 27699-1100 | North Carolina Department of State Treasurer<br>State Health Plan Division<br>3200 Atlantic Avenue<br>Raleigh, NC 27604-1668 | Professional Media Resources<br>PO Box 460380<br>Saint Louis, MO 63146-7380 | Prophysics<br>2 Science Road<br>Glenwood, IL 60425-1531 | QCR Holdings Inc. & Subsd<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045-5811 |

| | | | | | | |
|---|---|---|---|---|---|---|
| QUALCHOICE OF ARKANSAS<br>4100 CORPORATE CENTER DR, SUITE 102<br>SPRINGDALE AR 72762-5764 | QUENICE JOHNSON<br>151 SUNRISE LANE<br>PLYMOUTH, NC 27962-9603 | Quest Diagnostics Clinical<br>Attn:  Melody Graden MR481<br>1001 Adams Avenue<br>Norristown, PA 19403-2401 | Rural Wisconsin Health Coopera<br>880 Independence Lane<br>Sauk City, WI 53583-1381 | Russell S. Long<br>Davis & Kuelthau, s.c.<br>111 E. Kilbourn, Ste. 1400<br>Milwaukee, WI 53202-6613 | SADE LEWIS<br>205 LYNN DR<br>EDENTON, NC 27932-9220 | |
| Quest Diagnostics Clinical Lab.<br>PO Box 740709<br>Atlanta, GA 30374-0709 | Quest Diagnostics Clinical Laboratories Inc.<br>c/o Melody Graden MR 481<br>1001 Adams Ave<br>Norristown, PA 19403-2401 | Quidel Corporation<br>12544 High bluff Drive, Suite 200<br>San Diego, CA 92130-3050 | SALINE COUNTY COLLECTOR<br>19 E ARROW ST ROOM 201<br>MARSHALL, MO 65340-2162 | SANDRA LYLE<br>8505 NC HWY 99 N<br>PANTEGO, NC 27860-9622 | SARA JACKSON<br>380 BEECHBAY RD<br>WASHINGTON, NC 27970-9564 | |
| R&D Batteries, Inc.<br>3300 Corporate Center Drive<br>Burnsville, MN 55306-5580 | REGINALD COLE<br>280 HODGES ROAD<br>CHOCOWINITY, NC 27817-9586 | ROBERT CLARK<br>1325 HORNER STREET<br>ELIZABETH CITY, NC 27909-6113 | SATARTIA COLLINS<br>5677 SHORE DR<br>CRESWELL, NC 27928-9242 | SHANISHA NORMAN<br>PO BOX 73<br>ROPER, NC 27970-0073 | SHANNON GIERSDORF<br>34433 US Hwy 64<br>JAMESVILLE, NC 27846-9603 | |
| ROBIN WINSLOW<br>1034 SIMPSON ROAD<br>JAMESVILLE, NC 27846-9668 | RONALD PATRICK<br>212 HAMPTON DR<br>PLYMOUTH, NC 27962-1614 | ROSE BOWSER<br>407 BRINKLEY AVE<br>PLYMOUTH, NC 27962-1703 | SHEENA SWAIN<br>PO BOX 202<br>PLYMOUTH, NC 27962-0202 | SHELLY BRABBLE<br>107 HAMPTON DRIVE<br>PLYMOUTH, NC 27962-1611 | SHELTER INSURANCE<br>1817 W BROADWAY<br>COLUMBIA MO 65218-0001 | |
| RR Donnelley<br>35 W Wacker Drive<br>Chicago, IL 60601-1723 | Rachel Clemens<br>105 W. Ray Street<br>Sweet Springs, MO 65351-1356 | Radon Medical, LLC<br>14983 Moneta Road, Suite C<br>Moneta, VA 24121-6272 | SHERRI BOYD<br>4080 Respess Road<br>Pinetown, NC 27865-9449 | SHI International Corp.<br>290 Davidson Avenue<br>Somerset, NJ 08873-4145 | SIERRA HEALTH AND LIFE INSURANCE CO INC<br>2720 N TENAYA WAY<br>LAS VEGAS NV 89128-0424 | |
