**Unpaid Administrative Claims:**

    Greenberg Traurig: $665.00

    SAK Management: $9,011.94

    Sherwood: $37,500.00

**Other Expenses from Account #5931:**

    Employee Hardship Payments: $16,297.56

    Bank Fees: $264.73

    Medical Billing: $19,219.07

    Medical Transcripts: $998.38

    Petty Cash: $959.22