# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 19-00730-5-JNC** |
| CAH ACQUISITION COMPANY #1, ) | |
| LLC, d/b/a WASHINGTON COUNTY ) | **Chapter 11** |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF QUARTERLY FEES PAID

**Amount of Check: $17,330.88**

*The Debtor is submitting these funds to be allocated as follows:*

1st quarter 2019 (January 1 – March 31, 2019):

2nd quarter 2019 (April 1 – June 30, 2019):

3rd quarter 2019 (July 1 – September 30, 2019):

4th quarter 2019 (October 1 – December 31, 2019): $17,330.88

Other (please explain)    _____

If a Final Report and Application for Final Decree are filed, the amount of fee due should be calculated from the beginning of the quarter through the date of the Final Report.

**I certify that the information contained in this Notice is true and correct to the best of my knowledge and belief.**

Date: 2/7/2020

                                      **WALDREP LLP**

                                      /s/ *Thomas W. Waldrep, Jr.*
                                      Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
                                      Jennifer B. Lyday (NC Bar No. 39871)
                                      Francisco T. Morales (NC Bar No. 43079)
                                      101 S. Stratford Road, Suite 210
                                      Winston-Salem, NC 27104
                                      Telephone: 336-717-1440
                                      Telefax: 336-717-1340
                                      Email: notice@waldrepllp.com

**QUARTERLY FEES FOR
THE 4th QUARTER OF 2019**

**Disbursements include: Sum total of disbursements from all bank accounts, including payments of operating expenses and payments to secured creditors and lessors. Disbursements do not include transfers between accounts. Quarterly fees are not prorated.**

*4thQuarter*
**Disbursements for October 2019:  $914,329.28
Disbursements for November 2019: $307,533.42
Disbursements for December 2019: $511,225.41**

**Total Disbursements for the 4th Quarter: $1,733,088.11**

**Amount Due: $17,330.88
Amount Paid: $17,330.88**