**VAN–000** Order Dismissing Show Cause Order – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
958 U.S. Highway 64 East
Plymouth, NC 27962

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

ORDER DISMISSING SHOW CAUSE ORDER

IT IS ORDERED that the Show Cause Order entered by the court on February 6, 2020 is DISMISSED.

DATED: February 7, 2020

Joseph N. Callaway
United States Bankruptcy Judge