Proposed Cash Collateral Budget, February 2020

**Washington County Hospital - CAH #1**

| Budget February Week Beginning | Week of 2/3/2020 | Week of 2/10/2020 | Week of 2/17/2020 | Week of 2/24/2020 | Total 5-Week Total |
|---|---|---|---|---|---|
| **Cash - Beginning of Period** | Budget 162,196 | Budget 227,196 | Budget 281,032 | Budget 183,633 | Budget 162,196 |
| Cash Receipts | 150,530 | 150,530 | 150,530 | 150,530 | 602,119 |
| Total Cash Receipts | 295,764 | 174,556 | 147,890 | 164,908 | 783,118 |
| **Operating Expenses (cash basis)** | | | | | |
| Payroll Semi-Monthly Gross | 146,161 | - | 146,161 | - | 292,323 |
| Payroll Taxes | 63,441 | - | 63,441 | - | 126,882 |
| Insurance Health - Employees | - | 37,125 | - | 37,125 | 74,250 |
| Insurance - Work Comp | - | 2,496 | - | 4,280 | 6,776 |
| Insurance General & Building & Med Malpractice | - | - | 3,041 | - | 3,041 |
| Utilities Gas & Electric | - | 4,000 | - | 4,000 | 8,000 |
| Telephone, Internet, Cable | - | 1,633 | - | 1,633 | 3,266 |
| Purchased Services | - | - | 11,859 | - | 11,859 |
| Repairs and Maintenance | - | - | - | - | - |
| Supplies | - | 22,103 | - | 22,607 | 44,710 |
| Office Supplies | 320 | 435 | 279 | 300 | 1,334 |
| Postage & Delivery | 27 | 32 | - | 23 | 82 |
| HERC CT Lease | - | - | 4,122 | - | 4,122 |
| Misc Equipment Leases/Maintenance | 5,747 | - | 6,086 | - | 11,833 |
| Affinity Monthly Fee | - | - | - | - | - |
| Misc Equipment Leases/Maintenance | - | - | - | - | - |
| Contract Labor | - | 27,896 | - | 10,648 | 38,544 |
| Centralized Billing Office | - | - | - | - | - |
| Lab Information System | - | - | - | - | - |
| Electronic Health Record | - | - | - | - | - |
| Website, Email accounts, Encryption | - | - | - | - | - |
| Affinity Management Expenses | - | - | - | - | - |
| Pharmacy Outsource | - | - | - | - | - |
| Petty Cash | 893 | - | - | - | 893 |
| Property Maintenance | 2,500 | - | - | - | 2,500 |
| Nihon Kohden Central Monitoring System (Telemetry) | 1,675 | - | - | - | 1,675 |
| Administrative Expenses | - | - | 300 | - | 300 |
| Contingency | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| Total Operating Expenses | 230,764 | 105,720 | 245,289 | 90,616 | 672,390 |
| **Net Operating Cash Flow** | 65,000 | 68,836 | (97,399) | 74,292 | 110,728 |
| **Non-Operating Expenses (cash basis)** | | | | | - |
| Debt Service | - | - | - | - | - |
| Pre-Petition Missed Payroll | - | - | - | - | - |
| Reimbursement of Post-Petition Advances | - | - | - | - | - |
| Capital Expenditures | - | - | - | - | - |
| Professional Fees | - | - | - | - | - |
| Ch11 Trustee Fees | - | - | - | - | - |
| Other (Non-operating) | - | - | - | - | - |
| Bankruptcy Administrator | - | 15,000 | - | - | 15,000 |
| IT Costs | - | - | - | - | - |
| Total Non-Operating Expenses | - | 15,000 | - | - | 15,000 |
| **Net Cash Flow** | 227,196 | 281,032 | 183,633 | 257,925 | 95,728 |
| **DIP Funding** | | | | | |
| Beginning DIP Balance | | | | | |
| Draw | - | - | - | - | - |
| Ending DIP Balance | - | - | - | - | - |
| **Cash - End of Period** | 227,196 | 281,032 | 183,633 | 257,925 | 257,925 |