**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, ) | Case No. 19-00730-5-JNC |
| LLC d/b/a WASHINGTON COUNTY ) | |
| HOSPITAL, ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the **ORDER CONTINUING HEARING** [Dkt. No. 694] was served via electronic service through CM/ECF upon those who have registered for such service listed in **Exhibit A** on February 12, 2020 and was served on those listed in **Exhibit B** by first class mail on February 18, 2020.

This the 18th day of February, 2020.

                                               **WALDREP LLP**

                                               /s/ *Thomas W. Waldrep, Jr.*
                                               Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
                                               James C. Lanik (NC State Bar No. 30454)
                                               Jennifer B. Lyday (NC Bar No. 39871)
                                               Francisco T. Morales (NC Bar No. 43079)
                                               101 S. Stratford Road, Suite 210
                                               Winston-Salem, NC 27104
                                               Telephone: 336-717-1440
                                               Telefax: 336-717-1340
                                               Email: notice@waldrepllp.com

                                               *Co-Counsel for the Trustee*

# EXHIBIT A

**VIA CM/ECF**

Rayford K. Adams, III on behalf of Debtors

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Francisco T. Morales on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian Behr on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Ryan J. Adams on behalf of Creditor Aspirar Medical Lab, LLC

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

Sam G. Bratton, II on behalf of Debtor CAH Acquisition Company 12, LLC and Interested Party Doerner, Saunders, Daniel & Anderson, LLP

E. Franklin Childress on behalf of Creditor CAH Acquisition Company 11, LLC

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips

Terri L. Gardner on behalf of Petitioning Creditor Medline Industries, Inc., Petitioning Creditor Washington County, NC, and Petitioning Creditor Robert Venable, M.D.

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue

David J Haidt on behalf of Creditor Fairfax Healthcare Authority, Creditor First Liberty Bank, Interested Party City of Drumright, Oklahoma, Interested Party Cohesive Healthcare

3

Management and Consulting, Interested Party Fairfax Healthcare Authority, Interested Party Brent King, and Other Professional C. David Rhoades

Patricia E. Hamilton on behalf of Interested Party Brent King

Tyler E. Heffron on behalf of Interested Party City of Hillsboro, Kansas and the Public Building Commission of Hillsboro, Kansas

Eric L. Johnson on behalf of Creditor First Capital Corporation

Katherine Montgomery McCraw on behalf of Creditor NC Dept of Health and Human Services, DHB

Felton E. Parrish on behalf of Interested Party Bank of Hays, Interested Party City of Hillsboro, Kansas, and the Public Building Commission of Hillsboro, Kansas, Interested Party Security Bank of Kansas City, Interested Party Brent King

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Mathew A. Petersen on behalf of Creditor First Capital Corporation

Stephen W. Petersen on behalf of Creditor First Capital Corporation

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.

Wesley F. Smith on behalf of Interested Party Brent King

John M. Sperati on behalf of Creditor Somerset Capital Group, Ltd.

Sharon L. Stolte on behalf of Interested Party Brent King

Jeffrey R. Whitley on behalf of Creditor First Capital Corporation

Nicholas Zluticky on behalf of Creditor First Liberty Bank and Interested Party Bank of Hays

William Walt Petitt on behalf of Creditor Complete Business Solutions Group, Inc.

Paul A. Fanning on behalf of Interested Party Cohesive Healthcare Management and Consulting, LLC

Byron L. Saintsing on behalf of Siemens Financial Services, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management and Consulting LLC

Marc S. Sacks on behalf of U.S, Department of Justice

Dennis M. Duffy on behalf of U.S. Department of Health and Human Services, U.S. Internal Revenue Service

Ciara L. Rogers on behalf of Sherwood Partners, Inc.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL | CASE NO: 19-00730<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 694 |

On 2/18/2020, I did cause a copy of the following documents, described below,

Order Continuing Plan Confirmation Hearing ECF Docket Reference No. 694

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2020

/s/ John R. Van Swearingen
John R. Van Swearingen  53646
Waldrep LLP
101 South Stratford Road, Suite 210
Winston-Salem, NC  27104
336 717 1440

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE:  CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL | CASE NO: 19-00730<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 694 |

On 2/18/2020, a copy of the following documents, described below,

Order Continuing Plan Confirmation Hearing ECF Docket Reference No. 694

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John R. Van Swearingen
Waldrep LLP
101 South Stratford Road, Suite 210
Winston-Salem, NC  27104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ALISHA MCCLARY
P.O. BOX 595
KEOTA OK 74941

CHRISTOPHER A. MCELGUNN
KLENDA AUSTERMAN LLC
1600 EPIC CENTER
301 N MAIN
WICHITA KS 67202-4816

JENNIFER ERIN OLDHAM
10177 WCR 1170
STIGLER OK 74462

MARY SUSAN STRAIN
P.O. BOX 85
KEOTA OK 74941

SHANE REED
DIRECTOR/CREDIT A/R ESCALATION
FINANCE
THREE LAKES DRIVE
NORTHFIELD IL 60093

PAUL A. FANNING
WARD AND SMITH P.A.
POST OFFICE BOX 8088
GREENVILLE NC 27835-8088

CAH ACQUISITION COMPANY # 1 LLC
C/O CORPORATION SERVICE CO.
REG. AGENT
2626 GLENWOOD AVENUE SUITE 550
RALEIGH NC 27608

DEBBIE MAYHALL
30728 W.C.R. 1250
STIGLER OK 74462

JERRY P. SPORE
SPRAGINS BARNETT & COBB PLC
312 E. LAFAYETTE STREET
JACKSON TN 38301

NICKI SALES
20293 NCR 4553
KEOTA OK 74941

SUZANNE KOENIG
SAK MANAGEMENT SERVICES LLC
300 SAUNDERS RD. SUITE 300
RIVERWOODS IL 60015

GENERAL ELECTRIC CAPITAL
CORPORATION
P.O. BOX 414 W-490
MILWAUKEE WI 53201

CURTIS S. POTTER
WASHINGTON COUNTY COUNTY
MANAGER/ATTY
PO BOX 1007
PLYMOUTH NC 27962

JENNIFER RADCLIFFE
305 SE 6TH STREET
STIGLER OK 74462

JONATHAN O. STEEN
SPRAGINS BARNETT & COBB PLC
213 E. LAFAYETTE STREET
JACKSON TN 38301

PATRICIA SHAFFER
30329 S.C.R. 4340
STIGLER OK 74462

W. TYLER CHASTAIN ESQ.
BERNSTEIN STAIR & MCADAMS LLP
116 AGNES ROAD
KNOXVILLE TENNESSEE 37919

MEDPRIME CAPITAL
7808 CREEKRIDGE CIRCLE SUITE 250
EDINA MN 55439