UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE PATIENT CARE OMBUDSMAN FOR THE TIME PERIOD OF AUGUST 1, 2019 THROUGH JANUARY 31, 2020**

Greenberg Traurig, LLP ("**Greenberg Traurig**"), counsel to Suzanne Koenig, Patient Care Ombudsman (the "**Ombudsman**"), hereby submits its second interim fee application (the "**Application**") and seeks entry of an order pursuant to 11 U.S.C. §§ 330 and 331, granting approval of its interim compensation and reimbursement of expenses for the period from August 1, 2019 through January 31, 2020 (the "**Second Interim Period**"). In support thereof, Greenberg Traurig respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for relief sought herein are sections 105, 330 and 333 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016.

## BACKGROUND

3.      On February 19, 2019, CAH Acquisition Company #1, LLC ("**CAH #1**") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. Thomas W. Waldrep, Jr. was appointed as Chapter 11 Trustee on March 18, 2019.

4.      On March 28, 2019 and subsequently on April 9, 2019, the Bankruptcy Administrator filed a report and recommendation regarding the appointment of a patient care ombudsman [Docket No.'s 66 and 113].

5.      On April 17, 2019, the Court entered an order regarding the appointment of a patient care ombudsman under section 333 of the Bankruptcy Code and appointed Suzanne Koenig of SAK Management Services, LLC ("**SAK**") as the Ombudsman [Docket No. 158] for CAH #1.

6.      On July 12, 2019, the Ombudsman filed the *Application of the Patient Care Ombudsman for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel, Nunc Pro Tunc as of July 1, 2019* [Docket No. 325].

7.      On August 8, 2019, this Court entered the *Order Authorizing the Retention and Employment of Greenberg Traurig, LLP, as Counsel, Nunc Pro Tunc as of July 1, 2019* [Docket No. 373].

8.      On October 25, 2010, this Court entered the *Order Granting First Interim Fee Application of Greenberg Traurig, LLP for Allowance of Interim Compensation and Reimbursement of Expenses as Counsel for the Patient Care Ombudsman for the Time Period of July 1, 2019 Through July 31, 2019* [Docket No. 507] (the "**First Interim Fee Order**"). Based on the First Interim Fee Order, this Court approved $655.00 in fees and $0 in expenses incurred. As of the date of this Application, Greenberg Traurig has not been paid any amounts approved by this First Interim Fee Order.

## SUMMARY OF FEES INCURRED/SERVICES RENDERED

9.      During the Second Interim Period, Greenberg Traurig timekeepers billed a total of 7.10 hours, with the fees totaling $3,736.00[1].  Greenberg Traurig believes that these fees are reasonable and fair in light of the complexity of this Case.  A summary of fees incurred during the Second Interim Application are organized by (a) timekeeper and (b) by task/project category and are listed below.  Attached hereto as **Exhibit A** are invoices detailing the services rendered during the Second Interim Period (the "**Monthly Invoices**").

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of Professional Person | Hourly Billing Rate | Total Hours Billed | Total Compensation | Hourly Rate Allowed by Court in Most Recent Fee Award Order |
|---|---|---|---|---|---|
| Nancy A. Peterman | Shareholder | $650 | 3.50 | $2,275.00 | $650 |
| Nancy E. Taylor | Shareholder | $975 | 0.50 | $487.50 | N/A |
| Danny Duerdoth | Associate | $435 | 0.10 | $43.50 | N/A |
| Tess. D. Meyer | Associate | $550 | 1.20 | $660.00 | N/A |
| Carla Greenberg | Paralegal | $150 | 1.80 | $270.00 | $150 |
| **Grand Total:** | | | **7.10** | **$3,736.00** | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 804 | Case Administration | 0.60 | $390.00 |
| 805 | Claims Administration and Objections | 1.70 | $1,147.50 |
| 809 | Financing Matters & Cash Collateral | 0.30 | $195.00 |
| 813 | Fee/Employment Applications | 2.60 | $790.00 |
| 824 | Preparation/Review Reports | 1.90 | $1,213.50 |

---

[1]      As a courtesy and for this case only, Nancy Peterman has reduced her billing rate from $950 per hour to $650 per hour.

108101154.v1

## SUMMARY OF EXPENSES

10.    During the Second Interim Period, Greenberg Traurig did not incur or disburse any actual and necessary costs and expenses related to this Case.  Therefore, Greenberg Traurig is not applying for reimbursement of expenses incurred during the Second Interim Period.

