**Unpaid Administrative Claims:**

Greenberg Traurig: $665.00

SAK Management: $9,011.94

Sherwood: $37,500.00

**Other Expenses from Account #5931:**

Petty Cash: $506.68

License Renewal: $1,107.50

Transcription Solutions: $1,547.11

Hardship Payment: $827.00

Bank Fees: $485.89