UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC d/b/a ) | |
| WASHINGTON COUNTY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

## SIXTH APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

NOW COME Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), and submit this Application for Approval to Pay Co-Counsel for the Trustee's Fees, and show unto the Court as follows:

1. An involuntary petition for relief under Chapter 7 of the United States Bankruptcy Code was filed on behalf of the Debtor on February 19, 2019.

2. An Order appointing Thomas Waldrep as Trustee for the Debtor was approved on February 22, 2019.

3. The Debtor filed a Motion to Convert the Involuntary Chapter 7 Case to a Chapter 11 case on March 14, 2019, and the Motion was approved on March 15, 2019.

4. Jason L. Hendren, Rebecca F. Redwine and the firm Hendren, Redwine & Malone, PLLC were employed as co-counsel for the Trustee, *Nunc Pro Tunc,* on April 17, 2019.

5. Hendren Redwine was not paid a retainer in this matter.

6. Hendren Redwine has rendered services to the Trustee including providing assistance and advising the Trustee with regard to administration of the case.

7. Hendren Redwine seeks authority to receive payment for fees in the amount of $6,940.50 and out-of-pocket expenses in the amount of $383.20 for services rendered from December 1, 2019 through January 31, 2020. A copy of the itemized invoice is attached hereto and marked as Exhibit "A".

8. A summary of the background and qualifications of Hendren Redwine is attached hereto and marked as Exhibit "B".

9. The amount to be paid to Hendren Redwine is fair and reasonable.

10. Payment to Hendren Redwine is in the best interest of the Estate.

WHEREFORE, Hendren Redwine requests payment for fees in the amount of $6,940.50 and out-of-pocket expenses in the amount of $383.20 for services rendered from December 1, 2019 through January 31, 2020.

DATED: February 28, 2020

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 28th day of February, 2020, I served copies of the foregoing **Sixth Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  February 28, 2020

**HENDREN, REDWINE & MALONE, PLLC**

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

TO:

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | (via CM/ECF) |
| Thomas W. Waldrep<br>Chapter 11 Trustee | (via CM/ECF) |
| Rayford K. Adams, III<br>Counsel for the Debtor | (via CM/ECF) |



## Hendren, Redwine & Malone PLLC

4600 Marriott Drive
Suite 150
Raleigh, NC 27612

Ph:919-573-1426     Fax:919-420-0475

CAH Acquisition Company #1, LLC dba W                                     February 24, 2020
Waldrep LLP                                                               File #:        6415
101 S. Stratford Road, Suite 210                                          Invoice #:    18366
Winston- Salem, NC 27104

