**VAN–076** Certificate of Telephonic Notice – Rev. 01/10/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
958 U.S. Highway 64 East
Plymouth, NC 27962

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

CERTIFICATE OF EMAIL NOTICE

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that the following individual(s) were given email notice on **March 9, 2020** as indicated below:

Jason Hendren jhendren@hendrenmalone.com
Jennifer Lyday notice@waldrepllp.com
Kirstin Gardner Kirstin_Gardner@nceba.uscourts.gov

that a hearing will be held by telephone as indicated below:

DATE:   March 11, 2020
TIME:   11:00 AM

to consider and act on the following matters:

Second Motion to Extend Exclusivity/Acceptance Period for Filing a Chapter 11 Plan and Disclosure Statement
To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 9, 2020

Lisa Payne
Deputy Clerk