VAN–124 Order Continuing Hearing – Rev. 10/11/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
 ( debtor has no known aliases )
958 U.S. Highway 64 East
Plymouth, NC 27962

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:   Wednesday, May 13, 2020
TIME:   11:00 AM
PLACE:  Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Amended Chapter 11 Plan filed by Thomas W. Waldrep Jr. on behalf of Thomas W. Waldrep Jr. (RE: related document(s)442 Chapter 11 Plan).

Amended Disclosure Statement filed by Thomas W. Waldrep Jr. on behalf of Thomas W. Waldrep Jr. (RE: related document(s)443 Disclosure Statement).

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the creditor requesting the continuance evidencing service on all creditors by the following date: March 16, 2020

DATED: March 11, 2020

Joseph N. Callaway
United States Bankruptcy Judge