VAN–018 Notice of Telephone Conference – Rev. 03/27/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
 ( debtor has no known aliases )
958 U.S. Highway 64 East
Plymouth, NC 27962

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

DATE:   Thursday, April 23, 2020
TIME:   01:00 PM
to consider and act upon the following matters:

Second Application for Compensation for Greenberg Traurig, LLP, Other Professional, Fee:$3736.00, Expenses:$0. filed by Brian R. Anderson

Second Application for Compensation for SAK Management Services, LLC, Ombudsman Health, Fee:$22985.00, Expenses:$3969.38. filed by Brian R. Anderson

Sixth Application for Compensation for Jason L. Hendren, Trustee's Attorney, Fee:$6940.50, Expenses:$383.20. filed by Jason L. Hendren

The hearing will involve the following parties:

Judge Joseph N. Callaway
Brian Anderson
Jason Hendren
Marjorie Lynch/Kirstin Gardner

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 31, 2020

Stephanie J. Butler
Clerk of Court