```
                        United States Bankruptcy Court
                        Eastern District of North Carolina
In re:                                                          Case No. 19-00730-JNC
CAH Acquisition Company 1, LLC d/b/a Was                        Chapter 11
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0417-5          User: admin              Page 1 of 3              Date Rcvd: Mar 31, 2020
                              Form ID: van018          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ba             E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Apr 01 2020 07:16:47      Bankruptcy Administrator,
                 434 Fayetteville Street, Ste. 640,   Raleigh, NC   27601
                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
              Benjamin E.F.B. Waller    on behalf of Plaintiff Thomas W. Waldrep, Jr. bwaller@hendrenmalone.com,
               jgorman@hendrenmalone.com
              Benjamin E.F.B. Waller    on behalf of Trustee Thomas W. Waldrep, Jr. bwaller@hendrenmalone.com,
               jgorman@hendrenmalone.com
              Brian  Behr    on behalf of Bankruptcy Administrator    Bankruptcy Administrator
               brian_behr@nceba.uscourts.gov,    lynn_tingen@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov
              Brian H. Smith    on behalf of Creditor    Complete Business Solutions Group, Inc.
               BRIAN.H.SMITH@FNF.COM
              Brian R. Anderson    on behalf of Special Counsel    Greenberg Trauig, LLP
               branderson@foxrothschild.com,    pwilliams@foxrothschild.com
              Brian R. Anderson    on behalf of Health Care Ombudsman Suzanne  Koenig
               branderson@foxrothschild.com,    pwilliams@foxrothschild.com
              Brian R. Anderson    on behalf of Other Professional    SAK Management Services, LLC
               branderson@foxrothschild.com,    pwilliams@foxrothschild.com
              Byron L. Saintsing    on behalf of Creditor    Siemens Financial Services, Inc.
               bsaintsing@smithdebnamlaw.com
              Christopher J. Waivers    on behalf of Creditor    Hospital Equipment Rental Company
               cwaivers@whiteandallen.com,    ckeller@whiteandallen.com
              Ciara L. Rogers    on behalf of Other Professional    Sherwood Partners, Inc. ciara@olivercheek.com,
               ashley@olivercheek.com;allison@olivercheek.com;dana@olivercheek.com;katymac@olivercheek.com;pam@o
               livercheek.com;lizcarla@olivercheek.com;emily@olivercheek.com;george@olivercheek.com;clayton@oliv
               ercheek.com;lind
              Dan  Nelson    on behalf of Creditor    Premier Specialty Network, LLC dan.nelson@kutakrock.com
              David J Haidt    on behalf of Other Professional C. David Rhoades davidhaidt@embarqmail.com,
               joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Interested Party    City of Drumright, Oklahoma
               davidhaidt@embarqmail.com,    joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Creditor    Fairfax Healthcare Authority davidhaidt@embarqmail.com,
               joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Interested Party    Cohesive Healthcare Management and Consulting
               davidhaidt@embarqmail.com,    joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Creditor    First Liberty Bank davidhaidt@embarqmail.com,
               joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Interested Party Brent  King davidhaidt@embarqmail.com,
               joywatsonnb@embarqmail.com
              David J Haidt    on behalf of Interested Party    Fairfax Healthcare Authority
               davidhaidt@embarqmail.com,    joywatsonnb@embarqmail.com
              Dennis M. Duffy    on behalf of Creditor    Department of Health and Human Services
               dennis.duffy@usdoj.gov,    usance.bankruptcy@usdoj.gov
              Dennis M. Duffy    on behalf of Creditor    Internal Revenue Service dennis.duffy@usdoj.gov,
               usance.bankruptcy@usdoj.gov
              E. Franklin Childress    on behalf of Creditor    CAH Acquisition Company 11, LLC
               fchildress@bakerdonelson.com

```
District/off: 0417-5              User: admin                    Page 2 of 3                    Date Rcvd: Mar 31, 2020
                                  Form ID: van018                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

     Eric L. Johnson  on behalf of Creditor  First Capital Corporation ejohnson@spencerfane.com
     Ethridge B. Ricks  on behalf of Interested Party  Rural Wellness Fairfax, Inc.
