# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL, | ) Case No. 19-00730-5-JNC ) ) Chapter 11 ) |
| | ) |
| Debtor. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of **THIRD APPLICATION BY GRANT THORNTON LLP AS FINANCIAL CONSULTANT FOR THE TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES [AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019]** was served via electronic service through CM/ECF upon those who have registered for such service listed in **Exhibit A** on April 10, 2020 and was served on those listed in **Exhibit B** by first class mail on April 13, 2020.

This the 13th day of April, 2020.

        **WALDREP LLP**

        /s/ *Jennifer B. Lyday*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        James C. Lanik (NC State Bar No. 30454)
        Jennifer B. Lyday (NC Bar No. 39871)
        Francisco T. Morales (NC Bar No. 43079)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        *Co-Counsel for the Trustee*

# EXHIBIT A

**VIA CM/ECF**

Rayford K. Adams, III on behalf of Debtors

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebecca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Francisco T. Morales on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Brian Behr on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

Ryan J. Adams on behalf of Creditor Aspirar Medical Lab, LLC

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

Sam G. Bratton, II on behalf of Debtor CAH Acquisition Company 12, LLC and Interested Party Doerner, Saunders, Daniel & Anderson, LLP

E. Franklin Childress on behalf of Creditor CAH Acquisition Company 11, LLC

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Jonathan E. Friesen on behalf of Creditor Wendy C. Phillips

Terri L. Gardner on behalf of Petitioning Creditor Medline Industries, Inc., Petitioning Creditor Washington County, NC, and Petitioning Creditor Robert Venable, M.D.

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue

David J Haidt on behalf of Creditor Fairfax Healthcare Authority, Creditor First Liberty Bank, Interested Party City of Drumright, Oklahoma, Interested Party Cohesive Healthcare Management and Consulting, Interested Party Fairfax Healthcare Authority, Interested Party

Brent King, and Other Professional C. David Rhoades

Patricia E. Hamilton on behalf of Interested Party Brent King

Tyler E. Heffron on behalf of Interested Party City of Hillsboro, Kansas and the Public Building Commission of Hillsboro, Kansas

Eric L. Johnson on behalf of Creditor First Capital Corporation

Katherine Montgomery McCraw on behalf of Creditor NC Dept of Health and Human Services, DHB

Felton E. Parrish on behalf of Interested Party Bank of Hays, Interested Party City of Hillsboro, Kansas, and the Public Building Commission of Hillsboro, Kansas, Interested Party Security Bank of Kansas City, Interested Party Brent King

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Mathew A. Petersen on behalf of Creditor First Capital Corporation

Stephen W. Petersen on behalf of Creditor First Capital Corporation

Brian H. Smith on behalf of Creditor Complete Business Solutions Group, Inc.

Wesley F. Smith on behalf of Interested Party Brent King

John M. Sperati on behalf of Creditor Somerset Capital Group, Ltd.

Sharon L. Stolte on behalf of Interested Party Brent King

Jeffrey R. Whitley on behalf of Creditor First Capital Corporation

Nicholas Zluticky on behalf of Creditor First Liberty Bank and Interested Party Bank of Hays

William Walt Petitt on behalf of Creditor Complete Business Solutions Group, Inc.

Paul A. Fanning on behalf of Interested Party Cohesive Healthcare Management and Consulting, LLC

Byron L. Saintsing on behalf of Siemens Financial Services, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management and Consulting LLC

Marc S. Sacks on behalf of U.S, Department of Justice

Dennis M. Duffy on behalf of U.S. Department of Health and Human Services, U.S. Internal Revenue Service

Ciara L. Rogers on behalf of Sherwood Partners, Inc.

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE:  CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL | CASE NO: 19-00730-5-JNC<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 746 |

On 4/13/2020, I did cause a copy of the following documents, described below,

Third Application by Grant Thorton LLP as Financial Consultant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses [August 1, 2019 through November 30, 2019] ECF Docket Reference No. 746

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/13/2020

/s/ Jennifer Lyday
Jennifer Lyday  39871
Waldrep LLP
101 S. Stratford Road
Winston-Salem, NC  27104
336 717 1440

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL | CASE NO: 19-00730-5-JNC <br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br> Chapter: 11 <br> ECF Docket Reference No. 746 |

On 4/13/2020, a copy of the following documents, described below,

Third Application by Grant Thorton LLP as Financial Consultant for the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses [August 1, 2019 through November 30, 2019] ECF Docket Reference No. 746

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/13/2020

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jennifer Lyday
Waldrep LLP
101 S. Stratford Road
Winston-Salem, NC  27104

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS NOTICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ALISHA MCCLARY<br>P.O. BOX 595<br>KEOTA OK 74941 | CAH ACQUISITION COMPANY # 1 LLC<br>C/O CORPORATION SERVICE CO.<br>REG. AGENT<br>2626 GLENWOOD AVENUE SUITE 550<br>RALEIGH NC 27608 | CURTIS S. POTTER<br>WASHINGTON COUNTY COUNTY<br>MANAGER/ATTY<br>PO BOX 1007<br>PLYMOUTH NC 27962 |
| CHRISTOPHER A. MCELGUNN<br>KLENDA AUSTERMAN LLC<br>1600 EPIC CENTER<br>301 N MAIN<br>WICHITA KS 67202-4816 | DEBBIE MAYHALL<br>30728 W.C.R. 1250<br>STIGLER OK 74462 | JENNIFER RADCLIFFE<br>305 SE 6TH STREET<br>STIGLER OK 74462 |
| JENNIFER ERIN OLDHAM<br>10177 WCR 1170<br>STIGLER OK 74462 | JERRY P. SPORE<br>SPRAGINS BARNETT & COBB PLC<br>312 E. LAFAYETTE STREET<br>JACKSON TN 38301 | JONATHAN O. STEEN<br>SPRAGINS BARNETT & COBB PLC<br>213 E. LAFAYETTE STREET<br>JACKSON TN 38301 |
| MARY SUSAN STRAIN<br>P.O. BOX 85<br>KEOTA OK 749412 | NICKI SALES<br>20293 NCR 4553<br>KEOTA OK 74941 | PATRICIA SHAFFER<br>30329 S.C.R. 4340<br>STIGLER OK 7446 |
| SHANE REED<br>DIRECTOR/CREDIT A/R ESCALATION FINANCE<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | SUZANNE KOENIG<br>SAK MANAGEMENT SERVICES LLC<br>300 SAUNDERS RD. SUITE 300<br>RIVERWOODS IL 60015 | W. TYLER CHASTAIN ESQ.<br>BERNSTEIN STAIR & MCADAMS LLP<br>116 AGNES ROAD<br>KNOXVILLE TENNESSEE 37919 |
| PAUL A. FANNING<br>WARD AND SMITH P.A.<br>POST OFFICE BOX 8088<br>GREENVILLE NC 27835-8088 | GENERAL ELECTRIC CAPITAL CORPORATION<br>P.O. BOX 414 W-490<br>MILWAUKEE WI 53201 | MEDPRIME CAPITAL<br>7808 CREEKRIDGE CIRCLE SUITE 250<br>EDINA MN 55439 |