# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISTION COMPANY #1, LLC ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### TRUSTEE'S APPLICATION FOR EXTENSION OF "ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3)

NOW COMES Thomas W. Waldrep, Jr., Chapter 11 Trustee (the "Trustee"), by and through his undersigned counsel, and respectfully moves this Court for an Order extending the period for obtaining acceptances of the Plan pursuant to 11 U.S.C. § 1121(d)(2)(B) ("the Acceptance Deadline"). In support of said Application, the Trustee shows unto the Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On February 19, 2019, Washington County, North Carolina, Medline Industries, Inc., and Dr. Robert Venable filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against CAH Acquisition Company #1, LLC d/b/a Washington County Hospital. An Order appointing Thomas W. Waldrep, Jr. as Trustee was entered on February 22, 2019. The case converted to one under Chapter 11 on March 15, 2019.

3. On October 17, 2019, the Trustee filed the Amended Chapter 11 Plan and Disclosure Statement for the Estate. The hearing on plan confirmation has been scheduled for July 22, 2020.

4. The Court has entered orders approving the sales of the Debtor's assets, as well as the sales of the assets of the Debtor's six other affiliates in Chapter 11 cases pending before this Court

(collectively, the "Sale Orders," and each, a "Sale Order"). As of the date of this Motion, the Trustee has completed the sale of the Debtor's property.

5. Five of the seven Sale Orders provide for mediated settlement conferences between the Trustee, Complete Business Solutions Group ("CBSG"), Paul Nusbaum and Steve White ("Nusbaum/White"), and, in three of the Sale Orders, Cohesive Healthcare Management & Consulting LLC ("Cohesive," and together with the Trustee, CBSG, and Nusbaum/White, the "Mediation Parties").

6. The Mediation Parties have selected a mediator and scheduled dates for the mediated settlement conference, the outcome of which will almost certainly result in necessary amendments to the plans in five of the affiliated cases. Further, one of the Mediation Parties, CBSG, objected to all of the plans filed by the Trustee. Therefore, it is also possible that the outcome of mediation may implicate CBSG's objection to, and treatment under, all seven of the plans.

7. The Trustee requests that the Acceptance Deadline be extended ninety (90) days from June 7, 2020 to September 5, 2020.

8. An Order allowing the extension as requested in this Application will not prejudice any party.

**WHEREFORE**, the Trustee respectfully prays that the Acceptance Deadline be extended to September 5, 2020.

DATED:  May 21, 2020

**WALDREP LLP**
/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
James C. Lanik (NC Bar 30454)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and -**

**HENDREN, REDWINE & MALONE, PLLC**
Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
Benjamin E.F.B. Waller (NC Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
           rredwine@hendrenmalone.com
           bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CAH ACQUISTION COMPANY #1, LLC** | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S APPLICATION FOR EXTENSION OF
"ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3)**

NOTICE IS HEREBY GIVEN of the TRUSTEE'S APPLICATION FOR EXTENSION OF "ACCEPTANCE" PERIOD PURSUANT TO 11 U.S.C. § 1121(c)(3) filed simultaneously herewith in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that the Application may be allowed provided no response and request for a hearing is made by a party in interest within **TWENTY-ONE (21) DAYS**; and

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Application and response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Application and response thereto ex parte without further notice. Any party filing an objection requesting a hearing shall appear at said hearing or they may be taxed with Court costs.

DATE OF NOTICE:  May 21, 2020    **WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Jennifer B. Lyday (NC Bar No. 39871)
Francisco T. Morales (NC Bar No. 43079)
James C. Lanik (NC Bar 30454)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

**- and -**

**HENDREN, REDWINE & MALONE, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC Bar No. 37012)
Benjamin E.F.B. Waller (NC Bar No. 27680)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
        rredwine@hendrenmalone.com
        bwaller@hendrenmalone.com
*Co-Counsel for the Trustee*

## **CERTIFICATE OF SERVICE**

I, Jason L. Hendren, of 4600 Marriott Drive, Suite 150, Raleigh, North Carolina 27612, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the ___ day of May, 2020 I served copies of the foregoing document on the parties listed below electronically as directed in the Order Limiting Notice.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this the 21st day of May, 2020.

