UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
OTHER DIVISION

IN RE:                                               )
                                                     )         00730-5
CAH ACQUISITION COMPANY 7, LLC,                      )         No. 19-0129805-JNC
                                  Debtor.            )         Chapter 11

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3 or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, Transcendental Union with Love and Spiritual Advancement (TULSA) who is a purchaser of assets from trust estate make the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

   YES _____   NO __x__

2. Does party have any parent corporations?

   YES _____   NO __x__

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly corporation or other publicly held entity?

   YES _____   NO __x__

   If yes, identify all such owners:   N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

   YES _____   NO __x__

   If yes, identify entity and nature of interest: N/A

5. Is party a trade association?

   YES _____   NO __x__

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

Thomas W. Waldrep, Jr., as Chapter 11 Trustee for CAH Acquisition Company 7, LLC dba Prague Community Hospital

DATE: 6/4/20

Hugh M. Robert
Oklahoma Bar No. 22441
SHERWOOD, McCORMICK & ROBERT
Bank of America Center
15 W. 6th St., Ste. 2800
Tulsa, OK 74119
P: (918) 592-1144
F: (918) 592-1149
E: hugh@sm-oklaw.com

- AND -

/s William C. Smith

William C. Smith, Jr.
NC Bar No. 14199
Manning Fulton & Skinner, PA
3605 Glenwood Ave., Suite 500
Raleigh, NC 27612
P: 919-787-8880
F: 919-325-4623
Email: smith@manningfulton.com
Local Rule 83.1(d) Counsel

Attorneys for Transcendental Union with Love and Spiritual Advancement

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 5th day of June, 2020, the foregoing Notice of Special Appearance was filed via CM/ECF upon the following:

Rayford K. Adams, III on behalf of Debtor

Jason L. Hendren on behalf of Trustee Thomas W. Waldrep, Jr.

Rebeca F. Redwine on behalf of Trustee Thomas W. Waldrep, Jr.

Benjamin E.F.B. Waller on behalf of Trustee Thomas W. Waldrep, Jr.

James C. Lanik on behalf of Trustee Thomas W. Waldrep, Jr.

Jennifer B. Lyday on behalf of Trustee Thomas W. Waldrep, Jr.

Thomas W. Waldrep, Jr. on behalf of Trustee Thomas W. Waldrep, Jr.

Marjorie K. Lynch on behalf of Bankruptcy Administrator Marjorie K. Lynch

Kirstin E. Gardner on behalf of Bankruptcy Administrator Marjorie K. Lynch

John Paul H. Cournoyer on behalf of Creditor Sun Finance, Inc., Creditor Paul L. Nusbaum, Creditor Steven F. White, and Interested Party Rural Community Hospitals of America, LLC

Nancy A. Peterman on behalf of Health Care Ombudsman Suzanne Koenig

Brian R. Anderson on behalf of Health Care Ombudsman Suzanne Koenig

William Walt Pettit on behalf of Creditor Complete Business Solutions Group, Inc.

Paul A. Fanning on behalf of Interested Party Cohesive Healthcare Management & Consulting, LLC

William P. Janvier on behalf of Boa Vida Foundation, Inc.

Ross A. Plourde on behalf of Cohesive Healthcare Management & Consulting, LLC

The undersigned does further certify that a copy of the foregoing has been mailed via electronic mail to:

Quinn, Michael J. (CIV), Michael.Quinn3@usdoj.gov, on behalf of the U.S. Department of Health & Human Services

Seligman, Phillip (CIV), Phillip.Seligman@usdoj.gov, on behalf of the U.S. Department of Health & Human Services

_____

Hugh M. Robert
Oklahoma Bar No. 22441
SHERWOOD, McCORMICK & ROBERT
Bank of America Center
15 W. 6th St., Ste. 2800
Tulsa, OK 74119
P: (918) 592-1144
F: (918) 592-1149
E: hugh@sm-oklaw.com

Attorney for Transcendental Union with
Love and Spiritual Advancement


- AND -

/s William C. Smith
_____
William C. Smith, Jr.
NC Bar No. 14199
Manning Fulton & Skinner, PA
3605 Glenwood Ave., Suite 500
Raleigh, NC 27612
P: 919-787-8880
F: 919-325-4623
Email: smith@manningfulton.com

Attorneys for Transcendental Union with
Love and Spiritual Advancement