**SO ORDERED.**

**SIGNED this 19 day of June, 2020.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-00730-5-JNC |
| CAH ACQUISITION COMPANY #1, ) | |
| LLC, d/b/a WASHINGTON COUNTY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### CONSENT ORDER GRANTING TRUSTEE'S OMNIBUS MOTION FOR AUTHORITY TO REJECT PRE-PETITION EXECUTORY CONTRACTS OR UNEXPIRED LEASES

Upon the *Trustee's Omnibus Motion for Authority to Reject Pre-Petition Executory Contracts of Unexpired Leases* ("Motion") filed by the Trustee[1] seeking entry of an order pursuant to Sections 365 and 1107 of Title 11 of the Bankruptcy Code and Bankruptcy Rule 6006 authorizing the rejection of the Executory Contracts identified in the Motion, and it appearing that the relief requested therein is in the best interest of the Debtor's estate, the creditors thereof, and other parties in interest; and it appearing that this Court has the authority to grant the relief requested therein; and after due deliberation, and for good cause appearing therefore;

It is hereby **ORDERED:**

1. The Motion is granted;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. The Executory Contracts shall be deemed rejected as of the Closing Date;

3. All parties in possession of equipment subject to the Executory Contracts ("Equipment") shall promptly surrender and deliver the Equipment to the contract counterparty identified in the Motion pursuant to the terms and conditions of the applicable Executory Contract, or as otherwise mutually agreed by the parties. In no instance shall the delivery of the Equipment occur later than twenty-one (21) days from the date this Order is entered, unless otherwise agreed by the parties;

4. Any Executory Contract counterparty listed in the Motion shall have thirty (30) days from the date of the service of this Order to file a claim for rejection damages;

5. Any claim for rejection damages that is not filed in accordance with this Order shall be forever barred; and

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**AGREED TO BY:**

| **WALDREP LLP** | **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP** |
|---|---|
| /s/ *Jennifer B. Lyday* | |
| Thomas W. Waldrep, Jr. (NC State Bar No. 11135) | /s/ *Byron L. Saintsing* |
| James C. Lanik (NC State Bar No. 30454) | Byron L. Saintsing, Esq. |
| Jennifer B. Lyday (NC Bar No. 39871) | NC State Bar No. 16035 |
| Francisco T. Morales (NC Bar No. 43079) | 4601 Six Forks Road, Suite 400 |
| 101 S. Stratford Road, Suite 210 | Raleigh, NC 27609 |
| Winston-Salem, NC 27104 | Telephone: 919-250-2118 |
| Telephone: 336-717-1440 | Email: bsaintsing@smithdebnamlaw.com |
| Telefax: 336-717-1340 | |
| Email: notice@waldrepllp.com | *Attorneys for Siemens Financial Services, Inc.* |
| *Co-Counsel for the Trustee* | |

[END OF DOCUMENT]