# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Case No. 19-00730-5-JNC** |
| CAH ACQUISITION COMPANY #1, LLC, d/b/a | ) |
| WASHINGTON COUNTY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| IN RE: | ) |
| | ) **Case No. 19-01230-5-JNC** |
| CAH ACQUISITION COMPANY #2, LLC, d/b/a | ) |
| OSWEGO COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01180-5-JNC** |
| CAH ACQUISITION COMPANY #3, LLC, d/b/a | ) |
| HORTON COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01300-5-JNC** |
| CAH ACQUISITION COMPANY 6, LLC, d/b/a | ) |
| PRAGUE COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| | ) |
| IN RE: | ) |
| | ) **Case No. 19-01298-5-JNC** |
| CAH ACQUISITION COMPANY 7, LLC, d/b/a | ) |
| PRAGUE COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor. | ) |
| IN RE: | ) |
| | ) **Case No. 19-01697-5-JNC** |
| CAH ACQUISITION COMPANY 12, LLC, d/b/a | ) |
| FAIRFAX COMMUNITY HOSPITAL, | ) **Chapter 11** |
| | ) |
| Debtor | ) |

| | |
|---|---|
| IN RE: | ) Case No. 19-01227-5-JNC |
| | ) |
| CAH ACQUISITION COMPANY 16, LLC, d/b/a HASKELL COUNTY COMMUNITY HOSPITAL, | ) Chapter 11 |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtor. | ) |
| | ) |

## SECOND MOTION TO APPROVE CONSENT ORDER REGARDING PAYMENT TO SHERWOOD PARTNERS, INC., SALES AGENT FOR THE TRUSTEE

Sherwood Partners, Inc. ("Sherwood"), by and through counsel, pursuant to 11 U.S.C. § 331, hereby moves the Court to approve and enter the attached *Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee* (the "Consent Order) between Sherwood and the Thomas W. Waldrep, Jr., chapter 11 trustee (the "Trustee") for the above captioned Debtors. The Consent Order is attached hereto as Exhibit A.

If after proper notice to all parties listed on the Certificate of Service, no objections are filed, Sherwood and the Trustee request the Court enter the Consent Order.

Respectfully submitted this the 4th day of September, 2020.

                                                          The Law Offices of Oliver & Cheek, PLLC

                                                          s/Ciara L. Rogers
                                                          Ciara L. Rogers
                                                          N.C. State Bar No. 42571
                                                          P.O. Box 1548
                                                          New Bern, NC  28563-1548
                                                          Telephone: (919) 987-2024
                                                          Facsimile: (252) 633-1950
                                                          Email:  ciara@olivercheek.com
                                                          *Attorney for Sherwood Partners, Inc.*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | **Case No. 19-00730-5-JNC** |
| ) | |
| **CAH ACQUISITION COMPANY #1, LLC, d/b/a** ) | **Chapter 11** |
| **WASHINGTON COUNTY HOSPITAL,** ) | |
| ) | |
| Debtor. ) | |
| ) | |
| **IN RE:** ) | |
| ) | **Case No. 19-01230-5-JNC** |
| **CAH ACQUISITION COMPANY #2, LLC, d/b/a** ) | |
| **OSWEGO COMMUNITY HOSPITAL,** ) | **Chapter 11** |
| ) | |
| Debtor. ) | |
| ) | |
| **IN RE:** ) | |
| ) | **Case No. 19-01180-5-JNC** |
| **CAH ACQUISITION COMPANY #3, LLC, d/b/a** ) | |
| **HORTON COMMUNITY HOSPITAL,** ) | **Chapter 11** |
| ) | |
| Debtor. ) | |
| ) | |
| **IN RE:** ) | |
| ) | **Case No. 19-01300-5-JNC** |
| **CAH ACQUISITION COMPANY 6, LLC, d/b/a** ) | |
| **PRAGUE COMMUNITY HOSPITAL,** ) | **Chapter 11** |
| ) | |
| Debtor. ) | |
| ) | |
| **IN RE:** ) | |
| ) | **Case No. 19-01298-5-JNC** |
| **CAH ACQUISITION COMPANY 7, LLC, d/b/a** ) | |
| **PRAGUE COMMUNITY HOSPITAL,** | **Chapter 11** |

