**SO ORDERED.**

**SIGNED this 5 day of January, 2021.**

_____

**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 19-00730-5-JNC** |
| **CAH ACQUISITION COMPANY #1, LLC,** | ) | |
| d/b/a **WASHINGTON COUNTY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | **Case No. 19-01230-5-JNC** |
| **CAH ACQUISITION COMPANY #2, LLC,** | ) | |
| d/b/a **OSWEGO COMMUNITY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | **Case No. 19-01180-5-JNC** |
| **CAH ACQUISITION COMPANY #3, LLC,** | ) | |
| d/b/a **HORTON COMMUNITY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | **Case No. 19-01300-5-JNC** |
| **CAH ACQUISITION COMPANY 6, INC, d/b/a** | ) | |
| **I-70 COMMUNITY HOSPITAL,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-01298-5-JNC |
| CAH ACQUISITION COMPANY #7, INC, ) | |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: ) | |
| ) | Case No. 19-01697-5-JNC |
| CAH ACQUISITION COMPANY 12, LLC, ) | |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| IN RE: ) | |
| ) | Case No. 19-01227-5-JNC |
| CAH ACQUISITION COMPANY 16, LLC, ) | |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
| Debtor. ) | |

**ORDER GRANTING LITIGATING TRUSTEE'S MOTION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDINGS**

Upon the *Litigation Trustee's Motion to Extend Deadline to File Adversary Proceedings* (the "Motion to Extend") of Thomas W. Waldrep, Jr., in his capacity as Litigation Trustee (the "Trustee") of the estates of the above-captioned debtors (collectively, the "Debtors") and this Court, having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that the relief requested in the Motion to Extend is in the best interests of the Litigation Trust Estate and its creditors, and other parties in interest; and this Court having reviewed the Motion to Extend and determined that the legal and factual bases set forth in the Motion to Extend establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Motion to Extend is **GRANTED**.

2. The deadline for the Litigation Trustee to file actions under 11 U.S.C. §§ 108 and 546 on behalf of the Debtors is extended up through and including March 1, 2022.

**END OF DOCUMENT**