**SO ORDERED.**

**SIGNED this 2 day of June, 2021.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>CAH ACQUISITION COMPANY #1, LLC d/b/a WASHINGTON COUNTY HOSPITAL,<br><br>Debtor. | Case No. 19-00730-5-JNC<br><br>Chapter 11 |

### ORDER GRANTING LITIGATION TRUSTEE'S SIXTH APPLICATION FOR EXTENSION OF TIME TO (I) OBJECT TO CLAIMS, (II) FILE FINAL PROFESSIONAL FEE APPLICATIONS, AND (III) FILE POST-EFFECTIVE DATE NOTICE LIST

THIS MATTER came before the Court upon the *Litigation Trustee's Sixth Application for Extension of Time to (I) Objection to Claims, (II) File Final Professional Fee Applications, and (III) File Post-Effective Date Notice List* filed on May28, 2021 by Thomas W. Waldrep Jr., in his capacity as Litigation Trustee (the "Trustee") for the estate of CAH Acquisition Company #1, LLC d/b/a Washington County Hospital (the "Debtor");[1] and good cause having been shown; therefore,

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Amended Chapter 11 Plan of Orderly Liquidation (the "Plan") [Dkt. No. 480], a true and correct copy of which as amended at the Confirmation Hearing is attached to the *Findings of Fact, Conclusions of Law, and Order Approving Amended Chapter 11 Plan of Orderly Liquidation* (the "Confirmation Order") [Dkt. No. 1006] as Exhibit A.

1

**IT IS ORDERED** that the Trustee is allowed an extension up to and including July 2, 2021 within which to file and serve objections to Claims asserted against the Debtor's estate, final professional fee applications, and a post-Effective Date notice list.

**--END OF DOCUMENT--**