**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 7 |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 7, LLC, | ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 12, LLC, | ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| _____Debtor._____ | ) | |

In re:                                              )
                                                    )
CAH ACQUISITION COMPANY 16, LLC,                    )        Case No. 19-01227-5-JNC
d/b/a HASKELL COUNTY COMMUNITY                      )        Chapter 11
HOSPITAL,                                           )
                                                    )
                                   Debtor.          )

### AFFIDAVIT OF MARC CARMEL IN SUPPORT OF
### MOTION FOR ORDER AUTHORIZING AND APPROVING (I) LITIGATION
### FUNDING AGREEMENT WITH OMNI BRIDGEWAY (FUND 4) INVT. 3 L.P.;
### (II) ENGAGEMENT AGREEMENT WITH MCDONALD HOPKINS LLP
### RELATED TO LITIGATION FUNDING; AND (III) ENGAGEMENT
### AGREEMENTS WITH WALDREP WALL BABCOCK & BAILEY PLLC AND
### MCDONALD HOPKINS LLP RELATED TO LITIGATION EFFECTIVE FROM
### AND AFTER APRIL 15, 2023

NOW COMES the undersigned, being duly sworn, and deposes and says as follows:

1.      I am Marc Carmel and I am the Chicago Managing Member of McDonald Hopkins, LLP ("McDonald Hopkins"). I am neither an infant nor incompetent.

2.      I have read the *Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) Invt. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins LLP Related to the Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock & Bailey PLLC and McDonald Hopkins LLP Related to Litigation Effective from and After April 15, 2023* filed by Thomas W. Waldrep, Jr. ("Trustee") in this case on May 23, 2023 [Dkt. No. 1580] ("Funding Motion"), including the exhibits thereto[1].

3.      The Trustee entered into a Litigation Funding Engagement Agreement with McDonald Hopkins, subject to Court approval.  A true and correct copy of the Litigation

---

[1] Capitalized terms not otherwise defined herein shall have the definitions set forth in the Funding Motion.

Funding Engagement Agreement (as defined in the Funding Motion) is attached to the Motion as Exhibit C.

4.      Specifically, Section B of the Factual and Procedural Background of the Funding Motion contains factual statements relating to McDonald Hopkins' Search for Litigation Funding.  I adopt as my testimony the factual statements set forth in Section B of the Factual and Procedural Background of the Funding Motion.

5.      Both prior to and after entering into the Litigation Funding Engagement Agreement with the Trustee, McDonald Hopkins undertook the following tasks related to the Litigation Funding Matter: (1) created a teaser (i.e., a summary of the funding opportunity); (2) constructed a data room; (3) created a confidential information memorandum; (4) prepared a non-disclosure agreement; (5) initiated discussions with potential funding sources (described in more detail below); (6) secured term sheets; and (7) negotiated the Funding Agreement.

6.      McDonald Hopkins spent significant time since December 2021 performing the tasks listed above in paragraph 5 of this Affidavit.

7.      The Litigation Funding Engagement Agreement is dated May 17, 2022; however, such agreement was intended to encompass services and expenses of McDonald Hopkins prior to such date.  The Litigation Funding Engagement Agreement was a subsequent written memorialization of the prior agreement of the parties.

8.      Part of the relief requested in the Funding Motion is the approval of the Litigation Funding Engagement Agreement and the fees and expenses incurred by McDonald Hopkins related to the Ligation Funding Matter (as defined in the Funding Motion).

9.      A detailed description of the services rendered by McDonald Hopkins from December 15, 2021 through May 23, 2023, are attached hereto as Exhibit A reflecting gross

attorneys' fees in the amount of $90,665.50 through May 23, 2023 (the "Litigation Funding Procurement Fees"). Exhibit A also reflects an itemization of expenses incurred through May 23, 2023 in the amount of $5.40.

10. The Ligation Funding Procurement Fees are fair and reasonable and consistent with the terms and provisions of the Litigation Funding Engagement Agreement and the agreement between the parties.

11. Pursuant to the Litigation Funding Engagement Agreement, McDonald Hopkins in entitled to receive a multiple of two of the Litigation Funding Procurement Fees through May 23, 2023, for a total of $181,331.00, plus expenses in the amount of $5.40. The total amount of fees and expenses sought by McDonald Hopkins pursuant to the Funding Motion through May 23, 2023 is $181,336.40.

FURTHER AFFIANT SAYETH NOT.

This the __5th__ day of June, 2023.

_____
Marc Carmel

Sworn to and subscribed before me,
this 5th day of June, 2023.

_____
Notary Public

My commission expires:

OFFICIAL SEAL
KATHLEEN MAZE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/14/2027

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

TOM WALDREP, CHAPTER 11 TRUSTEE (CAH 1)
THOMAS W. WALDREP, JR.                          MAY 23, 2023
WALDREP LAW                        Invoice No:  48890-00002
101 S. STRATFORD ROAD, SUITE 210
WINSTON-SALEM, NC 27104

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   LITIGATION FUNDING
      48890-00002

THROUGH MAY 23, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

|                     |              |
|---------------------|-------------:|
| FEES FOR SERVICES   | $  90,665.50 |
| EXPENSES            |         5.40 |
| TOTAL               | $  90,670.90 |

