# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, LLC, ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY ) | Chapter 11 |
| COMMUNITY HOSPITAL, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF CHANGE OF CREDITOR'S ADDRESS

**NOW COMES**, Thomas W. Waldrep, Jr., Trustee (the "Trustee") for CAH Acquisition Company #1, LLC d/b/a Washington County Community Hospital (the "Debtor"), by and through the undersigned counsel, and hereby requests the Clerk to take notice of the change of address for the following Creditors so all future mailings may reflect the same, and deleting the prior "old address" from the matrix:

| Old Address to Delete | New Address |
|---|---|
| American Red Cross Blood Services<br>Attn: Office of General Counsel<br>2025 E. St. NW<br>Washington, DC 20006-5009 | American Red Cross<br>Office of General Counsel<br>431 18th Street NW<br>Washington, DC 20006 |
| NC Department of Empl. Security<br>2836 Neuse Blvd.<br>New Bern, NC 28562 | NC Department of Commerce<br>Division of Employment Security<br>P.O. Box 26504<br>Raleigh, NC 27611 |

Respectfully submitted, this the 6th day of June, 2023.

**WALDREP WALL BABCOCK & BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No.: 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)

1

370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: 336-722-6300
Email: notice@waldrepwall.com

**-and-**

**Hendren, Redwine & Malone, PLLC**

Jason L. Hendren (NC State Bar No. 26869)
Rebecca F. Redwine (NC State Bar No. 37012)
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
Telephone: 919-420-7867
Telefax: 919-420-0475
Email: jhendren@hendrenmalone.com
       rredwine@hendrenmalone.com

*Co-Counsel for the Trustee*