REV. 1/13

E.D.N.C. Local Form

# UNITED STATES BANKRUPTCY COURT

## TRANSCRIPT ORDER FORM

Read Instructions on Back:

| # | Field | Value |
|---|---|---|
| 1. | NAME | Jennifer Lyday |
| 2. | PHONE NUMBER | 336-717-9161 |
| 3. | DATE | 06/21/2023 |
| 4. | MAILING ADDRESS (Include city, state, zip code) | 370 Knollwood Street |
| 5. | EMAIL ADDRESS | mford@waldrepwall.com |
| 6. | CASE NUMBER | 5:2019-bk-730 |
| 7. | JUDGE PRESIDING | Joseph N. Callaway |
| 8. | CASE NAME | CAH Acquisition Company 1, LLC |
| 9. | DATE OF PROCEEDING | 06/20/2023 |
| 10. | LOCATION OF PROCEEDING | EDNC ZoomGov |

11. TRANSCRIPT ORDER FORM

[X] BANKRUPTCY CASE     [ ] ADVERSARY PROCEEDING

12. TRANSCRIPT REQUESTED   (Specify portion and date(s) of proceeding for which transcript is requested)

| PORTION(s) | DATE(S) |
|---|---|
| [X] ENTIRE PROCEEDING | 06/20/2023 |
| [ ] OPINION OF COURT | |
| [ ] OPENING STATEMENT (Plaintiff) | |
| [ ] OPENING STATEMENT (Defendant) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | |
| [ ] CLOSING ARGUMENT (Defendant) | |
| [ ] WITNESS TESTIMONY (Specify name of witness) | |
| [ ] WITNESS TESTIMONY (Specify name of witness) | |

13. ORDER

| CATEGORY | ORIGINAL (Includes Free E-Transcript for the Court) | ADDITIONAL COPIES |
|---|---|---|
| ORDINARY | [X] | [ ] |
| 14-DAY TRANSCRIPT | [ ] | [ ] |
| EXPEDITED | [ ] | [ ] |
| DAILY | [ ] | [ ] |

CERTIFICATION (14 & 15)
By signing below, I certify that I will pay all charges.

14. SIGNATURE: Jennifer B. Lyday

15. DATE: 06/21/2023

| ORDER RECEIVED | DATE |
|---|---|
| TRANSCRIPT ORDERED | DATE |
| TRANSCRIPT RECEIVED | DATE |