United States Bankruptcy Court

Eastern District of North Carolina

In re:  Case No. 19-00730-JNC

CAH Acquisition Company 1, LLC d/b/a Was  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5      User: admin      Page 1 of 8

Date Rcvd: Jun 22, 2023      Form ID: pdf014      Total Noticed: 0

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
tr      ##+      Thomas W. Waldrep, Jr., Waldrep Wall Babcock & Bailey PLLC, 1076 West Fourth Street, Winston-Salem, NC 27101-2440

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

Allison Jean Becker
     on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com
     cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com

Anthony F. Giuliano
     on behalf of Defendant App Group International  LLC afg@glpcny.com

Benjamin E.F.B. Waller
     on behalf of Plaintiff Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
     jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
     on behalf of Trustee Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
     jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 0 |

Brian Behr
    on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov

Brian H. Smith
    on behalf of Creditor Complete Business Solutions Group Inc. BRIAN.H.SMITH@FNF.COM

Brian R. Anderson
    on behalf of Special Counsel Greenberg Traurig P.A. BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Special Counsel Greenberg Trauig LLP BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Byron L. Saintsing
    on behalf of Defendant Funderz.net LLC d/b/a WG Capital bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
    on behalf of Creditor Siemens Financial Services Inc. bsaintsing@smithdebnamlaw.com

Catharine Edwards
    on behalf of Creditor Lindell Gardner cee@eblaw.com

Catharine Edwards
    on behalf of Creditor Monroe Guest cee@eblaw.com

Catharine Edwards
    on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group cee@eblaw.com

Catharine Edwards
    on behalf of Creditor Dennis Loudermilk cee@eblaw.com

Charles N. Anderson, Jr.
    on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Christopher J. Waivers
    on behalf of Creditor Hospital Equipment Rental Company cwaivers@whiteandallen.com abarron@whiteandallen.com

Christopher Scott Kirk
    on behalf of Creditor Megan Place scott@csklawoffice.com KirkSR83410@notify.bestcase.com

Dan Nelson
    on behalf of Creditor Premier Specialty Network LLC dan.nelson@kutakrock.com

David J Haidt
    on behalf of Interested Party Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Other Professional C. David Rhoades david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Creditor First Liberty Bank david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Interested Party Brent King david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Interested Party City of Drumright Oklahoma david@ayershaidt.com, joy@ayershaidt.com

David J Haidt
    on behalf of Creditor Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Interested Party Cohesive Healthcare Management and Consulting david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Other Professional Brent King david@ayershaidt.com joy@ayershaidt.com

Dennis M. Duffy
    on behalf of Creditor Internal Revenue Service usance.bankruptcy@usdoj.gov

E. Franklin Childress
    on behalf of Creditor CAH Acquisition Company 11 LLC fchildress@bakerdonelson.com

Eric Winston

| District/off: 0417-5 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 0 |

on behalf of Interested Party Rural Wellness Fairfax Inc. ericwinston@quinnemanuel.com

Eric J. Langston

on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston

on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric L. Johnson

on behalf of Creditor First Capital Corporation ejohnson@spencerfane.com

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation Inc. erin@janvierlaw.com,
erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Haskell Regional Hospital Inc. erin@janvierlaw.com,
erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Creditor Oswego Neuropsych Hospital Inc. erin@janvierlaw.com,
erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy

on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com
erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Ethridge B. Ricks

on behalf of Interested Party Aetna Life Insurance Company bricks@mcguirewoods.com

Ethridge B. Ricks

on behalf of Creditor Aetna Inc. bricks@mcguirewoods.com

Ethridge B. Ricks

on behalf of Interested Party Aetna Health Inc. bricks@mcguirewoods.com

Ethridge B. Ricks

on behalf of Interested Party Rural Wellness Fairfax Inc. bricks@mcguirewoods.com

Evan A. Lee

on behalf of Trustee Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Evan A. Lee

on behalf of Plaintiff Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Felton E. Parrish

on behalf of Interested Party Bank of Hays felton.parrish@alexanderricks.com

Felton E. Parrish

on behalf of Interested Party City of Hillboro Kansas and the Public Building Commission of Hillsboro, Kansas felton.parrish@alexanderricks.com

