United States Bankruptcy Court
Eastern District of North Carolina

In re:     Case No. 19-00730-JNC
CAH Acquisition Company 1, LLC d/b/a Was     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5    User: admin    Page 1 of 8
Date Rcvd: Jun 22, 2023    Form ID: pdf014    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CAH Acquisition Company 1, LLC d/b/a Washington Co, 958 U.S. Highway 64 East, Plymouth, NC 27962-9216 |
| sp | + | Micah E. Marcus, McDonald Hopkins LLC, 300 N. LaSalle, Suite 1400, Chicago, IL 60654, UNITED STATES 60654-3474 |
| sp | + | Sean D. Malloy, McDonald Hopkins LLC, 660 Superior Ave., E., Suite 2100, Cleveland, OH 44144, UNITED STATES 44113 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**     **Email Address**

Allison Jean Becker
    on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com
    cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com

Anthony F. Giuliano
    on behalf of Defendant App Group International  LLC afg@glpcny.com

Benjamin E.F.B. Waller
    on behalf of Trustee Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
    jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
    on behalf of Plaintiff Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
    jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Brian Behr

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Brian H. Smith | on behalf of Creditor Complete Business Solutions Group Inc. BRIAN.H.SMITH@FNF.COM |
| Brian R. Anderson | on behalf of Special Counsel Greenberg Traurig P.A. BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com |
| Brian R. Anderson | on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com |
| Brian R. Anderson | on behalf of Special Counsel Greenberg Trauig LLP BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com |
| Brian R. Anderson | on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com |
| Byron L. Saintsing | on behalf of Defendant Funderz.net LLC d/b/a WG Capital bsaintsing@smithdebnamlaw.com |
| Byron L. Saintsing | on behalf of Creditor Siemens Financial Services Inc. bsaintsing@smithdebnamlaw.com |
| Catharine Edwards | on behalf of Creditor Lindell Gardner cee@eblaw.com |
| Catharine Edwards | on behalf of Creditor Monroe Guest cee@eblaw.com |
| Catharine Edwards | on behalf of Creditor Dennis Loudermilk cee@eblaw.com |
| Catharine Edwards | on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group cee@eblaw.com |
| Charles N. Anderson, Jr. | on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com |
| Christopher J. Waivers | on behalf of Creditor Hospital Equipment Rental Company cwaivers@whiteandallen.com abarron@whiteandallen.com |
| Christopher Scott Kirk | on behalf of Creditor Megan Place scott@csklawoffice.com KirkSR83410@notify.bestcase.com |
| Dan Nelson | on behalf of Creditor Premier Specialty Network LLC dan.nelson@kutakrock.com |
| David J Haidt | on behalf of Interested Party Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Other Professional C. David Rhoades david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Creditor First Liberty Bank david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Interested Party Brent King david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Interested Party City of Drumright Oklahoma david@ayershaidt.com, joy@ayershaidt.com |
| David J Haidt | on behalf of Creditor Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Interested Party Cohesive Healthcare Management and Consulting david@ayershaidt.com joy@ayershaidt.com |
| David J Haidt | on behalf of Other Professional Brent King david@ayershaidt.com joy@ayershaidt.com |
| Dennis M. Duffy | on behalf of Creditor Internal Revenue Service usance.bankruptcy@usdoj.gov |
| E. Franklin Childress | on behalf of Creditor CAH Acquisition Company 11 LLC fchildress@bakerdonelson.com |
| Eric Winston | on behalf of Interested Party Rural Wellness Fairfax Inc. ericwinston@quinnemanuel.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 3 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 3 |

Eric J. Langston
    on behalf of Defendant Michael Reece elangston@aegislaw.com ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Defendant Rural Lab Outreach LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
    on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric L. Johnson
    on behalf of Creditor First Capital Corporation ejohnson@spencerfane.com

Erin K. Duffy
    on behalf of Interested Party Boa Vida Foundation Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
    on behalf of Creditor Haskell Regional Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
    on behalf of Creditor Oswego Neuropsych Hospital Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
    on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Ethridge B. Ricks
    on behalf of Interested Party Aetna Life Insurance Company bricks@mcguirewoods.com

Ethridge B. Ricks
    on behalf of Creditor Aetna Inc. bricks@mcguirewoods.com

Ethridge B. Ricks
    on behalf of Interested Party Aetna Health Inc. bricks@mcguirewoods.com

Ethridge B. Ricks
    on behalf of Interested Party Rural Wellness Fairfax Inc. bricks@mcguirewoods.com

