United States Bankruptcy Court

Eastern District of North Carolina

| | |
|---|---|
| In re: | Case No. 19-00730-JNC |
| CAH Acquisition Company 1, LLC d/b/a Was | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 1 of 8 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf014 | Total Noticed: 0 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | ##+ | Thomas W. Waldrep, Jr., Waldrep Wall Babcock & Bailey PLLC, 1076 West Fourth Street, Winston-Salem, NC 27101-2440 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison Jean Becker | on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com |
| Anthony F. Giuliano | on behalf of Defendant App Group International LLC afg@glpcny.com |
| Benjamin E.F.B. Waller | on behalf of Plaintiff Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Benjamin E.F.B. Waller | on behalf of Trustee Thomas W. Waldrep Jr. bwaller@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 8 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf014 | Total Noticed: 0 |

Brian Behr
    on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov

Brian H. Smith
    on behalf of Creditor Complete Business Solutions Group Inc. BRIAN.H.SMITH@FNF.COM

Brian R. Anderson
    on behalf of Special Counsel Greenberg Traurig P.A. BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Health Care Ombudsman Suzanne Koenig BRAnderson@foxrothschild.com pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Special Counsel Greenberg Trauig LLP BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
    on behalf of Other Professional SAK Management Services LLC BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Byron L. Saintsing
    on behalf of Defendant Funderz.net LLC d/b/a WG Capital bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
    on behalf of Creditor Siemens Financial Services Inc. bsaintsing@smithdebnamlaw.com

Catharine Edwards
    on behalf of Creditor Lindell Gardner cee@eblaw.com

Catharine Edwards
    on behalf of Creditor Monroe Guest cee@eblaw.com

Catharine Edwards
    on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group cee@eblaw.com

Catharine Edwards
    on behalf of Creditor Dennis Loudermilk cee@eblaw.com

Charles N. Anderson, Jr.
    on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Christopher J. Waivers
    on behalf of Creditor Hospital Equipment Rental Company cwaivers@whiteandallen.com abarron@whiteandallen.com

Christopher Scott Kirk
    on behalf of Creditor Megan Place scott@csklawoffice.com KirkSR83410@notify.bestcase.com

Dan Nelson
    on behalf of Creditor Premier Specialty Network LLC dan.nelson@kutakrock.com

David J Haidt
    on behalf of Interested Party Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Other Professional C. David Rhoades david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Creditor First Liberty Bank david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Interested Party Brent King david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Interested Party City of Drumright Oklahoma david@ayershaidt.com, joy@ayershaidt.com

David J Haidt
    on behalf of Creditor Fairfax Healthcare Authority david@ayershaidt.com joy@ayershaidt.com

David J Haidt
    on behalf of Other Professional Brent King david@ayershaidt.com joy@ayershaidt.com

Dennis M. Duffy
    on behalf of Creditor Internal Revenue Service usance.bankruptcy@usdoj.gov

E. Franklin Childress
    on behalf of Creditor CAH Acquisition Company 11 LLC fchildress@bakerdonelson.com

Eric Winston
    on behalf of Interested Party Rural Wellness Fairfax Inc. ericwinston@quinnemanuel.com

Eric J. Langston

| | |
|---|---|
| District/off: 0417-5 | User: admin                Page 3 of 8 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf014           Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Defendant Michael Reece elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric J. Langston | |
| | on behalf of Defendant Rural Lab Outreach  LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric J. Langston | |
| | on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Eric L. Johnson | |
| | on behalf of Creditor First Capital Corporation ejohnson@spencerfane.com |
| Erin K. Duffy | |
| | on behalf of Interested Party Boa Vida Foundation  Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com |
| Erin K. Duffy | |
| | on behalf of Creditor Haskell Regional Hospital  Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com |
| Erin K. Duffy | |
| | on behalf of Creditor Oswego Neuropsych Hospital  Inc. erin@janvierlaw.com, erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com |
| Erin K. Duffy | |
| | on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com |
| Ethridge B. Ricks | |
| | on behalf of Interested Party Aetna Life Insurance Company bricks@mcguirewoods.com |
| Ethridge B. Ricks | |
| | on behalf of Creditor Aetna  Inc. bricks@mcguirewoods.com |
| Ethridge B. Ricks | |
| | on behalf of Interested Party Aetna Health Inc. bricks@mcguirewoods.com |
| Ethridge B. Ricks | |
| | on behalf of Interested Party Rural Wellness Fairfax  Inc. bricks@mcguirewoods.com |
| Evan A. Lee | |
| | on behalf of Trustee Thomas W. Waldrep  Jr. 3111956420@filings.docketbird.com |
| Evan A. Lee | |
| | on behalf of Plaintiff Thomas W. Waldrep  Jr. 3111956420@filings.docketbird.com |
| Felton E. Parrish | |
| | on behalf of Interested Party Bank of Hays felton.parrish@alexanderricks.com |
| Felton E. Parrish | |
| | on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas felton.parrish@alexanderricks.com |
| Felton E. Parrish | |
| | on behalf of Interested Party Security Bank of Kansas City felton.parrish@alexanderricks.com |
| Felton E. Parrish | |
| | on behalf of Other Professional Brent King felton.parrish@alexanderricks.com |
| Francisco T. Morales | |
| | on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepllp.com, 8899@notices.nextchapterbk.com |
| George M. Oliver | |
| | on behalf of Other Professional Sherwood Partners  Inc. efile@ofc-law.com, george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com |
| James Albert Barnes, IV | |
| | on behalf of Defendant Monroe Guest jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Creditor Monroe Guest jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com |
| James Albert Barnes, IV | |
| | on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com |

