**SO ORDERED.**

**SIGNED this 26 day of July, 2023.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, LLC ) | CASE NO. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY ) | |
| HOSPITAL, ) | CHAPTER 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION TO VACATE ORDER GRANTING EX PARTE MOTION FOR PRODUCTION OF DOCUMENTS AND EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

THIS MATTER came before the Court upon the *Motion to Vacate Order Granting Ex Parte Motion for Production of Documents and Examination Pursuant to Bankruptcy Rule 2004* (the "Motion to Vacate") filed by the Trustee[1] seeking entry of an order vacating and setting aside the 2004 Order entered on May 17, 2023, on the basis that such order authorizes discovery of SARs, which are non-discoverable; and the Court, having considered the relief requested in the Motion to Vacate and finding good cause to grant such relief, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The 2004 Order is hereby VACATED

**END OF DOCUMENT**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Vacate.