UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
CAH ACQUISITION COMPANY #1,
LLC d/b/a WASHINGTON COUNTY
HOSPITAL

DEBTOR(S)

CHAPTER 11

CASE NO: __19-00730-5-JNC__

☐ Check if this is an amended filing

# CHAPTER 11 POST-CONFIRMATION REPORT PURSUANT TO THE ORDER CONFIRMING PLAN

REPORTING PERIOD COVERED: __2nd Quarter 2023__

DATE PLAN CONFIRMED: __10/19/2020__

EFFECTIVE DATE OF PLAN: __11/3/2020__

ESTIMATED CLOSING DATE: _____

---

I/We declare under penalty of perjury that the information contained in this report is true and correct to the best of my/our knowledge and belief.

**DEBTOR:**

Printed Name: __Thomas W. Waldrep, Jr.__

Date: __July 28, 2023__

Signature: __s/Thomas W. Waldrep, Jr.__

Title (for Corporate Debtor): __Litigation Trustee__

**JOINT DEBTOR:**

Printed Name: _____

Date: _____

Signature: _____

---

I have read the information in this report and the information contained herein is true and correct to the best of my knowledge and belief:

**ATTORNEY FOR TRUSTEE:**

Printed Name: __Thomas W. Waldrep, Jr.__   Date: __July 28, 2023__

Signature: __s/Thomas W. Waldrep, Jr.__

---

*Penalty for making a false statement or filing a false report: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.   18 U.S.C. §§ 152 and 3571*

*Revised December 2017*

# PAYMENTS TO CREDITORS

Class 1 – (Creditor(s) in this Class: **Priority Non-Tax Claims**)

(a) Date payments commence to this Class: 30 days post-Effective Date or as soon as practicable

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 2 – (Creditor(s) in this Class: **First Capital Secured Claim**)

(a) Date payments commence to this Class: **n/a**

(b) No payments due (if applicable): ☑ Paid in Full, ☑ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

*Revised December 2017*

Class 3 – (Creditor(s) in this Class: **Secured Claims of Other Lienholders**    )

(a) Date payments commence to this Class: **n/a**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

> **The Trustee has objected to all secured claims asserted against the Debtor's estate (Claim No. 3, ECF No. 1037, granted via ECF No. 1227; Claim No. 29, ECF No. 1049, granted via ECF No. 1210; Claim No. 38, ECF No. 1048, granted via ECF No. 1181; Claim No. 62, ECF No. 1041, granted via ECF No. 1152) and settled the adversary proceeding against secured claimant App Group International, LLC (AP No. 21-00019-5-JNC) during 1st Quarter 2022.**

Class 4 – (Creditor(s) in this Class: **General Unsecured Claims**    )

(a) Date payments commence to this Class: **n/a**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☑ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

> **General Unsecured Claims will be paid pro rata from GUC Litigation Trust Assets pursuant to the Plan, which requires the resolution of all Objections to Claims and payment of all other Classes of Claims, statutory fees, and costs of administration beforehand. Thus, the amount of GUC Litigation Trust Assets cannot be determined at this time.**

*Revised December 2017*

<u>Class 5</u> – (Creditor(s) in this Class: **Convenience Claims** )

(a) Date payments commence to this Class: 30 days post-Effective Date or as soon as practicable

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**There were no valid claims asserted in this Class.**

<u>Class 6</u> – (Creditor(s) in this Class: **Equity Interests** )

(a) Date payments commence to this Class: **None**

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**The Plan provides for no payment to Class 6 Equity Interest holders unless and until holders of General Unsecured Claims have been paid in full.**

*Revised December 2017*

Click to add Creditor Classes

Class 7 – (Creditor(s) in this Class: **Equity Interests**_____)

(a) Date payments commence to this Class: **n/a**_____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**_____

(e) Total amount paid this Quarter: **$ 0.00**_____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**The Plan provides for no payment to Class 7 Equity Interest holders unless and until holders of General Unsecured Claims have been paid in full.**

Class 8 – (Creditor(s) in this Class: _____)

(a) Date payments commence to this Class: _____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

*Revised December 2017*

# PAYMENTS TO NON-CLASSIFIED CLAIMS

☐ Check if this form is not applicable to the Debtor(s)

A.) Name of Claimants: **Priority Tax Claims**

(a) Date payments commence to these creditors:  30 days post-Effective Date or as soon as practicable

