United States Bankruptcy Court

Eastern District of North Carolina

In re:                                                                      Case No. 19-00730-JNC

CAH Acquisition Company 1, LLC d/b/a Was                                    Chapter 11

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5                          User: admin                              Page 1 of 8

Date Rcvd: Jul 26, 2023                       Form ID: pdf014                           Total Noticed: 0

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
tr              ##+             Thomas W. Waldrep, Jr., Waldrep Wall Babcock & Bailey PLLC, 1076 West Fourth Street, Winston-Salem, NC 27101-2440

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name                          Email Address**

Allison Jean Becker
                                on behalf of Defendant Rampey Enterprises Inc. abecker@grsm.com
                                cxsmith@grsm.com;rvillaronga@grsm.com;ncleveland@grsm.com

Andrew Funk
                                on behalf of Defendant Steve White andrew@frlawkc.com

Andrew Funk
                                on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate andrew@frlawkc.com

Andrew Funk
                                on behalf of Defendant Rural Community Hospitals of America  LLC andrew@frlawkc.com

Anthony F. Giuliano

District/off: 0417-5                               User: admin                                      Page 2 of 8
Date Rcvd: Jul 26, 2023                         Form ID: pdf014                               Total Noticed: 0

on behalf of Defendant App Group International  LLC afg@glpcny.com

Benjamin E.F.B. Waller
                        on behalf of Trustee Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
                        jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Benjamin E.F.B. Waller
                        on behalf of Plaintiff Thomas W. Waldrep  Jr. bwaller@hendrenmalone.com,
                        jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Brian Behr
                        on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov
                        rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscour
                        ts.gov

Brian H. Smith
                        on behalf of Creditor Complete Business Solutions Group  Inc. BRIAN.H.SMITH@FNF.COM

Brian R. Anderson
                        on behalf of Special Counsel Greenberg Traurig  P.A. BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
                        on behalf of Special Counsel Greenberg Trauig  LLP BRAnderson@foxrothschild.com, pwilliams@foxrothschild.com

Brian R. Anderson
                        on behalf of Other Professional SAK Management Services  LLC BRAnderson@foxrothschild.com,
                        pwilliams@foxrothschild.com

Byron L. Saintsing
                        on behalf of Defendant Funderz.net  LLC d/b/a WG Capital bsaintsing@smithdebnamlaw.com

Byron L. Saintsing
                        on behalf of Creditor Siemens Financial Services  Inc. bsaintsing@smithdebnamlaw.com

Catharine Edwards
                        on behalf of Creditor Lindell Gardner cee@eblaw.com

Catharine Edwards
                        on behalf of Creditor Monroe Guest cee@eblaw.com

Catharine Edwards
                        on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group cee@eblaw.com

Catharine Edwards
                        on behalf of Creditor Dennis Loudermilk cee@eblaw.com

Charles N. Anderson, Jr.
                        on behalf of Interested Party Blue Cross Blue Shield of Oklahoma chuck.anderson@elliswinters.com
                        patricia.hutchins@elliswinters.com;teri.rodriguez@elliswinters.com

Christopher J. Waivers
                        on behalf of Creditor Hospital Equipment Rental Company cwaivers@whiteandallen.com  abarron@whiteandallen.com

Christopher Scott Kirk
                        on behalf of Creditor Megan Place scott@csklawoffice.com  KirkSR83410@notify.bestcase.com

Dan Nelson
                        on behalf of Creditor Premier Specialty Network  LLC dan.nelson@kutakrock.com

David J Haidt
                        on behalf of Interested Party Fairfax Healthcare Authority david@ayershaidt.com  joy@ayershaidt.com

David J Haidt
                        on behalf of Other Professional C. David Rhoades david@ayershaidt.com  joy@ayershaidt.com

David J Haidt
                        on behalf of Creditor First Liberty Bank david@ayershaidt.com  joy@ayershaidt.com

David J Haidt
                        on behalf of Interested Party Brent King david@ayershaidt.com  joy@ayershaidt.com

David J Haidt
                        on behalf of Interested Party City of Drumright  Oklahoma david@ayershaidt.com, joy@ayershaidt.com

