# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY #1, LLC, ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY #2, LLC, ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY #3, LLC, ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 6, LLC, ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 COMMUNITY HOSPITAL, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 7, LLC, ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| CAH ACQUISITION COMPANY 16, LLC, | )    Case No. 19-01227-5-JNC |
| d/b/a HASKELL COUNTY COMMUNITY | )    Chapter 11 |
| HOSPITAL, | ) |
|  | ) |
| Debtor. | ) |

## NOTICE OF CHANGE OF CREDITOR'S ADDRESS

NOW COMES Thomas W. Waldrep, Jr., Trustee (the "Trustee"), debtors in the above-captioned cases (the "Debtor"), by and through the undersigned counsel, and hereby requests the Clerk to take notice of the change of address for the following Creditors so all future mailings may reflect the same, and deleting the prior "old address" from the matrix:

| Old Address to Delete | New Address |
|---|---|
| Christine Bryan<br>600 South Broad Street<br>Robersonville, NC 27871-8401 | Christine Bryan<br>2634 West Timberlake Blvd.<br>Robersonville, NC 27871 |

Respectfully submitted, this the 24th day of August, 2023.

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
James C. Lanik (NC State Bar No. 30454)
Jennifer B. Lyday (NC State Bar No. 39871)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103-1864
Telephone: (336) 722-6300
Telefax: (336) 722-1993
Email: notice@waldrepwall.com

*Attorneys for the Debtor*