**SO ORDERED.**

**SIGNED this 28 day of February, 2024.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY | ) | Chapter 11 |
| COMMUNITY HOSPITAL, | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 HOSPITAL, | ) | Chapter 7 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 7, LLC, | ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, | ) | Chapter 11 |

| | |
|---|---|
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 12, LLC, ) | Case No. 19-01697-5-JNC |
| d/b/a FAIRFAX COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |
| In re: ) | |
| ) | |
| CAH ACQUISITION COMPANY 16, LLC, ) | Case No. 19-01227-5-JNC |
| d/b/a HASKELL COMMUNITY HOSPITAL, ) | Chapter 11 |
| ) | |

### ORDER GRANTING TRUSTEE'S FIFTH MOTION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDINGS

Upon the *Trustee's Fifth Motion to Extend Deadline to File Adversary Proceedings* (the "Fifth Motion to Extend") of Thomas W. Waldrep, Jr., in his capacity as Trustee of the estates of the above-captioned debtors (collectively, the "Debtors") and this Court, having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that the relief requested in the Fifth Motion to Extend is in the best interests of the Trust Estates, creditors, and other parties in interest; and this Court having reviewed the Fifth Motion to Extend and determined that the legal and factual bases set forth in the Fifth Motion to Extend establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Fifth Motion to Extend is **GRANTED**.

2. The deadline for the Trustee to commence litigation and adversary proceedings against the Physicians[1] under 11 U.S.C. §§ 108 and 546 on behalf of the Debtors is extended through and including **April 30, 2024**.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Fifth Motion to Extend.

3. Furthermore, this Order extends to all Physicians, including those who did not receive notice of the Fifth Motion to Extend.

**END OF DOCUMENT**