**SO ORDERED.**

**SIGNED this 25 day of April, 2024.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #1, LLC, | ) | Case No. 19-00730-5-JNC |
| d/b/a WASHINGTON COUNTY | ) | Chapter 11 |
| COMMUNITY HOSPITAL, | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No. 19-01230-5-JNC |
| d/b/a OSWEGO COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No. 19-01180-5-JNC |
| d/b/a HORTON COMMUNITY HOSPITAL, | ) | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No. 19-01300-5-JNC |
| d/b/a I-70 HOSPITAL, | ) | Chapter 7 |
| | ) | |
| In re: | ) | |
| | ) | |
| CAH ACQUISITION COMPANY 7, LLC, | ) | Case No. 19-01298-5-JNC |
| d/b/a PRAGUE COMMUNITY HOSPITAL, | ) | Chapter 11 |

| | |
|---|---|
| In re: ) <br> ) <br> CAH ACQUISITION COMPANY 12, LLC, ) <br> d/b/a FAIRFAX COMMUNITY HOSPITAL, ) <br> _____ ) | Case No. 19-01697-5-JNC <br> Chapter 11 |
| In re: ) <br> ) <br> CAH ACQUISITION COMPANY 16, LLC, ) <br> d/b/a HASKELL COMMUNITY HOSPITAL, ) <br> _____ ) | Case No. 19-01227-5-JNC <br> Chapter 11 |

## ORDER GRANTING TRUSTEE'S SIXTH MOTION TO EXTEND DEADLINE TO FILE ADVERSARY PROCEEDINGS

Upon the *Trustee's Sixth Motion to Extend Deadline to File Adversary Proceedings* (the "Sixth Motion to Extend")[1] of Thomas W. Waldrep, Jr. (the "Trustee"), in his capacity as Trustee of the estates of the above-captioned debtors (collectively, the "Debtors") and this Court, having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that the relief requested in the Sixth Motion to Extend is in the best interests of the Trust Estates, creditors, and other parties in interest; and this Court having reviewed the Sixth Motion to Extend and determined that the legal and factual bases set forth in the Sixth Motion to Extend establish just cause for the relief granted in this Order; and this Court having conducted a hearing on April 23, 2024 after due and proper notice at which hearing appeared the Trustee and counsel for the Trustee; and after considering the filings and the docket in this matter, including that no objections were filed to the Sixth Motion, and the arguments of counsel at the hearing; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Sixth Motion to Extend is **GRANTED**.

---

[1] The Sixth Motion was filed at docket number 1629 in Case No. 19-00730-5-JNC; docket number 874 in Case No. 19-01230-5-JNC; docket number 898 in Case No. 19-01180-5-JNC; docket number 879 in Case No. 19-01300-5-JNC; docket number 1105 in Case No. 19-01298-5-JNC; docket number 1130 in Case No. 19-01697-5-JNC and docket number 1089 in Case No. 19-01227-5-JNC.

2

2. The deadline for the Trustee to commence litigation and adversary proceedings against the Physicians[2] under 11 U.S.C. §§ 108 and 546 on behalf of the Debtors is extended through and including **July 31, 2024**.

3. Furthermore, this Order extends to all Physicians, including those who did not receive notice of the Sixth Motion to Extend.

**END OF DOCUMENT**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Sixth Motion to Extend.