| Rads Group, Inc.<br>12600 SW 120th Street 115<br>Miami, FL 33186-9116 | Rads Group, Inc.<br>7245 SW 87 Avenue Suite 300<br>Miami, FL 33173-3563 | Ramp Plymouth, PA<br>P.O. Box 3337<br>New Bern, NC 28564-3337 | SLACK & COMPANY LLC<br>PO BOX 615<br>WINFIELD, WV  25213<br>WINFIELD, WV, WV 25213-0615 | SONIA COYER<br>607 Calico Road<br>Afton, TN 37616-6633 | SPG Advance, LLC<br>1221 McDonald Avenue<br>Brooklyn, NY 11230-3322 | |
| Readylink Inc.<br>PO Box 1047<br>Thousand Palms, CA 92276-1047 | Reboot, Inc.<br>PO Box 80019  #86038<br>Indianapolis, IN 46280-0019 | Region Capital<br>1022 Avenue M<br>Brooklyn, NY 11230-4747 | STACY SPENCE<br>513 E 3RD ST<br>PLYMOUTH, NC 27962-1418 | STANDARD SECURITY LIFE INSURANCE COMPANY<br>485 MADISON AVE, 14TH FLOOR<br>NEW YORK NY 10022-5872 | STATE FARM INSURANCE<br>ONE STATE FARM PLAZA<br>BLOOMINGTON IL 61710-0001 | |
| Regional Health Partners, LLC<br>125 Southwest 7th Street<br>Williston, FL 32696-2403 | Republic Services #609<br>PO Box 9001099<br>Louisville, KY 40290-1099 | Richmond Capital Group, LLC<br>WW 85 Broad Street 27-132<br>New York, NY 10004-2434 | SUNFLOWER HEALTH PLAN<br>8325 LENEXA DR<br>LENEXA KS 66214-1636 | Schneider Electric Buildings<br>PO Box 841868<br>Dallas, TX 75284-1868 | Schneider Electric Buildings Americas, Inc.<br>132 Fairgrounds Road<br>West Kingston, RI 02892-1511 | |
| Robbie Barber Electrical Services<br>104 Bennett Drive<br>Plymouth, NC 27962-9501 | Robert L. Venable, M.D.<br>326 Bear Pond Road<br>Roper, NC 27970-9282 | Roche Diagnostics Corporation<br>9115 S. Hague Road<br>Indianapolis, IN 46256-1045 | Second Chance Funding<br>Attn:  Legal Department<br>128 32nd Street<br>Brooklyn, NY 11232-1920 | Sharn, Inc.<br>PO Box 11407<br>Dept. 2459<br>Birmingham, AL 35246-0100 | Siemens Financial Services, Inc.<br>170 Wood Avenue South<br>Iselin, NJ 08830-2726 | |
| Rollins, Inc.<br>3200 Turnage Road<br>Wilson, NC 27893-7580 | Rural Community Hospitals of America<br>700 Chappell Road<br>Charleston, WV 25304-2704 | Rural Community Hospitals of America, LLC<br>Attn: John Paul H. Cournoyer<br>Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Siemens Financial Services, Inc.<br>c/o Phillips Lytle LLP<br>Attn:  Todd A. Ritschdorff, Esq.<br>Omni Plaza, 30 South Pearl Street<br>Albany, NY 12207-1537 | Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312-1102 | Simplex-Grinnel LP - Raleigh<br>Dept CH 10320<br>Palatine, IL 60055-0001 | |
| Skillpath Seminars<br>PO Box 804441<br>Kansas City, MO 64180-4441 | Smirk Designs<br>1983 NC 99 S<br>Pantego, NC 27860 | Smiths Addressing Machine Serv<br>PO Box 447<br>Clayton, NC 27528-0447 | Town of Plymouth<br>124 E Water Street<br>Plymouth, NC 27962-1330 | Tracey M. Ohm<br>Stinson Leonard Street LLP<br>1775 Pennsylvania Ave. NW<br>Suite 800<br>Washington, DC 20006-4760 | Travis Sasser<br>2000 Regency Parkway, Suite 230<br>Cary, NC 27518-8508 | |