## SUMMARY AND CONCLUSION

11.    During the Second Interim Period, Greenberg Traurig expended a total of 7.10 hours rendering professional services to the Ombudsman.  Based upon the total number of hours spent in connection with Greenberg Traurig's representation of the Ombudsman, the amount of fees incurred during the Second Interim Period is $3,736.00.  Greenberg Traurig requests approval and payment of 100% of these discounted professional fees incurred during the Second Interim Period.

12.    As counsel to the Ombudsman, Greenberg Traurig did not incur any out-of-pocket expenses during the Second Interim Period.  Therefore, Greenberg Traurig is not requesting reimbursement of expenses during the Second Interim Period.

13.    Greenberg Traurig has extensive experience in the areas of restructuring, bankruptcy and healthcare and extensive experience representing the Ombudsman. Attached as **Exhibit B** is the biographical information for each attorney and support staff involved in providing legal services to the Ombudsman in connection with this case. Greenberg Traurig diligently represented the Ombudsman during this Case.  Based upon the circumstances, the fair value of the professional services rendered by Greenberg Traurig to the Ombudsman, the skill required, the nature of services rendered and the results obtained, the fees charged by Greenberg Traurig for its services are reasonable.

14.    All services for which Greenberg Traurig requests compensation were performed for and on behalf of the Ombudsman, and not on behalf of any other entity.

15.    No agreement or understanding exists between Greenberg Traurig or any other person for sharing compensation that has been or will be received, except such sharing as is customary and generally accepted among lawyers within a law firm.

16.    No agreement or understanding, express or implied, has been or will be entered into for the purpose of fixing the fees or other compensation to be paid to any other attorney for any party in interest, to any other party in interest, or to any person for services rendered in connection with this Case.

## **NOTICE**

17.    Notice of this Application has been provided to all parties who (a) receive notice in this Case via electronic ECF notification, (b) the Bankruptcy Administrator; (c) the Chapter 11 Trustee; (d) counsel for the Debtor; and (e) any party  that has requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Greenberg Traurig respectfully requests that this Court enter an Order:

(i)    allowing compensation, on an interim basis, in the amount of $3,736.00;

(ii)    allowing expenses, on an interim basis, in the amount of $0;

(iii)    authorizing and directing the Chapter 11 trustee to pay Greenberg Traurig $3,736.00, representing 100% of compensation and expenses incurred during the Second Interim Period upon consent from First Capital Corporation; and

(iv)    granting such other and further relief deemed appropriate under the circumstances.

108101154.v1

Dated: February 26, 2020

By: /s/ *Brian R. Anderson*
Brian R. Anderson
N.C. State Bar No. 37989
Fox Rothschild LLP
BRAnderson@FoxRothschild.com
300 N. Greene St., Suite 1400
Greensboro, NC 27401
(336) 378-5205

and

Nancy A. Peterman
IL ARDC #6208120
petermann@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60642
(312) 456-8400

*Counsel to the Suzanne Koenig, the Patient Care Ombudsman*

# EXHIBIT A

## GREENBERG TRAURIG INVOICES

 GreenbergTraurig

Invoice No.:  5174236
File No.    :  102171.013900
Bill Date   :  September 20, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   CAH Acquisition Company #1, LLC d/b/a Washington County Hospital

<u>Legal Services through August 31, 2019</u>:

| | | |
|---|---|---|
| FINANCING MATTERS & CASH COLL: | $ | 195.00 |
| FEE/EMPLOYMENT APPLICATIONS: | $ | 790.00 |
| PREPARATION/REVIEW REPORTS: | $ | 260.00 |
| Total Fees: | $ | 1,245.00 |
| **Current Invoice:** | **$** | **1,245.00** |

NAP:MK
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    5174236                                                              Page 1
Matter No.:    102171.013900

Description of Professional Services Rendered:

TASK CODE:        809        FINANCING MATTERS & CASH COLL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/12/19 | Nancy A. Peterman | Draft email to Trustee's counsel re cash collateral issues. | 0.10 | 65.00 |
| 08/28/19 | Nancy A. Peterman | Telephone conference with Trustee's counsel re cash collateral budget issues. | 0.10 | 65.00 |
| 08/28/19 | Nancy A. Peterman | Review and analysis of cash collateral stipulation. | 0.10 | 65.00 |