c/o Thomas Waldrep, Trustee

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | RATE | |
|---|---|---|---|---|---|
| Dec-01-19 | Telephone call with JLH re sale process and executive contracts | 0.20 | 62.00 | 310.00 | RFR |
| Dec-02-19 | Discussion with JG re executory contract list | 0.10 | 11.00 | 110.00 | AHS |
| Dec-02-19 | Review of email from TP re extensions for October Monthly Reports | 0.10 | 11.00 | 110.00 | AHS |
| Dec-02-19 | Finalize and file Summons Service Executed in High Speed Capital AP | 0.20 | 22.00 | 110.00 | AHS |
| Dec-02-19 | Review Notice and Order Establishing Procedure; calendar deadlines and hearings ( all cases) | 0.10 | 11.00 | 110.00 | JG |
| Dec-02-19 | Review complaint and calendar answer deadline (1, 6, 16) | 0.10 | 13.00 | 130.00 | JG |
| Dec-02-19 | Brief discussion with JLH re status of leases; review email re same from Lyday | 0.10 | 13.00 | 130.00 | JG |
| Dec-02-19 | Draft, finalize and file extension to file monthly report | 0.30 | 33.00 | 110.00 | TWP |
| Dec-03-19 | Review CBS, First Cap and Washington County objections to Plan | 0.40 | 124.00 | 310.00 | RFR |
| Dec-03-19 | Compile list of filed APs, send to JLH | 0.20 | 22.00 | 110.00 | AHS |
| Dec-03-19 | Discussion with JG re case status | 0.10 | 11.00 | 110.00 | AHS |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Dec-03-19 | Review objections to Plan & DS; reivew ombudsman report | 0.30 | 39.00 | 130.00 | JG |
| Dec-03-19 | Review email from Lanik re: scanners in motion and Hitachi claim; respond to JLH re same | 0.10 | 13.00 | 130.00 | JG |
| Dec-03-19 | Email to Lanik re scanner issue | 0.10 | 13.00 | 130.00 | JG |
| Dec-03-19 | Save files to system | 0.10 | 11.00 | 110.00 | TWP |
| Dec-03-19 | Review filed objections to plan and disclosure statement | 0.10 | 35.00 | 350.00 | BW |
| Dec-04-19 | Correspondence re monthly report extensions; Email from potential purchaser | 0.20 | 62.00 | 310.00 | RFR |
| Dec-04-19 | Correspondence re ballot package | 0.10 | 31.00 | 310.00 | RFR |
| Dec-04-19 | Email from Jennifer re lease cure notices | 0.10 | 11.00 | 110.00 | AHS |
| Dec-04-19 | Discussion with TP re info still needed for October Monthly Report, email to Frank re same | 0.10 | 11.00 | 110.00 | AHS |
| Dec-04-19 | Review and reply to email from Lyday re leases and contracts | 0.10 | 13.00 | 130.00 | JG |
| Dec-04-19 | Draft motion to ext acceptance deadline and order; review schedules and update lease chart; email to Lyday | 0.10 | 13.00 | 130.00 | JG |
| Dec-04-19 | Monthly report update with AHS | 0.10 | 11.00 | 110.00 | TWP |
| Dec-05-19 | Receipt of certified mail green card re High Speed Capital Complaint | 0.10 | 11.00 | 110.00 | AHS |
| Dec-05-19 | Review order continuing confirmation; edit calendar (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-05-19 | Finalize and file Motion to Ext Acceptance Deadline; upload order and edit calendar (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-06-19 | Email to Holly and Lyday re expenses | 0.10 | 13.00 | 130.00 | JG |
| Dec-09-19 | Correspondence re reimbursements | 0.10 | 31.00 | 310.00 | RFR |
| Dec-09-19 | Meet re auction, fee applications and expense reimbursements (all matters) | 0.20 | 62.00 | 310.00 | RFR |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Dec-09-19 | Review order extending acceptance deadline, order allowing HRM fees and notice re contracts; calendar deadline (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-09-19 | Meet with BW re Motion for Entry of Discharge | 0.20 | 26.00 | 130.00 | JG |