      brittricks@mvalaw.com
     Felton E. Parrish  on behalf of Interested Party  City of Hillboro, Kansas and the Public
      Building Commission of Hillsboro, Kansas fparrish@lawyercarolina.com
     Felton E. Parrish  on behalf of Interested Party Brent  King fparrish@lawyercarolina.com
     Felton E. Parrish  on behalf of Interested Party  Security Bank of Kansas City
      fparrish@lawyercarolina.com
     Felton E. Parrish  on behalf of Interested Party  Bank of Hays fparrish@lawyercarolina.com
     Francisco T. Morales  on behalf of Trustee Thomas W. Waldrep, Jr. notice@waldrepllp.com
     James C. Lanik  on behalf of Plaintiff Thomas W. Waldrep, Jr. jlanik@waldrepllp.com,
      trustee@waldrepllp.com
     James C. Lanik  on behalf of Trustee Thomas W. Waldrep, Jr. jlanik@waldrepllp.com,
      trustee@waldrepllp.com
     Jason L. Hendren  on behalf of Trustee Thomas W. Waldrep, Jr. jhendren@hendrenmalone.com,
      jgorman@hendrenmalone.com;ashave@hendrenmalone.com
     Jason L. Hendren  on behalf of Plaintiff Thomas W. Waldrep, Jr. jhendren@hendrenmalone.com,
      jgorman@hendrenmalone.com;ashave@hendrenmalone.com
     Jeffrey R. Whitley  on behalf of Creditor  First Capital Corporation jwhitley@foxrothschild.com,
      cindy.mann@smithmoorelaw.com
     Jennifer B. Lyday  on behalf of Special Counsel  Flanagan & Associates, LLC
      notice@waldrepllp.com
     Jennifer B. Lyday  on behalf of Trustee Thomas W. Waldrep, Jr. notice@waldrepllp.com
     John M. Sperati  on behalf of Creditor  Somerset Capital Group, Ltd.
      jsperati@smithdebnamlaw.com,  sbutler@smithdebnamlaw.com
     John M. Sperati  on behalf of Creditor  Somerset Leasing Corp, XXII jsperati@smithdebnamlaw.com,
      sbutler@smithdebnamlaw.com
     John Paul H. Cournoyer  on behalf of Creditor Steven F. White jpc@nbfirm.com,
      jla@nbfirm.com;sks@nbfirm.com
     John Paul H. Cournoyer  on behalf of Interested Party  Rural Community Hospitals of America,
      LLC jpc@nbfirm.com,  jla@nbfirm.com;sks@nbfirm.com
     John Paul H. Cournoyer  on behalf of Creditor  Sun Finance, Inc. jpc@nbfirm.com,
      jla@nbfirm.com;sks@nbfirm.com
     John Paul H. Cournoyer  on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com,
      jla@nbfirm.com;sks@nbfirm.com
     Jonathan E. Friesen  on behalf of Creditor Wendy C. Phillips jef@gillespieandmurphy.com,
      cjones@lawyersforchrist.com;mholland@lawyersforchrist.com
     Joseph Samuel Dowdy  on behalf of Creditor  Blue Cross Blue Shield of North Carolina
      jdowdy@kilpatricktownsend.com
     Katherine Montgomery McCraw  on behalf of Creditor  NC Dept of Health and Human Services, DHB
      kmccraw@ncdoj.gov,  etant@ncdoj.gov;lbulls@ncdoj.gov;kchadwick@ncdoj.gov
     Kirstin E. Gardner  on behalf of Bankruptcy Administrator  Bankruptcy Administrator
      kirstin_gardner@nceba.uscourts.gov,
      Tanya_aycock@nceba.uscourts.gov;lynn_tingen@nceba.uscourts.gov
     Marjorie K. Lynch  on behalf of Bankruptcy Administrator  Bankruptcy Administrator
      marjorie_lynch@nceba.uscourts.gov,
      lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov
      ;Tanya_aycock@nceba.uscourts.gov
     Mathew A. Petersen  on behalf of Creditor  First Capital Corporation mpetersen@spencerfane.com
     Melanie Johnson Raubach  on behalf of Interested Party  Atchison Hospital Association
      mraubach@lawhssm.com,  vhughes@lawhssm.com;rkelley@lawhssm.com;kdantinne@lawhssm.com
     Nancy A. Peterman  on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com
     Nicholas Zluticky  on behalf of Creditor  First Liberty Bank nick.zluticky@stinson.com
     Nicholas Zluticky  on behalf of Interested Party  Bank of Hays nick.zluticky@stinson.com
     Patricia E. Hamilton  on behalf of Interested Party Brent  King phamilton@stevensbrand.com
     Paul A. Fanning  on behalf of Interested Party  Cohesive Healthcare Management and Consulting,
      LLC paf@wardandsmith.com,
      DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;jscotten@wardandsmith.com
     Paul A. Fanning  on behalf of Creditor  Cohesive Healthcare Management and Consulting, LLC
      paf@wardandsmith.com,
      DocketCR@wardandsmith.com;blh@wardandsmith.com;nsf@wardandsmith.com;jscotten@wardandsmith.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 3, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 12, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 7, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 2, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 1, LLC d/b/a Washington
      County Hospital tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 6, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 16, LLC
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com
     Rayford K. Adams, III  on behalf of Debtor  CAH Acquisition Company 4, Inc.