        **WALDREP LLP**

        /s/ *Thomas W. Waldrep, Jr.*
        Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
        Jennifer B. Lyday (NC Bar No. 39871)
        Francisco T. Morales (NC Bar No. 43079)
        James C. Lanik (NC Bar 30454)
        101 S. Stratford Road, Suite 210
        Winston-Salem, NC 27104
        Telephone: 336-717-1440
        Telefax: 336-717-1340
        Email: notice@waldrepllp.com

        **- and -**

        **HENDREN, REDWINE & MALONE, PLLC**

        Jason L. Hendren (NC State Bar No. 26869)
        Rebecca F. Redwine (NC Bar No. 37012)
        Benjamin E.F.B. Waller (NC Bar No. 27680)
        4600 Marriott Drive, Suite 150
        Raleigh, NC 27612
        Telephone: 919-420-7867
        Telefax: 919-420-0475
        Email: jhendren@hendrenmalone.com
               rredwine@hendrenmalone.com
               bwaller@hendrenmalone.com
        *Co-Counsel for the Trustee*

| | |
|---|---|
| Marjorie K. Lynch<br>Office of the Bankruptcy Administrator | (via CM/ECF) |
| Rayford K. Adams<br>Counsel for the Debtor | (via CM/ECF) |
| Ryan J. Adams<br>Counsel for Aspirar Medical Lab, LLC | (via CM/ECF) |
| Brian R. Anderson<br>Nancy A. Peterman<br>Counsel for Health Care Ombudsman | (via CM/ECF) |
| E. Franklin Childress<br>Counsel for CAH Acquisition Company 11, LLC | (via CM/ECF) |
| John Paul H. Cournoyer<br>Counsel for Paul Nusbaum & Steve White | (via CM/ECF) |
| Jonathan E. Friesen<br>Counsel for Wendy C. Phillips | (via CM/ECF) |
| Terri L. Gardner<br>Counsel for Petitioning Creditors | (via CM/ECF) |
| Steven A. Ginther<br>Counsel for MO Dept. of Revenue | (via CM/ECF) |
| David J. Haidt<br>Nicholas Zluticky<br>Counsel for First Liberty Bank | (via CM/ECF) |
| Patricia E. Hamilton<br>Wesley Smith<br>Sharon Stole<br>Counsel for Brent King | (via CM/ECF) |
| Tyler R. Heffron<br>Felton Parrish<br>Counsel for Hillsboro | (via CM/ECF) |
| Eric L. Johnson<br>Mathew A. Petersen<br>Stephen W. Petersen<br>Jeffrey Whitley | (via CM/ECF) |

| | |
|---|---|
| Counsel for First Capital Corporation | |
| Katherine McCraw | (via CM/ECF) |
| Counsel for NC DHHS | |
| | |
| Brian H. Smith | (via CM/ECF) |
| William Walt Pettit | |
| Counsel for Complete Business Solutions | |
| | |
| John M. Sperati | (via CM/ECF) |
| Counsel for Somerset Capital Group | |
| | |
| Sam Bratton, II | (via CM/ECF) |
| Counsel for CAH Acquisition Company 12, LLC and Doerner, Saunders, Daniel & Anderson, LLP | |
| | |
| Paul A. Fanning | (via CM/ECF) |
| Ross Plourde | |
| Counsel for Cohesive Healthcare Management and Consulting LLC | |
| | |
| Byron Saintsing | (via CM/ECF) |
| Counsel for Siemens Financial Services | |
| | |
| Marc Sacks | (via CM/ECF) |
| Counsel for US Department of Justice | |
| | |
| Dennis Duffy | (via CM/ECF) |
| Counsel for US Department of Health and Human Services and US Internal Revenue Service | |
| | |
| Ciara Rogers | (via CM/ECF) |
| Counsel for Sherwood Partners, Inc. | |