|  |  |
|---|---|
| **Debtor.** | ) |
|  | ) |
|  | ) |
| **IN RE:** | ) |
|  | ) |
|  | ) **Case No. 19-01697-5-JNC** |
| **CAH ACQUISITION COMPANY 12, LLC, d/b/a** | ) |
| **FAIRFAX COMMUNITY HOSPITAL,** | ) **Chapter 11** |
|  | ) |
| **Debtor** | ) |
|  | ) |
| **IN RE:** | ) |
|  | ) |
|  | ) **Case No. 19-01227-5-JNC** |
| **CAH ACQUISITION COMPANY 16, LLC, d/b/a** | ) |
| **HASKELL COUNTY COMMUNITY** | ) **Chapter 11** |
| **HOSPITAL,** | ) |
|  | ) **(Jointly Administered)** |
| **Debtor.** | ) |
|  | ) |

## CONSENT ORDER REGARDING FINAL PAYMENT TO
## SHERWOOD PARTNERS, INC. SALES AGENT FOR THE TRUSTEE

This matter came before the Court upon the Omnibus Motion to Approve Consent Order (the "Motion") filed by Sherwood Partners, Inc. ("Sherwood"), and pursuant to which Thomas W. Waldrep, Jr., Chapter 11 Trustee (the "Trustee," and together with Sherwood, the "Parties") for the above-captioned debtors (the "Debtors," and each, a "Debtor") and Sherwood, as Sales Agent for the Trustee.[1] The Parties hereby agree that Sherwood is owed and should be paid certain fees and expenses for the work that it has performed as Sales Agent pursuant to the terms of the various orders approving the employment of Sherwood entered in these cases on October 17, 2020 in the cases of CAH Acquisition Company 6, LLC d/b/a I-70 Community Hospital ("CAH 6"); CAH

---

[1] On September 23, 2019, the Trustee filed a Motion to Employ Sherwood Partners, Inc. as Sales Agent (each an "Employment Motion" and together the "Employment Motions") in each Debtors' case: CAH Acquisition Copmany #1, LLC, Case No. 19-99730-5-JNC, CAH Acquisition Company #2, LLC, Case No. 19-01230, Docket No. 185; CAH Acquisition Company #3, LLC, Case No. 19-01180, Docket No. 227; CAH Acquisition Company 6, LLC, Case No. 19-01300, Docket No. 308; CAH Acquisition Company 7, LLC, Case No. 19-01298, Docket No. 284; CAH Acquisition Company 12, LLC, Case No. 19-01697, Docket No. 270; and CAH Acquisition Company 16, LLC, Case No. 19-01227, Docket No. 264. All Employment Motions were approved by the Court.

Acquisition Company 7, LLC d/b/a Prague Community Hospital ("CAH 7"); CAH Acquisition Company 12, LLC d/b/a Fairfax Community Hospital ("CAH 12"); and CAH Acquisition Company 16, LLC d/b/a Haskell County Community Hospital ("CAH 16"); on October 22, 2019 in the cases of CAH Acquisition Company #2, LLC d/b/a Oswego Community Hospital ("CAH 2") and CAH Acquisition Company #3, LLC d/b/a Horton Community Hospital ("CAH 3"); and on October 23, 2019 in the CAH Acquisition Company #1, LLC d/b/a Washington County Hospital ("CAH 1") (altogether, the "Employment Orders," and individually, an "Employment Order"). The Employment Orders provide for Sherwood to be paid in accordance with the terms of those orders and the Engagement Agreements between Sherwood and the Trustee, which was attached to each Employment Motion. Additionally, Sherwood was employed pursuant to 11 U.S.C. § 328(a); therefore, per the Employment Orders, payment to Sherwood is exempted the standards of review set forth in 11 U.S.C. § 330. Nevertheless, out of an abundance of caution, the Trustee and Sherwood hereby submit this Consent Order to state on the record the distributions the Trustee will make to Sherwood for its services in these cases. On this basis, and with the consent of the Parties, the Court makes the following findings of fact and conclusions of law:

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 327(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  Sherwood is owed and should be paid certain fees and expenses for the work that it has performed as Sales Agent pursuant to the terms of the Employment Orders. The Employment Orders provide for Sherwood to be employed in accordance with the terms of the Engagement Agreement between Sherwood and the Trustee and pursuant to 11 U.S.C. §§ 327(a)

and 328(a), which exempted Sherwood from the standards of review set forth in 11 U.S.C. § 330 per the Employment Orders.