REMITTANCE COPY

---

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

TOM WALDREP, CHAPTER 11 TRUSTEE (CAH 1)
THOMAS W. WALDREP, JR.                                    MAY 23, 2023
WALDREP LAW                                  Invoice No:  48990-00002
101 S. STRATFORD ROAD, SUITE 210
WINSTON-SALEM, NC 27104

---

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

RE:   LITIGATION FUNDING
      48890-00002

THROUGH MAY 23, 2023 INCLUDING THE FOLLOWING ITEMIZED SERVICES

                              FEES FOR SERVICES         $   90,665.50

EXPENSES

 COMPUTERIZED RESEARCH                          5.40
                              EXPENSES                          5.40

                              TOTAL                    $   90,670.90

---

PAYMENT BY WIRE TRANSFER OR ACH
CONTACT ACCOUNTS RECEIVABLE
AT (216) 348-5445
OR MHACCOUNTING@MCDONALDHOPKINS.COM

PAYMENT BY CREDIT CARD
PAYMENT PORTAL
WWW.MCDONALDHOPKINS.COM

PAYMENT BY CHECK
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
    48890-00002

12/15/21  RESEARCH AND REVIEW DOCUMENTS REGARDING SOURCES OF
        CAPITAL FOR LITIGATION FINANCING; DRAFT CHART
        REGARDING SAME.
        MARC CARMEL          2.40 hours at  735.00/hr  1,764.00

12/20/21  TELEPHONE CONFERENCE WITH T. WALDREP, J. LANIK, M.
        MARCUS REGARDING STATUS; DRAFT DOCUMENTS REGARDING
        MARKETING; COMPILE LIST OF POTENTIAL FINANCING
        SOURCES; RESEARCH REGARDING SAME.
        MARC CARMEL          1.90 hours at  735.00/hr  1,396.50

03/14/22  PREPARE FOR AND ATTEND CONFERENCE WITH M. MARCUS
        REGARDING LITIGATION FINANCE.
        MARC CARMEL          0.40 hours at  735.00/hr    294.00

03/15/22  TELEPHONE CONFERENCE WITH T. WALDREP, J. WALL, J.
        LANIK (WALDREP) REGARDING LITIGATION FINANCE; REVIEW,
        REVISE MEMORANDUM ABOUT MARKETING REGARDING SAME;
        CORRESPOND REGARDING SAME.
        MARC CARMEL          1.70 hours at  735.00/hr  1,249.50

03/17/22  TELEPHONE CONFERENCE WITH M. MARCUS REGARDING
        LITIGATION FINANCE ISSUES.
        MARC CARMEL          0.20 hours at  735.00/hr    147.00

03/29/22  REVIEW MEMORANDUM REGARDING MARKETING; REVIEW BUDGET
        REGARDING SAME; CORRESPOND WITH ATTORNEYS REGARDING
        SAME.
        MARC CARMEL          0.40 hours at  735.00/hr    294.00

04/07/22  RESEARCH, EDIT, REVISE MEMORANDUM SUPPORTING
        FINANCING.
        MICAH E. MARCUS     5.50 hours at  700.00/hr  3,850.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

04/15/22   CORRESPOND WITH CLIENT RE DRAFT LITIGATION
           MEMORANDUM, CORRESPOND WITH M. CARMEL REGARDING SAME;
           REVIEW COMMENTS RE SAME; CONFERENCE WITH C. ALLEN
           REGARDING SAME.
           MICAH E. MARCUS              0.50 hours at   700.00/hr     350.00

04/15/22   REVIEW, REVISE MEMORANDUM REGARDING MARKETING FOR
           LITIGATION FUNDING; CONFERENCE WITH ATTORNEYS
           REGARDING SAME.
           MARC CARMEL                  3.70 hours at   760.00/hr   2,812.00

04/19/22   PREPARE FOR AND ATTEND CONFERENCE WITH ATTORNEYS
           REGARDING LITIGATION FINANCE ISSUES.
           MARC CARMEL                  0.60 hours at   760.00/hr     456.00

04/20/22   COMPILE CONTACT INFORMATION FOR MARKETING OUTREACH;
           DRAFT TRACKING SPREADSHEET REGARDING SAME.
           MARC CARMEL                  0.60 hours at   760.00/hr     456.00

04/22/22   REVIEW, REVISE CONTACT LIST REGARDING POTENTIAL
           LITIGATION FUNDERS.
           MARC CARMEL                  0.40 hours at   760.00/hr     304.00

04/26/22   REVIEW, REVISE LEGAL MEMORANDUM REGARDING LITIGATION
           FINANCE MARKETING; CORRESPOND WITH M. MARCUS
           REGARDING SAME; REVIEW, REVISE TEASER REGARDING
           MARKETING.
           MARC CARMEL                  2.90 hours at   760.00/hr   2,204.00