Felton E. Parrish

on behalf of Interested Party Security Bank of Kansas City felton.parrish@alexanderricks.com

Felton E. Parrish

on behalf of Other Professional Brent King felton.parrish@alexanderricks.com

Francisco T. Morales

on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepllp.com, 8899@notices.nextchapterbk.com

George M. Oliver

on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com,
george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;
ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV

on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 4 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 0 |

James Albert Barnes, IV
    on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
    on behalf of Plaintiff Thomas W. Waldrep Jr., Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III
    on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III
    on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren
    on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren
    on behalf of Plaintiff Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler
    on behalf of Creditor Cigna HealthCare of North Carolina Inc. jwisler@connollygallagher.com

Jeffrey C Wisler
    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey R. Whitley
    on behalf of Creditor First Capital Corporation jwhitley@foxrothschild.com cindy.mann@smithmoorelaw.com

Jennifer B. Lyday
    on behalf of Financial Advisor Grant Thornton LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Special Counsel Flanagan & Associates LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Accountant Arnett Carbis Toothman LLP and its successor Baker Tilly US, LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Special Counsel McDonald Hopkins LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen
    on behalf of Defendant Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

| District/off: 0417-5 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 0 |

John A. Northen
    on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Interested Party Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Defendant Steve White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Steven F. White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
    on behalf of Creditor Sun Finance  Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John G. Rhyne
    on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com  beth@johnrhynelaw.com

John M. Sperati
    on behalf of Creditor Somerset Capital Group  Ltd. jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John M. Sperati
    on behalf of Creditor Somerset Leasing Corp  XXII jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John Paul Hughes Cournoyer
    on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
    on behalf of Creditor Sun Finance  Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
    on behalf of Creditor Steven F. White jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
    on behalf of Interested Party Rural Community Hospitals of America  LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John R. Van Swearingen
    on behalf of Trustee Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
    on behalf of Plaintiff Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee 1107444420@filings.docketbird.com

Jonathan E. Friesen
    on behalf of Creditor Wendy C. Phillips jef@gillespieandmurphy.com cjones@lawyersforchrist.com;mholland@lawyersforchrist.com

Joseph Samuel Dowdy
    on behalf of Creditor Blue Cross Blue Shield of North Carolina jdowdy@kilpatricktownsend.com

Katherine Montgomery McCraw
    on behalf of Creditor NC Dept of Health and Human Services  DHB kmccraw@ncdoj.gov, ekaczynski@ncdoj.gov;rstipe@ncdoj.gov;kchadwick@ncdoj.gov

Kelly Alfred Cameron
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee kcameron@waldrepwall.com

Kirstin E. Gardner
    on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden
    on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov  kristen.caldaro@usdoj.gov

Marjorie K. Lynch
    on behalf of Bankruptcy Administrator Bankruptcy Administrator mklynchjd@gmail.com lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov

Mark A. Pinkston
    on behalf of Creditor ERx  LLC dnave@vwlawfirm.com, mpennington@vwlawfirm.com

Mathew A. Petersen
    on behalf of Creditor First Capital Corporation mpetersen@spencerfane.com

District/off: 0417-5     User: admin     Page 6 of 8
Date Rcvd: Jun 22, 2023     Form ID: pdf014     Total Noticed: 0

Melanie Johnson Raubach
   on behalf of Interested Party Atchison Hospital Association mraubach@lawhssm.com vhughes@lawhssm.com;rkelley@lawhssm.com;mwiner@lawhssm.com

Michael J. Quinn
   on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

Nancy A. Peterman
   on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com

Neal Fowler
   on behalf of Creditor Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Neal Fowler
   on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Nicholas Zluticky
   on behalf of Creditor First Liberty Bank nick.zluticky@stinson.com

Nicholas Zluticky
   on behalf of Interested Party Bank of Hays nick.zluticky@stinson.com