Evan A. Lee
    on behalf of Plaintiff Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Evan A. Lee
    on behalf of Trustee Thomas W. Waldrep Jr. 3111956420@filings.docketbird.com

Felton E. Parrish
    on behalf of Interested Party Bank of Hays felton.parrish@alexanderricks.com

Felton E. Parrish
    on behalf of Interested Party City of Hillboro Kansas and the Public Building Commission of Hillsboro, Kansas felton.parrish@alexanderricks.com

Felton E. Parrish
    on behalf of Interested Party Security Bank of Kansas City felton.parrish@alexanderricks.com

Felton E. Parrish
    on behalf of Other Professional Brent King felton.parrish@alexanderricks.com

Francisco T. Morales
    on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepllp.com, 8899@notices.nextchapterbk.com

George M. Oliver
    on behalf of Other Professional Sherwood Partners Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV
    on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV
    on behalf of Defendant LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 4 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com |
| James C. Lanik | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com |
| James C. Lanik | |
| | on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com |
| James C. Lanik | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com |
| James C. Lanik | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr., Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com |
| James S. Livermon, III | |
| | on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com |
| James S. Livermon, III | |
| | on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com |
| James S. Livermon, III | |
| | on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com |
| Jason L. Hendren | |
| | on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Jason L. Hendren | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Jeffrey C Wisler | |
| | on behalf of Creditor Cigna HealthCare of North Carolina Inc. jwisler@connollygallagher.com |
| Jeffrey C Wisler | |
| | on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com |
| Jeffrey R. Whitley | |
| | on behalf of Creditor First Capital Corporation jwhitley@foxrothschild.com cindy.mann@smithmoorelaw.com |
| Jennifer B. Lyday | |
| | on behalf of Financial Advisor Grant Thornton LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Special Counsel Parker Hudson Rainer & Dobbs LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Special Counsel Flanagan & Associates LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Accountant Arnett Carbis Toothman LLP and its successor Baker Tilly US, LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Special Counsel McDonald Hopkins LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| Jennifer B. Lyday | |
| | on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com |
| John A. Northen | |
| | on behalf of Defendant Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | |
| | on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |

District/off: 0417-5 User: admin Page 5 of 8
Date Rcvd: Jun 22, 2023 Form ID: pdf014 Total Noticed: 3

| | |
|---|---|
| John A. Northen | on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Defendant Steve White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Steven F. White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John A. Northen | on behalf of Creditor Sun Finance Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com |
| John G. Rhyne | on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com beth@johnrhynelaw.com |
| John M. Sperati | on behalf of Creditor Somerset Capital Group Ltd. jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com |
| John M. Sperati | on behalf of Creditor Somerset Leasing Corp XXII jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com |
| John Paul Hughes Cournoyer | on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| John Paul Hughes Cournoyer | on behalf of Creditor Sun Finance Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| John Paul Hughes Cournoyer | on behalf of Creditor Steven F. White jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com |
| John Paul Hughes Cournoyer | on behalf of Interested Party Rural Community Hospitals of America LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com |
| John R. Van Swearingen | on behalf of Trustee Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com |
| John R. Van Swearingen | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee 1107444420@filings.docketbird.com |
| Jonathan E. Friesen | on behalf of Creditor Wendy C. Phillips jef@gillespieandmurphy.com cjones@lawyersforchrist.com;mholland@lawyersforchrist.com |
| Joseph Samuel Dowdy | on behalf of Creditor Blue Cross Blue Shield of North Carolina jdowdy@kilpatricktownsend.com |
| Katherine Montgomery McCraw | on behalf of Creditor NC Dept of Health and Human Services DHB kmccraw@ncdoj.gov, ekaczynski@ncdoj.gov;rstipe@ncdoj.gov;kchadwick@ncdoj.gov |
| Kelly Alfred Cameron | on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee kcameron@waldrepwall.com |
| Kirstin E. Gardner | on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov |
| Lauren A. Golden | on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov kristen.caldaro@usdoj.gov |
| Marjorie K. Lynch | on behalf of Bankruptcy Administrator Bankruptcy Administrator mklynchjd@gmail.com lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov |
| Mark A. Pinkston | on behalf of Creditor ERx LLC dnave@vwlawfirm.com, mpennington@vwlawfirm.com |
| Mathew A. Petersen | on behalf of Creditor First Capital Corporation mpetersen@spencerfane.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 6 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 3 |