District/off: 0417-5     User: admin     Page 4 of 8
Date Rcvd: Jul 07, 2023     Form ID: pdf014     Total Noticed: 0

James Albert Barnes, IV
   on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV
   on behalf of Creditor LGMG LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James C. Lanik
   on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
   on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
   on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik
   on behalf of Plaintiff Thomas W. Waldrep Jr., Trustee notice@waldrepwall.com, trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III
   on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com kim.cone@wbd-us.com

James S. Livermon, III
   on behalf of Defendant Reboot Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III
   on behalf of Defendant Rural Lab Outreach LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren
   on behalf of Trustee Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren
   on behalf of Plaintiff Thomas W. Waldrep Jr. jhendren@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler
   on behalf of Creditor Cigna HealthCare of North Carolina Inc. jwisler@connollygallagher.com

Jeffrey C Wisler
   on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey R. Whitley
   on behalf of Creditor First Capital Corporation jwhitley@foxrothschild.com cindy.mann@smithmoorelaw.com

Jennifer B. Lyday
   on behalf of Financial Advisor Grant Thornton LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Special Counsel Flanagan & Associates LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Special Counsel Parker Hudson Rainer & Dobbs LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Plaintiff Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Accountant Arnett Carbis Toothman LLP and its successor Baker Tilly US, LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Special Counsel McDonald Hopkins LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday
   on behalf of Trustee Thomas W. Waldrep Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen
   on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
   on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
   on behalf of Interested Party Rural Community Hospitals of America LLC jan@nbfirm.com,

District/off: 0417-5 | User: admin | Page 5 of 8
Date Rcvd: Jul 07, 2023 | Form ID: pdf014 | Total Noticed: 0

nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Defendant Steve White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Creditor Steven F. White jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Creditor Sun Finance Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen
on behalf of Defendant Rural Community Hospitals of America LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John G. Rhyne
on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com beth@johnrhynelaw.com

John M. Sperati
on behalf of Creditor Somerset Capital Group Ltd. jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John M. Sperati
on behalf of Creditor Somerset Leasing Corp XXII jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John Paul Hughes Cournoyer
on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
on behalf of Creditor Sun Finance Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
on behalf of Creditor Steven F. White jpc@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer
on behalf of Interested Party Rural Community Hospitals of America LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John R. Van Swearingen
on behalf of Trustee Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
on behalf of Plaintiff Thomas W. Waldrep Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen
on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee 1107444420@filings.docketbird.com

Jonathan E. Friesen
on behalf of Creditor Wendy C. Phillips jef@gillespieandmurphy.com cjones@lawyersforchrist.com;mholland@lawyersforchrist.com

Joseph Samuel Dowdy
on behalf of Creditor Blue Cross Blue Shield of North Carolina jdowdy@kilpatricktownsend.com

Katherine Montgomery McCraw
on behalf of Creditor NC Dept of Health and Human Services DHB kmccraw@ncdoj.gov, ekaczynski@ncdoj.gov;rstipe@ncdoj.gov;kchadwick@ncdoj.gov

Kelly Alfred Cameron
on behalf of Plaintiff Thomas W. Waldrep Jr. Trustee kcameron@waldrepwall.com

Kirstin E. Gardner
on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden
on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov kristen.caldaro@usdoj.gov