(b) No payments due (if applicable): ☐ Paid in Full, ☐ No Claim Owed

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to these creditors? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

B.) Name of Claimants: **Administrative Expenses**

(a) Date payments commence to these creditors:  30 days post-Effective Date or as soon as practicable

(b) No payments due (if applicable): ☐ Paid in Full, ☐ No Claim Owed

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other

(d) Total amount required to be paid this Quarter: **$ 16,120.32**

(e) Total amount paid this Quarter: **$ 16,120.32**

(f) Is the Debtor in compliance with the Plan with regards to these creditors? ☑ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

**$11,902.74 (April 2023) and $3,967.58 (May 2023) to KC Telco for IT costs.  $250.00 paid in quarterly fees to the Bankruptcy Court (Q1 2023).**

*Revised December 2017*

# PROPERTY SALE REPORT

(a) Does the Plan propose the sale or transfer of property?  ☑ Yes  ☐ No

(b) If Yes, please complete the following chart:

| Description of Property | Date Property Must be Sold | Date Property Sold |
|---|---|---|
| **Substantially all assets of the Debtor** | - | **8/31/2020** |
| | | |
| | | |
| | | |
| | | |
| | | |

(c) If the Debtor sold property during the quarter, please complete the following chart:

| Description of Property Sold | Date Property Sold | Gross Sale Proceeds | Net Sale Proceeds Paid to Debtor |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Revised December 2017*

## PAYMENTS TO PROFESSIONALS

Please list any and all payments made to any and all professionals (e.g., attorney, accountant, realtor, etc.) during the reporting period, not otherwise disclosed in this report.

| Name of Professional | Date Payment Made | Amount Paid to Professional |
|---|---|---|
| Forensus | 4/7/2023 | $ 10,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## MATTERS PENDING

What other specific matters does the Court need to resolve prior to closing the case (e.g., adversary proceedings, claim disputes, filing fee applications, etc.)?  Please indicate the nature of each matter, and an estimated time frame that these matters will be resolved:

**Main case-**  On April 20, 2020, the Trustee completed the sale of the Debtor's assets and disbursed funds to certain secured creditors.  The Debtor's Chapter 11 Plan was confirmed on October 19, 2020.  The Effective Date of the Plan occurred on November 3, 2020.

The Trustee is currently prosecuting AP Nos. 21-00078, 22-00013, 22-00020, 22-00027, 22-00088, 22-00101, and 22-00125 all of which assert claims arising from the laboratory billing schemes.

In AP No. 22-00125, Trustee v Rampey Enterprises, Inc., a Motion for Order to Approve Compromise and Settlement Agreement Pursuant to Rule 9019 was filed on July 18, 2023.

*Revised December 2017*

# CHAPTER 11 QUARTERLY FEES

**DISBURSEMENTS INCLUDE**: Sum total of all disbursements from all of the Debtor's bank accounts – **and** – payments made on behalf of the Debtor. Disbursements do not include transfers between the Debtor's accounts. Quarterly fees are not prorated.

*Calculating the Fee:* Use the table at the bottom of the page to compute the Amount of Fee Due for each quarter. Payment of quarterly fees should be submitted to Debtor's attorney, and then Debtor's attorney should submit the payment through **www.pay.gov**.

## 2nd Quarter:

|  | Disbursements made by Debtor | | Disbursements made on behalf of Debtor |
|---|---|---|---|
| Disbursements for **April:** | $21,902.74 | + | |
| Disbursements for **May:** | $4,217.58 | + | |
| Disbursements for **June:** | | + | |
| **TOTAL**: | $26,120.32 | + | $0.00 |
| **TOTAL DISBURSEMENTS**: | $26,120.32 | | |
| **AMOUNT OF QUARTERLY FEE DUE**: | $250.00 * | | |

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0.00 to $62,624.00 | $250.00 |
| $62,625.00 to $999,999.00 | Quarterly disbursements multiplied by 0.004 |
| $1,000,000.00 to $31,249,937.00 | Quarterly disbursements multiplied by 0.008 |
| $31,249,938.00 or more | $250,000.00 |

**\*** *The Amount of Quarterly Fee Due should be rounded to whole dollars. For amounts $0.50 and above, round up to the next whole dollar. For amounts under $0.50, round down.*