David J Haidt
                        on behalf of Creditor Fairfax Healthcare Authority david@ayershaidt.com  joy@ayershaidt.com

David J Haidt
                        on behalf of Other Professional Brent King david@ayershaidt.com  joy@ayershaidt.com

Dennis M. Duffy
                        on behalf of Creditor Internal Revenue Service usance.bankruptcy@usdoj.gov

District/off: 0417-5                                     User: admin                                     Page 3 of 8

Date Rcvd: Jul 26, 2023                                  Form ID: pdf014                                  Total Noticed: 0

E. Franklin Childress
                        on behalf of Creditor CAH Acquisition Company 11  LLC fchildress@bakerdonelson.com

Eric Winston
                        on behalf of Interested Party Rural Wellness Fairfax  Inc. ericwinston@quinnemanuel.com

Eric J. Langston
                        on behalf of Defendant Michael Reece elangston@aegislaw.com  ericlangston357.gmail.com@recap.email

Eric J. Langston
                        on behalf of Defendant Rural Lab Outreach  LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric J. Langston
                        on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD elangston@aegislaw.com, ericlangston357.gmail.com@recap.email

Eric L. Johnson
                        on behalf of Creditor First Capital Corporation ejohnson@spencerfane.com

Erin K. Duffy
                        on behalf of Interested Party Boa Vida Foundation  Inc. erin@janvierlaw.com,
                        erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
                        on behalf of Creditor Haskell Regional Hospital  Inc. erin@janvierlaw.com,
                        erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
                        on behalf of Creditor Oswego Neuropsych Hospital  Inc. erin@janvierlaw.com,
                        erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Erin K. Duffy
                        on behalf of Interested Party Boa Vida Foundation erin@janvierlaw.com
                        erin@janvierlaw.com;june@janvierlaw.com;samantha@janvierlaw.com

Ethridge B. Ricks
                        on behalf of Interested Party Aetna Life Insurance Company bricks@mcguirewoods.com

Ethridge B. Ricks
                        on behalf of Creditor Aetna  Inc. bricks@mcguirewoods.com

Ethridge B. Ricks
                        on behalf of Interested Party Aetna Health Inc. bricks@mcguirewoods.com

Ethridge B. Ricks
                        on behalf of Interested Party Rural Wellness Fairfax  Inc. bricks@mcguirewoods.com

Evan A. Lee
                        on behalf of Trustee Thomas W. Waldrep  Jr. 3111956420@filings.docketbird.com

Evan A. Lee
                        on behalf of Plaintiff Thomas W. Waldrep  Jr. 3111956420@filings.docketbird.com

Felton E. Parrish
                        on behalf of Interested Party Bank of Hays felton.parrish@alexanderricks.com

Felton E. Parrish
                        on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas
                        felton.parrish@alexanderricks.com

Felton E. Parrish
                        on behalf of Interested Party Security Bank of Kansas City felton.parrish@alexanderricks.com

Felton E. Parrish
                        on behalf of Other Professional Brent King felton.parrish@alexanderricks.com

Francisco T. Morales
                        on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepllp.com, 8899@notices.nextchapterbk.com

George M. Oliver
                        on behalf of Other Professional Sherwood Partners  Inc. efile@ofc-law.com,
                        george@olivercheek.com;pam@olivercheek.com;katymac@olivercheek.com;clayton@olivercheek.com;linda@olivercheek.com;
                        ben@olivercheek.com;dawn@olivercheek.com;christa@olivercheek.com;austin@olivercheek.com

James Albert Barnes, IV
                        on behalf of Defendant Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV
                        on behalf of Defendant Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV
                        on behalf of Creditor Monroe Guest jim@oxendinebarnes.com

James Albert Barnes, IV

District/off: 0417-5     User: admin     Page 4 of 8

Date Rcvd: Jul 26, 2023     Form ID: pdf014     Total Noticed: 0

on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Lindell Gardner jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Defendant Dennis Loudermilk jim@oxendinebarnes.com

James Albert Barnes, IV

on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group jim@oxendinebarnes.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com,
trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com,
trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com,
trustee@waldrepllp.com;7357193420@filings.docketbird.com

James C. Lanik

on behalf of Plaintiff Thomas W. Waldrep  Jr., Trustee notice@waldrepwall.com,
trustee@waldrepllp.com;7357193420@filings.docketbird.com