| Sprvey Medical Systems, Inc.<br>5900-C Thurston Avenue<br>Virginia Beach, VA 23455-3328 | Stallard Technologies, Inc.<br>16041 Marty Circle<br>Stilwell, KS 66085-9541 | Staples Business Advantage<br>Dept ATL/PO Box 405386<br>Atlanta, GA 30384-5386 | (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | Tri-Anim Health Services, Inc.<br>25197 Network Place<br>Chicago, IL 60673-1251 | Tri-County Telephone<br>PO Box 520<br>Belhaven, NC 27810-0520 | |
| Stericycle Inc<br>28161 N Keith Drive<br>Lake Forest, IL 60045-4528 | Sterilelink, Inc.<br>PO Box 16125<br>Greensboro, NC 27416-0125 | Steve's Auto Upholstery<br>1102 Bull Hill Road<br>Windsor, NC 27983-7214 | Triangle Xray Company<br>4900 Thornton Road, Suite 117<br>Raleigh, NC 27616-5879 | Tricounty Telecom<br>2193 NC 99 Hwy South<br>PO Box 520<br>Belhaven, NC 27810-0520 | Truven Health Analytics, Inc.<br>39353 Treasury Way<br>Chicago, IL 60694-9300 | |
| Stryker Medical<br>PO Box 93308<br>Chicago, IL 60673-3308 | Super Shred<br>311 Staton Road<br>Greenville, NC 27834-9038 | Swain Gas<br>PO Box 309<br>Plymouth, NC 27962-0309 | U.S. Department of Labor-EBSA<br>2300 Main Street, Suite 1100<br>Kansas City, MO 64108-2415 | UNITED HEALTHCARE SERVICES INC<br>9900 BREN ROAD EAST<br>MINNETONKA MN 55343-4402 | UNITED SECURITY LIFE HEALTH INSURANCE AR<br>6640 S CICERO AVE<br>BEDFORD PARK IL 60638-5836 | |
| Sysco Food Services<br>1032 Baugh Road<br>Selma, NC 27576-9105 | Sysmex America, Inc.<br>577 Aptakisic Road<br>Lincolnshire, IL 60069-4325 | TANEKA PURVIS<br>106 A COMMADORE DR<br>PLYMOUTH, NC 27962-1531 | UNITEDHEALTHCARE INS CO OF RIVER VALLEY<br>1300 RIVER DRIVE<br>MOLINE IL 61265-1356 | UNITEDHEALTHCARE INSURANCE COMPANY<br>185 ASYLUM STREET<br>HARTFORD CT 06103-3408 | (c)UNITEDHEALTHCARE MILITARY VETERANS SERVICE<br>MN006-E200<br>9800 HEALTH CARE LN<br>MINNETONKA MN  55343-4542 | |
| TERRY ROBERSON<br>1780 SMITHWICK CREEK RD<br>WILLIAMSTON, NC 27892-8094 | THE LIFETIME HEALTHCARE COMPANIES<br>165 COURT STREET<br>ROCHESTER NY 14647-0001 | THOMAS LEE<br>721 Debra Court<br>Greenville, NC 27858-9595 | UNITEDHEALTHCARE OF NC<br>3803 N ELM STREET<br>GREENSBORO NC 27455-2593 | UNITEDHEALTHCARE OF WI<br>10701 RESEARCH DR<br>WAUWATOSA WI 53226-3452 | UNITEDHEALTHONE OK<br>3817 NORTHWEST EXPY<br>OKLAHOMA CITY OK 73112-1489 | |
| THRIVENT FINANCIAL FOR LUTHERANS HEALTH INSU<br>625 FOURTH AVE SOUTH<br>MINNEAPOLIS MN 55415-1665 | TIFFANY CHEEK<br>1717 SUN STAR DRIVE<br>RALEIGH, NC 27610-7284 | TONITA WESTON<br>110A BEMBROKE CIRCLE<br>PLYMOUTH, NC 27962-2166 | UNIVERSAL AMERICAN CORPORATION HEALTH INSURA<br>6 INTERNATIONAL DR<br>RYE BROOK NY 10573-1070 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | US HEALTH GROUP<br>300 BURNETT ST, Suite 200<br>FORT WORTH TX 76102-2734 | |