Total Hours:        0.30

Total Amount:    $ 195.00

TIMEKEEPER SUMMARY FOR TASK CODE 809,

FINANCING MATTERS & CASH COLL

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.30 | 650.00 | 195.00 |
| Totals: | 0.30 | 650.00 | $    195.00 |

Invoice No.:  5174236                                                          Page 2
Matter No.:  102171.013900

Description of Professional Services Rendered

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/05/19 | Nancy A. Peterman | Telephone conference with Lenders' counsel re retention objection. | 0.30 | 195.00 |
| 08/05/19 | Nancy A. Peterman | Revise GT/SAK retention orders. | 0.20 | 130.00 |
| 08/26/19 | Carla Greenberg | Draft first inteirm fee application for GT. | 0.90 | 135.00 |
| 08/27/19 | Carla Greenberg | Draft first interim fee application for SAK. | 0.90 | 135.00 |
| 08/27/19 | Nancy A. Peterman | Revise fee applications for GT (.10) and SAK (.20). | 0.30 | 195.00 |

Total Hours:    2.60

Total Amount:    $ 790.00

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.80 | 650.00 | 520.00 |
| Carla Greenberg | 1.80 | 150.00 | 270.00 |
| Totals: | 2.60 | 303.85 | $    790.00 |

Invoice No.:    5174236                                                    Page 3
Matter No.:    102171.013900

Description of Professional Services Rendered

TASK CODE:        824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/16/19 | Nancy A. Peterman | Review and comment on PCO report. | 0.40 | 260.00 |

Total Hours:    0.40

Total Amount:    $ 260.00

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.40 | 650.00 | 260.00 |
| Totals: | 0.40 | 650.00 | $     260.00 |

Invoice No.:    5174236                                                                          Page 4
Matter No.:     102171.013900

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Nancy A. Peterman | 1.50 | 650.00 | | 975.00 |
| Carla Greenberg | 1.80 | 150.00 | | 270.00 |
| Totals: | 3.30 | 377.27 | $ | 1,245.00 |

| | | |
|---|---|---|
| Invoice No.: | 5174236 | Page 5 |
| Re: | CAH Acquisition Company #1, LLC d/b/a Washington County Hospital | |
| Matter No.: | 102171.013900 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**

 GreenbergTraurig

Invoice No. :  5222251
File No.     :  102171.013900
Bill Date    :  November 7, 2019

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## INVOICE

Re:   CAH Acquisition Company #1, LLC d/b/a Washington County Hospital

Legal Services through October 31, 2019:

| | | |
|---|---|---|
| PREPARATION/REVIEW REPORTS: | $ | 520.00 |
| Total Fees: | $ | 520.00 |
| **Current Invoice:** | **$** | **520.00** |

NAP:ML
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    5222251                                           Page  1
Matter No.:    102171.013900

Description of Professional Services Rendered:

TASK CODE:        824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/16/19 | Nancy A. Peterman | Revise PCO report. | 0.80 | 520.00 |

Total Hours:       0.80

Total Amount:    $ 520.00

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.80 | 650.00 | 520.00 |
| Totals: | 0.80 | 650.00 | $      520.00 |

Invoice No.:     5222251                                                              Page 2
Matter No.:      102171.013900

<u>Description of Professional Services Rendered</u>

## <u>TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY</u>

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 0.80 | 650.00 | 520.00 |
| Totals: | 0.80 | 650.00 | $    520.00 |

 GreenbergTraurig

Invoice No. : 5283180
File No.     :  102171.013900
Bill Date   :  January 27, 2020

Suzanne Koenig, as Patient Care Ombudsman
SAK Management Services, LLC
300 Saunders Rd.
Suite 300
Riverwoods, IL  60015

Attn:  Suzanne Koenig

## <u>INVOICE</u>

Re:   CAH Acquisition Company #1, LLC d/b/a Washington County Hospital

<u>Legal Services through December 31, 2019</u>:

|  |  |  |
|---|---|---|
| CASE ADMINISTRATION: | $ | 390.00 |
| CLAIMS ADMINISTRATION & OBJECTIONS: | $ | 1,147.50 |
| PREPARATION/REVIEW REPORTS: | $ | 433.50 |
| Total Fees: | $ | 1,971.00 |
| **Current Invoice:** | **$** | **1,971.00** |