| Dec-09-19 | Monthly report status update to JG | 0.10 | 11.00 | 110.00 | TWP |
| Dec-10-19 | Emails to and from Holly re bank statement for October Monthly Report, email to Frank re same | 0.10 | 11.00 | 110.00 | AHS |
| Dec-10-19 | Review motions to continue and edit calendar (all cases); review POC and email to T re same | 0.10 | 13.00 | 130.00 | JG |
| Dec-10-19 | Draft Motion for Default Judgment against Bridge Funding/GEL and Default Judgment; email to BW for review (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-10-19 | Review and approve Motion for Entry of Default and Motion for Default Judgment re Bridge Funding/GEL Funding | 0.80 | 280.00 | 350.00 | BW |
| Dec-11-19 | Correspondence with Trustee re executory contracts | 0.20 | 62.00 | 310.00 | RFR |
| Dec-11-19 | Review orders continuing fee app hearings and edit calendar (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-11-19 | Finalize and file Motion for Entry of Default against Bridge Funding (GEL) | 0.10 | 13.00 | 130.00 | JG |
| Dec-12-19 | Review monthly report | 0.40 | 158.00 | 395.00 | JLH |
| Dec-12-19 | Email to Frank re status of bank statement, discussion with JG re same | 0.10 | 11.00 | 110.00 | AHS |
| Dec-12-19 | Email from Melanie with November bank statement, save, email to her re October bank statement, update monthly report | 0.20 | 22.00 | 110.00 | AHS |
| Dec-12-19 | Email from Melanie with October bank statement, complete October monthly report, send to JLH for review | 0.50 | 55.00 | 110.00 | AHS |
| Dec-12-19 | Email from JLH approving CAH 1 October Monthly Report, email to Tom Waldrep with same for approval, finalize bank statements for production | 0.20 | 22.00 | 110.00 | AHS |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Dec-12-19 | Review CO on Adams Fees (all cases) | 0.10 | 13.00 | 130.00 | JG |
| Dec-13-19 | Email from Tom Waldrep approving October Monthly Report, finalize and file | 0.10 | 11.00 | 110.00 | AHS |
| Dec-13-19 | Review Motion to Ext Deadlines and Cont Hearing; edit calendar | 0.10 | 13.00 | 130.00 | JG |
| Dec-13-19 | Call with clerk re GEL funding deficiency | 0.10 | 13.00 | 130.00 | JG |
| Dec-13-19 | Amend Motion for Entry of Default and email to BW | 0.10 | 13.00 | 130.00 | JG |
| Dec-13-19 | Finalize and file Amended Motion for Entry of Default | 0.10 | 13.00 | 130.00 | JG |
| Dec-13-19 | Correspondence with J. Lyday re case status conference call | 0.10 | 35.00 | 350.00 | BW |
| Dec-13-19 | Review deficiency notice; review and approve Amended Motion for Default Judgment re Bridge Funding AP | 0.30 | 105.00 | 350.00 | BW |
| Dec-15-19 | Review order on continuance; Email re fee applications | 0.20 | 62.00 | 310.00 | RFR |
| Dec-16-19 | Review Motion to Continue Stalking Horse hearing | 0.10 | 31.00 | 310.00 | RFR |
| Dec-16-19 | Review consent order on fees | 0.10 | 31.00 | 310.00 | RFR |
| Dec-16-19 | Review of bid procedure deadlines | 0.10 | 31.00 | 310.00 | RFR |
| Dec-16-19 | Review ACT fee App; review order continuing hearing | 0.10 | 13.00 | 130.00 | JG |
| Dec-17-19 | Preparation for telephone call with Court | 0.40 | 158.00 | 395.00 | JLH |
| Dec-17-19 | Preparation and participation in status call with Judge Callaway re: hospital cash flow issues | 0.20 | 79.00 | 395.00 | JLH |
| Dec-17-19 | Telephone call with BA re: status of Show Cause Hearing | 0.30 | 118.50 | 395.00 | JLH |
| Dec-17-19 | Correspondence and Telephone Call re status conference outcome and show cause hearing | 0.40 | 124.00 | 310.00 | RFR |
| Dec-17-19 | Telephone call re follow up on show cause | 0.30 | 93.00 | 310.00 | RFR |