      tadams@spilmanlaw.com,  cpeterson@spilmanlaw.com

```
District/off: 0417-5          User: admin              Page 3 of 3           Date Rcvd: Mar 31, 2020
                              Form ID: van018          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Rebecca F. Redwine    on behalf of Trustee Thomas W. Waldrep, Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com
      Rebecca F. Redwine    on behalf of Plaintiff Thomas W. Waldrep, Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com
      Ross A. Plourde    on behalf of Creditor    Cohesive Healthcare Management and Consulting, LLC ross.plourde@mcafeetaft.com
      Ross A. Plourde    on behalf of Interested Party    Cohesive Healthcare Management and Consulting, LLC ross.plourde@mcafeetaft.com
      Ryan J. Adams    on behalf of Creditor    Aspirar Medical Lab, LLC ryan@adamshowell.com
      Sam G. Bratton, II    on behalf of Debtor    CAH Acquisition Company 12, LLC sbratton@dsda.com
      Sam G. Bratton, II    on behalf of Interested Party    Doerner, Saunders, Daniel & Anderson, LLP sbratton@dsda.com
      Sharon L. Stolte    on behalf of Interested Party Brent    King sstolte@sandbergphoenix.com
      Stephen W. Petersen    on behalf of Creditor    First Capital Corporation spetersen@foxrothschild.com, cindy.mann@smithmoorelaw.com
      Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue ednc@dor.mo.gov
      Terri L. Gardner    on behalf of Petitioning Creditor    Medline Industries, Inc. terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com
      Terri L. Gardner    on behalf of Petitioning Creditor Robert    Venable, M.D. terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com
      Terri L. Gardner    on behalf of Petitioning Creditor    Washington County, NC terri.gardner@nelsonmullins.com, karie.rankine@nelsonmullins.com
      Thomas E. Austin, Jr.    on behalf of Creditor    Cigna HealthCare of North Carolina, Inc. taustin@taustinlaw.com
      Thomas E. Austin, Jr.    on behalf of Creditor    Cigna HealthCare of St. Louis, Inc. taustin@taustinlaw.com
      Thomas E. Austin, Jr.    on behalf of Creditor    Cigna Health and Life Insurance Company taustin@taustinlaw.com
      Thomas W. Waldrep, Jr.    on behalf of Attorney Thomas W. Waldrep, Jr. notice@waldrepllp.com
      Thomas W. Waldrep, Jr.    on behalf of Trustee Thomas W. Waldrep, Jr. notice@waldrepllp.com
      Tyler E. Heffron    on behalf of Interested Party    City of Hillboro, Kansas and the Public Building Commission of Hillsboro, Kansas theffron@twgfirm.com
      Wesley F. Smith    on behalf of Interested Party Brent    King wsmith@stevensbrand.com
      William P Janvier    on behalf of Interested Party    Boa Vida Foundation, Inc bill@janvierlaw.com, samantha@janvierlaw.com;Stephanie@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com
      William P Janvier    on behalf of Interested Party    Boa Vida Foundation bill@janvierlaw.com, samantha@janvierlaw.com;Stephanie@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com
      William P Janvier    on behalf of Interested Party    Boa Vida Foundation, Inc. bill@janvierlaw.com, samantha@janvierlaw.com;Stephanie@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com
      William Walt Pettit    on behalf of Creditor    Complete Business Solutions Group, Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

                                                                                                          TOTAL: 86

VAN–018 Notice of Telephone Conference – Rev. 03/27/2020

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
CAH Acquisition Company 1, LLC d/b/a Washington County Hospital
 ( debtor has no known aliases )
958 U.S. Highway 64 East
Plymouth, NC 27962

CASE NO.: 19–00730–5–JNC

DATE FILED: February 19, 2019

CHAPTER: 11

NOTICE OF TELEPHONE CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing will be held by telephone as indicated below:

DATE:   Thursday, April 23, 2020
TIME:   01:00 PM
to consider and act upon the following matters:

Second Application for Compensation for Greenberg Traurig, LLP, Other Professional, Fee:$3736.00, Expenses:$0. filed by Brian R. Anderson

Second Application for Compensation for SAK Management Services, LLC, Ombudsman Health, Fee:$22985.00, Expenses:$3969.38. filed by Brian R. Anderson

Sixth Application for Compensation for Jason L. Hendren, Trustee's Attorney, Fee:$6940.50, Expenses:$383.20. filed by Jason L. Hendren

The hearing will involve the following parties:

Judge Joseph N. Callaway
Brian Anderson
Jason Hendren
Marjorie Lynch/Kirstin Gardner

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: March 31, 2020

Stephanie J. Butler
Clerk of Court