4. Sherwood has provided great benefit to the Debtors' estates through its role as Sales Agent.

5. On June 12, 2020, Sherwood filed its Motion to Approve Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee in the case of CAH 1 (the "CAH 1 Fees Motion"). Also on June 12, 2020, Sherwood filed a Motion to Approve Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee in each of the cases of CAH 2, CAH 3, CAH 6, CAH 7, CAH 12, and CAH 16 (the "Other Debtors' Fees Motions," and together with the CAH 1 Fees Motion, the "Sherwood Fees Motions").

6. On July 7, 2020, the Court entered orders granting the Other Debtors' Fees Motions and entered the Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee in the cases of CAH 2, CAH 3, CAH 6, CAH 7, CAH 12, and CAH 16 (the "Other Debtors' Consent Orders for Fees"). On July 8, 2020, the Court entered an order granting the CAH 1 Fees Motion and entered the Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee in the case of CAH 1 (the "CAH 1 Consent Order for Fees," and together with the Other Debtors' Consent Orders for Fees, the "Consent Orders for Fees"). Pursuant to the Consent Orders for Fees, the Trustee was authorized to pay the following in Consulting Fees and Transaction Fees:

| **Debtor** | **Consulting Fees** | **Transaction Fees** | **Total** |
|---|---|---|---|
| CAH Acquisition Company #1, LLC (Washington) | $37,500 | $25,000 | $62,500 |
| CAH Acquisition Company #2, LLC (Oswego) | $0 | $50,000 | $50,000 |

| | | | |
|---|---|---|---|
| CAH Acquisition Company #3, LLC (Horton) | $0 | $50,000 | $50,000 |
| CAH Acquisition Company 6, LLC (I-70) | $5,000 | -- | $5,000 |
| CAH Acquisition Company 7, LLC (Prague) | $0 | $50,000 | $50,000 |
| CAH Acquisition Company 12, LLC (Fairfax) | $0 | $50,000 | $50,000 |
| CAH Acquisition Company 16, LLC (Haskell) | $0 | $50,000 | $50,000 |

7. In addition to the Consulting Fees and Transaction Fees, the Consent Orders for Fees authorized the Trustee to reimburse Sherwood $17,447.81 for expenses.

8. Following the entry of the Consent Orders for Fees, and as a result of the non-consummation of the sale of the assets of CAH 6, the Trustee decided to surrender real property owned by CAH 6 to the primary secured creditor of that Debtor. Thus, the Trustee has sold or disposed of all or substantially all of the assets owned by the Debtors.

9. Now that the sales and dispositions have been completed, the success fee authorized in the Employment Orders (the "Success Fee") can be calculated. The Success Fee is equal to five percent of the combined gross value realized from the sales of the Debtors' assets, for all Debtors, in excess of $8,000,000.00.

10. Sales and or dispositions of all or substantially all of the assets of the Debtors have been completed. The sale prices for each of the Debtors assets were as follows:

| **Affiliated Debtor** | **Sales Price** |
|---|---|
| CAH Acquisition Company #1, LLC (Washington) | $3,500,000 |
| CAH Acquisition Company #2, LLC (Oswego) | $75,000 |
| CAH Acquisition Company #3, LLC (Horton) | $275,000 |
| CAH Acquisition Company 7, LLC (Prague) | $2,509,767 |
| CAH Acquisition Company 12, LLC (Fairfax) | $2,841,931 |
| CAH Acquisition Company 16, LLC (Haskell) | $1,532,661 |
| Total: | $10,734,359 |

11. Based on those sales numbers, Sherwood is entitled to a Success Fee of five percent of $2,734,359 or $136,718.00.

12. Each Debtors' pro rata portion of the Success Fee, based on each Debtors' pro rata contribution to the total gross value realized from the sales, is as follows:

| **Affiliated Debtor** | **Success Fee** |
|---|---:|
| CAH Acquisition Company #1, LLC (Washington) | $44,577.70 |
| CAH Acquisition Company #2, LLC (Oswego) | $955.24 |
| CAH Acquisition Company #3, LLC (Horton) | $3,502.53 |
| CAH Acquisition Company 7, LLC (Prague) | $31,965.61 |
| CAH Acquisition Company 12, LLC (Fairfax) | $36,196.21 |
| CAH Acquisition Company 16, LLC (Haskell) | $19,520.71 |
| **Total:** | $136,718.00 |

13. Additionally, Sherwood has incurred an additional $5,200.00 in expenses.

14. Sherwood has performed its duties as agreed by the Parties and authorized by orders of the Court.

15. The Trustee is very pleased with the performance of Sherwood in this case and believes Sherwood should be paid according to the terms of the Engagement Agreement and the Employment Order and as set forth herein.