04/27/22   REVIEW, REVISE LITIGATION FINANCE MEMORANDUM.
           MICAH E. MARCUS              1.50 hours at   700.00/hr   1,050.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

| | | | | |
|---|---|---|---|---|
| 04/27/22 | DRAFT CONFIDENTIALITY AGREEMENT REGARDING LITIGATION FINANCE OPPORTUNITY; REVIEW PRECEDENT REGARDING SAME. | | | |
| | MARC CARMEL | 2.10 hours at | 760.00/hr | 1,596.00 |
| 04/28/22 | EDIT, FINALIZE MEMORANDUM; CORRESPOND WITH CLIENT REGARDING SAME; CONFERENCE WITH CLIENT RE ███ ████████. | | | |
| | MICAH E. MARCUS | 1.00 hours at | 700.00/hr | 700.00 |
| 04/28/22 | REVIEW, REVISE MEMORANDUM AND TEASER REGARDING MARKETING; CORRESPOND WITH ATTORNEYS REGARDING MEMORANDUM, TEASER, NON-DISCLOSURE AGREEMENT. | | | |
| | MARC CARMEL | 1.10 hours at | 760.00/hr | 836.00 |
| 05/16/22 | REVIEW, ANALYZE PAYEE CHART; CORRESPOND WITH FORENSIC REGARDING SAME. | | | |
| | MICAH E. MARCUS | 0.50 hours at | 700.00/hr | 350.00 |
| 05/17/22 | REVIEW FORENSIC ANALYSIS. | | | |
| | MICAH E. MARCUS | 1.00 hours at | 700.00/hr | 700.00 |
| 06/27/22 | CONFERENCE WITH M. CARMEL, TEAM REGARDING STATUS; CORRESPOND RE VERDICT. | | | |
| | MICAH E. MARCUS | 0.80 hours at | 700.00/hr | 560.00 |
| 06/27/22 | REVIEW, REVISE TEASER REGARDING MARKETING; CORRESPOND REGARDING SAME; CONFERENCE WITH WALDREP ATTORNEYS, M. MARCUS REGARDING STATUS, LITIGATION FINANCE. | | | |
| | MARC CARMEL | 1.10 hours at | 760.00/hr | 836.00 |
| 06/28/22 | REVISE TEASER, CONFIDENTIALITY AGREEMENT REGARDING MARKETING; REVISE TRACKER REGARDING SAME; CORRESPOND WITH ATTORNEYS REGARDING SAME. | | | |
| | MARC CARMEL | 1.40 hours at | 760.00/hr | 1,064.00 |

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

06/29/22  CORRESPOND WITH LITIGATION FUNDERS REGARDING
          MARKETING; REVIEW DOCUMENTS REGARDING SAME; REVISE
          TRACKING CHART REGARDING SAME.
          MARC CARMEL                1.60 hours at   760.00/hr   1,216.00

06/30/22  CORRESPOND WITH LITIGATION FUNDERS REGARDING
          CONFIDENTIALITY AGREEMENTS; CORRESPOND WITH ATTORNEYS
          REGARDING SAME; REVIEW CONFIDENTIALITY AGREEMENTS
          REGARDING SAME; REVIEW TRACKING CHART REGARDING SAME.
          MARC CARMEL                2.80 hours at   760.00/hr   2,128.00

07/01/22  REVIEW, REVISE CONFIDENTIALITY AGREEMENTS REGARDING
          LITIGATION FINANCE PROCESS.
          MARC CARMEL                1.10 hours at   760.00/hr     836.00

07/05/22  CONFERENCE WITH POTENTIAL LITIGATION FINANCIER.
          MICAH E. MARCUS            0.50 hours at   700.00/hr     350.00

07/05/22  REVIEW, REVISE DOCUMENTS REGARDING CONFIDENTIALITY
          AGREEMENTS; REVIEW, REVISE TRACKING CHART REGARDING
          SAME; CORRESPOND WITH LITIGATION FUNDERS REGARDING
          SAME; CORRESPOND WITH ATTORNEYS REGARDING SAME;
          TELEPHONE CONFERENCE WITH LITIGATION FUNDER REGARDING
          OPPORTUNITY.
          MARC CARMEL                2.90 hours at   760.00/hr   2,204.00

07/06/22  REVIEW, FINALIZE BUDGETS; CORRESPOND REGARDING
          RESEARCH MEMORANDUM; CONFERENCE WITH M. CARMEL
          REGARDING STATUS.
          MICAH E. MARCUS            0.50 hours at   700.00/hr     350.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt


RE:  LITIGATION FUNDING
     48890-00002


07/06/22   CONFERENCE WITH FIRST LITIGATION FUNDER REGARDING
           CONFIDENTIALITY AGREEMENT; REVIEW, REVISE DOCUMENTS
           REGARDING CONFIDENTIALITY AGREEMENTS; CORRESPOND WITH
           LITIGATION FUNDERS, ATTORNEYS REGARDING SAME; REVIEW,
           REVISE TRACKING CHART REGARDING SAME.
           MARC CARMEL            2.20 hours at  760.00/hr   1,672.00


07/07/22   PRESENTATION TO POTENTIAL FUNDER.
           MICAH E. MARCUS        0.50 hours at  700.00/hr     350.00


07/07/22   TELEPHONE CONFERENCE WITH ATTORNEYS, FIRST LITIGATION
           FUNDER REGARDING OPPORTUNITY; TELEPHONE CONFERENCE
           WITH ATTORNEYS, SECOND LITIGATION FUNDER REGARDING
           OPPORTUNITY; REVIEW, REVISE CONFIDENTIALITY
           AGREEMENTS REGARDING SAME; CORRESPOND WITH LITIGATION
           FUNDERS REGARDING SAME; CORRESPOND WITH J. LANIK, K.
           CAMERON, J. VAN SWEARINGEN REGARDING SAME; REVIEW,
           REVISE TRACKING CHART REGARDING SAME; REVIEW VIRTUAL
           DATA ROOM REGARDING SAME.
           MARC CARMEL            3.40 hours at  760.00/hr   2,584.00