Pamela P. Keenan
   on behalf of Creditor Hitachi Capital America Corp. pkeenan@kirschlaw.com

Patricia E. Hamilton
   on behalf of Other Professional Brent King phamilton@stevensbrand.com

Paul A. Fanning
   on behalf of Creditor Cohesive Healthcare Management and Consulting LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Paul A. Fanning
   on behalf of Interested Party Cohesive Healthcare Management and Consulting LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 12 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 1 LLC d/b/a Washington County Hospital tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 6 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 16 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 3 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 7 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 2 LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
   on behalf of Debtor CAH Acquisition Company 4 Inc. tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca Lindahl
   on behalf of Creditor Affinity Health Partners LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca Lindahl
   on behalf of Other Professional Affinity Health Partners LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca F. Redwine
   on behalf of Trustee Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Rebecca F. Redwine
   on behalf of Plaintiff Thomas W. Waldrep Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde
   on behalf of Creditor Cohesive Healthcare Management and Consulting LLC ross.plourde@mcafeetaft.com

Ross A. Plourde
   on behalf of Creditor Total Medical Personnel Staffing ross.plourde@mcafeetaft.com

Ross A. Plourde
   on behalf of Interested Party Cohesive Healthcare Management and Consulting LLC ross.plourde@mcafeetaft.com

Ryan Delaney Oxendine
                on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
                on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Sam G. Bratton, II
                on behalf of Debtor CAH Acquisition Company 12  LLC sbratton@dsda.com

Sam G. Bratton, II
                on behalf of Interested Party Doerner  Saunders, Daniel & Anderson, LLP sbratton@dsda.com

Sharon L Stolte
                on behalf of Other Professional Brent King sstolte@sandbergphoenix.com

Sharon L Stolte
                on behalf of Interested Party Brent King sstolte@sandbergphoenix.com

Stephen W. Petersen
                on behalf of Creditor First Capital Corporation spetersen@foxrothschild.com  cindy.mann@smithmoorelaw.com

Steven A. Ginther
                on behalf of Creditor Missouri Department of Revenue ednc@dor.mo.gov

Thomas W. Waldrep, Jr.
                on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
                on behalf of Plaintiff Thomas W. Waldrep  Jr., Trustee notice@waldrepwall.com,
                2942809420@filings.docketbird.com;NC71@ecfcbis.com

Travis Sasser
                on behalf of Creditor Saline County Collector travis@sasserbankruptcy.com
                sasserlaw230@gmail.com;SasserTR70250@notify.bestcase.com;SasserLawFirm@jubileebk.net

Tyler E. Heffron
                on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas
                theffron@twgfirm.com

Vicki L. Parrott
                on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

District/off: 0417-5　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 8 of 8
Date Rcvd: Jun 22, 2023　　　　　　　　　　Form ID: pdf014　　　　　　　　　　　　　Total Noticed: 0

Vicki L. Parrott
　　　　　on behalf of Creditor Steven F. White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
　　　　　on behalf of Interested Party Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
　　　　　on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
　　　　　on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
　　　　　on behalf of Defendant Steve White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Wesley F. Smith
　　　　　on behalf of Other Professional Brent King wsmith@stevensbrand.com

William C. Smith, Jr.
　　　　　on behalf of Interested Party Transcendental Union with Love and Spirit smith@manningfulton.com steinman@manningfulton.com

William C. Smith, Jr.
　　　　　on behalf of Assignee Transcendental Union and Love Spiritual Advancement smith@manningfulton.com steinman@manningfulton.com

William P Janvier
　　　　　on behalf of Interested Party Boa Vida Foundation  Inc wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
　　　　　on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
　　　　　on behalf of Interested Party Boa Vida Foundation  Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit
　　　　　on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

William Walt Pettit
　　　　　on behalf of Creditor Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

TOTAL: 170

**SO ORDERED.**

**SIGNED this 22 day of June, 2023.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|             Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
|             Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| d/b/a HASKELL COUNTY COMMUNITY ) | Chapter 11 |
| HOSPITAL, ) | |
| ) | |
|             Debtor. ) | |