Melanie Johnson Raubach
    on behalf of Interested Party Atchison Hospital Association mraubach@lawhssm.com vhughes@lawhssm.com;rkelley@lawhssm.com;mwiner@lawhssm.com

Michael J. Quinn
    on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

Nancy A. Peterman
    on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com

Neal Fowler
    on behalf of Creditor Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Neal Fowler
    on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov usance.bankruptcy@usdoj.gov

Nicholas Zluticky
    on behalf of Creditor First Liberty Bank nick.zluticky@stinson.com

Nicholas Zluticky
    on behalf of Interested Party Bank of Hays nick.zluticky@stinson.com

Pamela P. Keenan
    on behalf of Creditor Hitachi Capital America Corp. pkeenan@kirschlaw.com

Patricia E. Hamilton
    on behalf of Other Professional Brent King phamilton@stevensbrand.com

Paul A. Fanning
    on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Paul A. Fanning
    on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 12  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 1  LLC d/b/a Washington County Hospital tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 6  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 16  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 3  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 7  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 2  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III
    on behalf of Debtor CAH Acquisition Company 4  Inc. tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca Lindahl
    on behalf of Creditor Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca Lindahl
    on behalf of Other Professional Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca F. Redwine
    on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Rebecca F. Redwine
    on behalf of Plaintiff Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde
    on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

Ross A. Plourde
    on behalf of Creditor Total Medical Personnel Staffing ross.plourde@mcafeetaft.com

Ross A. Plourde
    on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 7 of 8 |
| Date Rcvd: Jun 22, 2023 | Form ID: pdf014 | Total Noticed: 3 |

Ryan Delaney Oxendine
    on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Sam G. Bratton, II
    on behalf of Debtor CAH Acquisition Company 12  LLC sbratton@dsda.com

Sam G. Bratton, II
    on behalf of Interested Party Doerner  Saunders, Daniel & Anderson, LLP sbratton@dsda.com

Sharon L Stolte
    on behalf of Other Professional Brent King sstolte@sandbergphoenix.com

Sharon L Stolte
    on behalf of Interested Party Brent King sstolte@sandbergphoenix.com

Stephen W. Petersen
    on behalf of Creditor First Capital Corporation spetersen@foxrothschild.com  cindy.mann@smithmoorelaw.com

Steven A. Ginther
    on behalf of Creditor Missouri Department of Revenue ednc@dor.mo.gov

Thomas W. Waldrep, Jr.
    on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr., Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Travis Sasser
    on behalf of Creditor Saline County Collector travis@sasserbankruptcy.com sasserlaw230@gmail.com;SasserTR70250@notify.bestcase.com;SasserLawFirm@jubileebk.net

Tyler E. Heffron
    on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas theffron@twgfirm.com

Vicki L. Parrott
    on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                     on behalf of Creditor Steven F. White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                     on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                     on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                     on behalf of Interested Party Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                     on behalf of Defendant Steve White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Wesley F. Smith
                     on behalf of Other Professional Brent King wsmith@stevensbrand.com

William C. Smith, Jr.
                     on behalf of Interested Party Transcendental Union with Love and Spirit smith@manningfulton.com steinman@manningfulton.com

William C. Smith, Jr.
                     on behalf of Assignee Transcendental Union and Love Spiritual Advancement smith@manningfulton.com steinman@manningfulton.com

William P Janvier
                     on behalf of Interested Party Boa Vida Foundation  Inc wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
                     on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
                     on behalf of Interested Party Boa Vida Foundation  Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit
                     on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

William Walt Pettit
                     on behalf of Creditor Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

TOTAL: 170

**SO ORDERED.**

**SIGNED this 22 day of June, 2023.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

| | |
|---|---|
| In re: ) <br> ) <br> CAH ACQUISITION COMPANY 7, LLC, ) <br> d/b/a PRAGUE COMMUNITY HOSPITAL, ) <br> ) <br>         Debtor. ) | Case No. 19-01298-5-JNC <br> Chapter 11 |
| In re: ) <br> ) <br> CAH ACQUISITION COMPANY 12, LLC, ) <br> d/b/a FAIRFAX COMMUNITY HOSPITAL, ) <br> ) <br>         Debtor. ) | Case No. 19-01697-5-JNC <br> Chapter 11 |
| In re: ) <br> ) <br> CAH ACQUISITION COMPANY 16, LLC, ) <br> d/b/a HASKELL COUNTY COMMUNITY ) <br> HOSPITAL, ) <br> ) <br>         Debtor. ) | Case No. 19-01227-5-JNC <br> Chapter 11 |