Marjorie K. Lynch
on behalf of Bankruptcy Administrator Bankruptcy Administrator mklynchjd@gmail.com lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov

Mark A. Pinkston
on behalf of Creditor ERx LLC dnave@vwlawfirm.com, mpennington@vwlawfirm.com

Mathew A. Petersen
on behalf of Creditor First Capital Corporation mpetersen@spencerfane.com

Melanie Johnson Raubach

District/off: 0417-5 User: admin Page 6 of 8
Date Rcvd: Jul 07, 2023 Form ID: pdf014 Total Noticed: 0

| | |
|---|---|
| | on behalf of Interested Party Atchison Hospital Association mraubach@lawhssm.com vhughes@lawhssm.com;rkelley@lawhssm.com;mwiner@lawhssm.com |
| Michael J. Quinn | on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov |
| Nancy A. Peterman | on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com |
| Neal Fowler | on behalf of Creditor Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov |
| Neal Fowler | on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov |
| Nicholas Zluticky | on behalf of Creditor First Liberty Bank nick.zluticky@stinson.com |
| Nicholas Zluticky | on behalf of Interested Party Bank of Hays nick.zluticky@stinson.com |
| Pamela P. Keenan | on behalf of Creditor Hitachi Capital America Corp. pkeenan@kirschlaw.com |
| Patricia E. Hamilton | on behalf of Other Professional Brent King phamilton@stevensbrand.com |
| Paul A. Fanning | on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com |
| Paul A. Fanning | on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com, DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 12  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 1  LLC d/b/a Washington County Hospital tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 6  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 16  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 3  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 7  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 2  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rayford K. Adams, III | on behalf of Debtor CAH Acquisition Company 4  Inc. tadams@spilmanlaw.com, cpeterson@spilmanlaw.com |
| Rebecca Lindahl | on behalf of Creditor Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com |
| Rebecca Lindahl | on behalf of Other Professional Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com |
| Rebecca F. Redwine | on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Rebecca F. Redwine | on behalf of Plaintiff Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com, jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Ross A. Plourde | on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com |
| Ross A. Plourde | on behalf of Creditor Total Medical Personnel Staffing ross.plourde@mcafeetaft.com |
| Ross A. Plourde | on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 7 of 8 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf014 | Total Noticed: 0 |

Ryan Delaney Oxendine
    on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
    on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Sam G. Bratton, II
    on behalf of Debtor CAH Acquisition Company 12  LLC sbratton@dsda.com

Sam G. Bratton, II
    on behalf of Interested Party Doerner  Saunders, Daniel & Anderson, LLP sbratton@dsda.com

Sharon L Stolte
    on behalf of Other Professional Brent King sstolte@sandbergphoenix.com

Sharon L Stolte
    on behalf of Interested Party Brent King sstolte@sandbergphoenix.com

Stephen W. Petersen
    on behalf of Creditor First Capital Corporation spetersen@foxrothschild.com  cindy.mann@smithmoorelaw.com

Steven A. Ginther
    on behalf of Creditor Missouri Department of Revenue ednc@dor.mo.gov

Thomas W. Waldrep, Jr.
    on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
    on behalf of Plaintiff Thomas W. Waldrep  Jr., Trustee notice@waldrepwall.com, 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Travis Sasser
    on behalf of Creditor Saline County Collector travis@sasserbankruptcy.com sasserlaw230@gmail.com;SasserTR70250@notify.bestcase.com;SasserLawFirm@jubileebk.net

Tyler E. Heffron
    on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas theffron@twgfirm.com

Vicki L. Parrott
    on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

District/off: 0417-5 | User: admin | Page 8 of 8
Date Rcvd: Jul 07, 2023 | Form ID: pdf014 | Total Noticed: 0

Vicki L. Parrott
    on behalf of Creditor Steven F. White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Interested Party Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Rural Community Hospitals of America LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
    on behalf of Defendant Steve White vlp@nbfirm.com jla@nbfirm.com;sks@nbfirm.com

Wesley F. Smith
    on behalf of Other Professional Brent King wsmith@stevensbrand.com

William C. Smith, Jr.
    on behalf of Interested Party Transcendental Union with Love and Spirit smith@manningfulton.com steinman@manningfulton.com

William C. Smith, Jr.
    on behalf of Assignee Transcendental Union and Love Spiritual Advancement smith@manningfulton.com steinman@manningfulton.com

William P Janvier
    on behalf of Interested Party Boa Vida Foundation Inc wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
    on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William P Janvier
    on behalf of Interested Party Boa Vida Foundation Inc. wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit
    on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