James S. Livermon, III

on behalf of Defendant Michael Reece Charlie.livermon@wbd-us.com  kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Reboot  Inc. d/b/a HIPAA GUARD Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

James S. Livermon, III

on behalf of Defendant Rural Lab Outreach  LLC Charlie.livermon@wbd-us.com, kim.cone@wbd-us.com

Jason L. Hendren

on behalf of Trustee Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jason L. Hendren

on behalf of Plaintiff Thomas W. Waldrep  Jr. jhendren@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Jeffrey C Wisler

on behalf of Creditor Cigna HealthCare of North Carolina  Inc. jwisler@connollygallagher.com

Jeffrey C Wisler

on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey R. Whitley

on behalf of Creditor First Capital Corporation jwhitley@foxrothschild.com  cindy.mann@smithmoorelaw.com

Jennifer B. Lyday

on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Special Counsel Flanagan & Associates  LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com  8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Accountant Arnett Carbis Toothman LLP and its successor  Baker Tilly US, LLP notice@waldrepwall.com,
8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Special Counsel McDonald Hopkins  LLC notice@waldrepwall.com, 8836221420@filings.docketbird.com

Jennifer B. Lyday

on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com, 8836221420@filings.docketbird.com

John A. Northen

District/off: 0417-5                              User: admin                                    Page 5 of 8

Date Rcvd: Jul 26, 2023                        Form ID: pdf014                              Total Noticed: 0

on behalf of Defendant Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Creditor Estate of Paul Nusbaum jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Defendant Michael Nusbaum as the successor Administrator of the Nusbaum Estate jan@nbfirm.com nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Interested Party Rural Community Hospitals of America  LLC jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Defendant Steve White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Creditor Steven F. White jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Interested Party Estate of Paul Nusbaum jan@nbfirm.com  nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John A. Northen

on behalf of Creditor Sun Finance  Inc. jan@nbfirm.com, nc30@ecfcbis.com;jla@nbfirm.com;sks@nbfirm.com

John G. Rhyne

on behalf of Creditor Slack & Company LLC johnrhyne@johnrhynelaw.com  beth@johnrhynelaw.com

John M. Sperati

on behalf of Creditor Somerset Capital Group  Ltd. jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John M. Sperati

on behalf of Creditor Somerset Leasing Corp  XXII jsperati@smithdebnamlaw.com, dkinlaw@smithdebnamlaw.com;cmcghee@smithdebnamlaw.com

John Paul Hughes Cournoyer

on behalf of Creditor Paul L. Nusbaum jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer

on behalf of Creditor Sun Finance  Inc. jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer

on behalf of Creditor Steven F. White jpc@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

John Paul Hughes Cournoyer

on behalf of Interested Party Rural Community Hospitals of America  LLC jpc@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

John R. Van Swearingen

on behalf of Trustee Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen

on behalf of Plaintiff Thomas W. Waldrep  Jr. 1107444420@filings.docketbird.com

John R. Van Swearingen

on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee 1107444420@filings.docketbird.com

Jonathan E. Friesen

on behalf of Creditor Wendy C. Phillips jef@gillespieandmurphy.com cjones@lawyersforchrist.com;mholland@lawyersforchrist.com

Joseph Samuel Dowdy

on behalf of Creditor Blue Cross Blue Shield of North Carolina jdowdy@kilpatricktownsend.com

Katherine Montgomery McCraw

on behalf of Creditor NC Dept of Health and Human Services  DHB kmccraw@ncdoj.gov, ekaczynski@ncdoj.gov;rstipe@ncdoj.gov;kchadwick@ncdoj.gov

Kelly Alfred Cameron

on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee kcameron@waldrepwall.com

Kirstin E. Gardner

on behalf of Bankruptcy Administrator Bankruptcy Administrator kirstin_gardner@nceba.uscourts.gov Tanya_aycock@nceba.uscourts.gov

Lauren A. Golden

on behalf of Creditor Department of Health and Human Services lauren.golden@usdoj.gov  kristen.caldaro@usdoj.gov

Marjorie K. Lynch

on behalf of Bankruptcy Administrator Bankruptcy Administrator mklynchjd@gmail.com lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov

District/off: 0417-5        User: admin        Page 6 of 8

Date Rcvd: Jul 26, 2023        Form ID: pdf014        Total Noticed: 0

Mark A. Pinkston

on behalf of Creditor ERx  LLC dnave@vwlawfirm.com, mpennington@vwlawfirm.com

Mathew A. Petersen

on behalf of Creditor First Capital Corporation mpetersen@spencerfane.com

Melanie Johnson Raubach

on behalf of Interested Party Atchison Hospital Association mraubach@lawhssm.com
vhughes@lawhssm.com;rkelley@lawhssm.com;mwiner@lawhssm.com

Michael J. Quinn

on behalf of Creditor Department of Health and Human Services michael.quinn3@usdoj.gov

Nancy A. Peterman

on behalf of Health Care Ombudsman Suzanne Koenig petermann@gtlaw.com

Neal Fowler

on behalf of Creditor Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Neal Fowler

on behalf of Interested Party Centers for Medicare and Medicaid Services neal.fowler@usdoj.gov  usance.bankruptcy@usdoj.gov

Nicholas Zluticky

on behalf of Creditor First Liberty Bank nick.zluticky@stinson.com

Nicholas Zluticky

on behalf of Interested Party Bank of Hays nick.zluticky@stinson.com

Pamela P. Keenan

on behalf of Creditor Hitachi Capital America Corp. pkeenan@kirschlaw.com

Patricia E. Hamilton

on behalf of Other Professional Brent King phamilton@stevensbrand.com

Paul A. Fanning

on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com,
DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Paul A. Fanning

on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC paf@wardandsmith.com,
DocketCR@wardandsmith.com;blspang@wardandsmith.com;nsf@wardandsmith.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 12  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 1  LLC d/b/a Washington County Hospital tadams@spilmanlaw.com,
cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 6  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 16  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 3  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 7  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 2  LLC tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rayford K. Adams, III

on behalf of Debtor CAH Acquisition Company 4  Inc. tadams@spilmanlaw.com, cpeterson@spilmanlaw.com

Rebecca Lindahl

on behalf of Creditor Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca Lindahl

on behalf of Other Professional Affinity Health Partners  LLC rebecca.lindahl@kattenlaw.com, courtalertclt@katten.com

Rebecca F. Redwine

on behalf of Trustee Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Rebecca F. Redwine

on behalf of Plaintiff Thomas W. Waldrep  Jr. rredwine@hendrenmalone.com,
jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

Ross A. Plourde

on behalf of Creditor Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

District/off: 0417-5                                    User: admin                                    Page 7 of 8
Date Rcvd: Jul 26, 2023                              Form ID: pdf014                          Total Noticed: 0

Ross A. Plourde
 on behalf of Creditor Total Medical Personnel Staffing ross.plourde@mcafeetaft.com

Ross A. Plourde
 on behalf of Interested Party Cohesive Healthcare Management and Consulting  LLC ross.plourde@mcafeetaft.com

Ryan Delaney Oxendine
 on behalf of Defendant Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant LGMG  LLC d/b/a Verifi Labs and d/b/a Verifi Resource Group ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Dennis Loudermilk ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Defendant Lindell Gardner ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Monroe Guest ryan@oxendinepricelaw.com

Ryan Delaney Oxendine
 on behalf of Creditor Lindell Gardner ryan@oxendinepricelaw.com

Sam G. Bratton, II
 on behalf of Debtor CAH Acquisition Company 12  LLC sbratton@dsda.com

Sam G. Bratton, II
 on behalf of Interested Party Doerner  Saunders, Daniel & Anderson, LLP sbratton@dsda.com

Sharon L Stolte
 on behalf of Other Professional Brent King sstolte@sandbergphoenix.com

Sharon L Stolte
 on behalf of Interested Party Brent King sstolte@sandbergphoenix.com

Stephen W. Petersen
 on behalf of Creditor First Capital Corporation spetersen@foxrothschild.com  cindy.mann@smithmoorelaw.com

Steven A. Ginther
 on behalf of Creditor Missouri Department of Revenue ednc@dor.mo.gov