| TONYA MCKEEL<br>1190 FOREST DRIVE<br>WILLIAMSTON, NC 27892-8033 | TX Child Support SDU<br>PO Box 659791<br>San Antonio, TX 78265-9791 | The ISO 9001 Group<br>5629 FM 1960 Road W<br>Suite 200<br>Houston, TX 77069-4215 | US Specialty Labs<br>11578 Sorrento Valley Road<br>San Diego, CA 92121-1311 | United Telephone Company of Kansas dba Centu<br>Attn: CenturyLink Communications, LLC -<br>1025 El Dorado Blvd<br>BROOMFIELD, CO 80021-8254 | Utak<br>25020 Avenue Tibbits<br>Valencia, CA 91355-3447 | |
| The NTL Alliance of Rural Hosp<br>120 S. Monroe Street<br>Tallahassee, FL 32301-1530 | The Roanoke Beacon<br>PO Box 726<br>Plymouth, NC 27962-0726 | Threattrack Security<br>33 N. Garden Ave., Suite 1200<br>Clearwater, FL 33755-6610 | VALTINE BARNES<br>P.O. BOX 843<br>PLYMOUTH, NC 27962-0843 | VANESSA SMITH<br>169 NC HWY 45 N<br>SWAN QUARTER, NC 27885-9371 | VANESSA SPRUILL<br>850 NC HWY 45 SOUTH<br>PLYMOUTH, NC 27962-8907 | |
| Toshiba America Business<br>9201 Southern Pine Blvd, Suite 1<br>Charlotte, NC 28273-5538 | Toshiba America Medical Credit<br>2441 Michelle Drive<br>Tustin, CA 92780-7043 | Toshiba America Medical System<br>PO Box 775220<br>Chicago, IL 60677-5220 | VANIA JOHNSON<br>PO BOX 459<br>ROPER, NC 27970-0459 | VANTAGE HEALTH PLAN<br>130 DESIARD ST, Suite 300<br>MONROE LA 71201-7363 | VERONICA WILKES<br>19220 NC 903<br>ROBERSONVILLE, NC 27871-9112 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WELLCARE HEALTH PLANS<br>8735 HENDERSON RD<br>TAMPA FL 33634-1143 | WENDY DUNLOW<br>631 WAKELON ROAD<br>WINDSOR, NC 27983-8073 | WENDY JACKSON<br>471 KIMS LOOP ROAD<br>PLYMOUTH, NC 27962-8839 | Patricia Shaffer<br>30329 S.C.R. 4340<br>Stigler, OK 74462 | Rayford K. Adams III<br>Spilman Thomas & Battle, PLLC<br>110 Oakwood Dr., Suite 500<br>Winston-Salem, NC 27103-1958 | Robert Venable, M.D.<br>Post Office Box 1026<br>Plymouth, NC 27962-1026 |
| WENDY PHILLIPS<br>1881 NC HWY 32 SOUTH<br>PLYMOUTH, NC 27962-9245 | WG Capital<br>1022 Avenue M<br>Brooklyn, NY 11230-4747 | WPS GHA - Reimbursement<br>1717 West Broadway<br>Madison, WI 53713-1895 | Shane Reed<br>Director/Credit A/R Escalation Finance<br>Three Lakes Drive<br>Northfield, IL 60093-2753 | Suzanne Koenig<br>SAK Management Services, LLC<br>300 Saunders Rd., Suite 300<br>Riverwoods, IL 60015-5708 | Thomas W. Waldrep Jr.<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104-4224 |