NAP:ML
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:    5283180                                                                Page  1
Matter No.:    102171.013900

## Description of Professional Services Rendered:

TASK CODE:        804        CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/17/19 | Nancy A. Peterman | Review order to show cause as to why case should not be converted (.10); telephone conference with Bankruptcy Administrator re same (.20); update S. Koenig re same (.30). | 0.60 | 390.00 |

Total Hours:        0.60

Total Amount:    $ 390.00

## TIMEKEEPER SUMMARY FOR TASK CODE 804,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Nancy A. Peterman | 0.60 | 650.00 | 390.00 |
| Totals: | 0.60 | 650.00 | $   390.00 |

Invoice No.:      5283180
Matter No.:       102171.013900

Page 2

Description of Professional Services Rendered

TASK CODE:       805        CLAIMS ADMINISTRATION & OBJECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/17/19 | Tess D. Meyer | Call with N. Peterman re unreleased claims (.3); emailing with CMS and OGC re same (.9). | 1.20 | 660.00 |
| 12/17/19 | Nancy E. Taylor | Telephone conference with N. Peterman re unreleased claims (.2) and review materials (.3). | 0.50 | 487.50 |

Total Hours:      1.70

Total Amount:     $ 1,147.50

TIMEKEEPER SUMMARY FOR TASK CODE 805,

CLAIMS ADMINISTRATION & OBJECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy E. Taylor | 0.50 | 975.00 | 487.50 |
| Tess D. Meyer | 1.20 | 550.00 | 660.00 |
| Totals: | 1.70 | 675.00 | $    1,147.50 |

Invoice No.:     5283180                                                                 Page 3
Matter No.:     102171.013900

Description of Professional Services Rendered

TASK CODE:          824        PREPARATION/REVIEW REPORTS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/02/19 | Danny Duerdoth | Draft notice of Ombudsman's 4th Report | 0.10 | 43.50 |
| 12/15/19 | Nancy A. Peterman | Revise report. | 0.60 | 390.00 |

Total Hours:          0.70

Total Amount:      $ 433.50

TIMEKEEPER SUMMARY FOR TASK CODE 824,

PREPARATION/REVIEW REPORTS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Nancy A. Peterman | 0.60 | 650.00 | 390.00 |
| Danny Duerdoth | 0.10 | 435.00 | 43.50 |
| Totals: | 0.70 | 619.29 | $    433.50 |

Invoice No.:   5283180                                                     Page 4
Matter No.:    102171.013900

<u>Description of Professional Services Rendered</u>

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nancy A. Peterman | 1.20 | 650.00 | 780.00 |
| Nancy E. Taylor | 0.50 | 975.00 | 487.50 |
| Danny Duerdoth | 0.10 | 435.00 | 43.50 |
| Tess D. Meyer | 1.20 | 550.00 | 660.00 |
| Totals: | 3.00 | 657.00 | $ 1,971.00 |

Invoice No.:    5283180                                                                              Page 5
Re:             CAH Acquisition Company #1, LLC d/b/a Washington County Hospital
Matter No.:     102171.013900

Description of Expenses Billed:

DATE          DESCRIPTION                                                                    AMOUNT

**No expenses charged to this file**

## EXHIBIT B

## BIOGRAPHICAL INFORMATION

Nancy A. Peterman is Chair of the Chicago Restructuring & Bankruptcy Practice. With over 25 years of experience, Nancy focuses her practice on complex corporate restructurings and M&A transactions involving special situations and distressed companies, whether implemented in court or out of court. She has represented private equity funds, debtors, sellers, purchasers, investor groups, and creditors in these matters. Nancy has experience in numerous industries, including manufacturing, real estate, retail, and gaming, with a focus on health care. Nancy assisted in drafting the health care bankruptcy provisions of Public Law No. 109-8 (the 2005 amendments to the Bankruptcy Code). Nancy received her B.A. from the University of Michigan in 1988 and her J.D. from the University of Michigan Law School in 1991.

Nancy E. Taylor is Co-Chair of the Health Care & FDA Practice and focuses her practice on health and FDA related matters. She has broad experience working with providers, plans, employers, private equity firms, and FDA regulated companies. She advises clients on health care transactions, health and FDA regulatory policy and compliance, and responding to Congressional and Administration investigations and audits. Prior to joining Greenberg Traurig, Nancy served 10 years as Health Policy Director for a Senate Committee and worked on a number of significant health and FDA laws. She also served as CEO of a start-up medical device company, where she obtained eight product clearances, including securing reimbursement coverage for each product.