| Date | Description | Hours | Amount | Rate | Init |
|---|---|---|---|---|---|
| Dec-17-19 | Analysis of show cause issues and upcoming hearing | 0.20 | 70.00 | 350.00 | BW |
| Dec-18-19 | Correspondence re show cause hearing | 0.10 | 31.00 | 310.00 | RFR |
| Dec-18-19 | Review Report on Bidders (all cases); review notice of hearing on show cause and edit calendar | 0.10 | 13.00 | 130.00 | JG |
| Dec-18-19 | Analysis of show cause hearing issues | 0.20 | 70.00 | 350.00 | BW |
| Dec-19-19 | Correspondence from BA re audio and ombudsman report | 0.10 | 31.00 | 310.00 | RFR |
| Dec-19-19 | Review and respond to email re: High Speed Capital AP deadline | 0.10 | 13.00 | 130.00 | JG |
| Dec-19-19 | Review email from BW re CAH 1 hearing | 0.10 | 13.00 | 130.00 | JG |
| Dec-19-19 | Begin review of Nov accounting; edit Nov monthly report | 0.70 | 91.00 | 130.00 | JG |
| Dec-19-19 | Conference with Jim Lanik and BA re show cause hearing, financing issues and possible hospital closure | 1.80 | 630.00 | 350.00 | BW |
| Dec-20-19 | Telephone call with Trustee re: case status and auction results (all cases) | 0.10 | 39.50 | 395.00 | JLH |
| Dec-20-19 | Email to Lyday re outcome of auction | 0.10 | 31.00 | 310.00 | RFR |
| Dec-20-19 | Review NOA and Notice of Rescheduled Hearing; edit calendar | 0.10 | 13.00 | 130.00 | JG |
| Dec-20-19 | Review email re auction status | 0.10 | 13.00 | 130.00 | JG |
| Dec-20-19 | Complete review of accounting and edit of Nov report; email to Melanie/Frank re AP/AR figures | 0.40 | 52.00 | 130.00 | JG |
| Dec-20-19 | Review email re status of sale | 0.10 | 13.00 | 130.00 | JG |
| Dec-20-19 | Review hospital auction sale results and analysis of required action | 0.20 | 70.00 | 350.00 | BW |
| Dec-23-19 | Review objection of NCDHHS to stalking horse motion | 0.20 | 62.00 | 310.00 | RFR |
| Dec-24-19 | Review Motion for post-petition financing with LS Capital, Inc. and analysis of required action | 0.20 | 70.00 | 350.00 | BW |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Dec-24-19 | Review Report of Bankruptcy Administrator re Show Cause Order | 0.10 | 35.00 | 350.00 | BW |
| Dec-24-19 | Review filed Entry of Default against Bridge Funding/GEL Funding | 0.10 | 35.00 | 350.00 | BW |
| Dec-27-19 | Review objections to sale | 0.10 | 13.00 | 130.00 | JG |
| Dec-27-19 | Review DIP Financing motion; edit calendar re hearing; review BA report on show cause; review order to proceed in HOP AP | 0.10 | 13.00 | 130.00 | JG |
| Dec-27-19 | Review IRS claim and edit claims chart; email to T re same | 0.10 | 13.00 | 130.00 | JG |
| Dec-27-19 | Email from BA re ACT fee app; email to Lyday and JV re same | 0.10 | 13.00 | 130.00 | JG |
| Dec-27-19 | Draft Motion for Default Judgment as to HOP Capital | 0.40 | 52.00 | 130.00 | JG |
| Dec-27-19 | Review email from Melaine; brief edit to Affinity acct in Nov report; email to Melanie re AR & AP for Nov | 0.10 | 13.00 | 130.00 | JG |
| Dec-30-19 | Review sale objections and NOA | 0.10 | 13.00 | 130.00 | JG |
| Dec-30-19 | Review and reply to email from Lyday re AP | 0.10 | 13.00 | 130.00 | JG |
| Dec-30-19 | Finalize and file Motion for Default Judgment against HOP Capital | 0.10 | 13.00 | 130.00 | JG |
| Dec-30-19 | Draft Motion to Ext Nov report deadline; email to JLH for review | 0.20 | 26.00 | 130.00 | JG |
| Dec-31-19 | Meet with Lyday re status of show cause hearing | 0.20 | 62.00 | 310.00 | RFR |
| Dec-31-19 | Review interim DIP order; edit calendar re hearing; re order on show cause and motion to continue sale hearing | 0.10 | 13.00 | 130.00 | JG |
| Dec-31-19 | Review email from Melanie re AR; edit report re same | 0.10 | 13.00 | 130.00 | JG |
| Dec-31-19 | Finalize and file Motion to Ext Deadline for Nov Report; edit calendar | 0.10 | 13.00 | 130.00 | JG |
| Jan-02-20 | Review order continuing hearing; review Bridge | 0.10 | 14.00 | 140.00 | JG |