**NOW, THEREFORE,** based upon the foregoing, the Court concludes the above statements are supported by the record in this case, the relief requested is appropriate, and for other good and sufficient reasons appearing it is hereby **ORDERED** as follows:

A. Sherwood has allowed administrative claims against the Debtors' estates, for each estate's pro rata portion of the $136,718.00 Success Fee, as follows:

| **Affiliated Debtor** | **Success Fee** |
|---|---:|
| CAH Acquisition Company #1, LLC (Washington) | $44,577.70 |
| CAH Acquisition Company #2, LLC (Oswego) | $955.24 |
| CAH Acquisition Company #3, LLC (Horton) | $3,502.53 |
| CAH Acquisition Company 7, LLC (Prague) | $31,965.61 |
| CAH Acquisition Company 12, LLC (Fairfax) | $36,196.21 |
| CAH Acquisition Company 16, LLC (Haskell) | $19,520.71 |

B.  The Trustee is authorized and shall reimburse additional expenses owed to Sherwood in the amount of $5,200.00 using the same procedure he has used for previous reimbursements;

C.  The Trustee is authorized, without further order of the Court, to pay Sherwood the full amount of its allowed administrative claim from the proceeds of the closing of the sale of the Debtors' assets; and

D.  The Trustee is authorized and shall distribute the funds owed to Sherwood for its allowed administrative claims.

**AGREED TO BY:**

| **WALDREP LLP** | **Law Offices of Oliver & Cheek, PLLC** |
|---|---|
| *s/ Jennifer B. Lyday* | *s/ Ciara L. Rogers* |
| Jennifer B. Lyday (NC State Bar No. 39871) | Ciara L. Rogers |
| 101 S. Stratford Road, Suite 210 | N.C. State Bar No. 42571 |
| Winston-Salem, NC 27104 | P.O. Box 1548 |
| Telephone: 336-717-1440 | New Bern, NC 28563 |
| Telefax: 336-717-1340 | Telephone: (919) 987-2024 |
| Email: notice@waldrepllp.com | Facsimile: (252) 633-1950 |
| *Co-Counsel for the Chapter 11 Trustee* | Email: ciara@olivercheek.com |
| | *Attorney for Sherwood Partners, Inc.* |

**END OF DOCUMENT**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY #1, LLC** ) | **Case No.: 19-00730-5-JNC** | |
| d/b/a WASHINGTON COUNTY HOSPITAL ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY #2, LLC** ) | **Case No.: 19-01230-5-JNC** | |
| d/b/a Oswego Community Hospital ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY #3, LLC** ) | **Case No.: 19- 01180-5-JNC** | |
| d/b/a Horton Community Hospital ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY 6, LLC** ) | **Case No.: 19- 01300-5-JNC** | |
| d/b/a I-70 Community Hospital ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY 7, LLC** ) | **Case No.: 19- 01298-5-JNC** | |
| d/b/a Prague Community Hospital ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY 12, LLC** ) | **Case No.: 19-01697-5-JNC** | |
| d/b/a Fairfax Community Hospital ) | | |
| Debtor ) | | |
| ) | | |
| **In the Matter of:** ) | **Chapter 11** | |
| **CAH ACQUISITION COMPANY 16, LLC** ) | **Case No.: 19- 01227-5-JNC** | |
| d/b/a Haskell County Community Hospital ) | | |
| Debtor ) | **(Jointly Administered)** | |

### NOTICE OF SECOND MOTION TO APPROVE CONSENT ORDER REGARDING PAYMENT TO SHERWOOD PARTNERS, INC., SALES AGENT FOR THE TRUSTEE

**NOTICE IS HEREBY GIVEN** of the Second Motion to Approve Consent Order Regarding Payment to Sherwood Partners, Inc., Sales Agent for the Trustee (the "Motion") filed simultaneously herewith by the attorneys for Sherwood Partners, Inc. in the above-captioned case; and,

**FURTHER NOTICE IS HEREBY GIVEN**, that the Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court within **FOURTEEN (14) DAYS** of the date of this Notice; and,

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for hearing is filed by the a party in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice. Any party filing a response requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

This the 4th day of September, 2020.