07/08/22   TELEPHONE CONFERENCE WITH FIRST LITIGATION FUNDER,
           ATTORNEYS REGARDING INVESTMENT OPPORTUNITY; REVIEW,
           REVISE DOCUMENTS REGARDING CONFIDENTIALITY
           AGREEMENTS; CORRESPOND WITH LITIGATION FUNDERS,
           ATTORNEYS REGARDING SAME; REVIEW, REVISE TRACKING
           CHART REGARDING SAME; TELEPHONE CONFERENCE WITH
           SECOND LITIGATION FUNDER, ATTORNEYS REGARDING
           INVESTMENT OPPORTUNITY.
           MARC CARMEL            2.20 hours at  760.00/hr   1,672.00


07/11/22   CONFERENCE WITH M. CARMEL REGARDING DAMAGES
           CALCULATION; CONFERENCE WITH ███████ REGARDING
           QUESTIONS ON CLAIMS.
           MICAH E. MARCUS        0.70 hours at  700.00/hr     490.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

07/11/22   CONFERENCE WITH LITIGATION FUNDER, M. MARCUS
           REGARDING DILIGENCE; CORRESPOND WITH FUNDERS,
           ATTORNEYS REGARDING SAME; REVIEW, REVISE DOCUMENTS
           REGARDING CONFIDENTIALITY AGREEMENTS; CORRESPOND
           REGARDING SAME; REVISE TRACKING CHART REGARDING SAME.
           MARC CARMEL             1.60 hours at   760.00/hr   1,216.00

07/12/22   CORRESPOND WITH VARIOUS POTENTIAL FUNDERS RE INITIAL
           CONFERENCES TO DISCUSS INVESTMENT; CONFERENCE WITH M.
           CARMEL, ██████████.
           MICAH E. MARCUS         0.80 hours at   700.00/hr     560.00

07/12/22   CONFERENCE WITH LITIGATION FUNDER, ATTORNEYS
           REGARDING DILIGENCE, MARKETING, NEXT STEPS;
           CORRESPOND WITH ATTORNEYS, LITIGATION FUNDERS
           REGARDING SAME.
           MARC CARMEL             0.90 hours at   760.00/hr     684.00

07/13/22   CONFERENCE WITH ██████████████; CORRESPOND WITH
           FUNDERS; CONFERENCE WITH WALDREP WALL REGARDING
           PULLING REQUESTED MATERIALS.
           MICAH E. MARCUS         0.90 hours at   700.00/hr     630.00

07/13/22   TELEPHONE CONFERENCES WITH LITIGATION FUNDERS,
           ATTORNEYS REGARDING MARKETING, DILIGENCE; CORRESPOND
           WITH ATTORNEYS, FUNDERS REGARDING SAME.
           MARC CARMEL             1.40 hours at   760.00/hr   1,064.00

07/14/22   CONFERENCE WITH ██████████.
           MICAH E. MARCUS         0.50 hours at   700.00/hr     350.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/22 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH LITIGATION FUNDER, M. MARCUS REGARDING DILIGENCE; CORRESPOND WITH ATTORNEYS REGARDING DILIGENCE; CORRESPOND WITH FUNDERS REGARDING PROCESS, MARKETING. | MARC CARMEL | 1.20 hours at | 760.00/hr | 912.00 |
| 07/15/22 | REVIEW FUNDER REQUEST; DRAFT RESPONSE; CORRESPOND WITH LITIGATION TEAM REGARDING SAME. | MICAH E. MARCUS | 0.40 hours at | 700.00/hr | 280.00 |
| 07/15/22 | CORRESPOND WITH ATTORNEYS REGARDING DILIGENCE, MARKETING; REVIEW DOCUMENTS REGARDING SAME. | MARC CARMEL | 0.50 hours at | 760.00/hr | 380.00 |
| 07/18/22 | CORRESPOND WITH ATTORNEYS, LITIGATION FUNDERS REGARDING MARKETING, DILIGENCE. | MARC CARMEL | 0.50 hours at | 760.00/hr | 380.00 |
| 07/19/22 | CONFERENCE WITH ███████. | MICAH E. MARCUS | 0.50 hours at | 700.00/hr | 350.00 |
| 07/20/22 | CONFERENCE WITH ████████. | MICAH E. MARCUS | 0.70 hours at | 700.00/hr | 490.00 |
| 07/20/22 | CONFERENCE WITH M. MARCUS, C. ALLEN REGARDING DILIGENCE, NEXT STEPS; CONFERENCE WITH LITIGATION FUNDER REGARDING SAME. | MARC CARMEL | 0.80 hours at | 760.00/hr | 608.00 |
| 07/21/22 | CORRESPOND WITH ATTORNEYS REGARDING MARKETING, NEXT STEPS. | MARC CARMEL | 0.50 hours at | 760.00/hr | 380.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

07/22/22   CONFERENCE WITH M. CARMEL, WALDREP TEAM REGARDING
           STATUS, NEXT STEPS.
           MICAH E. MARCUS              0.50 hours at   700.00/hr      350.00

07/22/22   CONFERENCE WITH M. MARCUS, WALDREP WALL ATTORNEYS
           REGARDING MARKETING STATUS AND PROPOSED NEXT STEPS;
           CORRESPOND REGARDING SAME.
           MARC CARMEL                  0.60 hours at   760.00/hr      456.00