**ORDER GRANTING, IN PART, MOTION FOR ORDER AUTHORIZING AND APPROVING (I) LITIGATION FUNDING AGREEMENT WITH OMNI BRIDGEWAY (FUND 4) INVT. 3 L.P.; (II) ENGAGEMENT AGREEMENT WITH MCDONALD HOPKINS LLP RELATED TO LITIGATION FUNDING; AND (III) ENGAGEMENT AGREEMENTS WITH WALDREP WALL BABCOCK & BAILEY PLLC AND MCDONALD HOPKINS LLP RELATED TO LITIGATION EFFECTIVE FROM AND AFTER APRIL 15, 2023**

THIS MATTER coming before the Court on the Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) Invt. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins LLP Related to Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock & Bailey PLLC and McDonald Hopkins LLP Related to Litigation Effective from and after April 15, 2023 (the "Motion")[1] filed by Thomas W. Waldrep, Jr. (the "Trustee" or "Litigation Trustee") on May 23, 2023 seeking the entry of an order ("Order"), pursuant to 11 U.S.C. §§ 105, 364, and 1142, and Rule 3020(d) of the Federal Rules of Bankruptcy Procedure, for entry of an Order (i) approving the Litigation Funding

---

[1] Capitalized terms not otherwise defined herein shall have the same definition as set forth in the Motion.

Agreement attached to the Motion as Exhibit A (the "Funding Agreement"); (ii) authorizing the Litigation Trusts,[2] the Chapter 7 bankruptcy estate of CAH Acquisition Company #6, LLC, and the Trustee to take all actions necessary or appropriate to effectuate the Funding Agreement; (iii) approving the engagement agreement (the "Litigation Funding Engagement Agreement") for fees and expenses incurred by McDonald Hopkins LLP ("McDonald Hopkins") related to the marketing, documentation, negotiation, and approval of one or more litigation finance arrangements (the "Litigation Funding Matter"); (iv) approving the engagement agreements for fees and expenses incurred by Waldrep Wall Babcock & Bailey PLLC ("WWBB") and McDonald Hopkins in the Litigation, effective as of April 15, 2023 (the "April 15, 2023 Litigation Engagement Agreements").  On June 13, 2023, the Bankruptcy Administrator filed a Response to the Funding Motion ("BA Response").  Following proper notice to all affected parties, this Court conducted a hearing on June 20, 2023 ("Hearing").  Based on the pleadings and record in this case, the arguments, evidence and proffers presented at the Hearing, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion should be, and hereby is, GRANTED IN PART.

2. The Funding Agreement and the transactions contemplated thereby are hereby approved.

3. The Litigation Trusts, the Chapter 7 bankruptcy estate of CAH Acquisition Company 6, LLC, and the Trustee are hereby authorized to take all actions necessary or appropriate to effectuate the Funding Agreement and the transactions contemplated thereby.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. This Court will enter a separate order regarding the Litigation Funding Engagement Agreement and the fees and expenses incurred by McDonald Hopkins related to the Litigation Funding Matter.

4. The April 15, 2023 Litigation Engagement Agreements are hereby approved; provided, however, that any compensation sought by WWBB or McDonald Hopkins relating to the Deferred Fees (as defined in the April 15, 2023 Litigation Engagement Agreements), or otherwise, which is in excess of normal and customary hourly rates are subject to the subsequent express approval of this Court. Subject to the provisions of this paragraph, the Trustee is hereby authorized to compensate WWBB and McDonald Hopkins pursuant to the terms of the April 15, 2023 Litigation Engagement Agreements.

5. Payment of the fees and expenses approved by this Order shall be made by the Trustee from the proceeds of the Litigation or funds provided under the Funding Agreement pursuant to its terms. No payment of such fees or expenses shall be made from any other assets of the Debtor's bankruptcy estates, including specifically from any cost report money, without the consent of Cohesive Healthcare Management & Consulting LLC ("Cohesive") or further order of this Court.

6. The Trustee shall continue to provide regular updates and information regarding the Litigation to Cohesive and the Bankruptcy Administrator.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF DOCUMENT**