**ORDER ON COMPENSATION FOR SPECIAL COUNSEL
MCDONALD HOPKINS, LLP, FOR LITIGATION FUNDING PROCUREMENT**

    The matter before the Court is contained in the Motion for Order Authorizing and Approving (I) Litigation Funding Agreement with Omni Bridgeway (Fund 4) INVT. 3 L.P.; (II) Engagement Agreement with McDonald Hopkins, LLP, related to Litigation Funding; and (III) Engagement Agreements with Waldrep Wall Babcock and Bailey, PLLC, and McDonald Hopkins, LLP, Related to Litigation Funding, Effective from and after April 15, 2023 (Dkt. 1580; the "Motion"). The Motion was filed on May 23, 2023, by Thomas W. Waldrep, Jr., in his capacity as trustee of the estates of the above-captioned Debtors ("Trustee"). This order is limited to the request listed in component (II) above concerning compensation sought by special litigation counsel, McDonald Hopkins, LLP, for its work related to obtaining procurement of the Litigation Funding Agreement. The Bankruptcy Administrator filed a response to the Motion (Dkt. 1588; the "Response") on June 13, 2023. The Motion and Response were heard by the court on June 20, 2023, in Greenville, North Carolina.

    At the hearing, after considering the evidence presented and arguments of counsel, components (I) and (III) of the Motion were approved in part. A separate order regarding the same was entered on June 22, 2023 (Dkt. 1593). In support of the relief requested in component (II), the court also considered the Affidavit of Marc Carmel (Dkt. 1586; the "Affidavit") filed June 5, 2023. In the Affidavit, Mr. Carmel details the work, time and effort expended in obtaining the Litigation Funding Agreement now approved by the court. The services were rendered between December 15, 2021, and May 23, 2023, as detailed and itemized in Exhibit A attached to the Affidavit. The compensation sought totals $90,665.50 when calculated at the firm's normal hourly rates for the professionals listed. McDonald Hopkins then seeks to double that compensation to $181,331.00 based on risk, value, and success.

2

McDonald Hopkins argues that the nature, value, and risk of the matter should be considered as a broker fee request rather than attorney time. However, McDonald Hopkins never sought and was not employed as a broker for the Litigation Trusts and the Trustee in these cases. It therefore has no authority to seek broker compensation. Even if such employment had been sought, the court was unlikely to grant the same. McDonald Hopkins is employed as special litigation counsel for the Litigation Trusts and Trustee, and as such it and its attorneys owe a higher degree of loyalty and professionalism than any mere broker. In fact, from the record it appears McDonald Hopkins has provided that higher degree of loyalty and professionalism in this matter that the court expects. The work in obtaining litigation funding is well within attorney work scope.

For these reasons and others appearing of record, the court declined to treat the request as a broker fee, but instead, reviewed the matter as a legal fee request made under sections 330 and 331 of the Bankruptcy Code, plus a request for fee enhancement. The court has reviewed and finds that the underlying fee request, for the actual and detailed time set forth in the Affidavit, was reasonable and necessary work for the Litigation Trusts and Trustee performed within the scope of McDonald Hopkins' employment. The $90,665.50 base fee sought is accordingly approved as stated at the hearing.

The court next considered whether an enhancement of the base amount would be warranted under factors enumerated by the Fifth Circuit in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), adopted in the Fourth Circuit as the test for fee enhancement in *Barber v. Kimbrell's, Inc.,* 577 F.2d 216, 226 (4th Cir.), *cert. denied,* 439 U.S. 934, 99 S.Ct. 329, 58 L.Ed.2d 330 (1978). After reviewing the "Johnson Factors" applicable here, the court declines to double the base fee, finding that the work does not merit such a large enhancement. However, the request for some enhancement is appropriate given the associated risks and success. The court in its discretion awards a success bonus in the amount of $34,334.50 for a total approved fee of $125,000.00 (including costs). The amount was announced in open court at the hearing and no party present objected.

THEREFORE, it is ORDERED and DECREED that compensation and fees for McDonald Hopkins, LLP, as special counsel for the Trustee, is ALLOWED and GRANTED in the total amount of $125,000 for the work performed between December 15, 2021, through May 23, 2023, specified in Exhibit A attached to the Affidavit and sought in the Motion. Such amount may be paid by the Trustee from proceeds drawn from the approved Litigation Funding Agreement approved in the Litigation Funding Order when appropriate in his business judgment.

**END OF DOCUMENT**