William Walt Pettit
    on behalf of Creditor Complete Business Solutions Group Inc. walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

TOTAL: 169

**SO ORDERED.**

**SIGNED this 7 day of July, 2023.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, LLC ) | CASE NO. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY ) | |
| HOSPITAL, ) | CHAPTER 11 |
| Debtor. ) | |

### ORDER GRANTING EX PARTE MOTION FOR PRODUCTION OF DOCUMENTS AND EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

THIS MATTER came before the Court upon the Ex Parte Motion for Production of Documents and Examination Pursuant to Bankruptcy Rule 2004 (the "Motion") filed by Thomas W. Waldrep, Jr., Trustee[1] in the above-captioned case. Based upon the Motion, consideration of the record before the Court, and for good cause otherwise shown, this Court is of the opinion that the Motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. U.S. Bank National Association shall produce the documents, as described in Exhibit A attached hereto, for inspection and copying on or before July 26, 2023, at such place as the Trustee and U.S. Bank National Association may mutually agree.

**END OF DOCUMENT**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

# EXHIBIT A

**TRUSTEE'S REQUEST FOR PRODUCTION OF DOCUMENTS BY US BANK[2]**

**DEFINITIONS**

1. The term "accounts" means all checking, saving, money market, investment or other deposit account (as that term is defined by Section 4-104(a)(1) of the Uniform Commercial Code).

2. The terms "and" as well as "or" shall be construed conjunctively or disjunctively, and the singular shall be deemed to include the plural and vice-versa, as necessary to bring within the scope of this request all documents and information that might otherwise be construed to be outside its scope.

3. The terms "all" and "any" shall include any and all.

4. The term "Applicable Period" means the period from January 1, 2015 through the present.

5. "Bankruptcy Cases" shall mean the voluntary chapter 11 or chapter 7 bankruptcy cases of CAH 1 (Case No. 19-00730) and its affiliates, currently pending in the Bankruptcy Court.

6. "Bankruptcy Court" shall mean the United States Bankruptcy Court for the Eastern District of North Carolina.

7. "CAH 1" means CAH Acquisition Company #1 LLC, d/b/a Washington County Hospital, or any variation thereof.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Ex Parte Motion for Production of Documents and Examination Pursuant to Bankruptcy Rule 2004.

1

8. The terms "communicate," "communicating," "communication" or "communications" means the transmittal of information, whether written or oral, in the form of facts, ideas, inquiries or otherwise, as well as any oral or written utterance, notation, statement or transmittal of any information of any nature whatsoever, by and to whomsoever made, including, without limitation, electronic mail, facsimile, correspondence, meetings, conversations, dialogues, discussions, interviews, consultations, agreements, and other understanding between or among two or more persons.

9. The term "concerning" shall mean related to, referring to, with respect to, pertaining to, concerning, in connection with, describing, mentioning, evidencing, or constituting.

10. The term "document" means any written, recorded or graphic materials of any kind, form or shape whether prepared by you or other persons, that are in your possession, custody or control including, but not limited to, documents in the physical possession of your accountants, attorneys, or others but which you have the legal or practical right to obtain). This definition includes the front and back of a tangible writing if information appears on both (e.g., cancelled check) and includes drafts and copies which vary in any way from originals as well as all information stored in machine readable form or accessible through computer or other information retrieval systems, including electronic mail, together with instructions and all other materials necessary to access, use or interpret such information. As such, a document includes, but is not limited to, the original and all copies, regardless of origin or location, of any paper, letter, memorandum, facsimile, telegram, telex, cable, other correspondence, report, record, study, note, diary, calendar, working paper, chart, book, graph, index, tape, data sheet or data processing card, floppy disk, printed circuit, canceled check, other bank record, ledger, bill,

invoice, computation, schedule, contract, lease, analysis, appraisal, summary, instruction, computer memory bank, including supporting, underlying, or preparatory material, however produced or reproduced, to which you have or have had access to which may be in your possession, custody or control.

11. The term "financial record" means, with respect to a person, any document which pertains in any way to the financial condition, business, or business operations of that person, including, without limitation, the cash flows, profit-making operations, revenues, or overall financial condition of such person. For the avoidance of doubt, Financial Records shall include, but not be limited to, any income statements, balance sheets, cash-flow statements, profit-and-loss statements, audit reports, account statements, tax returns, and reports on or reflecting any of the Debtors' business operations, whether in draft or final form.