Thomas W. Waldrep, Jr.
 on behalf of Financial Advisor Grant Thornton  LLP notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Accountant Arnett Carbis Toothman LLP notice@waldrepwall.com
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Plaintiff Thomas W. Waldrep Jr.  Trustee notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Special Counsel Parker Hudson Rainer & Dobbs  LLP notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Plaintiff Thomas W. Waldrep  Jr. notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Trustee Thomas W. Waldrep  Jr. notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Thomas W. Waldrep, Jr.
 on behalf of Plaintiff Thomas W. Waldrep  Jr., Trustee notice@waldrepwall.com,
 2942809420@filings.docketbird.com;NC71@ecfcbis.com

Travis Sasser
 on behalf of Creditor Saline County Collector travis@sasserbankruptcy.com
 sasserlaw230@gmail.com;SasserTR70250@notify.bestcase.com;SasserLawFirm@jubileebk.net

Tyler E. Heffron
 on behalf of Interested Party City of Hillboro  Kansas and the Public Building Commission of Hillsboro, Kansas
 theffron@twgfirm.com

District/off: 0417-5                                   User: admin                                        Page 8 of 8
Date Rcvd: Jul 26, 2023                                Form ID: pdf014                                    Total Noticed: 0

Vicki L. Parrott
                   on behalf of Creditor Sun Finance  Inc. vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Interested Party Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Creditor Steven F. White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Interested Party Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Creditor Estate of Paul Nusbaum vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Defendant Rural Community Hospitals of America  LLC vlp@nbfirm.com, jla@nbfirm.com;sks@nbfirm.com

Vicki L. Parrott
                   on behalf of Defendant Steve White vlp@nbfirm.com  jla@nbfirm.com;sks@nbfirm.com

Wesley F. Smith
                   on behalf of Other Professional Brent King wsmith@stevensbrand.com

William C. Smith, Jr.
                   on behalf of Interested Party Transcendental Union with Love and Spirit smith@manningfulton.com
                   steinman@manningfulton.com

William C. Smith, Jr.
                   on behalf of Assignee Transcendental Union and Love Spiritual Advancement smith@manningfulton.com
                   steinman@manningfulton.com

William P Janvier
                   on behalf of Interested Party Boa Vida Foundation  Inc wjanvier@smvt.com,
                   laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlen
                   e@janvierlaw.com;lpetruska@smvt.com

William P Janvier
                   on behalf of Interested Party Boa Vida Foundation wjanvier@smvt.com
                   laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlen
                   e@janvierlaw.com;lpetruska@smvt.com

William P Janvier
                   on behalf of Interested Party Boa Vida Foundation  Inc. wjanvier@smvt.com,
                   laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlen
                   e@janvierlaw.com;lpetruska@smvt.com

William Walt Pettit
                   on behalf of Creditor Ryan Stumphauzer as Receiver for Complete Business Solutions Group  Inc.
                   walt.pettit@hutchenslawfirm.com, renee.copley@hutchenslawfirm.com

William Walt Pettit
                   on behalf of Creditor Complete Business Solutions Group  Inc. walt.pettit@hutchenslawfirm.com,
                   renee.copley@hutchenslawfirm.com


TOTAL: 171

**SO ORDERED.**

**SIGNED this 26 day of July, 2023.**



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC | ) | CASE NO. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY | ) | |
| HOSPITAL, | ) | CHAPTER 11 |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO VACATE ORDER GRANTING EX PARTE
MOTION FOR PRODUCTION OF DOCUMENTS AND EXAMINATION
PURSUANT TO BANKRUPTCY RULE 2004**

THIS MATTER came before the Court upon the _Motion to Vacate Order Granting Ex_

_Parte Motion for Production of Documents and Examination Pursuant to Bankruptcy Rule 2004_

(the "Motion to Vacate") filed by the Trustee[1] seeking entry of an order vacating and setting

aside the 2004 Order entered on May 17, 2023, on the basis that such order authorizes discovery

of SARs, which are non-discoverable; and the Court, having considered the relief requested in

the Motion to Vacate and finding good cause to grant such relief, it is hereby ORDERED,

ADJUDGED, and DECREED that:

1.    The 2004 Order is hereby VACATED

**END OF DOCUMENT**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Vacate.