| Walker Auto & Truck Parts<br>605 Monroe Street<br>Plymouth, NC 27962-1743 | Washington Co. Sheriff Calendar<br>PO Box 969<br>Plymouth, NC 27962-0969 | Washington County Hospital<br>1700 Swift Avenue, Suite 200<br>Kansas City, MO 64116-3834 | Tracy Field<br>Parker Hudson Rainer & Dobbs, LLP<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308-3225 | Vickie Sales Smith<br>20293 NCR 4553<br>Keota, OK 74941-6861 | Dominion North Carolina Power<br>PO Box 26543<br>Richmond, VA 23290 |
| Washington County Hospital<br>PO Box 707<br>Plymouth, NC 27962-0707 | Washington County Tax Department<br>PO Box 1007<br>Plymouth, NC 27962-1007 | Washington County, North Carolina<br>Curtis S. Potter, County Mgr/County Atto<br>PO Box 1007<br>Plymouth, NC 27962-1007 | Bankruptcy Administrator<br>434 Fayetteville Street, Ste. 640<br>Raleigh, NC 27601 | ACE Funding Source, LLC<br>366 North Broadway<br>Jericho, NY 11753 | Marketlab, Inc.<br>6850 Southbelt Drive<br>Caledonia, MI 49316 |
| Waste Management of Missouri, Inc.<br>2625 W. Grandview Rd Suite 150<br>Phoenix, AZ 85023-3109 | Wellstar Health, LLC<br>8770 SW 72 St - Suite 459<br>Miami, FL 33173-3512 | Wendy C. Phillips<br>1881 NC Hwy 32S<br>Plymouth, NC 27962-9245 | GTR Source LLC<br>1006 Monmouth Avenue<br>Lakewood, NJ 08701 | HEALTHPARTNERS<br>8170 33RD AVE SOUTH<br>BLOOMINGTON MN 55425 | Morgan Cohen & Bach, LLC<br>7225 N. Mona Lisa Road, Suite 200<br>Tucson, AZ 85741 |
| Western Healthcare, LLC<br>PO Box 203152<br>Dallas, TX 75320-3152 | Williamston Fire Extenguisher<br>201 East Blvd<br>PO Box 1022<br>Williamston, NC 27892-1022 | Wright Products, Inc.<br>1909 S. Taylorville Road<br>Decatur, IL 62521-3966 | Medline Industries, Inc.<br>PO Box 382075<br>Pittsburgh, PA 15251 | (d)Merchant Advance<br>366 North Broadway<br>Jericho, NY 11753 | UNITEDHEALTHCARE MILITARY VETERANS SERVICES<br>9701 DATA PARK DR<br>MN006-E200<br>MINNETONKA MN 55343 |
| YOLANDA BIRD<br>PO BOX 341<br>CRESWELL, NC 27928-0341 | Zoll Medical Corp<br>269 Mill Road<br>Chelmsford, MA 01824-4105 | m2 Lease Funds LLC<br>Russell S. Long<br>Davis & Kuelthau, s.c.<br>111 E. Kilbourn, Ste. 1400<br>Milwaukee, WI 53202-6613 | Treasurer of Virginia<br>PO Box 570<br>Richmond, VA 23218 | | |
| Alisha McClary<br>PO Box 595<br>Keota, OK 74941-0595 | Curtis S. Potter<br>Washington County, County Manager/Atty<br>PO Box 1007<br>Plymouth, NC 27962-1007 | Debbie Mayhall<br>30728 W.C.R. 1250<br>Stigler, OK 74462 | | | |
| Ernesto Fesser<br>958 U.S. Highway 64 East<br>Plymouth, NC 27962-9216 | Jennifer Radcliffe<br>305 SE 6th St.<br>Stigler, OK 74462-2505 | Jennifer Erin Oldham<br>10177 WCR 1170<br>Stigler, OK 74462 | | | |
| Jorge Perez<br>PO Box 953296<br>Saint Louis, MO 63195-3296 | Mary Susan Strain<br>P.O. Box 85<br>Keota, OK 74941-0085 | Melva P. Lilley<br>3339 ALBEMARLE CH RD<br>COLUMBIA, NC 27925-9264 | | | |