Danny Duerdoth is an associate in the Restructuring & Bankruptcy Practice in the Chicago office. He has been employed with Greenberg Traurig since September 2019.

Tess D. Meyer advises payers, providers, biotech and pharmaceutical companies, large employers, and other health care stakeholders on health care regulatory compliance issues and policy objectives. She conducts complex regulatory and compliance assessments, including matters related to Affordable Care Act compliance, Medicaid and Medicare issues, and market conduct requirements.

Carla J. Greenberg is a paralegal in the Restructuring & Bankruptcy Practice in the Chicago office. She has been employed with Greenberg Traurig since 2001.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE PATIENT CARE OMBUDSMAN FOR THE TIME <u>PERIOD OF AUGUST 1, 2019 THROUGH JANUARY 31, 2020</u>**

**NOTICE IS HEREBY GIVEN** that Greenberg Traurig, LLP ("**Greenberg Traurig**") has filed their *Second Interim Fee Application of Greenberg Traurig, LLP for Allowance of Interim Compensation and Reimbursement of Expenses as Counsel for the Patient Care Ombudsman for the Time Period of August 1, 2019 Through January 31, 2020* (the "**Application**");

**FURTHER NOTICE IS HEREBY GIVEN** that Greenberg Traurig, counsel to the Patient Care Ombudsman (the "**Ombudsman**") has applied for compensation in the amount of $3,736.00 for fees and $0 for reimbursement of expenses, for a total of $3,736.00 for the period of August 1, 2019 through January 31, 2020;

**FURTHER NOTICE IS HEREBY GIVEN** that the Application filed by the Ombudsman's counsel may be allowed, provided that no objection and no request for a hearing is made by any party-in-interest in writing to the Clerk of this Court within twenty-one (21) days from the date of this notice; and

**FURTHER NOTICE IS HEREBY GIVEN** that if an objection and a request for a hearing is filed in writing by any party-in-interest within the allotted time, a hearing will be held on this Application based upon a time, date and place to be set by the Court and all parties-in-

108101154.v1

interest will be notified accordingly. If no request for a hearing is timely filed, this Court may rule

on the Application *ex parte* without further notice.

      Respectfully submitted this 26th day of February, 2020.

By:  /s/ *Brian R. Anderson*
      Brian R. Anderson
      N.C. State Bar No. 37989
      Fox Rothschild LLP
      BRAnderson@FoxRothschild.com
      300 N. Greene St., Suite 1400
      Greensboro, NC 27401
      (336) 378-5205

      and

      Nancy A. Peterman
      IL ARDC #6208120
      petermann@gtlaw.com
      Greenberg Traurig, LLP
      77 West Wacker Drive, Suite 3100
      Chicago, IL 60642
      (312) 456-8400

      *Counsel to the Suzanne Koenig, the Patient Care Ombudsman*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

In re:                                          )
                                                )
CAH ACQUISITION COMPANY #1, LLC,                )      Case No. 19-00730-5-JNC
d/b/a WASHINGTON COUNTY HOSPITAL                )
                                                )      Chapter 11
                Debtor.                         )
                                                )
_____        )

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, a true and correct copy of the **SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE PATIENT CARE OMBUDSMAN FOR THE TIME PERIOD OF AUGUST 1, 2019 THROUGH JANUARY 31, 2020** was sent via this Court's ECF notification system to the Bankruptcy Administrator, counsel who have filed a Notice of Appearance, and any party directly affected by the pleading via ECF notification:

| | |
|---|---|
| Marjorie K. Lynch (via ECF)<br>Brian Behr (via ECF)<br>Kirstin E. Gardner (via ECF)<br>434 Fayetteville St.<br>Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* | Terri L. Gardner (via ECF)<br>Nelson Mullins Riley &<br>Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612<br>*Counsel for Petitioning Creditors* |
| Katherine M. McCraw (via ECF)<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629<br>*Counsel for NC DHHS/DHB* | Thomas W. Waldrep, Jr. (via ECF)<br>Waldrep LLP<br>101 S Stratford Road, Suite 210<br>Winston-Salem, NC 27104<br>*Trustee* |
| **Ryan J. Adams** (via ECF)<br>Adams, Howell, Sizemore & Lenfestey, PA<br>1600 Glenwood Ave., Suite 101<br>Raleigh, NC 27608 | **Felton E. Parrish** (via ECF)<br>Hull & Chandler, P.A.<br>1001 Morehead Square Drive, Suite 450<br>Charlotte, NC 28203 |