Invoice #: 18366 Page 7 Feb

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| | default Judgment; edit claims chart re same; review motion to compel | | | | |
| Jan-02-20 | Review and reply to email from Melanie re AP; emails with Lyday re same | 0.10 | 14.00 | 140.00 | JG |
| Jan-03-20 | Review Notice of Motion | 0.10 | 14.00 | 140.00 | JG |
| Jan-03-20 | Review entry of default against HOP capital | 0.10 | 14.00 | 140.00 | JG |
| Jan-03-20 | Review and reply to email from Melaine re AP; email to Lyday re same | 0.10 | 14.00 | 140.00 | JG |
| Jan-03-20 | Draft Motion to Ext for Nov Report and order; email to RFR re review of same | 0.10 | 14.00 | 140.00 | JG |
| Jan-06-20 | Review monthly report; Email re same | 0.50 | 162.50 | 325.00 | RFR |
| Jan-06-20 | Review order extending time and object to ACT fee app; edit calendar re hearing | 0.10 | 14.00 | 140.00 | JG |
| Jan-06-20 | Brief edit to Nov monthly report; email to Lyday re review of same | 0.10 | 14.00 | 140.00 | JG |
| Jan-07-20 | Correspondence with Trustee, Debtor counsel, and Jimmy Carter re CMECF and notices for CAH 1 | 0.20 | 65.00 | 325.00 | RFR |
| Jan-07-20 | Review HOP capital default judgment; edit claims chart | 0.10 | 14.00 | 140.00 | JG |
| Jan-08-20 | Edit exhibit to application | 0.40 | 130.00 | 325.00 | RFR |
| Jan-08-20 | Receipt of PNC bank statement from Melanie, send to JG | 0.10 | 11.50 | 115.00 | AHS |
| Jan-09-20 | Review response of Trustee to wage inquiry | 0.10 | 32.50 | 325.00 | RFR |
| Jan-09-20 | Review and save December accounting to file from GT | 0.10 | 14.00 | 140.00 | JG |
| Jan-09-20 | Email to Lyday re Nov report review | 0.10 | 14.00 | 140.00 | JG |
| Jan-10-20 | Review and edit application, exhibits, notice, and order for fee application; Follow up with AHS re same | 0.60 | 195.00 | 325.00 | RFR |
| Jan-10-20 | Conference call with Trustee re overall | 0.20 | 65.00 | 325.00 | RFR |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| | case status, APs, negotiations and status of sales (all matters) | | | | |
| Jan-10-20 | Review and edit Motion and Order for Extension of Time (#1) | 0.20 | 65.00 | 325.00 | RFR |
| Jan-10-20 | Draft HRM Fifth Fee App, finalize and file same | 0.40 | 46.00 | 115.00 | AHS |
| Jan-10-20 | Email to RFR re update on AP | 0.10 | 14.00 | 140.00 | JG |
| Jan-10-20 | Draft motion to ext monthly report deadline; email to RFR and file same | 0.10 | 14.00 | 140.00 | JG |
| Jan-10-20 | Email to GT re status of unpaid Admins | 0.10 | 14.00 | 140.00 | JG |
| Jan-13-20 | Review CO on GT Fee App; email to Holly re same | 0.10 | 14.00 | 140.00 | JG |
| Jan-13-20 | Case update with JLH/RFR/BW | 0.10 | 14.00 | 140.00 | JG |
| Jan-13-20 | Review Holly's admin chart; edit report and email to Lyday | 0.10 | 14.00 | 140.00 | JG |
| Jan-14-20 | Email from Lisa Payne re matter added to calendar | 0.10 | 32.50 | 325.00 | RFR |
| Jan-14-20 | Telephone call with Jennifer Lyday | 0.20 | 65.00 | 325.00 | RFR |
| Jan-14-20 | Review POC and edit claims chart | 0.10 | 14.00 | 140.00 | JG |
| Jan-14-20 | Emails re hearing on monthly report extension | 0.10 | 14.00 | 140.00 | JG |
| Jan-15-20 | Review brief regarding sale (all cases) | 0.10 | 14.00 | 140.00 | JG |
| Jan-15-20 | Review email from Lyday; edit Nov report; email to Melanie/Frank re AP | 0.10 | 14.00 | 140.00 | JG |
| Jan-15-20 | Review status of APs and APs to be filed; create chart re same; email to BW (All Cases) | 0.10 | 14.00 | 140.00 | JG |
| Jan-15-20 | Draft withdrawal of motion; emails with Lyday re same; finalize and file | 0.10 | 14.00 | 140.00 | JG |
| Jan-15-20 | Review and revise AP status chart | 0.30 | 105.00 | 350.00 | BW |
| Jan-16-20 | Review NOA and Ts exhibits to brief | 0.10 | 14.00 | 140.00 | JG |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Jan-16-20 | Finalize and file Nov report; email to BA re bank statements | 0.10 | 14.00 | 140.00 | JG |
| Jan-18-20 | Review status of judgment and analysis of further required action re Bridge Capital aka GEL Funding | 0.10 | 35.00 | 350.00 | BW |
| Jan-18-20 | Analysis of preference and settlement issues re High Speed Capital | 0.10 | 35.00 | 350.00 | BW |
| Jan-18-20 | Analysis of lien and judgment avoidance issues re NC ESC | 0.10 | 35.00 | 350.00 | BW |
| Jan-18-20 | Analysis of preference issues re Queen Funding | 0.10 | 35.00 | 350.00 | BW |
| Jan-21-20 | Review notice of hearing and edit calendar | 0.10 | 14.00 | 140.00 | JG |
| Jan-21-20 | Review and reply to email from T re exclusivity | 0.10 | 14.00 | 140.00 | JG |
| Jan-21-20 | Email to Melanie re CAH 1 Dec report information needed | 0.10 | 14.00 | 140.00 | JG |
| Jan-22-20 | Review offer from High Speed counsel to settle AP | 0.10 | 14.00 | 140.00 | JG |
| Jan-22-20 | Review settlement proposal from Highland Capital and analysis of required action | 0.10 | 35.00 | 350.00 | BW |
| Jan-23-20 | Correspondence with opposing counsel re possible settlement of High Speed Capital AP | 0.10 | 35.00 | 350.00 | BW |
| Jan-24-20 | Review email from High Speed counsel; edit deadline to respond on calendar | 0.10 | 14.00 | 140.00 | JG |
| Jan-24-20 | Review bank statements and accounting; draft Dec monthly report; note missing items | 0.80 | 112.00 | 140.00 | JG |
| Jan-27-20 | Review objection and response to IRS by Trustee; Meet with JLH re same | 0.30 | 97.50 | 325.00 | RFR |
| Jan-27-20 | Review Ts response to Motion to Compel | 0.10 | 14.00 | 140.00 | JG |
| Jan-27-20 | Email to Melanie re monthly report information | 0.10 | 14.00 | 140.00 | JG |
| Jan-28-20 | Review order on DIP financing | 0.10 | 14.00 | 140.00 | JG |