The Law Offices of Oliver & Cheek, PLLC

s/Ciara L. Rogers
Ciara L. Rogers
N.C. State Bar No. 42571
P.O. Box 1548
New Bern, NC  28563-1548
Telephone: (919) 987-2024
Facsimile: (252) 633-1950
Email:  ciara@olivercheek.com
*Attorney for Sherwood Partners, Inc.*

## **CERTIFICATE OF SERVICE**

I, Ciara L. Rogers, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the date below I served copies of the foregoing pleading on the parties listed below via CM/ECF or via U.S. Mail, First Class, postage prepaid, as indicated; and,

I certify under penalty of perjury that the foregoing is true and correct.

This the 4th day of September, 2020.

                 The Law Offices of Oliver & Cheek, PLLC

                 s/Ciara L. Rogers
                 Ciara L. Rogers
                 N.C. State Bar No. 42571
                 P.O. Box 1548
                 New Bern, NC  28563-1548
                 Telephone: (919) 987-2024
                 Facsimile: (252) 633-1950
                 Email:  ciara@olivercheek.com
                 *Attorney for Sherwood Partners, Inc.*

cc:
Bankruptcy Administrator        (via CM/ECF)

Rayford K. Adams III, Esq.       (via CM/ECF)
*Attorney for Debtor*

Jason L. Hendren, Esq.        (via CM/ECF)
Rebecca F. Redwine, Esq.
Benjamin E.F.B. Waller, Esq.
*Co-Counsel for the Trustee*

Thomas W. Waldrep, Jr., Esq.      (via CM/ECF)
James C. Lanik, Esq.
Jennifer B. Lyday, esq.
Francisco T. Morales, Esq.
*Co-Counsel for the Trustee*

Ryan J. Adams, Esq.        (via CM/ECF)
*Attorney for Aspirar Medical Lab, LLC*

Brian R. Anderson, Esq. (via CM/ECF)
Nancy A. Peterman, Esq.
*Attorney for Health Care Ombudsman*

E. Frank Childress, Esq. (via CM/ECF)
*Attorney for CAH Acquisition Company 11, LLC*

John Paul H. Cournoyer, Esq. (via CM/ECF)
*Attorney for Paul Nusbaum & Steve White,*

Jonathan E. Friesen. Esq. (via CM/ECF)
*Attorney for Wendy C. Phillips*

Terri L. Gardner, Esq. (via CM/ECF)
*Attorney for Petitioning Creditors*

Steven A. Ginther, Esq. (via CM/ECF)
*Attorney for MO Dept. of Revenue*

David J. Haidt, Esq. (via CM/ECF)
Nicholos Zluticky, Esq.
*Attorneys for First Liberty Bank*

Patricia E. Hamilton, Esq. (via CM/ECF)
Wesley Smith, Esq.
Sharon Stole, Esq.
*Attorneys for Brent King*

Tyler R. Heffron, Esq. (via CM/ECF)
Felton Parrish, Esq.
*Attorney for Hillsboro*

Eric L. Johnson, Esq. (via CM/ECF)
Mathew A. Petersen, Esq.
Stephen W. Petersen, Esq.
Jeffrey Whitley, Esq.
*Attorneys for First Capital Corporation*

Katherine McCraw, Esq. (via CM/ECF)
*Attorney for NC DHHS*

Brian H. Smith, Esq. (via CM/ECF)
*Attorney for Complete Business Solutions*

John M. Sperati, Esq.                                (via CM/ECF)
*Attorney for Somerset Capital Group*

William Walt Pettit, Esq.                            (via CM/ECF)
*Attorney for Complete Business Solutions*

Paul A. Fanning, Esq.                                (via CM/ECF)
Ross Plourde, Esq.
*Attorneys for Cohesive Management and Consulting, LLC*

Byron Saintsing, Esq.                                (via CM/ECF)
*Attorney for Siemens Financial Services, Inc.*

Micah E. Marcus, Esq.                                (via CM/ECF)
Sean D. Malloy, Esq.
*Attorney for Thomas W. Waldrep, Jr.*

CAH Acquisition Company 1, LLC                       (via U.S. Mail)
d/b/a Washington County Hospital
958 U.S. Highway 64 East
Plymouth, NC 27962