07/25/22   CONFERENCE WITH ███████.
           MICAH E. MARCUS              0.50 hours at   700.00/hr      350.00

07/25/22   TELEPHONE CONFERENCE WITH LITIGATION FUNDER, M.
           MARCUS REGARDING MARKETING, DILIGENCE; CORRESPOND
           WITH ATTORNEYS REGARDING SAME; CORRESPOND WITH
           FUNDERS REGARDING SAME.
           MARC CARMEL                  1.20 hours at   760.00/hr      912.00

07/28/22   CONFERENCES AND CORRESPOND WITH LITIGATION FUNDERS,
           ATTORNEYS REGARDING DILIGENCE, NEXT STEPS.
           MARC CARMEL                  0.30 hours at   760.00/hr      228.00

07/28/22   CONFERENCES AND CORRESPOND WITH LITIGATION FUNDERS,
           ATTORNEYS REGARDING DILIGENCE, NEXT STEPS.
           MARC CARMEL                  0.60 hours at   760.00/hr      456.00

07/29/22   CONFERENCE WITH ████.
           MICAH E. MARCUS              1.00 hours at   700.00/hr      700.00

07/29/22   CORRESPOND WITH LITIGATION FUNDERS REGARDING
           INDICATIONS OF INTEREST; REVIEW DOCUMENTS REGARDING
           SAME; REVIEW, REVISE TRACKING CHART REGARDING SAME.
           MARC CARMEL                  1.40 hours at   760.00/hr    1,064.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002


08/01/22   TELEPHONE CONFERENCE WITH LITIGATION FUNDER REGARDING
           DILIGENCE, TERM SHEET; CORRESPOND WITH ATTORNEYS,
           LITIGATION FUNDERS REGARDING DILIGENCE, MARKETING,
           NEXT STEPS; REVIEW TERM SHEET FROM LITIGATION FUNDER;
           CORRESPOND WITH ATTORNEYS REGARDING SAME.
           MARC CARMEL              0.70 hours at  760.00/hr    532.00


08/02/22   CONFERENCE WITH ████████ REGARDING LITIGATION
           FUNDING.
           MICAH E. MARCUS         0.30 hours at  700.00/hr    210.00


08/05/22   CONFERENCES AND CORRESPOND WITH LITIGATION FUNDERS
           REGARDING INDICATIONS OF INTEREST, LITIGATION ASSETS.
           MARC CARMEL              0.90 hours at  760.00/hr    684.00


08/08/22   REVIEW, REVISE CHART REGARDING STATUS OF MARKETING
           PROCESS; CORRESPOND WITH ATTORNEYS REGARDING
           DILIGENCE.
           MARC CARMEL              0.50 hours at  760.00/hr    380.00


08/09/22   CONFERENCE WITH ████████ REGARDING DAMAGES.
           MICAH E. MARCUS         0.50 hours at  700.00/hr    350.00


08/09/22   TELEPHONE CONFERENCE WITH LITIGATION FUNDER REGARDING
           MARKETING, INVESTMENT; CORRESPOND WITH ATTORNEYS
           REGARDING PROCESS.
           MARC CARMEL              0.50 hours at  760.00/hr    380.00


08/10/22   CONFERENCE WITH LITIGATION FUNDER REGARDING
           DILIGENCE, MARKETING; REVIEW, REVISE TRACKING CHART
           REGARDING SAME.
           MARC CARMEL              0.40 hours at  760.00/hr    304.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

08/14/22   CONFERENCE WITH ███.
           MICAH E. MARCUS          0.50 hours at   700.00/hr     350.00

08/17/22   CONFERENCE WITH ███████████████ REGARDING
           FUNDING OPPORTUNITY; CORRESPOND WITH FUNDERS
           REGARDING SAME.
           MARC CARMEL              0.50 hours at   760.00/hr     380.00

08/22/22   CORRESPOND, CONFERENCE WITH ██████ REGARDING
           BUDGETING.
           MICAH E. MARCUS          0.30 hours at   700.00/hr     210.00

08/23/22   DRAFT PROPOSED CORRESPONDENCE WITH ███.
           MICAH E. MARCUS          0.40 hours at   700.00/hr     280.00

08/29/22   CORRESPOND WITH LITIGATION FUNDERS REGARDING
           DILIGENCE, PROPOSALS; REVISE CHART REGARDING SAME.
           MARC CARMEL              0.40 hours at   760.00/hr     304.00

08/31/22   DRAFT DAMAGES SUMMARY FOR █████; CORRESPOND REGARDING
           SAME.
           MICAH E. MARCUS          0.50 hours at   700.00/hr     350.00

08/31/22   CORRESPOND REGARDING DILIGENCE, MARKETING.
           MARC CARMEL              0.30 hours at   760.00/hr     228.00

09/02/22   CORRESPOND, CONFERENCE WITH M. CARMEL REGARDING
           █████████ INQUIRY.
           MICAH E. MARCUS          0.30 hours at   700.00/hr     210.00

09/02/22   CORRESPOND WITH LITIGATION FUNDERS, M. MARCUS
           REGARDING PROCESS, DILIGENCE.
           MARC CARMEL              0.20 hours at   760.00/hr     152.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