12. The term "person" shall mean (without limitation) any natural person, firm, sole proprietorship, partnership, corporation, association, trust, governmental body, or agency.

13. The term "representative" shall mean, with respect to a person, any past or present officer, director, employee, agent, attorney, financial advisor, investment banker or accountant of that person, including (without limitation) a representative acting or purporting to act on such person's behalf or at the request or instruction of such person.

14. The terms "Respondent" or "you" mean you and any agents, representatives, attorneys, or other person responding to these requests on your behalf..

15. The term "referring to or relating to" means containing, constituting, evidencing, showing or relating or referring to in any way, directly or indirectly, and is meant to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any document called for by each request.

3

16. The terms "possession," "custody" and "control," as used with respect to a document or other requested material, shall include, in addition to all documents in the actual possession of Respondent, or its attorneys or agents, any materials, the location or proprietor of which is known to Respondent, its attorneys or agents.

17. Except as otherwise specified herein, terms which are not defined in these Requests shall have the definitions given to those terms by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure (including the Federal Rules of Civil Procedure to the extent they are made applicable by the Bankruptcy Rules), and/or any applicable Local Rules.

## INSTRUCTIONS FOR THE REQUESTS

1. In responding to the requests, furnish all documents available to you, including documents in the possession of your attorneys or anyone acting on your behalf.

2. You are not being asked to produce any documents subject to the attorney-client privilege or attorney work product doctrine. If you object to any request and/or any document responsive to any request is withheld based on any claim of privilege or protection from discovery of any kind, describe generally the document or information withheld and state the privilege upon which you rely in withholding such document or information.

3. You shall produce all documents in the manner in which they are maintained in the usual course of your business or you shall organize and label the documents to correspond with the categories in this request. A request for a document shall be deemed to include a request for any and all file folders within which the document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document in addition to the document itself.

4. If and to the extent documents are maintained in a database or other electronic format, you shall produce along with the document(s) software that will enable access to the

electronic document(s) or database as you would access such electronic document(s) or database in the ordinary course of your business.

5. Documents attached to each other should not be separated.

6. The fact that a document is produced by another party does not relieve you of the obligation to produce your copy of the same document, even if the two documents are identical.

7. In the event that you claim that a request is unduly burdensome, you shall respond to that portion of the request that is unobjectionable and specifically identify the respect in which the request is unduly burdensome.

8. In the event that you claim that a request is overbroad, you shall respond to that portion of the request that is unobjectionable and specifically identify the respect in which the request is overbroad.

9. The past tense shall include the present tense and vice versa.

10. Singular nouns shall include plural forms and vice versa.

11. When a document request refers to a person or entity and seeks any communications to or from, or documents related to, said person or entity, the request includes documents or communications to and from (and documents related to) representatives, agents, counsel and any other party communicating on behalf of such person or entity.

## REQUESTS

1. For the below deposit accounts of CAH 1 and its affiliates, for the period from January 1, 2015 through the Petition Date, the Trustee requests the production of all documents and records identified in letters (a) through (f) below, provided, however, that no information expressly relating to or referring to a suspicious activity report ("SAR"), as defined by applicable state and federal law, is requested for production:

5

| Bank Name | Account Name | Account Number |
|---|---|---|
| US Bank | Health Acquisition Company LLC Operating Account | 8759 |
| US Bank | Hmc CAH Consolidated Inc | 9904 |
| US Bank | Health Acquisition Company Payroll Account | 8742 |
| US Bank | Empower Hms LLC Payroll | 7256 |
| US Bank | Empower Hms LLC Payroll | 8726 |

(a) All bank documents relative to the accounts of the Debtor that were generated in the ordinary course of business to include, but not be limited to, all computer generated reports wherein any account of the Debtor was identified as having suspicious and/or unusual, irregular or improper account activity.

(b) All documents relating to any investigation or inquiry by the bank or its agents of any account of the Debtor.

(c) All documents which would evidence any response to the investigation and the findings, or observation, notes of any such investigation relative to account activity of the Debtor, including suspicious activity.

(d) All documents which would evidence any follow-up concerning suspicious activity to include any written explanations which the Debtor may have given to the bank regarding the Debtor's account activity (to include any business activity).

(e) Any documents furnished by the Debtor to the bank to support any statements made by the Debtor to explain his account activity, including suspicious activity.

(f) Any documents obtained by the bank from any source whatsoever relating to any investigation the bank may have made into the account activity of the Debtor, including suspicious activity.

6