108101154.v1

| | |
|---|---|
| **Nicholas Zluticky** (via ECF)<br>Stinson Leonard Street LLP<br>1201 Walnut Street, Suite 2900<br>Ste 2700<br>Kansas City, MI 64106-2150 | **Rayford K. Adams, III** (via ECF)<br>Spilman Thomas & Battle, PLLC<br>110 Oakwood Dr., Suite 500<br>Winston-Salem, NC 27103 |
| **E. Franklin Childress** (via ECF)<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 | **M. Ruthie Hagan** (via ECF)<br>Baker, Donelson, Bearman, Caldwell<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103 |
| **David J Haidt** (via ECF)<br>Ayers & Haidt, P.A.<br>PO Box 1544<br>307 Metcalf Street<br>New Bern, NC 28563 | **Tyler E. Heffron** (via ECF)<br>Triplett Woolf Garretson, LLC<br>2959 N. Rock Road, Suite 300<br>Wichita, KS 67226 |
| **Brian H. Smith** (via ECF)<br>Complete Business Solutions Group, Inc.<br>20 N. 3rd Street<br>Philadelphia, PA 19106 | **W. Tyler Chastain** (via ECF)<br>Bernstein, Stair & McAdams, LLP<br>116 Agnes Road<br>Knoxville, TN 37919 |
| **Eric L. Johnson** (via ECF)<br>**Matthew A. Petersen** (via ECF)<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106 | **Stephen W. Petersen** (via ECF)<br>**Jeffrey R. Whitley** (via ECF)<br>Fox Rothschild, LLP<br>Post Office Box 27525<br>Raleigh, NC 27611 |
| **Patricia E. Hamilton** (via ECF)<br>Stevens & Brand, LLP<br>917 S.W. Topeka Boulevard<br>Topeka, KS 66612 | **Wesley F. Smith** (via ECF)<br>Stevens & Brand, LLP<br>900 Massachusetts Street, Suite 500<br>Lawrence, KS 66044 |
| **Sharon L. Stolte** (via ECF)<br>Sandberg Phoenix & von Gontard P.C.<br>4600 Madison Avenue, Suite 1000<br>Kansas City, MO 64112 | **Katherine Montgomery McCraw** (via ECF)<br>North Carolina Department of Justice<br>PO Box 629<br>Courier Number 51-41-22<br>Raleigh, NC 27602-0629 |
| **John Paul H. Cournoyer** (via ECF)<br>Northen Blue, LLP<br>PO Box 2208<br>Chapel Hill, NC 27515-2208 | **Christopher A. McElgunn** (via ECF)<br>Klenda Austerman LLC<br>1600 Epic Center<br>301 N Main<br>Wichita, KS 67202-4816 |

| **John M. Sperati** (via ECF)<br>SmithDebnamNarronDrakeSaintsing&Myers<br>4601 Six Forks Road, Suite 400<br>Raleigh, NC 27609 | **Jerry P. Spore** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>312 E. Lafayette Street<br>Jackson, TN 38301 |
| --- | --- |
| **Jonathan O. Steen** (via ECF)<br>Spragins, Barnett & Cobb, PLC<br>213 E. Lafayette Street<br>Jackson, TN 38301 | **Jason L. Hendren** (via ECF)<br>**Rebecca F. Redline** (via ECF)<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612 |
| **James C. Lanik** (via ECF)<br>**Jennifer B. Lyday** (via ECF)<br>**Francisco T. Morales** (via ECF)<br>Waldrep LLP<br>101 S. Stratford Road, Suite 210<br>Winston-Salem, NC 27104 | |

/s/ *Brian R. Anderson*
Brian R. Anderson
N.C. State Bar No. 37989
Fox Rothschild LLP
BRAnderson@FoxRothschild.com
300 N. Greene St., Suite 1400
Greensboro, NC 27401
(336) 378-5205
*Counsel to the Suzanne Koenig, the Patient Care Ombudsman*

108101154.v1