| Date | Description | Hours | Amount | Rate | Atty |
|---|---|---|---|---|---|
| Jan-30-20 | Email to Melanie re status of BOA itemization and AR report | 0.10 | 14.00 | 140.00 | JG |
| Jan-30-20 | Review bank records and analysis of preference and fraudulent transfer issues re High Speed Capital | 0.70 | 245.00 | 350.00 | BW |
| Jan-31-20 | Review multiple emails re transfer history; save history to file | 0.10 | 14.00 | 140.00 | JG |
| Jan-31-20 | Email to Affinity re itemization of Dec expenses | 0.10 | 14.00 | 140.00 | JG |
| Jan-31-20 | Email to Lyday re CAH 1 extension | 0.10 | 14.00 | 140.00 | JG |
| Jan-31-20 | Draft extension and order re Dec report; email to Holly re quarterly fee | 0.20 | 28.00 | 140.00 | JG |
| Jan-31-20 | Review correspondence to HSC | 0.10 | 14.00 | 140.00 | JG |
| Jan-31-20 | Finalize and file Motion to Ext | 0.10 | 14.00 | 140.00 | JG |
| Jan-31-20 | Further review bank records and analysis of preference and fraudulent transfer issues re High Speed Capital, and settlement negotiations with opposing counsel re same | 1.80 | 630.00 | 350.00 | BW |
| | Totals | 29.20 | $6,940.50 | | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-09-19 | PACER | 32.20 |
| Dec-09-19 | Bankruptcy Court filing fee for High Speed Capital complaint | 350.00 |
| Dec-11-19 | Postage mail Motion for Entry of Default to Bridge Funding | 0.50 |
| Dec-30-19 | Postage Mail Motion for Entry of Default to HOP Capital | 0.50 |
| | Totals | $383.20 |

**Total Fee & Disbursements**     **$7,323.70**

Invoice #: 18366

Page 11

Fet

| Timekeeper | Rate | Hours | Amount |
| --- | --- | --- | --- |
| Jason L Hendren | $395.00 | 1.40 | $553.00 |
| Rebecca F. Redwine | $316.89 | 6.10 | $1,933.00 |
| Alston Shave | $110.93 | 2.70 | $299.50 |
| Jenny Gorman | $134.31 | 10.90 | $1,464.00 |
| Terri Pagnani | $110.00 | 0.60 | $66.00 |
| Ben Waller | $350.00 | 7.50 | $2,625.00 |



## BIOGRAPHICAL INFORMATION
## HENDREN, REDWINE & MALONE, PLLC

### JASON L. HENDREN

Jason L. Hendren is a Board Certified Specialist in Business Bankruptcy. Mr. Hendren was admitted to the North Carolina Bar in 1999. He attended Lee University where he earned a Bachelor of Arts degree, magna cum laude, in History and received the departmental award. He received his J.D., magna cum laude, from the University of Tennessee School of Law in 1999. While in law school, Mr. Hendren served on the Tennessee Law Review as an Editor of Student Materials from 1997 through 1999 and was inducted into the Order of the Coif. Mr. Hendren is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Mr. Hendren is regularly selected by Business North Carolina as Legal Elite in Bankruptcy and has also appeared frequently in Super Lawyers Magazine. Mr. Hendren served as Research Assistant to Justices Mark D. Martin and George L. Wainwright, Jr. of the Supreme Court of North Carolina prior to entering private practice. Mr. Hendren also serves on the board of directors for the Eastern Bankruptcy Institute, Inc. Mr. Hendren speaks frequently on the topic of Chapter 11 bankruptcy.