09/10/22   REVIEW PROPOSALS FROM LITIGATION FUNDERS; DRAFT
           SPREADSHEET REGARDING ██████████ PROPOSAL;
           CORRESPOND WITH ATTORNEYS REGARDING SAME.
           MARC CARMEL              1.60 hours at   760.00/hr    1,216.00

09/13/22   CONFERENCE WITH M. CARMEL AND WALDREP WALL REGARDING
           TERM SHEETS.
           MICAH E. MARCUS          1.00 hours at   700.00/hr      700.00

09/13/22   PREPARE FOR AND ATTEND TELEPHONE CONFERENCE WITH
           CLIENT, ATTORNEYS REGARDING LITIGATION FINANCE
           AGREEMENTS; REVIEW DOCUMENTS REGARDING SAME.
           MARC CARMEL              1.10 hours at   760.00/hr      836.00

09/14/22   REVIEW, REVISE ██████████ TERM SHEET; CORRESPOND
           WITH ATTORNEYS REGARDING SAME; CONFERENCE WITH ████
           ██████; CORRESPOND WITH ██████.
           MARC CARMEL              1.90 hours at   760.00/hr    1,444.00

09/15/22   CONFERENCE WITH ██████████ REGARDING PROPOSAL,
           NEXT STEPS; REVIEW DOCUMENT REGARDING SAME.
           MARC CARMEL              0.50 hours at   760.00/hr      380.00

09/19/22   REVIEW, REVISE ██████████ TERM SHEET.
           MARC CARMEL              0.50 hours at   760.00/hr      380.00

09/20/22   PREPARE FOR AND ATTEND CONFERENCE WITH ATTORNEYS
           REGARDING LITIGATION FINANCE STATUS, TERM SHEETS;
           REVIEW DOCUMENTS REGARDING SAME; CORRESPOND REGARDING
           SAME; REVIEW, REVISE ██████████ TERM SHEET
           REGARDING SAME; CORRESPOND WITH ATTORNEYS REGARDING
           SAME.
           MARC CARMEL              1.60 hours at   760.00/hr    1,216.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002


09/21/22   REVIEW, REVISE ██████████ TERM SHEET; CORRESPOND
           REGARDING SAME; CORRESPOND REGARDING ████████ TERM
           SHEET.
           MARC CARMEL                0.90 hours at   760.00/hr      684.00


09/22/22   CONFERENCE WITH ██████████ REGARDING TERM SHEET,
           PROCESS; REVIEW DOCUMENTS REGARDING SAME.
           MARC CARMEL                0.90 hours at   760.00/hr      684.00


09/23/22   REVIEW, REVISE ██████████ TERM SHEET; CONFERENCES
           AND CORRESPOND WITH CLIENT, ATTORNEYS, ██████████
           REGARDING SAME.
           MARC CARMEL                0.70 hours at   760.00/hr      532.00


09/27/22   CONFERENCE WITH T. WALDREP, J. LANIK REGARDING
           LITIGATION FUNDING; REVIEW TERM SHEET REGARDING SAME;
           CORRESPOND REGARDING SAME.
           MARC CARMEL                0.50 hours at   760.00/hr      380.00


09/29/22   CONFERENCE WITH ██████████ REGARDING TERM
           SHEET, NEXT STEPS.
           MARC CARMEL                0.50 hours at   760.00/hr      380.00


10/03/22   CONFERENCE WITH ██████████ REGARDING TERM SHEET;
           CORRESPOND REGARDING SAME.
           MARC CARMEL                0.60 hours at   825.00/hr      495.00


10/05/22   PREPARE FOR AND ATTEND CONFERENCE WITH WALDREP WALL
           REGARDING ██████████ TERM SHEET; REVIEW TERM
           SHEET REGARDING SAME; CORRESPOND WITH ██████████
           REGARDING SAME.
           MARC CARMEL                1.20 hours at   825.00/hr      990.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

10/06/22   CONFERENCE WITH ███████, M. MARCUS REGARDING NEXT
           STEPS.
           MARC CARMEL              0.30 hours at   825.00/hr    247.50

10/18/22   CONFERENCE WITH M. CARMEL, T. WALDREP RE PRESENTATION
           TO ████.
           MICAH E. MARCUS          0.50 hours at   735.00/hr    367.50

10/18/22   CONFERENCE WITH M. MARCUS, T. WALDREP REGARDING
           LITIGATION FUNDING AND NEXT STEPS TO SUPPORT DAMAGES.
           MARC CARMEL              0.40 hours at   825.00/hr    330.00

11/02/22   REVIEW FORENSIC REPORT; DRAFT MEMORANDUM RE TOTAL
           DAMAGES; CORRESPOND WITH M. CARMEL RE SAME.
           MICAH E. MARCUS          0.50 hours at   735.00/hr    367.50

11/08/22   REVIEW, REVISE MEMORANDUM REGARDING DAMAGES FOR ████
           ███████; CORRESPOND WITH M. MARCUS REGARDING SAME.
           MARC CARMEL              1.30 hours at   825.00/hr  1,072.50

11/14/22   FINALIZE MEMORANDUM TO ████; CORRESPOND WITH M.
           CARMEL REGARDING SAME.
           MICAH E. MARCUS          1.00 hours at   735.00/hr    735.00

11/15/22   REVIEW, REVISE MEMORANDUM REGARDING DAMAGE AMOUNTS;
           CORRESPOND WITH M. MARCUS REGARDING SAME.
           MARC CARMEL              0.60 hours at   825.00/hr    495.00