### REBECCA F. REDWINE

Rebecca F. Redwine is a Board Certified Specialist in Business Bankruptcy. Ms. Redwine earned a Phi Beta Kappa key from North Carolina State University, where she graduated *summa cum laude* with a Bachelor of Arts in English in 2004. She then graduated from the University Of North Carolina School Of Law in 2007, where she was a client coordinator with the *pro bono* Community Legal Project and served on the executive board of the Domestic Violence Advocacy Project. She also served as a research assistant to Administrative Law Judge James J. Brown. Ms. Redwine is a partner at Hendren, Redwine & Malone, PLLC, focusing in the areas of Bankruptcy and Civil Litigation. Ms. Redwine is admitted to practice in all state and federal courts in North Carolina. She is a member of the North Carolina Bar Association; the North Carolina Association of Women Attorneys; the American Bar Association; and the North Carolina State Bar. Ms. Redwine is a council member of the North Carolina Bar Association Bankruptcy Section Council and serves as co-chair of the Pro Bono Committee for Council. She works as a volunteer lawyer for Lawyer on the Line. Ms. Redwine has spoken at several bankruptcy seminars, regarding Chapter 11 and Chapter 7 bankruptcies. Ms. Redwine was included in Super Lawyers magazine as a North Carolina Rising Star for years 2010, 2012, 2013 and 2017 through 2019. Additionally, Ms. Redwine was selected as Legal Elite in Bankruptcy from 2013 through 2019 and was selected for the 24th, 25th, 26th Edition of Best Lawyers in America in Bankruptcy and Creditor and Debtor Rights.

## BENJAMIN E.F.B. WALLER

Benjamin E.F.B. Waller earned his Bachelor of Arts degree in Chemistry with honors from Goucher College in 1992. After obtaining a Master's in Chemistry from Washington University in St. Louis in 1995, Mr. Waller attended Duke University School of Law where he served as the Year-in-Review Editor of the Alaska Law Review, graduating in 1998. He was admitted to the Alabama State Bar in 1998 and admitted to the North Carolina State Bar in 2001. Mr. Waller clerked for Judge James A. Wynn, Jr. on the North Carolina Court of Appeals. Mr. Waller has served as a member of the North Carolina Bar Association Bankruptcy Section Council. He has extensive experience in bankruptcy matters and was selected for inclusion in Best Lawyers in America in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law in 2018, 2019 and 2020.

## JENNY GORMAN

Jenny Gorman is a 2010 graduate of UNC-Wilmington with a Bachelor of Science in Criminal Justice. Ms. Gorman is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Ms. Gorman was employed with Butler & Butler, LLP from 2006 to 2010, focusing in the area of Chapter 7 bankruptcy. Prior to joining Hendren, Redwine & Malone in 2012, Ms. Gorman was a paralegal with the United States Bankruptcy Administrator's Office, focusing on Chapter 11 bankruptcies in the Eastern District of North Carolina. Ms. Gorman spoke at the 2014 Eastern District Seminar on Chapter 11 issues for paralegals. Ms. Gorman has extensive experience in all aspects of Chapter 11 and Chapter 7 bankruptcy proceedings, including consumer and business bankruptcies. Specifically, Ms. Gorman is proficient in preparing bankruptcy schedules and all required pleadings of the Court. On a daily basis, she meets and works closely with the firm's Chapter 11 clients to enable timely filing of monthly reports and to ensure compliance with all document production requirements. In addition to her bankruptcy experience, Ms. Gorman is solely responsible for the firm's daily calendar management system and case management which requires extensive communications with attorneys, paralegals, clients, creditors and court staff.

## TERRI PAGNANI

Terri Pagnani is a 2004 graduate of Appalachian State University with a Bachelor of Science in Public Relations and Journalism. Ms. Pagnani is a 2012 graduate of the Meredith College Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren & Malone, Ms. Pagnani was employed from 2015-2019 at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in Boston, Massachusetts supporting the Section Head of the Bankruptcy and Corporate Restructuring Department. As a paralegal at Hendren & Malone, Ms. Pagnani focuses on Chapter 7 and 11 bankruptcies, state court matters, and adversary proceedings. Ms. Pagnani has extensive experience in all aspects of Chapter 11, Chapter 7 bankruptcy proceedings, state court matters and adversary proceedings. Specifically, Ms. Pagnani is proficient in preparing all required pleadings of the Courts. In addition, Ms. Pagnani prepares all Chapter 7 bankruptcy petitions.