11/16/22   REVIEW MEMORANDUM REGARDING DAMAGES; CORRESPOND WITH
           ███████████ REGARDING SAME.
           MARC CARMEL              0.30 hours at   825.00/hr    247.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

| | | | | |
|---|---|---|---|---|
| 11/21/22 | PREPARATION FOR, ATTEND CONFERENCE WITH ███████████. | | | |
| | MICAH E. MARCUS | 1.20 hours at | 735.00/hr | 882.00 |
| 12/05/22 | CONFERENCE WITH M. CARMEL, T. WALDREP REGARDING STATUS. | | | |
| | MICAH E. MARCUS | 0.30 hours at | 735.00/hr | 220.50 |
| 12/05/22 | CONFERENCE WITH T. WALDREP, M. MARCUS REGARDING LITIGATION FINANCE; CORRESPOND WITH ██████████ REGARDING SAME. | | | |
| | MARC CARMEL | 0.30 hours at | 825.00/hr | 247.50 |
| 12/09/22 | PREPARE FOR AND ATTEND CONFERENCE WITH ████████ REGARDING FINANCING. | | | |
| | MARC CARMEL | 0.60 hours at | 825.00/hr | 495.00 |
| 12/13/22 | CORRESPOND WITH ████████████████████ REGARDING LITIGATION FINANCE TERM SHEET; CORRESPOND WITH T. WALDREP REGARDING SAME. | | | |
| | MARC CARMEL | 0.30 hours at | 825.00/hr | 247.50 |
| 12/29/22 | CORRESPOND WITH T. WALDREP REGARDING ███████████ TERM SHEET; REVIEW TERM SHEET REGARDING SAME. | | | |
| | MARC CARMEL | 0.40 hours at | 825.00/hr | 330.00 |
| 01/05/23 | CORRESPOND REGARDING TERM SHEET. | | | |
| | MARC CARMEL | 0.10 hours at | 825.00/hr | 82.50 |
| 01/20/23 | CORRESPOND WITH CLIENT, ATTORNEYS, FUNDER REGARDING STATUS. | | | |
| | MARC CARMEL | 0.20 hours at | 825.00/hr | 165.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
      48890-00002

01/24/23   CONFERENCES WITH ▇▇▇▇▇▇▇ REGARDING LITIGATION
           FINANCE PROPOSAL; CORRESPOND WITH CLIENT REGARDING
           SAME.
           MARC CARMEL                0.40 hours at   825.00/hr     330.00

02/08/23   PREPARE FOR AND ATTEND CONFERENCE WITH T. WALDREP, K.
           SINK, J. LANIK, B. BEHR, P. FANNING REGARDING
           LITIGATION FINANCE.
           MARC CARMEL                1.40 hours at   825.00/hr   1,155.00

02/14/23   PREPARE FOR AND ATTEND CONFERENCE WITH K. EPSTEIN
           REGARDING TERM SHEET, FINANCING ARRANGEMENT;
           CORRESPOND WITH T. WALDREP, K. EPSTEIN REGARDING
           SAME.
           MARC CARMEL                0.80 hours at   825.00/hr     660.00

02/17/23   REVIEW, REVISE TERM SHEET; CORRESPOND WITH K.
           EPSTEIN, CLIENT REGARDING SAME.
           MARC CARMEL                0.40 hours at   825.00/hr     330.00

02/24/23   CONFERENCE AND CORRESPOND WITH K. EPSTEIN (OMNI)
           REGARDING FINANCIAL MODEL AND NEXT STEPS.
           MARC CARMEL                0.40 hours at   825.00/hr     330.00

02/26/23   CORRESPOND WITH CLIENT, M. MARCUS REGARDING FINANCIAL
           MODEL AND NEXT STEPS; REVIEW FINANCIAL MODEL
           REGARDING SAME.
           MARC CARMEL                0.90 hours at   825.00/hr     742.50

03/01/23   CORRESPOND WITH K. EPSTEIN, T. WALDREP REGARDING TERM
           SHEET.
           MARC CARMEL                0.20 hours at   825.00/hr     165.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

03/08/23   CONFERENCE WITH ██████ REGARDING DILIGENCE FOR
           LITIGATION FINANCE ARRANGEMENT; CORRESPOND WITH K.
           EPSTEIN REGARDING SAME.
           MARC CARMEL              0.40 hours at   825.00/hr     330.00

03/10/23   CONFERENCE WITH OMNI, WALDREP REGARDING DILIGENCE.
           MICAH E. MARCUS          1.00 hours at   735.00/hr     735.00

03/20/23   CORRESPOND WITH ATTORNEYS REGARDING LITIGATION
           FUNDING AGREEMENT; REVIEW FUNDING AGREEMENT.
           MARC CARMEL              0.40 hours at   825.00/hr     330.00

03/23/23   REVIEW, REVISE LITIGATION FINANCE AGREEMENT; REVIEW
           TERM SHEET REGARDING SAME.
           MARC CARMEL              1.80 hours at   825.00/hr   1,485.00

03/24/23   CONFERENCE WITH M. CARMEL, WALDREP FIRM REGARDING
           DRAFT FINANCING AGREEMENT.
           MICAH E. MARCUS          1.00 hours at   735.00/hr     735.00