## **ALSTON SHAVE**

Alston Shave is a 2004 graduate of UNC Chapel Hill with a Bachelor of Arts in English. Ms. Shave is a 2005 graduate of the Duke University Paralegal Program and a North Carolina Certified Paralegal. Prior to joining Hendren, Redwine & Malone in 2014, Ms. Shave was employed with Brooks, Stevens & Pope from 2006-2014 with a focus in the area of workers' compensation defense. While there, her responsibilities included the drafting of settlement agreements, confidentiality agreements, discovery, motions and proposed orders. In addition, she was responsible for the scheduling of mediations and depositions, as well as maintaining the daily calendars for her attorneys. As a paralegal at Hendren, Redwine & Malone, Ms. Shave focuses on Chapter 7 and 11 bankruptcies and state court matters.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, LLC d/b/a ) | |
| WASHINGTON COUNTY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

## NOTICE OF SIXTH APPLICATION FOR APPROVAL TO PAY CO-COUNSEL FOR THE TRUSTEE'S FEES

NOTICE IS HEREBY GIVEN that Hendren, Redwine & Malone, PLLC ("Hendren Redwine"), has filed a Sixth Application for Approval to Pay Co-Counsel for the Trustee's Fees; and,

FURTHER NOTICE IS HEREBY GIVEN that Hendren Redwine has applied for compensation in the amount of SIX THOUSAND NINE HUNDRED FORTY DOLLARS AND 50/100 ($6,940.50) and THREE HUNDRED EIGHTY-THREE DOLLARS AND 20/100 ($383.20) for reimbursement of expenses pursuant to 11 U.S.C. §503(b) for a total of SEVEN THOUSAND THREE HUNDRED TWENTY-THREE DOLLARS AND 70/100 ($7,323.70) for the period of December 1, 2019 through January 31, 2020; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court within TWENTY-ONE (21) DAYS from the date of this notice; and,

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on this Report and Application and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Report and Application and Response thereto ex parte without further notice.

DATE: February 28, 2020        HENDREN, REDWINE & MALONE, PLLC

s/Jason L. Hendren
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
Benjamin E.F.B. Waller (NC State Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
rredwine@hendrenmalone.com
bwaller @hendrenmalone.com
*Co-Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I, Jason L. Hendren, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 28th day of February, 2020, I served copies of the foregoing **Notice of Sixth Application for Approval to Pay Co-Counsel for the Trustee's Fees** on the parties listed below, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: February 28, 2020

                                           **HENDREN, REDWINE & MALONE, PLLC**

                                           s/Jason L. Hendren
                                           Jason L. Hendren (NC State Bar No. 26869)
                                           Rebecca F. Redwine (NC State Bar No. 37012)
                                           Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                           4600 Marriott Drive, Suite 150
                                           Raleigh, NC 27612
                                           Telephone: 919-420-7867
                                           Telefax: 919-420-0475
                                           Email: jhendren@hendrenmalone.com
                                           rredwine@hendrenmalone.com
                                           bwaller @hendrenmalone.com
                                           *Co-Counsel for the Trustee*

TO:

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | (via CM/ECF) |
| Rayford K. Adams<br>Counsel for the Debtor | (via CM/ECF) |
| Ryan J. Adams<br>Counsel for Aspirar Medical Lab, LLC | (via CM/ECF) |
| Brian R. Anderson<br>Nancy A. Peterman<br>Counsel for Health Care Ombudsman | (via CM/ECF) |
| E. Franklin Childress<br>Counsel for CAH Acquisition Company 11, LLC | (via CM/ECF) |
| John Paul H. Cournoyer<br>Counsel for Paul Nusbaum & Steve White | (via CM/ECF) |

Jonathan E. Friesen  (via CM/ECF)
Counsel for Wendy C. Phillips

Terri L. Gardner  (via CM/ECF)
Counsel for Petitioning Creditors

Steven A. Ginther  (via CM/ECF)
Counsel for MO Dept. of Revenue

David J. Haidt  (via CM/ECF)
Nicholas Zluticky
Counsel for First Liberty Bank

Patricia E. Hamilton  (via CM/ECF)
Wesley Smith
Sharon Stole
Counsel for Brent King

Tyler R. Heffron  (via CM/ECF)
Felton Parrish
Counsel for Hillsboro

Eric L. Johnson  (via CM/ECF)
Mathew A. Petersen
Stephen W. Petersen
Jeffrey Whitley
Counsel for First Capital Corporation

Katherine McCraw  (via CM/ECF)
Counsel for NC DHHS

Brian H. Smith  (via CM/ECF)
Counsel for Complete Business Solutions

John M. Sperati  (via CM/ECF)
Counsel for Somerset Capital Group

William Walt Pettit  (via CM/ECF)
Counsel for Complete Business Solutions

Paul A. Fanning  (via CM/ECF)
Ross Plourde
Counsel for Cohesive Management and Consulting, LLC

Byron Saintsing  (via CM/ECF)
Counsel for Siemens Financial Services, Inc.