03/24/23   PREPARE FOR AND ATTEND CONFERENCE WITH ATTORNEYS
           REGARDING LITIGATION FINANCE AGREEMENT.
           MARC CARMEL              0.90 hours at   825.00/hr     742.50

03/27/23   REVIEW, REVISE LITIGATION FINANCE AGREEMENT AND
           RELATED DOCUMENTS; CORRESPOND WITH OMNI, ATTORNEYS
           REGARDING SAME.
           MARC CARMEL              1.70 hours at   825.00/hr   1,402.50

04/03/23   CONFERENCE WITH OMNI REGARDING DILIGENCE UPDATE.
           MICAH E. MARCUS          1.00 hours at   735.00/hr     735.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002

04/03/23   CONFERENCE WITH K. EPSTEIN, B. OHARA, G. BLUESTONE
           (OMNI), C. IVEY (IVEY MCCLELLAN), T. WALDREP, B.
           OHARA, K. CAMERON (WALDREP WALL), M. MARCUS REGARDING
           DILIGENCE.
           MARC CARMEL                 1.50 hours at   825.00/hr   1,237.50

04/10/23   CORRESPOND WITH OMNI, ATTORNEYS REGARDING LITIGATION
           FINANCE AGREEMENT.
           MARC CARMEL                 0.20 hours at   825.00/hr     165.00

04/12/23   REVIEW AGREEMENT REGARDING PREPARATION FOR CONFERENCE
           WITH OMNI; CORRESPOND WITH ATTORNEYS, OMNI REGARDING
           SAME; CONFERENCE WITH C. YOUNG, B. OHARA (OMNI), K.
           SINK REGARDING SAME.
           MARC CARMEL                 0.50 hours at   825.00/hr     412.50

04/13/23   CONFERENCE WITH K. EPSTEIN (OMNI) REGARDING DUE
           DILIGENCE; CORRESPOND WITH ATTORNEYS REGARDING SAME.
           MARC CARMEL                 0.40 hours at   825.00/hr     330.00

04/17/23   CONFERENCE WITH OMNI REGARDING POTENTIAL FUNDING.
           MICAH E. MARCUS             0.70 hours at   735.00/hr     514.50

04/17/23   PREPARE FOR AND ATTEND CONFERENCE WITH OMNI
           BRIDGEWAY, ATTORNEYS REGARDING DILIGENCE, FUNDING
           AGREEMENT; REVIEW DOCUMENTS REGARDING SAME;
           CORRESPOND WITH K. SINK, K. HAYDEN, T. WALDREP
           REGARDING ENGAGEMENT AGREEMENTS.
           MARC CARMEL                 1.60 hours at   825.00/hr   1,320.00

04/20/23   REVIEW DOCUMENTS REGARDING DESCRIPTION OF PROCESS;
           CORRESPOND WITH K. SINK, J. LYDAY REGARDING SAME.
           MARC CARMEL                 1.20 hours at   825.00/hr     990.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Baltimore | Chicago | Cleveland | Columbus | Detroit | West Palm Beach

Invoices Due Upon Receipt

RE:  LITIGATION FUNDING
     48890-00002


04/24/23   REVIEW, REVISE DOCUMENTS REGARDING APPROVAL OF
           LITIGATION FINANCE AGREEMENT; CORRESPOND WITH K. SINK
           REGARDING SAME.
           MARC CARMEL                 1.20 hours at   825.00/hr      990.00


04/26/23   CONFERENCE WITH OMNI REGARDING LITIGATION.
           MICAH E. MARCUS             1.00 hours at   735.00/hr      735.00


05/01/23   REVIEW, REVISE MOTION TO APPROVE LITIGATION FUNDING
           AGREEMENT.
           MARC CARMEL                 0.80 hours at   825.00/hr      660.00


05/09/23   CORRESPOND WITH OMNI REGARDING OPEN ISSUES; RESEARCH
           REGARDING SAME; CONFERENCES REGARDING SAME.
           MICAH E. MARCUS             0.90 hours at   735.00/hr      661.50


05/10/23   CORRESPOND WITH OMNI REGARDING DILIGENCE INQUIRIES.
           MICAH E. MARCUS             0.50 hours at   735.00/hr      367.50

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that the **AFFIDAVIT OF MARC CARMEL IN SUPPORT OF MOTION FOR ORDER AUTHORIZING AND APPROVING (I) LITIGATION FUNDING AGREEMENT WITH OMNI BRIDGEWAY (FUND 4) INVT. 3 L.P.; (II) ENGAGEMENT AGREEMENT WITH MCDONALD HOPKINS LLP RELATED TO LITIGATION FUNDING; AND (III) ENGAGEMENT AGREEMENTS WITH WALDREP WALL BABCOCK & BAILEY PLLC AND MCDONALD HOPKINS LLP RELATED TO LITIGATION EFFECTIVE FROM AND AFTER APRIL 15, 2023** was served this day by CM/ECF electronic email service as follows:

***VIA CM/ECF Email:***
All parties who have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002, and the following:

Brian Behr
*Bankruptcy Administrator*

This is the 5th day of June, 2023.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC Bar No. 11135)
Kevin L. Sink (NC Bar No. 21041)
Jennifer B. Lyday (NC Bar No. 39871)
370 Knollwood Street, Suite 600
Winston-Salem, North Carolina 27103
Telephone:  336.722.6300
Facsimile:  336.722.1993
Email: notice@waldrepwall.com
*Attorneys for the Trustee*